R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith B. Spelman (*admitted pro hac vice*)
Jodutt M. Basrawi (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty St Fl 41
New York, NY 10005
212-732-7200
griffin@clm.com
trivigno@clm.com
spelman@clm.com
basrawi@clm.com
kwon@clm.com

*Attorneys for Mammoth Hockey, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MAMMOTH HOCKEY, LLC <br><br> Defendant. | **DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No.: 2:25-cv-00639-DB <br><br> Judge David Barlow |

I, Gerald W. Griffin, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called upon to do so, I can truthfully and completely testify regarding this Declaration.

2. I am a member of the New York Bar and am admitted in this case *pro hac vice* representing Defendant Mammoth Hockey, LLC ("Defendant"). I am a Partner in the law firm of Carter Ledyard & Milburn LLP. This declaration is made in support of Defendant's motion for a preliminary injunction.

3. On April 18, 2024, the NHL Board of Governors approved transferring the Arizona Coyotes to Smith Entertainment Group (SEG) in Utah for a $1.2 billion purchase price. Attached hereto as **Exhibit 1** is a true and correct copy of an article in Forbes, "NHL Approves Arizona Coyotes' Hockey Ops $1.2 Billion Sale to New Franchise in Utah" dated April 19, 2024.

4. The team played its first season as "Utah Hockey Club." Attached hereto as **Exhibit 2** is a true and correct copy of an article in the Athletic, "Utah NHL team picks Mammoth as permanent name: How we got here, what jerseys look like" by Chris Johnston dated May 7, 2025.

5. After purchasing the team, Plaintiffs announced that the fans would decide the team's permanent name by voting on twenty options. Attached hereto as **Exhibit 3** is a true and correct copy of an AP News article "What will Utah's NHL team be called? Here are 20 options" by Stephen Whyno dated May 9, 2024.

6. In April and May 2024, SEG's shell company, Uyte, LLC, filed trademark applications with the USPTO for all twenty potential hockey club names, including "UTAH MAMMOTH". Attached hereto as **Exhibit 4** is a true and correct copy of an article posted on

1

KSL.com, "Utah NHL brand revealed? Trademark applications filed for 8 logos" by Ryan Miller dated June 3, 2024.

7. On May 9-10, 2024, SEG opened a multi-phase fan survey with twenty name options, engaging Doubleday & Cartwright to develop the eventual brand. Attached hereto as **Exhibit 5** is a true and correct copy of a survey "NHL in Utah" posted on survey.qualtrics.com giving fans the ability to vote on twenty names.

8. On June 6, 2024, a second round of voting for the team's new name commenced on the six finalist names from the first round of voting: Utah Blizzard, Utah Hockey Club, Utah Mammoth, Utah Outlaws, Utah Venom, and Utah Yeti. These six names together represented 60% of all Round-1 votes from 520,000 fans. Attached hereto as **Exhibit 6** is a true and correct copy of an article posted on NHL.com, "Utah announces 6 finalists for team name through online poll" dated June 6, 2024.

9. "UTAH YETI" was later reported to be the favorite. Attached hereto as **Exhibit 7** is a true and correct copy of an article posted on KSL.com, "Utah Hockey Club facing trademark hurdles in finding permanent name" by Ryan Miller dated Jan. 21, 2025.

10. On June 13, 2024, SEG closed transactions with NHL and Arizona Coyotes, establishing the team's name as "Utah Hockey Club" pending final name selection. Attached hereto as **Exhibit 8** is a true and correct copy of an article on Reuters.com, "Utah NHL franchise to go by Utah Hockey Club in '24-'25" dated June 13, 2024.

11. On January 9, 2025, the USPTO issued a non-final office action for "UTAH YETI" (Serial No. 98508147), refusing registration based on likelihood of confusion with existing YETI marks owned by Yeti Coolers, LLC (Registration Nos. 4948371, 4948370, 5601737, 6754934).

Attached hereto as **Exhibit 9** is a true and correct copy of the trademark prosecution history of trademark application serial no. 98508147 (UTAH YETIS), at 8-30. The USPTO found that YETI was the dominant element of the mark and thus "essentially identical in sound, appearance, meaning, and commercial impression" to Yeti's registered trademarks. *Id.* at 11. The USPTO stated, "[b]ecause the marks are confusingly similar and refer to closely related goods, consumers would be likely to mistakenly believe that the goods emanate from a single source." *Id.* at 12.

