# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David B. Barlow<br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiffs Uyte, LLC (Uyte) and SEG Hockey, LLC's (SEG Hockey) (collectively, Plaintiffs) Motion for Extension of Time (Motion for Extension) (ECF 32) to respond to Defendant Mammoth Hockey, LLC's (Defendant) Motion for Preliminary Injunction (PI Motion) (ECF 29). Plaintiffs request a three-week extension of time until October 30, 2025 to file their response. While Defendant agrees to a one-week extension, Defendant opposes a three-week extension arguing that "[t]ime of the essence" to decide the preliminary injunction (ECF 34).

Federal Rule of Civil Procedure 6(b) permits the court to extend a response deadline "for good cause." Fed. R. Civ. P. 6(b)(1). Having considered the parties' arguments, the court finds that Plaintiffs have established good cause for the requested extension of time. The requested three-week extension would give Plaintiffs a total of 35 days to respond, which the court finds to be a reasonable amount of time to respond to the PI Motion. Accordingly, the court hereby GRANTS the Motion for Extension and ORDERS that the deadline for Plaintiffs to respond to the PI Motion is extended to October 30, 2025.

The court admonishes the parties to make efforts to resolve disputes regarding reasonable, routine requests of this nature without court intervention. Failure to comply with this directive may result in sanctions.

IT IS SO ORDERED.

DATED this 3 October 2025.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah