Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com

Bruce Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF CHRISTOPHER B. ARMSTRONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil No. 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero |

CHRISTOPHER B. ARMSTRONG, declares as follows:

1.     I am the President of Hockey Operations of Plaintiff SEG Hockey, LLC, which is the parent of Plaintiff Uyte, LLC ("Uyte," and together, "SEG Hockey"). (I sometimes refer to SEG Hockey as the "team.") I submit this Declaration in opposition to the Motion for Preliminary Injunction (the "Motion") filed by Defendant Mammoth Hockey, LLC ("Defendant"). Dkt. 29-31. I am fully familiar with the facts set forth below, based either on my personal knowledge or from documents that I have reviewed. If called as a witness, I could and would testify competently under oath to the following.

**Introduction**

2.     I understand that Defendant seeks to enjoin SEG Hockey's use of both UTAH



MAMMOTH and our Mountain Mammoth Logo                    (the "Logo" and together

with UTAH MAMMOTH, the "UTAH MAMMOTH Marks").  SEG Hockey uses the UTAH

MAMMOTH Marks in connection with the operation of its National Hockey League ("NHL")

team – the Utah Mammoth – and related goods and services.

3.     SEG Hockey has consistently and continuously used the UTAH MAMMOTH

Marks since May 7, 2025, when the team's name was announced with great fanfare after the

conclusion of a widely publicized selection process that included input from fans, third parties,

branding and marketing personnel, and our trademark counsel, among others.  At the time of

launch, the UTAH MAMMOTH Marks were used with the team's professional hockey services

and a certain selection of goods.  Since that time, the use of these Marks has expanded

significantly, as is customary for a new professional sports team ramping up its operations.  The

team's preseason games started on September 21, 2025, and regular season games began on

October 9, 2025.  The home opener at Salt Lake City's Delta Center took place on October 15,

2025.  The new team name has been received enthusiastically by our fans, and the team's

identity as the Utah Mammoth is now firmly established.

4.     The fact that Defendant appears to be seeking not just to halt all future use of the

UTAH MAMMOTH Marks, but to require the team to stop selling UTAH MAMMOTH goods;

abandon all use of the Logo (including in the embodiment of the team's mascot); remove all

references to the team's name from digital and physical properties – including at Delta Center –

is extraordinary to us.  And what makes all of this requested relief even more startling is that

Defendant's Motion was filed over a year after "Mammoth" was first announced in April 2024 as a potential name for the team, and over a year after Defendant posted on social media in June 2024 that it was "partial" to the team's adoption of "Mammoth." As recently as April 2025, Defendant's co-founder told us that he thought "it would be cool to talk about a possible collaboration" if the team ended up choosing the name "Mammoth." Now, after a substantial investment of time, effort and money by the team creating the Utah Mammoth brand identity, and establishing substantial goodwill in the UTAH MAMMOTH Marks, Defendant asks the Court, at a time of maximum vulnerability for the team, to bring an immediate halt to, and take affirmative steps to dismantle, everything we have done from a branding perspective over the last nearly six months, if not before.

5.      Granting the Motion would cause significant harm not only to SEG Hockey, but to numerous third parties, including the NHL and third-party licensees, such as youth hockey teams, sponsors and media rightsholders. Further, such an injunction would harm Utah Mammoth fans and the community that has supported this name throughout the 13-month naming process and that has passionately embraced the Utah Mammoth brand identity. As for the team, the financial harm that we would suffer would be substantial, as set forth in the accompanying Declaration of John Ballard Larson. And from a practical perspective, halting all use of the UTAH MAMMOTH Marks would be extraordinarily challenging, given that the 2025-26 hockey season has started, and the vast array of ways in which those Marks are being used. For these and all of the reasons detailed further below, I respectfully request that the Court deny Defendant's Motion.

**Expansion Team Announced for Utah and Community**

3

6. The Utah Mammoth journey began when SEG Hockey's owners petitioned the National Hockey League (the "NHL") to discuss bringing an expansion team to Salt Lake City.

7. On April 18, 2024, the NHL Board of Governors approved the establishment of a new team for Utah. Under the terms of the transaction, SEG Hockey acquired the hockey assets and operations of the NHL team then called the Arizona Coyotes, including the right to own and operate a new NHL team and player contracts, and the NHL granted SEG Hockey a new home territory and new television territory. However, the Coyotes retained that team's trademarks and other intellectual property, and therefore SEG Hockey was required to name the team and develop the team's name, marks, logos, colors, and other branding.

## Selection of UTAH MAMMOTH as the Team Name

8. SEG Hockey has viewed the team and naming opportunity as a gift to the Utah community from the outset. We wanted the community to be instrumental in choosing the team's permanent identity.

