# Exhibit 1

# SEG Reveals Survey To Name Utah's NHL Team

**ksl** **kslsports.com**/nhl/utah-nhl-team-nickname-bracket-survey/516540

Kyle Ireland                                                                                    May 9, 2024



# Smith Entertainment Group Reveals Survey To Name Utah's NHL Team

May 8, 2024 , 6:30 PM | Updated: May 9, 2024, 3:01 pm

[KYLE IRELAND](#)

*SALT LAKE CITY* **–** Smith Entertainment Group revealed the widely anticipated survey to name Utah's National Hockey League franchise.

## Naming survey revealed for Utah's NHL team

The [NHL](#) naming bracket was unveiled on Wednesday, May 8.

The first round of voting will be open through May 22.

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," SEG chairman and governor of Utah's NHL team Ryan Smith said in a statement. "Utah has shown up for this team from the moment the NHL awarded us the franchise less than three weeks ago, and it is only fitting that our fans get the rare opportunity to help name the team they'll be cheering for. "

*[RELATED: Smith Entertainment Group Announces Location Of Utah's NHL Practice Facility](#)*

Ryan Smith previously announced that the team would be called "Utah" rather than "Salt Lake City" or "Salt Lake." The team will sport "Utah" on its sweaters during Year 1 as a franchise.

During the next year, SEG will work with Doubleday & Cartwright, an acclaimed creative consultancy and design studio, to create the team's logo, mascot, colors, and other branding elements.

> Our @NHL team is here! Now, help us select a name ✏️
>
> Round one of our naming survey is open until May 22. Vote now to let your voice be heard.https://t.co/bOsMHmjHNd pic.twitter.com/NVhV3c5ILk
>
> — Delta Center (@deltacenter) May 9, 2024

SEG says it will unveil the name and branding before the 2025-26 season.

## Which nicknames can fans vote on for Utah's NHL team?

These are the nicknames listed on the survey:

- Utah Blast
- Utah Powder
- Utah Mammoth
- Utah Mountaineers
- Utah Black Diamonds
- Utah Swarm
- Utah Yeti
- Utah Caribou
- Utah Frost
- Utah Venom
- Utah Squall
- Utah Outlaws
- Utah Hive
- Utah Freeze
- Utah Fury
- Utah HC
- Utah Glaciers
- Utah Canyons
- Utah Blizzard

- Utah Ice

***[Fans can vote on the nickname survey by clicking here.](#)***

Fans can select up to four nicknames during the initial round of the survey.

> Utah! Our NHL team is here. Help us choose a name. https://t.co/xhFewNfnyD
>
> — Ryan Smith (@RyanQualtrics) May 9, 2024

Since Smith acquired the franchise in April, fans have thrown around potential nicknames and logos for the club on social media. Multiple trademarks were filed anonymously with the U.S. Patent and Trademark Office as well.

In KSL Sports' unofficial nickname poll, Utah Yetis was the running away winner with 32.3 percent of the vote.

## Ryan Smith says fan vote will decide NHL team nickname

On April 22, the Smith appeared on The Pat McAfee Show to discuss Utah's team and detailed the process for choosing the team's nickname.

*RELATED: Ryan Smith Says Fan-Voted Bracket Will Decide Utah's NHL Team Nickname*

Smith told Pat McAfee that Utah's NHL team would have its name voted on by fans.

> "The people are gonna vote" to decide the nickname of Utah's @NHL team, according to @RyanQualtrics. 🖊 #NHLinUtah #NHL @PatMcAfeeShow https://t.co/0Ubm4XYeHs
>
> — KSL Sports (@kslsports) April 22, 2024

"We're doing a bracket," the NBA and NHL team owner told the former NFL punter.

Smith added that the bracket would begin with eight nicknames and trimmed down until the eventual winning name is decided. "We're gonna take this down from like eight all the way down and the fans are gonna vote for this," Smith detailed.

Since the middle of April, multiple trademark applications for team nicknames related to Utah have been filed with the U.S. Patent and Trademark Office. Those nicknames included Utah Blizzard, Utah Venom, Utah Fury, Utah HC, Utah Hockey Club, Utah Yetis, Utah Outlaws, and more.

Assuming Smith's ownership group was the one to file for the trademarks, that would leave one more nickname to decide the eight in the fan-voted bracket.

Before the interview ended, Smith emphasized to McAfee that "the people are gonna vote" for the team's nickname.

