# **Exhibit  2**

# Utah NHL franchise announces team name finalists – NBC Bay Area

**nbcbayarea.com**/news/sports/nhl/utah-nhl-franchise-team-name-finalists/3559352

Max Molski                                                                                                          June 6, 2024

The NHL's Utah franchise has narrowed down its search for a potential team name.

Smith Entertainment Group, which owns the relocated NHL organization, announced six finalists for the team name on Thursday:

- Utah Blizzard
- Utah Hockey Club (Utah HC)
- Utah Mammoth
- Utah Outlaws
- Utah Venom
- Utah Yeti

The finalists were determined through fan voting. More than 520,000 votes were cast in the first round of voting, which included 20 possible team names, per Smith Entertainment Group.

Voters have until June 20 to cast their top choice among the six finalists.



NHL May 8, 2024

## Utah NHL franchise launches fan vote for team name. These are the 20 options

While the new team name will be determined before the puck drops on the team's inaugural season in the Beehive State, it won't take affect on the ice until 2025. The Utah team will wear jerseys with the state name across the front in 2024-25. Smith Entertainment Group will

create a logo, mascot, branding and uniforms for the 2025-26 NHL season once the team name is determined.

The Utah team was formerly the Arizona Coyotes before relocation was announced in April. It will play its games at Delta Center in Salt Lake City, which is also the home venue of the NBA's Utah Jazz.

Former Coyotes owner Alex Meruelo gets to retain the Coyotes team name and logo with an opportunity to bring a franchise back to Arizona if a suitable arena is built.

# Utah announces 6 finalists for team name through online poll

🏒 **nhl.com**/news/utah-announces-6-finalists-for-team-name

NHL.com                                                                                    June 6, 2024



2nd-round voting open until June 20, details on next steps released in coming months

© Getty Images

By NHL.com
@NHLMedia
June 06, 2024

Utah has narrowed down the list of candidates for its team name to six selections.

More than 520,000 fans voted online from a selection of 20 names, and the top six -- which accounted for 60 percent of the total vote -- were announced Thursday.

Those were: Utah Blizzard, Utah Hockey Club (Utah HC), Utah Mammoth, Utah Outlaws, Utah Venom and Utah Yeti.

The second phase of voting launched Thursday and will be open until June 20. Details on the final steps in the name selection process will be announced in the coming months.

The team will wear jerseys that display UTAH during the inaugural season of 2024-25. Smith Entertainment Group (SEG), owner of the Utah franchise, will work on an identity, logo, mascot and other branding elements for the 2025-26 season after the name has been selected.

Case 2:25-cv-00639-DBB-CMR    Document 38-2    Filed 10/30/25    PageID.2344    Page 6 of 22

The NHL Board of Governors on April 18 voted to establish an NHL team in Utah owned by Ryan and Ashley Smith, who purchased the contracts of Arizona Coyotes executives, coaches and players. It will play at Delta Center in Salt Lake City, home of the Utah Jazz since 1991-92.

The Arizona franchise is inactive after playing in the Greater Phoenix area since relocating from Winnipeg for the 1996-97 season.

# And then there were 6 options for the name of Utah's new NHL team

🔶 **kuer.org**/sports-recreation/2024-06-06/and-then-there-were-6-options-for-the-name-of-utahs-new-nhl-team

Associated Press                                                                                    June 6, 2024

[Sports & Recreation](#)

KUER 90.1 | By [Associated Press](#)

Published June 6, 2024 at 12:24 PM MDT



Rick Bowmer / AP, file

FILE - Ryan Smith, co-founder and chairman of Smith Entertainment Group, speaks before Utah NHL hockey team is introduced to fans during a welcome event Wednesday, April 24, 2024, in Salt Lake City. The NHL team in Utah is down to six finalists for a name. Smith Entertainment Group announced Thursday, June 6, 2024, the choices have been narrowed to Blizzard, Mammoth, Outlaws, Venom, Yeti and Utah Hockey Club, or Utah HC. Owner Ryan Smith has said he expects the jerseys to have Utah on them for the inaugural season.

The [NHL team in Utah](#) is down to [six finalists for a name](#).

Smith Entertainment Group announced Thursday the choices have been narrowed to Blizzard, Mammoth, Outlaws, Venom, Yeti and Utah Hockey Club, or Utah HC.

Those are the options fans have [to choose from](#) after the process started with 20 possibilities and led to 520,000 votes. The public has until the end of the day June 20 in round two to determine the name.

