# Exhibit 3

## Utah hockey team releases name, jersey for inaugural season

abc3340.com/news/entertainment/official-jersey-temporary-name-revealed-for-utahs-nhl-team-hockey-smith-entertainment-group-sports-jazz

DANIELLE MACKIMM | KUTV                                                                June 13, 2024

Thu, June 13th 2024 at 4:23 PM
Updated Thu, June 13th 2024 at 9:19 PM



The Delta Center was decked out in NHL logos on April 24, 2024 to welcome the former Arizona Coyotes home to Utah. (Photo: Jeremy Dubas, KUTV)

SALT LAKE CITY (KUTV) — Utah's hockey team name and jersey for the inaugural season were revealed Thursday.

The announcement was made on June 13, after the NHL and Smith's Entertainment Group came to an agreement, establishing the Utah franchise.

The team will be known as Utah Hockey Club until phase two of the multi-phase voting process for the official name is finalized on June 20.



Utah NHL colors and logo. (Smith's Entertainment Group)

The 2024-2025 team jerseys feature a black, white, and blue color palette. Officials said the color scheme was designed to intentionally mirror that of the Utah Jazz, also owned by SEG.

Each color included in the team jersey has a different representation. "Rock" black the darkness of night in Utah's mountains and the volcanic rock of our state's desert, while "salt" white mirrors the snow on the mountain peaks and the famous salt flats, and the "mountain" blue stands for the state's and history in winter sports and its nearly year-round clear skies.



Utah NHL jersey revealed. (Smith's Entertainment Group)

"Today is a monumental day for the state of Utah as we officially close on the establishment of a new NHL franchise," said Ryan Smith, governor of Utah Hockey Club and chairman of Smith Entertainment Group. "The NHL has been incredible to work with throughout this process, providing us with invaluable guidance and support. We have a ton of work to do–training camp starts in less than 100 days–and could not be more excited about what's to come."

# Utah Hockey Club officially reveals uniforms for debut season



The Utah Hockey Club, based in Salt Lake City, is the latest team to join the NHL. utahhockeyclub / X

**Anthony Gharib**
Sep 9, 2024, 05:36 PM ET

Share   Like                                              ❤️😂🔥 977

The busy expansion period for the Utah Hockey Club is nearing an end, as the team checked off an important box Monday -- the official reveal of its uniforms.

Utah unveiled its full sweater catalog, headlined by plain "rock black" and "salt white" looks with "mountain blue" prominent around the design. The three colors serve as the main palette staples.



Utah Hockey Club ✓
@utahhockeyclub · Follow

A closer look at the details. 🔍

#UtahHC



11:00 AM · Sep 9, 2024

♥ 2.1K    💬 Reply    🔗 Copy link

Read 199 replies



The rock black uniforms were first shown during the 2024 NHL draft, when Utah selected

center Cole Beaudoin at pick No. 24. But the white ones were not revealed until this week.

Utah's sweaters will include a jersey patch that commemorates the inaugural NHL season for the franchise. The hockey club was founded after the Arizona Coyotes were sold, and the franchise relocated to Salt Lake City.

Utah will make its NHL regular-season debut on Oct. 8 against the Chicago Blackhawks on ESPN.



EDITOR'S PICKS

2024-25 NHL schedule release: Top events to watch on ESPN
242d • ESPN

NHL OK's Coyotes sale, move to Salt Lake City
1y • Emily Kaplan

espn.com/nhl/story/_/id/41196907/utah-hockey-club-official-uniforms-sweaters-nhl-season
135.0.7049.115
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
4/28/2025 4:08:59 PM

☰ **The Athletic** | 🏒 **NHL**    Teams    Scores & Schedule    •••       •••

# Utah Hockey Club reveals temporary name, colors and jerseys for 2024-25 NHL season



By **Ian Mendes**
June 13, 2024 | Updated June 28, 2024

↗ Share    💬 367    🔖 Save

Last week, Utah's NHL club announced it had narrowed the field to six finalists for its team name.

On Thursday, they gave hockey fans the first glimpse of what colors they will sport when they take the ice for the first time this fall. The team unveiled it will play with black, white and blue jerseys — adorned with the word "Utah" on the front — during its inaugural 2024-25 season.

10/23/25, 1:38 PM
Utah Hockey Club reveals temporary name, colors and jerseys for 2024-25 NHL season - The Athletic
Case 2:25-cv-00639-DBB-CMR    Document 38-3    Filed 10/30/25    PageID.2371    Page 11 of 15

  Teams   Scores & Schedule   ...   

According to the club, they chose Rock Black to represent "the darkness of night in the mountains and the volcanic rock of Utah's deserts."

Salt White was chosen to illustrate "both the snow on Utah's peaks and the famous salt flats."

And finally, Mountain Blue was selected as a "representation of Utah's rich winter sports history and its clear skies for more than 230 days a year."



