# Exhibit 4





## Shop Apparel



## Shop Headwear



**COUNTDOWN IS ON**

**Gear Up Before Puck Drop**

| 86 | 6 | 51 | 2 |
|---|---|---|---|
| DAYS | HOURS | MINUTES | SECONDS |

## Shop Kids