12. The USPTO also issued non-final office actions on January 9 and 16, 2025, rejecting Plaintiff's applications to register as trademarks UTAH BLIZZARD (Serial No. 98503479) and UTAH VENOM (Serial No. 98502967), based on Section 2(d) likelihood of confusion with existing marks. Attached hereto as **Exhibit 10** is a true and correct copy of the trademark prosecution history of trademark application serial no. 98503479 (UTAH BLIZZARD), at 5-13; also attached hereto as **Exhibit 11** is a true and correct copy of the trademark prosecution history of trademark application serial no. 98502967 (UTAH VENOM), at 5-12.

13. Plaintiffs did not challenge the USPTO's rejections of those applications, which resulted in their abandonment as of May 2, 2025. See Ex. 10 at 4; Ex. 11 at 4. Also attached hereto as **Exhibit 12** is a true and correct copy of a chart reflecting the current status and/or disposition of the trademark applications Plaintiffs filed with the USPTO with respect to the reported six finalist names Plaintiffs were considering for the team's new name.

14. Following the YETI trademark rejection, SEG engaged "extensively" with Yeti Cooler Company to negotiate a coexistence agreement but was unsuccessful. On January 29, 2025, Mike Maughan of SEG publicly stated: "We have engaged with Yeti coolers extensively. The NHL has also helped engage with us with them." Attached hereto as **Exhibit 13** is a true and

correct copy of an article posted on NYPost.com, "Utah Hockey Club down to three potential names after latest setback" by Christian Arnold dated Jan. 29, 2025.

15. Mr. Maughan further stated: "We engaged deeply with Yeti Cooler Company and worked with them over a process to see if there was some coexistence agreement that we could engage with them on. They have a unique and strong trademark on anything published Yeti or Yetis. We did not have a coexistence agreement with Yeti and therefore have decided to move on from that name." Attached hereto as **Exhibit 14** is a true and correct copy of an article posted on ESPN.com, "Utah Hockey Club to hold in-arena fan vote for permanent name" by Greg Wyshynski dated January 29, 2025.

16. Mr. Maughan further stated: "The name of the team is one thing, but it's all of the merch, all of the clothing, the pucks and the mini sticks and all of those things. It's a little hard to launch a brand if you don't have all of that stuff ready to go . . . Because Yeti coolers determined that they did not want to enter into a co-existence agreement, it put those things on hold and we decided to move on from the name Yeti." *See* Ex. 13.

17. Following the failure to secure rights to use YETI, Plaintiffs reopened fan voting on three remaining names: Utah Mammoth, Utah Outlaws, and Utah Hockey Club. *Id.*

18. Notwithstanding the major roadblocks to their trademark applications, Plaintiffs insisted in January 2025 that they were "fully on track with [their] plans to announce a permanent name and identity ahead of the 2025-26 NHL season." Attached hereto as **Exhibit 15** is a true and correct copy of an article from AP News, "Utah Hockey Club's bid to trademark 'Yeti' for team name hits snag" dated January 24, 2025).

19. On April 30, 2025, Plaintiffs accidentally leaked their decision to rename the team UTAH MAMMOTH. Attached hereto as **Exhibit 16** is a true and correct copy of an article posted on Reuters.com, "Utah HC officials mum after Mammoth mascot leak" dated April 30, 2025.

20. On May 7, 2025, without any notice to Mammoth Hockey, SEG revealed "Utah Mammoth" as the permanent team identity after what they claimed was a 13-month process with over 850,000 votes. Attached hereto as **Exhibit 17** is a true and correct copy of an article posted on nhl.com, "Utah's NHL Franchise Officially Named the Utah Mammoth" by Utah Mammoth PR dated May 7, 2025.

21. Also on May 7, 2025, Plaintiffs opened their physical team store at the Delta Center for fans to purchase merchandise bearing the UTAH MAMMOTH mark. Plaintiffs' Senior Director of Retail stated it took an "Ice Age worth of time" to have the merchandise ready for sale that day. Attached hereto as **Exhibit 18** is a true and correct copy of an article posted on Fox13now.com, "First look at official Utah Mammoth merchandise for sale at Delta Center" dated May 7, 2025.

22. Plaintiffs also mounted signs and banners around the arena to market the team's new name and logo. Attached hereto as **Exhibit 19** is a true and correct copy of an Instagram post by Fox13now, "BANNERS GOING UP" posted on May 7, 2025.

23. On May 7, 2025, the USPTO issued a Final Office Action for UTAH MAMMOTH (Serial No. 98515744), refusing registration and finding the UTAH portion of the mark merely geographically descriptive, requiring disclaimer of "UTAH" and leaving "MAMMOTH" as the dominant term. A request for reconsideration has been pending since July 15, 2025. Attached

hereto as **Exhibit 22** is a true and correct copy of the trademark prosecution history of serial no. 98515744 (UTAH MAMMOTH), at 3.