9. The permanent identity of professional hockey teams consists of several branding elements that are trademarks of the team. First, there is the name of the team, which is the primary trademark or brand. Second, the team will have various design logos, including a primary logo that encapsulates the name. Third are the team colors. Finally, teams have a mascot, whose name and image further serve as a source identifier for the team. All of these marks are used, and equity and goodwill are developed, to identify the source of the team's professional hockey services and related goods and services that the organization offers, either directly or through third-party licensees.

10. It can take months to select trademarks, and SEG Hockey did not want to rush the process of choosing a permanent brand and identity. The decision was made early on to adopt a

set of trademarks for the inaugural season that could be reviewed more quickly by counsel for clearance purposes.  This approach also gave SEG Hockey time to obtain public feedback on potential permanent names, and to properly vet and research the options for potential permanent team identities.

11.    On May 8, 2024, SEG Hockey presented twenty potential names for a public vote, including UTAH MAMMOTH, UTAH YETIS, UTAH OUTLAWS and UTAH HOCKEY CLUB.  The survey and potential names received substantial media coverage.  True and correct copies of examples of such news coverage are attached as **Exhibit 1**.

12.    Prior to opening the voting period, Uyte filed intent-to-use trademark applications at the United States Patent and Trademark Office (the "PTO") for these possible names, including UTAH MAMMOTH and UTAH YETIS.  These applications were filed after consultations with outside trademark counsel.

13.    Throughout this trademark selection process, SEG Hockey had various searches conducted for potential names.  Extensive searches were conducted for all of the finalist options.  For UTAH MAMMOTH, a preliminary search was conducted in April 2024 prior to filing the UTAH MAMMOTH trademark application with the PTO.  Full searches for UTAH MAMMOTH covering international trademark classes 25 (clothing), 28 (sports equipment) and 41 (hockey services) were undertaken in the U.S. and Canada in early May 2024.  Additional searches for UTAH MAMMOTH in the U.S., Canada, China, the European Union, Norway, Switzerland and the United Kingdom were conducted in November 2024, covering goods and services in 23 international trademark classes.  Searches for various "mammoth" logo designs were commissioned for those countries in January and February of 2025, covering all 23

5

international trademark classes.  We also undertook additional searches for the final design of the Logo in all such classes and countries in March 2025.

14.     On June 6, 2024, SEG Hockey let the public know that the list of potential names had been narrowed to six, including UTAH MAMMOTH, and a second round of community voting began.  The survey again received extensive media coverage.  True and correct copies of examples of such news coverage are attached as **Exhibit 2**.

15.     On June 13, 2024, SEG Hockey revealed the inaugural season marks, which included the designation UTAH HOCKEY CLUB, and the team colors, which are rock black, salt white, and mountain blue.  True and correct depictions of the inaugural season marks and uniforms are attached as **Exhibit 3**.

16.     After the reveal, SEG Hockey also began offering merchandise under the inaugural season marks.  A true and correct depiction of this merchandise is attached as **Exhibit 4.**

17.     By January 2025, we had narrowed the possible choices to four options for which SEG Hockey had developed branding, including names, designs and logos, and strategies for use.  SEG Hockey announced that fans would be able to vote on these final branding options at four of the team's home games.  The four branding options were for UTAH MAMMOTH, UTAH WASATCH, UTAH HOCKEY CLUB and UTAH OUTLAWS.  UTAH YETIS had been eliminated from consideration for reasons discussed below, and SEG Hockey wanted to give the community a chance to weigh in on the options we had developed.  This round of voting also received extensive media coverage.  True and correct copies of examples of such news coverage are shown on **Exhibit 5**.

18.     This voting revealed UTAH MAMMOTH as the fan favorite of the four remaining options.  Support for the Utah Mammoth brand identity grew strongly over all of the rounds of voting, and in particular over the course of this last round.

19.     After the voting revealed the fan favorite, substantial time was spent in March 2025 further considering the options and refining the branding.  By April, our organization had embraced the public's choice for several reasons.

20.     First, Utah was home to mammoths during the ice age, and Colombian mammoth bones are proudly displayed at Utah State University, providing a strong connection between the identity and the state, as shown in the below graphic that the team created to show the frequency with which mammoth fossils have been discovered in Utah.



Mammoth fossils have been found
throughout Utah

7

21.     A video of a local Salt Lake City television report explaining the connection between Utah and mammoths as a species is accessible at the following link, https://www.youtube.com/watch?v=dthj3XMd384, and a true and correct copy of that video is incorporated into this Declaration as **Exhibit 6.**  This video reflects some of our thinking about why UTAH MAMMOTH was an excellent choice as the team's name, including why it was and is important for us to incorporate UTAH into the team name, and to use that component of the name in our branding and marketing materials on a consistent basis.  While the MAMMOTH component of the team name is obviously important, so too is the UTAH component, as evidenced by the frequency with which we use UTAH and MAMMOTH together as a single, integrated mark.