*Kyle Ireland is a Sports Producer and Locals in the NFL Insider for KSLSports.com. Listen to Ireland on Yards After College: An NFL Podcast. Follow him on X (@kyleireland), Threads (@kyleirelandksl), and Instagram (@kyleirelandksl).*

# Utah announces 20 options for NHL team name, including Yeti, Ice, Hive

**wp washingtonpost.com**/sports/2024/05/09/utah-nhl-team-name-contest

Scott Allen                                                                                                            May 9, 2024



Utah's NHL franchise is asking fans to help name the team. The ownership group of the as yet nameless club, which [relocated to Salt Lake City](#) following the sale of the Arizona Coyotes last month, on Wednesday [released a survey](#) with 20 options for the new name. Fans are encouraged to select up to four names, with the first round of voting open until May 22.

The 20 options, some of which were submitted by fans in a [previous survey](#), are Utah HC (Hockey Club), Canyons, Yeti, Ice, Mountaineers, Fury, Swarm, Squall, Venom, Caribou, Frost, Freeze, Powder, Glaciers, Black Diamonds, Outlaws, Mammoth, Blast, Blizzard and Hive.

Utah is the [Beehive State](#), which explains the bee-themed options. Salt Lake City's minor league baseball team, the Class AAA affiliate of the Los Angeles Angels, is named the [Bees](#).

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," Ryan Smith, the leader of the team's ownership group, said in a statement. "Utah has shown up for this team from the moment the NHL awarded us the franchise less than three weeks ago, and it is only fitting that our fans get the rare opportunity to help name the team they'll be cheering for."

10/23/25, 12:36 PM
Case 2:25-cv-00639-DBB-GMR  Document 88-1   Filed 10/30/25   PageID.3312   Page 8 of 34
Utah announces 20 potential NHL team names, including Yeti, Ice, Hive and Mammoth - The Washington Post

Smith, who also owns the NBA's Utah Jazz, told NHL.com last month that he didn't want to rush a rebrand this offseason. The team will wear jerseys with the name "Utah" during its inaugural 2024-25 season, similar to how the NFL's Washington Commanders went by the Washington Football Team for two seasons after retiring its controversial former name in 2022. Utah's NHL team will debut its name, logo, mascot and colors for the 2025-26 campaign.

"It's got to be something that drives people to want to be a part of it, from all ages," Smith told the Athletic when asked about the importance of the name. "It's got to be a momentum builder."

The team says it will "employ best practice survey research methodology to ensure fairness, accuracy, and unbiased results" and "the prevention of ballot box stuffing." Additional details about the branding process will be announced later this summer.

Many NHL teams, including the Buffalo Sabres, Columbus Blue Jackets, Pittsburgh Penguins, San Jose Sharks and Washington Capitals, relied heavily on fan input, including team-sponsored contests, when choosing their names.

When the Winnipeg Jets relocated to Phoenix in 1996, the franchise's ownership group presented eight options and allowed write-in submissions as part of a name-the-team contest that garnered 10,000 entries. Two of the names suggested by ownership — Outlaws and Freeze — are options for Utah's team. Fan-submitted names included Posse, Dry Ice and a certain figure skater who had been in the news.

"I know they're being humorous but we're getting a lot of people saying we should name the team after Tonya Harding," Joel Horn, the contest's spokesman, told the Winnipeg Sun.

Phoenix's ownership group ultimately chose Coyotes over Scorpions — and Tonya Harding.

# Ranking the 20 possible Utah NHL hockey team names

🌐 **ftw.usatoday.com**/story/sports/nhl/2024/05/08/ranking-20-possible-utah-nhl-hockey-team-names/80085596007

Cory Woodroof

[NHL](#)

USA TODAY Sports



With [a new NHL team headed to Utah](#) (the former [Arizona Coyotes](#)), [fans now have a chance to vote](#) on a possible name for the relocated squad.

The voting survey showed 20 possible names for the Utah NHL team that would go into effect for the 2025-26 season, and we've got thoughts on all 20 options.

Some of them are pretty awesome, while others would be best left on the drawing board.

Let's rank all 20 of the names, from a few that are uninspired to a few that are gold. You may disagree, but remember, you've got the option to vote on whichever ones you'd like. Hockey democracy in action!

## 20. Utah Ice

You can't name an NHL team after the material the sport is played on. There's no NFL team named after grass, after all.

## 19. Utah Canyons

Nobody is intimidated by a canyon.

## 18. Utah Black Diamonds

We like the idea here, but two-name teams are a no-go.