Owner Ryan Smith has said he expects the jerseys to have Utah on them for the inaugural season. He told The Associated Press upon taking control of the franchise that the name would involve Utah in some way.

Last week, SEG filed eight logo/wordmark applications involving the state name or Utah Hockey Club in light blue and black. That could end up being the name or a placeholder until branding company Doubleday & Cartwright develops long-term branding with a logo and color scheme that will be in place for the 2025-26 season.

Smith's group, which owns the NBA's Utah Jazz, bought the team formerly known as the Arizona Coyotes for $1.2 billion and relocated it to Salt Lake City. Carrying over the Coyotes name was not an option because former owner Alex Meruelo gets to retain that logo with the opportunity to bring the franchise back if he can get a suitable arena built in the Phoenix area.

*This story was written by Stephen Whyno of the Associated Press*





# ≡ The Athletic | 🏒 NHL    Teams    Scores & Schedule    •••

# Utah's NHL team narrows field down to 6 potential names



**By Ian Mendes**
June 6, 2024 │ Updated June 28, 2024

⤴ Share        💬 656        🔖 Save

[Utah's NHL team](#) has narrowed the field down to six potential names for its hockey team.

On Wednesday, Smith Entertainment Group (SEG) announced it was launching the second round of its survey process to help select the name of [Utah](#)'s new [NHL](#) franchise. The first round of voting yielded six clear favorites that have advanced to the next phase. According to the hockey team, these six names are still alive in the process:



ADVERTISEMENT

Dreams, Goals, Aspirations: This Crime Series Centers on Victims

"Devil in Disguise," a new Peacock limited series, is inspired by the lesser-known stories of the John Wayne Gacy case.

- Utah Hockey Club (Utah HC)

- Utah Mammoth

- Utah Outlaws

- Utah Venom

- Utah Yeti

Case 2:25-cv-00639-DBB-CMR   Document 38-2   Filed 10/30/25   PageID.2351   Page
13 of 22



☰  **The Athletic** | 🏒 NHL       Teams   Scores & Schedule   •••        🔵 🔵 ⚫  •••

names above accounted for 60 percent of the total votes.

The 14 names that did not advance in the process included: Black Diamonds, Blast, Canyons, Caribou, Freeze, Frost, Fury, Glaciers, Hive, Ice, Mountaineers, Powder, Squall and Swarm.

The second round of voting — in which fans can only choose one of those six options — will close on June 20. In the initial voting process, fans were invited to choose up to four potential names from the list of 20 options.

Fans are only permitted to vote once in this process, with the guidelines stating that Qualtrics — which is team owner Ryan Smith's company — ensuring there is a "prevention of ballot box stuffing." The club also previously stated that "backend analysis will also include deduplication and best practice statistical methods to ensure data integrity."

The club has already confirmed they will wear jerseys that simply display the word "Utah" on the front during their first season in Salt Lake City this fall. After the voting process has completed, club officials say they will "work diligently to craft the team identity — logo, mascot, and other branding elements." That should all be in place in time for the 2025-26 season.

Upon launching the contest last month, SEG stated this would be a "multi-phase branding process for fans to vote on the name."

"Utah's NHL team is a community asset, and we want to make sure that the community has a say in what the name is," Smith said in a statement on Wednesday.

Earlier this spring, Smith told The Athletic that choosing the name for the team is something he believed was vitally important to establishing a connection with the community in Utah and Salt Lake City.

"It's got to be something that drives people to want to be a part of it, from all ages. It's got to be a momentum builder," Smith said. "The sky is the limit on this one. We're going to have to approve it and the league would have to approve it."

Case 2:25-cv-00639-DBB-CMR    Document 38-2    Filed 10/30/25    PageID.2352    Page
14 of 22



By Ian Mendes

Tagged To:  NHL ,  Top Sports News ,  Utah Mammoth

---

## YOUR NEXT READ

---

OCT 23, 2025

### Connections: Sports Edition

Find the hidden link between sports terms

Play today's puzzle  ›

---

## What did you think of this story?



MEH



SOLID



AWESOME

Case 2:25-cv-00639-DBB-CMR   Document 38-2   Filed 10/30/25   PageID.2353   Page 15 of 22





# New Utah team announces 6 finalists for name

**E** espn.com/nhl/story/_/id/40291797/new-utah-team-announces-6-finalists-name

Kristen Shilton                                                                                            June 6, 2024

The NHL's newest franchise in Utah is close to choosing its name.