10/23/25, 1:33 PM
Utah Hockey Club reveals temporary name, colors and jerseys for 2024-25 NHL season - The Athletic
Case 2:25-cv-00639-DBB-CMR    Document 38-3    Filed 10/30/25    PageID.2372    Page 12 of 15

  Teams   Scores & Schedule   ···       ···

For home games played at the Delta Center, the team will wear black jerseys, with white and blue striping across each arm, the bottom of the jersey and the socks. For road games, the club will sport white jerseys. The organization collaborated with design firm Doubleday & Cartwright to create a look they are hoping carries a "clean, crisp, traditional aesthetic."

Our 2024-25 season jerseys 🏒

Inspired by our love for Utah and our passion for hockey.#UtahHC pic.twitter.com/S7j4mfmejL

— UtahHockeyClub (@utahhockeyclub) June 13, 2024

The club noted the color palette for the NHL club is complementary to the Utah Jazz of the NBA, which is also owned by Smith Entertainment Group (SEG). Last week, the Jazz unveiled expanded colors that include a similar Sky Blue as a tertiary color.



By unveiling their colors on Thursday, Utah's NHL club says the look will "serve as a catalyst for the team's visual identity and set the stage for future branding efforts." The team's selections at this month's NHL Draft in Vegas will wear a black version of the Utah jersey when they are called up to the stage.

Last week, SEG announced it was launching the second round of its survey process to help select the name of Utah's new NHL franchise. The first round of voting yielded six clear favorites that have advanced to the next phase. According to the hockey team, these six names are still alive in the process: Blizzard, Mammoth, Outlaws, Venom, Yeti and Utah Hockey Club.

10/23/25, 1:38 PM
Utah Hockey Club reveals temporary name, colors and jerseys for 2024-25 NHL season - The Athletic
Case 2:25-cv-00639-DBB-CMR   Document 38-3   Filed 10/30/25   PageID.2373   Page 13 of 15

  Teams   Scores & Schedule   ···     

Also on Thursday, SEG officially closed on the agreement to bring NHL hockey to Utah this fall. On April 18, the NHL and SEG announced the agreement that saw the Arizona Coyotes roster and hockey operations department transferred to Utah.

"Today is a monumental day for the state of Utah as we officially close on the establishment of a new NHL franchise," Ryan Smith, governor of Utah Hockey Club and chairman of Smith Entertainment Group said in a statement on Thursday. "The NHL has been incredible to work with throughout this process, providing us with invaluable guidance and support. We have a ton of work to do — training camp starts in less than 100 days — and could not be more excited about what's to come."

# Required reading

- Utah's NHL team narrows field down to 6 potential names
- Everything we know about the Coyotes' move to Utah: What went wrong? Will team name change?

(Top photo courtesy of Utah Hockey Club)

 By Ian Mendes

Tagged To:   NHL,   Sports Business,   Top Sports News,   Utah Mammoth

**YOUR NEXT READ**

  Teams   Scores & Schedule   ...     

OCT 23, 2025

## Connections: Sports Edition

Find the hidden link between sports terms



Play today's puzzle ›

---

## What did you think of this story?


MEH


SOLID


AWESOME

| National | | US | | Canada | Share |
|---|---|---|---|---|---|
| Boxing | Memorabilia & Collectibles | Arizona | Memphis | Calgary | Buy a Gift |
| Bundesliga | | Atlanta | Miami | Edmonton | |
| Champions League | Men's College Basketball | Baltimore | Minnesota | Montreal | HQ |
| Championship | Mixed Martial Arts | Bay Area | Nashville | Ottawa | About Us |
| College Football | MLB | Boston | New Orleans | Toronto | Careers |
| College Sports | MLS | Buffalo | New York | Vancouver | Code of Conduct |
| Copa America | Motorsports | Carolina | Oklahoma | Winnipeg | Editorial Guidelines |
| Copa del Rey | NASCAR | Chicago | Oregon | | Business Inquiries |
| Cricket | NBA | Cincinnati | Orlando | Partners | Press Inquiries |
| Culture | NFL | Cleveland | Philadelphia | Collectibles by eBay | |
| Cycling | NHL | Columbus | Pittsburgh | Odds by BetMGM | Support |
| Europa League | NWSL | Dallas | Sacramento | Streaming by Fubo | FAQ |
| European Championship | Olympics | Denver | San Antonio | Tickets by StubHub | Forgot Password? |
| FA Cup | Opinion | Detroit | San Diego | | Contact Us |
| Fantasy Baseball | Peak | Houston | Seattle | | Terms of Service |
| | Premier League | Indiana | St. Louis | | Group Subscriptions |

10/23/25, 1:38 PM
Utah Hockey Club reveals temporary name, colors and jerseys for 2024-25 NHL season - The Athletic
Case 2:25-cv-00639-DBB-CMR   Document 38-3   Filed 10/30/25   PageID.2375   Page 15 of 15