24.     Google searches I ran on July 31, 2025, for "mammoth hockey bags" returned sponsored advertisements for Plaintiffs' hockey bags as the first results, including from the NHL's online store, displacing Mammoth Hockey's website which previously appeared first. Attached hereto as **Exhibit 20** is a true and correct copy of a Google search dated August 21, 2025, for "mammoth hockey bags".

25.     Google searches I ran on July 31, 2025, for "mammoth hockey" returned results showing Plaintiffs' team homepage alongside or near Mammoth Hockey's website. Attached hereto as **Exhibit 21** is a true and correct copy of a Google search dated August 21, 2025 for "mammoth hockey".

26.     Defendant's co-founder, Erik Olson, was referred to me to consult about this matter by another law firm that was conflicted and unable to represent Defendant.

27.     As soon as my law firm was engaged, on June 10, 2025, I sent a cease-and-desist letter to Plaintiffs setting forth that Mammoth Hockey was the rightful owner of the Mammoth Hockey Mark and Logo, and that Defendant's use of the UTAH MAMMOTH mark was highly likely to confuse consumers. I therefore asked Plaintiffs, among other things, to immediately cease and desist from all use, marketing, advertisement, and/or promotion of any goods or services containing the Utah Mammoth Mark. Attached hereto as **Exhibit 23** is true and correct copy of my letter dated June 10, 2025 to Sam Harkness, General Counsel of Smith Entertainment Group, LLC.

28. Nearly two weeks later, on June 23, 2025, Plaintiffs' counsel responded to my cease-and-desist letter. Attached hereto as **Exhibit 24** is a true and correct copy of a letter from Catherine Parrish Lake to me dated June 23, 2025. Plaintiffs' counsel confirmed they had researched Mammoth Hockey, but claimed "Utah Mammoths is confident [the Accused Mark] does not infringe any of [Defendant's] rights." *Id.* at p. 1.

29. When I received Plaintiffs' counsel's letter on June 23, 2025, I was already in final pre-trial preparations in a patent infringement case to be held before Judge Bryson of the Federal Circuit, who was sitting by designation in the District of Delaware. That trial did not end until July 27, 2025.

30. On July 31, 2025, I responded to Plaintiffs' counsel's letter of June 23, 2025. Attached hereto as **Exhibit 25** is a true and correct copy of a letter from me to Catherine Parrish Lake, dated July 31, 2025.

31. On August 1, 2025, Plaintiffs filed their Complaint in this action.

32. On August 5, 2025, I reached out to Plaintiffs' counsel to request an extension of time to respond to the Plaintiff's Complaint, because at that point, we were engaged in post-trial briefing for the same case. Plaintiffs' counsel agreed to extend Defendant's time to respond to the Complaint until September 25, 2025.

33. Attached hereto as **Exhibit 26** is a true and correct copy of a Reddit post by "pklym" dated 1 month ago.

34. As of today, the USPTO has not granted any of Plaintiffs' twenty trademark applications except for its application for "UTAH HOCKEY CLUB", the team's previous name until four months ago. Attached hereto as **Exhibit 27** are true and correct copies of the USPTO's

7

prosecution history excerpts from all twenty of the Plaintiffs' applications to trademark the various names they put before fans to vote for their team's new name, which summarizes the current status of each respective application.

35. Out of Plaintiffs' numerous trademark applications, at least six received substantive Section 2(d) likelihood of confusion rejections. *See* Ex. 9 at pp. 9 – 11; Ex. 10 at pp. 6-8; Ex. 11 at pp. 6-8; Ex. 27 at pp. 10–15, 38-39, 46-49, 68-70, and 78-79.

36. Multiple applications (UTAH MAMMOTH, UTAH LOGO, HOCKEY UTAH CLUB, THE WASATCH, UTAH HOCKEY CLUB) received Section 2(e)(2) geographically descriptive refusals. *See* Ex. 27 at pp. 2-4, 50-67, 71-77, 86-88, and 92-94.

37. Plaintiffs abandoned multiple applications after receiving office actions, including UTAH BLIZZARD (abandoned April 10, 2025), UTAH VENOM (abandoned April 10, 2025), and UTAH YETIS (abandoned July 10, 2025). *See* Exs. 9-12 and Ex. 27 at pp. 8, 10, 12, 14, 16, 18, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, and 48.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2025

*/s/ Gerald W. Griffin*
Gerald W. Griffin