22.     Second, mammoths present a formidable image of strength and powerful momentum, reflecting traits the team wanted to emphasize both on the ice and in its branding and marketing materials.  Mammoths also fit well with our color palette.  And mammoths connection to the ice age fits well with our winter-leaning branding strategy.  For these reasons – which have nothing to do with Defendant – the team made the final decision to select UTAH MAMMOTH as the team name in April 2025.

23.     On May 7, 2025, SEG Hockey officially revealed that the team was retaining the same team colors of its inaugural season; that UTAH MAMMOTH was selected as the team's permanent brand identity; and that the primary visual designation would be the Logo.  Once again, this announcement received substantial media coverage.  True and correct copies of examples of such news coverage are attached as **Exhibit 7.**

24.     The Logo was carefully designed with "Easter eggs" for the community, including imagery of the Wasatch mountains, an outline of the state of Utah (with an "M") and

the tusk in the shape of a "U". These subtle branding components are described below in these graphics that the team created and circulated publicly.







The font used in these and many other marketing and branding materials for the team was also developed specifically for us.

25.    At the official announcement in May 2025, the full array of marks as well as the 2025-26 season uniforms were revealed:





A yearlong search and multiple rounds of fan voting have ended with the Utah Mammoth being chosen as the new identity for the NHL franchise. Courtesy of Utah Mammoth

*See* **Exhibit 8**, which are true and correct copies of articles from NHL and ESPN and reporting on the team's permanent identity selection. As the Court can see, the UTAH component of the UTAH MAMMOTH Marks is prominently emphasized on the team uniforms.

26.    At the time of the May 2025 announcement, SEG hockey began changing the signs at Delta Center and implementing the UTAH MAMMOTH Marks with sponsors and other community groups, and making some merchandise available as discussed below.



A Utah Mammoth sign at the Delta Center in Salt Lake City on May 7. Salt Lake City and Smith Entertainment Group are nearing a new lease agreement over the arena that sits on Salt Lake City Community Reinvestment Agency land. (Isaac Hale, Deseret News)

27.    At the home opener of the 2025-26 season, on October 15, 2025, Tusky, the team mascot was unveiled.



**Engagement with Concerned Third Parties Concerning the Team's Name**

28.     On May 9, 2024, one day after SEG Hockey revealed the twenty potential names for the survey, Yeti Coolers, LLC ("Yeti") sent a letter to SEG Hockey's trademark counsel expressing concern over the inclusion of UTAH YETIS as a possible name for the team. Over the next several months, SEG Hockey engaged in discussions with Yeti to determine whether it would be possible to resolve the concerns upon mutually agreeable terms. When a resolution was not reached, the team decided to go in a different direction. Contrary to what Defendant claims on its Motion, *see* Dkt. 29 at 2, Plaintiffs did not reach out to Yeti to discuss its concerns. Rather, it was Yeti that contacted Plaintiffs.

29.     And Yeti was hardly the only third-party trademark owner to contact Plaintiffs regarding the alternatives being considered as the team's name. Over the thirteen-month name selection process, the team heard from other parties who expressed concerns about some of the names being considered. The team took those concerns into account, and some choices were eliminated as a result. Some third parties also reached out to offer support or a lack of concern for some options. All of these third-party trademark owners were very clear in letting the team know they either had or did not have concerns or objections to certain names.

30.     Despite the initial messages of support the team received from Defendant throughout the public naming process that are described in more detail below, Defendant did not voice any objection to the selection of UTAH MAMMOTH as the team name until more than a month after the unveiling of not only the UTAH MAMMOTH name, but the Logo and the other team branding indicia that had taken months to develop. And we did not believe there was any reason Defendant would object. During those many months, the fact that UTAH MAMMOTH

remained a leading contender and fan favorite as a possible name was well known and the subject of extensive publicity, as shown in **Exhibits 1, 2, and 5.**

**Defendant Mammoth Hockey**

31.     Over the course of considering name options, we became aware of numerous third parties that were using variations of "mammoth" and mammoth logo designs with bags and sports team services.  Defendant was one of these entities.  Many of these entities owned federal registrations for "mammoth" trademarks.  I am advised that information concerning a number of these third parties that are using "Mammoth" or mammoth imagery as trademarks is set forth in the accompanying Declarations of Frank Kelly and Jessica Groen.

32.     Because there were a substantial number of third parties using the word "mammoth," often accompanied by mammoth images, as trademarks for bags and sports services, we believed then and believe now that there is ample room in the marketplace for all of these users of "mammoth" trademarks to coexist, without causing any harm to anyone's business.