## 17. Utah Powder

Nah.

## 16. Utah Outlaws

This feels a bit uninspired, even if it's a better idea than the others above it.

## 15. Utah Fury

This one feels a bit vague. What exactly is the fury we're going for here?

## 14. Utah Hive

Kind of like Utah Fury, Utah Hive is also a little too vague for our liking.

## 13. Utah Squall

We love the idea, but Utah Squall doesn't exactly roll off the tongue.

## 12. Utah Yeti

We're starting to warm up here. Utah Yeti is pretty solid.

## 11. Utah Swarm

The Utah Swarm is very decent. It's vague but intimidating.

## 10. Utah Glaciers

Big, foreboding, regal, glaciers in general rule. Solid team name, too.

## 9. Utah Blast

Again, this is a little vague, but the Utah Blast also sounds really cool.

## 8. Utah Mountaineers

Mountaineers sounds like a college football team, but we still dig it.

## 7. Utah Frost

This one just feels right, even if you sacrifice a bit of the intimidation factor.

## 6. Utah Caribou

This isn't the best name on here, but we would love it and buy Utah Caribou merch.

## 5. Utah Freeze

Get frozen by the Freeze. We can see the marketing material already.

## 4. Utah Venom

Alright, now we're cooking. Utah Venom is very solid.

## 3. Utah Blizzard

Every time the Blizzard score four goals, you get a free Blizzard from Dairy Queen.

## 2. Utah Mammoth

Oh, this is awesome. The Utah Mammoth vs. the Nashville Predators: the new great NHL rivalry.

## 1. Utah HC

Let's do it. Utah Hockey Club. That's the best option on here.



**NHL**

# Utah NHL franchise launches fan vote for team name. These are the 20 options

The survey features 20 options for fans to pick from.

By Sanjesh Singh • Published May 8, 2024



Here's everything to know about the 2024 NHL Draft lottery results.

Coming soon to the NHL, the Utah Outlaws?

Or what about the Utah Black Diamonds?

Ryan Smith, part of the ownership group for the incoming NHL franchise in Utah, posted a survey on social media where fans can vote for the new team name.

> **Ryan Smith** ✔ · **Follow**
> @RyanQualtrics
>
> Utah! Our NHL team is here. Help us choose a name.
> survey.qualtrics.com/jfe/form/SV_0i...
> 6:53 PM · May 8, 2024                          ⓘ
>
> ♥ 2.8K    💬 Reply    🔗 Copy link
>
> Read 1.6K replies

The franchise used to be called the Arizona Coyotes.

These are the 20 options fans can pick from:

- Fury



**NBC BAY AREA NEWS**

ON NOW
7:30AM: Today in the Bay

**Trending Stories**

**SAN JOSE**
Federal agents arrest undocumented father at home in San Jose, family says

**SAN JOSE**
Woman killed in head-on crash on residential street in San Jose

**MAKING IT IN THE BAY**
Bay Area housing market heats up due to AI boom, Redfin reports

**UNION CITY**
Attempted home invasion robbery in Union City caught on camera

**SAN FRANCISCO**
Massive airship spotted over San Francisco

**SPONSORED**
California: New Program Will Install Solar At No Cost If You...
Energy Bill Cruncher        Click Here

ARC'TERYX

NEW WINTER KITS

Shop Ski & Snow

- Mountaineers
- Powder
- Black Diamonds
- Swarm
- Ice
- Yeti
- Venom
- Squall
- Frost
- Blast
- HC
- Freeze
- Canyons
- Hive
- Outlaws
- Mammoth
- Blizzard
- Caribou
- Glaciers

The first round will run until May 22, with fans being able to vote for four options one time only.

### NHL



**GAMBLING · OCT 23**
Who has been busted for sports gambling? Here's a list of the major betting scandals



**NHL · OCT 22**
NHL cancels Olympic sendoff and gives 2027 All-Star Weekend to Islanders, AP source says

The next round that will feature a shorter list will be released later in the summer.

For its inaugural season, the team will sport jerseys that display "UTAH."

Once the team name is finalized, the ownership will develop the logo, mascot, colors, and other branding elements to debut in the 2025-26 season.