Smith Entertainment Group -- which owns the still-to-be-coined team -- announced Thursday the six potential nicknames Utah will take on before its inaugural season begins in 2024-25: Utah Blizzard, Utah Hockey Club (Utah HC), Utah Mammoth, Utah Outlaws, Utah Venom and Utah Yeti.

The finalists were determined through a first round of fan voting. SEM said in Thursday's news release that 520,000 votes came through in that wave, with more than 60% of them landing on the six names remaining. Fans can vote on their choice again through June 20.

Utah's team will wear jerseys in their first season with "UTAH" scrawled across the front to represent the club's roots within the state and dedication to its new fan base. When the name is decided upon, SEG will create a logo, mascot and branding to match that will appear on sweaters for the 2025-26 season.

SEG is inheriting the former Arizona Coyotes, who were relocated to Utah in April. The Coyotes were unable to find a permanent, NHL-caliber arena to play out of in the foreseeable future, and the NHL ultimately had to buy the franchise and re-sell it to Ryan Smith, owner of the NBA's Utah Jazz.

The NHL's Utah team will play out of Delta Arena, the Jazz's home, for this coming season, with renovations expected in the future to make the venue more hockey-friendly.

# Utah NHL team has six names in new fan survey

🌐 **usatoday.com**/story/sports/nhl/2024/06/06/utah-nhl-team-name-new-fan-survey/74002318007

Mike Brehm



[NHL](#)

## Utah NHL team down to six names after first fan survey. Which ones made the cut?

And then there were six.

The [Utah NHL team](#) whittled down its list of [20 original names](#) in a fan survey that drew 520,000 participants and it is putting the remaining names up for [another fan vote](#) through June 20.

The remaining names (in alphabetical order): Utah Blizzard, Utah HC (Hockey Club), Utah Mammoth, Utah Outlaws, Utah Venom and Utah Yeti.

The initial vote was for four names, but Smith Entertainment Group, run by [Utah Jazz](#) owners Ryan and Ashley Smith, said the six names accounted for 60% of total votes, so all are included in the new survey.

The final name chosen will be used during the 2025-26 season. Next season, the team (consisting of former [Arizona Coyotes](#) players) will wear jerseys that say UTAH.

Our preferences (worst to first):

## Utah HC

Meh. This seems more like a soccer thing. Even the Smith-owned [Major League Soccer](#) team doesn't use it. That team name is [Real Salt Lake](#).

## Utah Blizzard

It does reflect the state's mountains and skiing. But better ski-related names were voted out, such as Black Diamonds. If the Blizzard ends up being the name, the team could seek a promotion with Dairy Queen.

## Utah Venom

Utah has plenty of animals that are potentially dangerous, including coyotes. The [state also has venomous](#) rattlesnakes, black widow spiders and scorpions. Venom imparts a sense of danger, not a bad attribute for a hockey team. A snake might make a good logo. This nickname is getting there.

## Utah Outlaws

Butch Cassidy was born in Utah and his Wild Bunch gang sometimes holed up in the so-called Robbers Roost in southeastern Utah. The name also imparts danger and has potential for a creative logo and mascot.

## Utah Mammoth

[Mammoths lived in Utah](#) along the shores of the ancient Lake Bonneville that covered a big portion of the state. Remains have been found in the area. There's a potential for a good logo there and also for kid-friendly merchandise.

## Utah Yeti

The alliteration is nice, though yeti technically are a Himalayan legend. [Some have claimed](#) to have seen bigfoots in the state's Wasatch Mountains. Again, good logo, mascot and merchandising possibilities. There's also a skiing connection because Ski Utah offers a Yeti Pass. The big question is how the [Colorado Avalanche](#) would feel. They once had a sasquatch foot as their alternate logo and their mascot once was Howler the Yeti. In fact, captain Gabriel Landeskog wore a hat with the sasquatch foot logo on it to his end-of-season press conference. Sending a message to the new NHL neighbors?

## What names didn't make the cut?

Frost, Powder, Squall, Hive, Mountaineers, Glaciers, Caribou, Ice, Canyons, Fury, Black Diamonds, Freeze, Blast, Swarm.

## Utah NHL franchise becomes official

The NHL announced on June 13 that Smith Entertainment Group formally closed its transactions. Under the plan, the Coyotes become an inactive franchise (able to be reactivated in five years if it gets a state-of-the-arena by then). Its hockey assets have been transferred to the new Utah team.

"On behalf of the board of governors, I am delighted to officially welcome Utah to the National Hockey League," NHL commissioner Gary Bettman said. "Congratulations to Ryan and Ashley Smith, their entire organization, the state of Utah and the fans as the club continues its exciting march toward puck drop in October."