33.     At the same time, and out of an abundance of caution, we made a number of decisions to make sure that the team's use of "mammoth" would be distinctive, and to steer clear of the other third parties using "mammoth" trademarks with various goods and services.  So as explained above, we decided as a general practice to use the full mark UTAH MAMMOTH, with UTAH in close proximity to MAMMOTH, to emphasize the UTAH heritage of the team, and to create a distinctive unitary mark.  We also adopted a distinct and highly recognizable visual identity for the word mark, shown above in paragraphs 24 and 25.  And, we adopted the distinctive Mountain Mammoth Logo shown and described above in paragraphs 24 and 25, which regularly appears in close association with the UTAH MAMMOTH trademark.

34.     Among these decisions, and for various reasons, we decided to refrain from using the word "mammoth" alone on certain goods, including hockey bags. Thus, the duffel bags sold by the team's licensees do not use, and have not used, the MAMMOTH component of the UTAH MAMMOTH Marks, as shown below.



35.     Of course, before making these decisions, we wanted to learn what we could about these third parties using the term "mammoth" as all or part of a trademark, and we conducted varying investigations into them.

36.     After we learned of Defendant, we became aware of Defendant's June 2024 Facebook post shown below, indicating its positive reaction to our potential selection of UTAH MAMMOTH as a team name. This Facebook post strongly indicated to us that Defendant was not concerned about the possible selection of UTAH MAMMOTH, unlike the other trademark owners that had contacted the team to raise concerns.

4906-7557-8998\2



37.     But we did more than simply look at this Facebook post.  Indeed, we considered contacting Defendant directly, even though we did not believe it was necessary to do so.  While trying to decide whether or not to contact Defendant, we learned that a professional hockey player familiar to the team, Michael London, had previously worked with Defendant.  My assistant, Rachel Moffitt, reached out to Mr. London to see if he would provide contact information for Defendant.

38.   While we were considering contacting Defendant, Erik Olson, a co-founder of Defendant, sent a direct message via LinkedIn to Ms. Moffitt, a true and correct copy of which is reproduced below.



In contrast to the communications the team received from other parties noted above, Mr. Olson did not voice any concerns or objections to the team's potential use of "Mammoth" as part of its team name and brand identity.  Instead, he indicated that he understood the team could not reveal if it had made a decision but that, if we chose UTAH MAMMOTH, they would be open to a possible collaboration and provided an example of how we might work together.

17

39.     We took Mr. Olson's message at face value, particularly in light of the previous Facebook post showing support, to reconfirm that Defendant had no objections to our choice of UTAH MAMMOTH, would be open to working together in the future, and saw, as we did, that the parties could coexist in the marketplace.

40.     I directed my assistant to respond to Mr. Olson, which she did on April 24, 2025.



The team was taking pains at this stage to avoid announcing that a decision had been made, as well as what the decision was – something Mr. Olson acknowledged in his message. Indeed, to avoid leaks before the public announcement, Ms. Moffitt indicated that determinations had not

yet been made, but that the team would keep Defendant in mind if it selected UTAH MAMMOTH.

41.    This communication was genuine – the team's players and coaches were also unaware that the decision regarding the name had been made at that point.  We were also considering possible ways of collaborating with Defendant, but we did not believe we needed to engage with Defendant immediately prior to publicly announcing the decision.  We believed this in part because of Mr. Olson's message and social media post.  And, the fact that Defendant was already offering its products alongside so many other entities using "mammoth" as all or part of a trademark for bags, as well as other products like t-shirts, indicated to us a recognition on the part of Defendant that it was simply one of many "mammoth" users all coexisting peaceably in the marketplace.

42.    Notwithstanding, barely a month after this exchange and before we had the opportunity to turn back to a possible collaboration with Defendant, Defendant's attorney sent SEG Hockey a letter demanding that all use of UTAH MAMMOTH stop.  Dkt. 31-23.  This letter made no mention of Defendant's prior offer to collaborate and did not indicate Defendant would be open to any such discussions.  Defendant's total about-face and the tone of that letter were startling, and they made the team question whether Defendant would be an entity with which we would want to do business.  Our counsel responded accordingly on June 23, 2025. Dkt. 31-24.

43.    More than five weeks later, Defendant's counsel sent another letter, again demanding that the team cease all use of UTAH MAMMOTH.  Dkt. 31-25.  This letter made very clear that Defendant was going to sue us if we didn't comply.  With the season quickly approaching, the team needed to resolve the uncertainties caused by Defendant's claims, which

cast a cloud over the ongoing, and by then substantial, use of the UTAH MAMMOTH name. This suit was filed on August 1, 2025, seeking a declaration from the Court that our use of UTAH MAMMOTH is permissible.

**Uses of the UTAH MAMMOTH Marks by the Team, Third Parties and the Community**

        **A.**     **Licensed Merchandise**

44.     As the President of Hockey Operations, I am familiar with the supply chains, products, facilities and logistics relating to SEG Hockey and our use of the UTAH MAMMOTH Marks in connection with goods.