**Weather Forecast**
SAN JOSE, CA

51°  Clear  0% Precip

TONIGHT  53°

TOMORROW  72°

PRESENTED BY  **Mancini's** SLEEPWORLD

ARC'TERYX

NEW WINTER KITS

Shop Ski & Snow



   

☰  **The Athletic**  |  NHL   NHL      Teams    Scores & Schedule    •••

# Utah officially launches survey to help name its NHL team



By Ian Mendes

May 8, 2024  |  Updated May 29, 2024

 Share    367    Save

Utah's NHL team officially launched a survey on Wednesday to help choose its nickname.

Team owner Ryan Smith posted a link on his social media channels, encouraging fans to participate in the survey. This first round will be open until May 22 and is an attempt to help pare down the number of team names that will actually be considered by the club.

☰  **The Athletic**  |  🏒 **NHL**    Teams    Scores & Schedule    •••    ⊘  🔵  ⚫    •••



WATCH NOW

On Wednesday, Smith Entertainment Group touted this as a "multi-phase branding process for fans to vote on the name."

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," Smith said in a statement on Wednesday. "Utah has shown up for this team from the moment the NHL awarded us the franchise less than three weeks ago, and it is only fitting that our fans get the rare opportunity to help name the team they'll be cheering for. "

In the initial voting process, fans are invited to choose up to four potential names from a list of 20 options. The club compiled this list of 20 potential names after conducting

Case 2:25-cv-00639-DBB-CMR   Document 38-1   Filed 10/30/25   PageID.2323   Page 19 of 34

# Survey names for Utah's NHL team

| |
|---|
| Black Diamonds |
| Blast |
| Blizzard |
| Canyons |
| Caribou |
| Freeze |
| Frost |
| Fury |
| Glaciers |
| Hive |
| Ice |
| Mammoth |
| Mountaineers |
| Outlaws |
| Powder |
| Squall |



Fans are only permitted to vote once in this process, with the guidelines stating that Qualtrics — which is Smith's company — will ensure there is a "prevention of ballot box stuffing." The club also stated that "backend analysis will also include deduplication and best practice statistical methods to ensure data integrity."



This is only the first step in the selection process, with another round of voting on a shorter list of potential team names taking place at a later date this summer. The club has confirmed it will play its initial season in 2024-25 with jerseys that simply display "UTAH" on the front. After a nickname is selected, Smith Entertainment Group says they will "work diligently to craft the team identity — logo, mascot, collars and other branding elements" — which will be ready in time for the 2025-26 NHL season.

Earlier this spring, Smith told *The Athletic* that choosing the name for the team is something he believed was vitally important to establishing a connection with the community in Utah and Salt Lake City.

"It's got to be something that drives people to want to be a part of it, from all ages. It's got to be a momentum builder," Smith said. "The sky is the limit on this one. We're going to have to approve it and the league would have to approve it."

     Teams    Scores & Schedule    ···      

- [Why the NHL should consider radical divisional realignment now that Utah has a team](#)
- [Mammoth? Yetis? Ranking 8 possible names for NHL's Utah team](#)
- [Ex-Coyotes receive emotional welcome in Salt Lake City: 'We already want to fight for Utah'](#)

*(Photo: Chris Gardner / Getty Images)*

 By Ian Mendes

Tagged To: [NHL](#), [Top Sports News](#), [Utah Mammoth](#)



OCT 23, 2025

### Connections: Sports Edition

Find the hidden link between sports terms

[ Play today's puzzle › ]

---

### What did you think of this story?



MEH



SOLID



AWESOME

**National**
Boxing
Bundesliga
Champions League
Championship
College Football
College Sports
Copa America
Copa del Rey

Memorabilia & Collectibles
Men's College Basketball
Mixed Martial Arts
MLB
MLS
Motorsports
NASCAR

**US**
Arizona
Atlanta
Baltimore
Bay Area
Boston
Buffalo
Carolina
Chicago

Memphis
Miami
Minnesota
Nashville
New Orleans
New York
Oklahoma
Oregon

**Canada**
Calgary
Edmonton
Montreal
Ottawa
Toronto
Vancouver
Winnipeg

**Share**
Buy a Gift

**HQ**
About Us
Careers
Code of Conduct
Editorial Guidelines
Business Inquiries



# Utah's NHL team lists 20 options for new name

**arizonasports.com**/nhl/arizona-coyotes/frost-yeti-utahs-nhl-team-lists-20-options-for-new-name-after-move-from-arizona/3547383

Associated Press                                                                                        May 9, 2024

[ARIZONA COYOTES](#)

## Frost? Yeti? Utah's NHL team lists 20 options for new name after move from Arizona

May 8, 2024, 8:27 PM | Updated: May 9, 2024, 8:19 am



General view of t-shirts hung on seats inside Mullett Arena before the NHL game between the Arizona Coyotes and the Edmonton Oilers on April 17, 2024 in Tempe, Arizona. (Photo by Christian Petersen/Getty Images)

Ownership of the NHL's team in Utah has given fans 20 choices to vote on for the franchise's new name, according to a survey sent out Wednesday by [Smith Entertainment Group](#).