45.     SEG Hockey's trademarks are used in connection with more than 100 categories of goods offered through approximately 60 licensees. Products include jerseys, t-shirts, sweatshirts, and hats of course, but also collectibles, home décor, games, housewares, accessories and holiday items. True and correct copies of examples of such licensed merchandise are shown below.







46.     Developing, producing, and shipping such products requires substantial coordination and time.  Lead times for the goods bearing the team's marks generally require anywhere from 6 to 18 months or more.  Given how long it took for the team to develop, investigate, and decide on the UTAH MAMMOTH Marks so that they could be announced for the 2025-2026 season, the timing for the production of goods was significantly condensed.

47.     Orders for the full range of products for the 2025-26 hockey season bearing the UTAH MAMMOTH Marks were primarily placed in May and June 2025, right after the announcement, and these goods are either en route to, or already available at, retail outlets.  As a result, SEG Hockey, our licensees and our retailers have already made significant investments in the array of goods offered.

48.     Team branded merchandise is available through physical retail stores, such as the team store located at Delta Center, the NHL store located in New York, NY, stores at the Salt Lake City International Airport, and retailers such as Smith's and Lids, and at times at Costco locations.  Such stores generally segregate goods into "team sections," which are apart from general merchandise.  I have reproduced below true and correct copies of images showing UTAH MAMMOTH goods on sale at some of these various locations:

**Delta Center Store:**



**NHL New York Store, located at 385 9ᵗʰ Ave STE 55, New York, NY:**



**Smith's at Canyon Rim, located at 215 S Valley St, Salt Lake City, UT:**



**Lids at Fashion Place Mall, located at 6191 S State St Space N019, Murray, UT:**



**Costco located at 11100 S Auto Mall Dr #487b, Sandy, UT:**



49.     Merchandise featuring the UTAH MAMMOTH Marks is also available online through the team's ecommerce shops, operated by Fanatics, NHLshop.com, Lids ecommerce shop, JCPenney's ecommerce shop, and Pro Image Sports, among others.  True and correct

copies of website printouts showing UTAH MAMMOTH goods on sale online are attached as **Exhibit 9.**

50.    As shown in paragraphs 45 and 48, the team was able to procure a limited range of goods bearing the UTAH MAMMOTH Marks that went on sale in May 2025, with the broader array of merchandise rolled out in the months since then.  Total gross retail sales of products with the team's branding exceeded $500,000 as of the end of September.  This number reflects thousands of t-shirts, sweatshirts, hats, socks, and pucks that are already in consumer's hands.  Fans lined up to purchase team-branded jerseys when they became available on October 2, 2025, as documented in the video from KSL, a Salt Lake City news station, accessible at https://ksltv.com/local-news/the-utah-mammoth-gear-up-for-their-pre-season-home-opener-at-a-newly-renovated-delta-center/827285/.  True and correct copies of this video is incorporated into this Declaration as **Exhibit 10.** (I am interviewed in it.)

51.    The team was able to choose, investigate, select and launch the permanent brand identity in time to be included in EA Sports "NHL 26" video game, which went on sale on September 12, 2025.  A true and correct copy of an online listing for this video game is attached as **Exhibit 11,** and an excerpt from that listing appears below.



Changing the programming of the video game at this late stage after it has already launched would be unduly burdensome.

52.     The team is also included in Upper Deck trading cards for the 2025-26 season, which have been printed and will start being sold soon.  As with many trading cards, the Upper Deck card packs include "surprise" card selections that can only be identified when the packs are opened.  As a result, it would be nearly impossible to find and pull any trading cards showing the UTAH MAMMOTH Marks without recalling all trading cards, for all NHL teams, for the 2025-26 NHL edition.  The harm this would cause to Upper Deck and the NHL would be substantial.

53.     All licensees that are authorized to produce goods bearing the UTAH MAMMOTH Marks undergo a thorough vetting process.  The quality control process consists of careful review of product submissions and, when appropriate, submission of sample products before production.

54.     From my experience working with hockey players, highly durable and expensive bags, like Defendant's, serve a different purpose than the bags the team sells with team branding. The bags bearing the Logo are designed for moderate recreational and general usage.  The team

does not have any plans to offer highly durable specialty bags aimed at what I believe to be a highly knowledgeable audience. Although the team's bags are not of "cheap" quality, as Defendant claims, the bags are offered at a lower range of price points to appeal to the different needs and budgets of fans. Each bag is of a high quality for its price point and manufactured by a carefully vetted licensee that offers similar products to numerous professional sports teams. All of these vendors have gone through the thorough quality control process I just described. We have not, to my knowledge, received any complaints with regard to the quality of the team's licensed bags. To my knowledge we have also not experienced any issues with consumers believing our bags were Defendant's bags.