Owner Ryan Smith has told The Associated Press the team will have a name starting with Utah. The inaugural season will feature jerseys with the name of the state on them, with a name, logo and colors to debut for 2025-26 after work done by the branding company Doubleday & Cartwright.

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," said Smith, whose group also owns the NBA's Utah Jazz. "Utah has shown up for this team from the moment the NHL

awarded us the franchise less than three weeks ago, and it is only fitting that our fans get the rare opportunity to help name the team they'll be cheering for."

The options provided to choose from are:

– Frost
– Ice
– Powder
– Mountaineers
– Freeze
– Mammoth
– Black Diamonds-
– Blast
– Caribou
– Blizzard
– Swarm
– Hive
– Outlaws
– Yeti
– Squall
– Fury
– Glaciers
– Canyons
– Venom
– HC (Hockey Club)

SEG bought the Arizona Coyotes from former owner Alex Meruelo for $1.2 billion and relocated the team to Salt Lake City. Utah will start play in the Jazz's downtown arena, Delta Center, and has the sixth pick in the NHL draft after not moving up in the lottery won Tuesday night by San Jose.



NHL Power Rankings    NHL Standings

# Utah NHL franchise unveils survey for new team name; options include Mammoth, Frost, Yeti and Glaciers

By Chris Bengel May 9, 2024 at 11:39 am ET • 1 min read

💬 Join the Conversation



Getty

Utah's new NHL franchise has released a survey that lists 20 different team names that fans will be able to vote on.

Canyons, Venom and HC (Hockey Club) were the team names that were included in the survey.


NHL News    Scores    Schedule    Standings    Teams    Stats    Expert Picks

will say "Utah" on the front of them for the duration of the 2024-25 season. The new team, along with its logo and colors, will be unveiled for the 2025-26 season.

It's expected that there will be multiple rounds of voting for a new team name given the large list of potential names.

Smith, who also owns the NBA's Utah Jazz, bought the Arizona Coyotes from Alex Meruelo for $1.2 billion in April. Upon purchasing the Coyotes, Smith announced that the team would be relocating to Salt Lake City and begin play in 2024-25.

The Coyotes had called Arizona home since 1996 when the Winnipeg Jets relocated to the Phoenix area. However, the Coyotes saw their lease at the Footprinter Center come to an end, and had been playing their home games at the 5,000-seat Mullett Arena on the campus of Arizona State.

The new Utah NHL team will play its home games at the Delta Center, which is the home of the Jazz.

The team held a fan event last month in which they introduced the fanbase to many of the team's players. Utah has already seemed to fall in love with the Utah NHL franchise as there are already 23,000 people who have paid season-ticket deposits following the move to Salt Lake City.

When the 2024 NHL Draft Lottery was held on Tuesday, the Utah NHL franchise just used an NHL logo along with the word "Utah" as its logo. Utah obtained the No. 6 pick in next month's NHL Draft, which will take place in Las Vegas.

The Coyotes registered a 36-41-5 record (77 points) during the 2023-24 season.

10/23/25, 12:33 PM    Utah NHL franchise unveils survey for new team name; options include Mammoth, Frost, Yeti and Glaciers - CBS Sports

Case 2:25-cv-00639-DBB-CMR    Document 38-1    Filed 10/30/25    PageID.2332    Page
29 of 34



## NHL News    Scores    Schedule    Standings    Teams    Stats    Expert Picks

Amazon Driver Reveals the Little-Known Secret That's Costing Amazon Big

SPONSORED BY ONLINE SHOPPING TOOLS                    Learn More

Replace Your Entire Roof in as Little as 1 Day!

SPONSORED BY METAL ROOFING INNOVATIONS

Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

SPONSORED BY HEALTH ADVICE TODAY

Celebrate the National Parks Advent with 24 Beautifully Crafted Ornaments.

SPONSORED BY GRADDI                    Read More

The 23+ Coolest Gifts Nobody Would Think Of

SPONSORED BY DAILY CONSUMER TRENDS                    Shop Now

The best walking shoes are suitable for men to wear all day.