55.    SEG Hockey advertises and markets its goods and services to fans of the team through local and national media, including our social media and the social media of its licensees, sponsors and community affiliates. We also benefit from news coverage of games and other team activities. Our competitors are other professional sports teams, as our primary goal is to attract fans to the team and the sport of hockey generally. These fans are then the target audience for merchandise branded with the UTAH MAMMOTH Marks.

**B.    Team Uniforms**

56.    The lead time for team uniforms is even longer than for products. Uniform decisions generally need to be made at least 18 months in advance. The team, working with the NHL and the uniform manufacturer, moved mountains to get the uniforms done for the 2024-25 and 2025-26 seasons. In fact, given the time the team needed to select a permanent name and brand identity carefully, the team could not announce a permanent team name for the 2024-2025 season and, therefore, went with the simpler UTAH HOCKEY CLUB name and uniform design.

27

57.     The team was once again faced with an imminent deadline for uniforms for the 2025-2026 season and had to expedite the production of team uniforms.  The production of team uniforms on such an expedited schedule is only allowed under unique circumstances like this, and it would not be possible to order new uniforms now for the current season with a new name. Furthermore, uniforms bearing the UTAH MAMMOTH Marks have already been finalized and ordered for the 2026-27 season.

58.     I understand that Defendant has suggested that any harm the team might suffer if the Motion were to be granted could be mitigated because the team could simply switch back to the prior UTAH HOCKEY CLUB name.  This is simply not possible at this point.  Not only would herculean efforts need to be undertaken to recall all merchandise from the marketplace and remove all digital and physical advertising material from the many places where it appears, the team cannot use last year's uniforms for the current season because those uniforms were donated to charity or given to the players.  And as for merchandise, there is very little remaining inventory of UTAH HOCKEY CLUB goods available for sale, so if the requested injunction were to be granted, the team's merchandising activities would be halted for approximately one year, at a minimum.

## C.     Physical Facilities

59.     In addition to the team's merchandise and player uniforms, the team's marks are used on physical facilities and digital assets, as well as with sponsors, broadcasters, community affiliates, charitable organizations and by fans.

60.     The team's home ice is at Delta Center.  The UTAH MAMMOTH Marks are displayed throughout the arena and surrounding areas, including prominently at center ice and on a 15.5-foot puck featured on the plaza, as shown below.

4906-7557-8998\2





61.    The Zamboni machines are also wrapped with the team marks, as shown below.



62.    The UTAH MAMMOTH Marks are also featured on a "mammoth cave" through which the players make their entrance to the ice, as shown below.



63.    In addition, the UTAH MAMMOTH Marks are used by media during game coverage, and post-game coverage, including on onscreen score graphics, background and physical items such as microphones as shown below.







64.    Over the last year, SEG Hockey has built a state-of-the-art practice and training facility for the team in Sandy, Utah.  The team has spent the months since the public announcement of the name placing UTAH MAMMOTH branding around the facility, including at center ice on two practice rinks, as well as on walls, carpeting and signs as shown below.











The training facility is used not only for the team, but it also provides a venue where the community can watch practices, youth hockey teams can play, and the public can skate.

### D.    Digital and Other Advertising and Promotion

65.    The UTAH MAMMOTH Marks are also used across a host of media, including on the team's social media accounts, which have significant followings.  True and correct copies of posts from the team's social media feeds on Facebook, Instagram, X and YouTube are attached as **Exhibit 12.**

66.    The UTAH MAMMOTH Marks also have appeared on numerous digital billboards along the I-15 corridor, as shown in the image below, which is a true and correct copy of an advertisement that appeared on a billboard located on the East side of I-15 before the I-80 exit.



67.    SEG Hockey has also created and uses advertisements featuring the UTAH MAMMOTH Marks to encourage fans to attend games.  Following below are true and correct copies of advertisements.







4906-7557-8998\2



68.    The NHL and NHL sponsors also use UTAH MAMMOTH Marks in

advertisements and promotions.  Following are true and correct copies of such advertisements:



4906-7557-8998\2



69.    The UTAH MAMMOTH Marks feature prominently in graphics for games and

coverage of games as shown below, which are true and correct copies of images from the

following media:

(a) Sportsnet's YouTube coverage of the Utah Mammoth versus Anaheim Ducks preseason

game on September 22, 2025, accessible at https://www.youtube.com/watch?v=EP7-iWmG6u4;



**NHL Preseason Highlights | Mammoth vs. Ducks - September 22, 2025**

(b) ESPN's website coverage of the Los Angeles Kings versus the Utah Mammoth preseason

game on September 30, 2025, accessible at

https://www.espn.com/nhl/game/_/gameId/401790332/kings-mammoth;



  (c) NHL highlights from the Utah Mammoth versus Nashville Predators game on October 11,

2025, accessible at https://www.nhl.com/video/uta-at-nsh-recap-6382639319112;



and (d) Delta Center website advertising the home opener on October 15, 2025, accessible at

https://www.deltacenter.com/events/utah-mammoth-vs-calgary-flames/.