SPONSORED BY BENNETANDMASON                    Shop Now

Stephen Curry says 'no chance' Jimmy Butler wins free throw bet with Draymond Green

CBSSports.com

CBSSports.com

Here Are The 25+ Coolest Gifts For This Year

SPONSORED BY TOPCHICDEALS

Learn More

How Much Is Garage or Basement Floor Coating?

SPONSORED BY COATINGSCOST

Learn More

Celebrate Every Detroit Championship with This Stunning Whiskey Bottle

SPONSORED BY ZEKEAR

Shop Now

Tom Izzo questions NCAA direction after G League players deemed eligible for Division I basketball

CBSSports.com

Marcus Freeman on Notre Dame potentially joining a conference: 'Future of college athletics always uncertain'

CBSSports.com

These Sea Glass Christmas Trees Will Add a Coastal Touch to Your Holiday Decor

SPONSORED BY FANYIL

Shop Now

Our Latest NHL Stories



**MacKinnon, Necas lifting Avs in latest Power Rankings**
AUSTIN NIVISON • 1 MIN READ



 **NHL News**    Scores    Schedule    Standings    Teams    Stats    Expert Picks



**NHL power ratings: Golden Knights, Avs top the league**
SCOTT ERSKINE • 6 MIN READ



**Senators' Brady Tkachuk out 6-8 weeks with thumb injury**
AUSTIN NIVISON • 1 MIN READ



**Vegas signs Hart after acquittal in sexual assault case**
AUSTIN NIVISON • 1 MIN READ



**NHL Power Rankings: Sabres slipping already**
AUSTIN NIVISON • 1 MIN READ

**◎CBS SPORTS**

   

   

### More
Pick'em Games
Fantasy Sports
Free Sports TV
Betting Analysis
March Madness
Mobile Apps

### Company
About Us
Careers
About Paramount
Paramount+
CBS TV

### Regulation
Terms Of Use
Privacy Policy
Children's Privacy Policy
Your Privacy Choices
Closed Captioning
California Notice

### Contact Us
Help

### Social Media
YouTube

### Account
Manage My Account

Facebook                          Forgot Password

X

Threads



NHL News      Scores      Schedule      Standings      Teams      Stats      Expert Picks

© 2004-2025 CBS Interactive. ALL RIGHTS RESERVED.

CBS Sports is a registered trademark of CBS Broadcasting Inc. Commissioner.com is a registered trademark of CBS Interactive Inc.

The content on this site is for entertainment purposes only and CBS Sports makes no representation or warranty as to the accuracy of the information given or the outcome of any game or event. Odds subject to change. There is no gambling offered on this site. This site contains commercial content and CBS Sports may be compensated for the links provided on this site.

Images by Getty Images and Imagn

# Utah offers 20 team name ideas, including Frost, Hive, Venom

espn.com/nhl/story/_/id/40111549/utah-offers-20-team-name-ideas-including-frost-hive-venom

ESPN News Services                                               May 9, 2024

Ownership of the NHL's team in Utah has given fans 20 choices to vote on for the franchise's new name, according to a survey sent out Wednesday by Smith Entertainment Group.

The options to choose from are Frost, Ice, Powder, Mountaineers, Freeze, Mammoth, Black Diamonds, Blast, Caribou, Blizzard, Swarm, Hive, Outlaws, Yeti, Squall, Fury, Glaciers, Canyons, Venom and HC, which stands for Hockey Club.

Owner Ryan Smith has said the team will have a name starting with Utah. The inaugural season will feature jerseys with the name of the state on them, with a name, logo and colors to debut for 2025-26 after work by the branding company Doubleday & Cartwright.

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," said Smith, whose group also owns the Utah Jazz. "Utah has shown up for this team from the moment the NHL awarded us the franchise less than three weeks ago, and it is only fitting that our fans get the rare opportunity to help name the team they'll be cheering for."

Voting is open through May 22, with additional rounds expected.

SEG bought the Arizona Coyotes from former owner Alex Meruelo for $1.2 billion and is relocating the team to Salt Lake City. Utah will start play in the Jazz's downtown arena, Delta Center. SEG is planning improvements over the summer to outfit the arena for hockey, including building a hockey-specific locker room and setting up 12,000 unobstructed seats for hockey games next season.

Utah has the sixth pick in the NHL draft after not moving up in the lottery, won Tuesday night by the San Jose Sharks.

*The Associated Press contributed to this report.*