4906-7557-8998\2



# Utah Mammoth vs. Calgary Flames

Utah Mammoth vs. Calgary Flames on October 15!

70.    The team also offers a mobile application that uses the UTAH MAMMOTH Marks.  Through the application, individuals can order tickets, merchandise and food, and obtain news and other information about the team and games.  True and correct copies of images from the application follow below, as well as an advertisement for the application:







71.    SEG Hockey also publishes a newsletter that is sent to email subscribers

periodically.  A true and correct image from the September 19, 2025 newsletter appears below.





72.    SEG Hockey also uses the UTAH MAMMOTH Marks for its streaming service, an advertisement for which appears in the image below.



**E.    Use by Sponsors**

73.    The team also has many sponsors that have licenses to use the UTAH MAMMOTH Marks.  SEG Hockey and these sponsors have worked over the months since the public announcement to develop content and other materials related to these sponsorships.  For example, a promotional video introducing Filevine as the team's helmet sponsor, in which the Logo appears, is accessible at https://www.youtube.com/watch?v=GK68Iy3BpMY; a true and correct copy of this video is incorporated into this Declaration as **Exhibit 13.**  A true and correct Smith's advertisement follows below.



74.    America First Credit Union, another team sponsor, has already shot advertisements featuring the UTAH MAMMOTH Marks, which will air in early November. America First Credit Union has also ordered debit cards that are branded with the UTAH MAMMOTH Marks, which will be available starting October 31, 2025.  A true and correct copy of a mock-up of the debit card follows below.



75.     The University of Utah Health, official care provider of the Utah Mammoth, also features the Logo on buildings, as shown below, which is a true and correct copy of an image taken of the University Orthopaedic Center at Research Park in Salt Lake City, Utah.



76.     TrüFrü sponsors the ice crew, which is the group of talented skaters who clear snow and debris during timeouts.  The Utah Mammoth Marks appear on the ice crew uniforms and promotional materials during games, as shown below, which are true and correct images of the ice crew and promotions.



77.     Sponsors receive tremendous value from their use of the team marks and the considerable goodwill such marks engender in the community, which would be lost if the Court

were to grant Defendant's Motion. Indeed, the harm these sponsors and other team partners would suffer if the relief Defendant seeks were to be granted is substantial.

### F.    Community Uses

78.    SEG Hockey has developed and administers youth street hockey and ice hockey teams for boys and girls. The team provides players in the "learn to play" program with kits that include shirts branded with the UTAH MAMMOTH Marks, along with other gear. True and correct copies of excerpts from the website accessible at the URL <utahmammothyouth.com> explaining these programs and showing how the UTAH MAMMOTH Marks are used with them are attached as **Exhibit 14.**

79.    Many youth and community events and tournaments sponsored by the team as part of these programs, under the UTAH MAMMOTH Marks, are already scheduled and have accepted registrations. True and correct copies of additional excerpts from the website accessible at the URL <utahmammothyouth.com> showing examples of such upcoming events and tournaments are attached as **Exhibit 15**, and a true and correct advertisement for an upcoming tournament appears below**.**



80.    SEG Hockey, in partnership with Delta Airlines, held a week-long free celebration across the State of Utah from July 26-August 2, 2025. From Logan to St. George, we

conducted youth and adult ice, street and sled hockey clinics, along with pop-up shops for team merchandise.

81.    SEG Hockey also uses the UTAH MAMMOTH Marks in connection with community relationship events.  The organizations promoting these events use the UTAH MAMMOTH Marks to promote them, and these Marks are also featured prominently during the events.  In addition, players and others who participate in the events wear branded apparel, and the team's Marks appear in media coverage around the events.  Fans of the team also wear UTAH MAMMOTH gear to participate in such events.  By way of example, in August 2025, Salt Lake County Animal Services, American VetDogs and the team came together to hold a free party for the community to celebrate the first birthday of Archie, the team's service dog in-training.  A true and correct copy of a news story from a Salt Lake City news station covering this event, in which the UTAH MAMMOTH Marks appear, is incorporated into this Declaration as **Exhibit 16.**  https://www.youtube.com/watch?v=Sa3_JQ9_u_M.  A true and correct copy of an image from a Reddit post concerning this event appears below and is accessible at https://www.reddit.com/r/Utah_Hockey/comments/1n2vm9y/archies_birthday/?rdt=56598]

**Archie's Birthday**



Went to Archie's birthday party a couple weeks ago and brought donations. Was handed this and now it's a prized possession. Does anyone know how I can get Archie to sign it?

82.    America First Credit Union and the team also use the UTAH MAMMOTH Marks to highlight a deserving veteran, first responder or active-duty military member for each of the home games this season. A true and correct copy of the page from which community members can nominate someone is attached as **Exhibit 17.**

83.    America's VetDogs and America First Credit Union combine with the team, and Archie, to raise awareness of veteran's issues and to money for charitable causes during games. A true and correct copy of an image of Archie at the home opener in connection with such use appears below.



84.     The team's media day occurred on September 15, 2025, just before the Motion was filed.  Media day is when our players and coaches are brought together with traditional and digital media providers to create visual and social media content, including photos and films for the entire season.  The content includes interviews with players and coaches that are used throughout the season, as well as shooting video and still images for advertisements for media and sponsors.  Players also sign branded merchandise on media day that is then used throughout the season for various community events and projects.

85.     The UTAH MAMMOTH Marks were front and center on media day, and they are reproduced or referenced in almost all of the content created at this event.  It would not be possible to bring all of the media, players and coaches together again to redo that content under another name, including UTAH HOCKEY CLUB.  Among other reasons, the players are not contractually obligated to participate in additional time to gather for photoshoots and video production for media assets, and they cannot be compelled by SEG Hockey to recreate this content.  Sponsorship agreements, however, require that such content be provided, so if the

Motion were to be granted, and the further use of this content were to be enjoined, the team would be in breach of its contractual obligations to sponsors.  Further, the local media that created content based on what was supplied at media day would be unable to use it in coverage of the team, if our name were to be different.

86.     In sum, given how extensively the UTAH MAMMOTH Marks have been used since the launch in May 2025, an order enjoining SEG Hockey from any and all use of the UTAH MAMMOTH Marks at this late stage, with the 2025-26 NHL season under way, would be catastrophic for the team from a reputational standpoint, as well as its licensees, sponsors and fans.  As for the extraordinary financial harm that such an injunction would cause, these calculations are supplied in the accompanying Declaration of John Ballard Larson.

**The Community's Embrace of UTAH MAMMOTH**

87.     Fans and Utahns have graciously embraced the team.  The players and coaches for the team were formally introduced to the community at Delta Center on April 26, 2024, with over 12,000 fans attending a welcome celebration.  A true and correct copy of media coverage of this event is attached as **Exhibit 18**.

88.     Home games during our inaugural season were largely sold out, and ticket sales for the 2025-26 season are higher this year.

89.     Fans of UTAH MAMMOTH as a name for the team have been a vocal and passionate group throughout the naming process.  From the beginning of the inaugural season, this contingent dressed as mammoths while attending games and community events.  They consistently chanted "Let's go Mammoth" at games, which chants grew in popularity during the last home games of the 2024-25 season.  A true and correct copy of an October 2024 image of

fans of the UTAH MAMMOTH team name taken at a Delta Center home game is reproduced below.



(Francisco Kjolseth | The Salt Lake Tribune) Utah hockey fans dress up as mammoth's as they celebrate Utah Hockey Club's first inaugural NHL season with a win at the Delta Center against the Chicago Blackhawks in Salt Lake City on Tuesday, Oct. 8, 2024.

Additional true and correct copies of images we took during the inaugural season are reproduced below.





50

90.     Since UTAH MAMMOTH was officially announced, the public admiration of the name has grown, and a culture has built around this identity.  Fans of the team are located across the United States and in other countries, and UTAH MAMMOTH merchandise has been sold across the United States as well.

91.     Fans have also embraced UTAH MAMMOTH as part of fantasy hockey leagues, as shown in **Exhibit 19**, which are true and correct excerpts from websites that cater to fans of fantasy hockey.

92.     Some fans are so passionate about the team and its branding that they have even gotten tattoos featuring the Logo.  **Exhibit 20** is a true and correct copy of an August 2025 article from the *Salt Lake Tribune* documenting this phenomenon, and a true and correct copy of a video embedded in this article is attached to this Declaration as **Exhibit 21.**

93.     Based on the extensive advertising and promotion in which the team has engaged since May 2025 featuring the UTAH MAMMOTH Marks; the consistent media coverage of those Marks over the last six months – which has been substantial in recent weeks given the team's winning streak and major infrastructure announcements – and also dating back to early 2024; the ongoing, successful sales of licensed merchandise bearing those Marks; and the team's intensive efforts to engage with the community using the UTAH MAMMOTH Marks, it is my view that the goodwill established in those Marks is substantial, and that the team and multiple third parties would be severely, if not irreparably, damaged if all that goodwill were to be forfeited as a result of the injunction Defendant would have the Court enter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 30th day of October, 2025.

Christopher B. Armstrong

4906-7557-8998\2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2025, a true and correct copy of the foregoing **DECLARATION OF CHRISTOPHER B. ARMSTRONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

_/s/    Jacqueline Ervin_____