# Exhibit   5

10/24/25, 9:03 AM · Utah Hockey Club narrows the choice of a name to 3 finalists. It won't be the Yeti or Wasatch | The Seattle Times

Case 2:25-cv-00639-DBB-CMR · Document 38-5 · Filed 10/30/25 · PageID.2381 · Page 2 of 30

# Utah Hockey Club narrows the choice of a name to 3 finalists. It won't be the Yeti or Wasatch

℠ seattletimes.com/sports/hockey/utah-hockey-club-narrows-the-choice-of-a-permanent-name-to-three-finalists-it-wont-be-the-yeti

By John Coon

January 29, 2025



SALT LAKE CITY (AP) — The Utah Hockey Club has chosen three finalists for the permanent team name it will adopt beginning with the 2025-26 NHL season.

The franchise will use a final round of fan voting to decide among the Utah Mammoth, Utah Hockey Club and, now, Utah Outlaws. The team on Thursday announced it was switching out the unpopular Utah Wasatch options for Outlaws.

"Hey Utah hockey fans! We listened to your feedback and dug into all the Qualtrics data from last night's survey," the team posted on social media. "For the team name, it's clear that Outlaws should be in the mix instead of Wasatch, so we're swapping it out."

Team officials backed away from including Yeti as a finalist after being unable to work out a coexistence agreement with Yeti Coolers to use the name in branding and merchandising.

"They have a unique trademark that allows them to prevent the use of the word Yeti or Yetis," Smith Entertainment Group executive Mike Maughan said Wednesday. "They made a determination for the sake of their brand that they didn't want to enter into a coexistence."

10/24/25, 9:03 AM    Utah Hockey Club narrows the choice of a permanent name to 3 finalists. It won't be the Yeti | The Seattle Times

Case 2:25-cv-00639-DBB-CMR    Document 38-5    Filed 10/30/25    PageID.2382    Page
3 of 30

The U.S. Patent and Trademark Office earlier this month refused a request by the club, citing a "likelihood of confusion" with other notable brands using the name, such as Yeti Coolers. An email sent Wednesday by The Associated Press to Yeti Coolers LLC seeking comment was not returned.

Fans in attendance at the next three home games will continue voting at designated iPad stations at the Delta Center to help decide the team's name and logo. It gives a first look at designs for the logo, jerseys and branding associated with each choice.

Only fans in attendance will be allowed to vote during the games against Columbus on Friday, St. Louis on Sunday and Philadelphia on Tuesday. The permanent team name and logo will be unveiled ahead of Utah's 2025-26 regular-season opener.

Wasatch initially took the finalist spot intended for Yeti. Wasatch is a reference to the Wasatch Mountains, which run north to south along the east side of the Salt Lake Valley.

___

AP Hockey Writer Stephen Whyno contributed to this report.

___

AP NHL: https://apnews.com/hub/nhl

John Coon.

# Next phase in voting for Utah's NHL team name begins

🏒 **nhl.com**/utah/news/next-phase-in-voting-for-utah-s-nhl-team-name-begins

January 29, 2025



## Fans can take the survey at any of the next four home games

**JANUARY 29, 2025 UPDATE: We listened to your feedback and dug into all the Qualtrics data from the fan survey on January 29, 2025. For the team name, it's clear that Outlaws should be in the mix instead of Wasatch, so we're swapping it out. Surveys will continue at the arena Friday, Jan. 31, Sunday, Feb. 2, and Tuesday, Feb. 4 for you to vote for the options Utah Mammoth, Utah Hockey Club, and Utah Outlaws. Excited to see the votes roll in!**

Utah Hockey Club fans who attend any of the next four home games will enjoy an exciting opportunity – being able to participate in the next phase of a survey to vote on the team's permanent name.

Smith Entertainment Group has conducted a series of these surveys because Ryan and Ashley Smith are committed to Utah's NHL team being a community asset, and directly involving fans in the naming process has been a big part of bringing that to life.

The multiphase survey process began last spring with SEG inviting hockey fans and the Utah community to nominate and vote on their favorite team names. Initially, Ryan Smith asked fans to submit name ideas on X. That produced 20 potential names for the first round of fan voting, and the second round was narrowed to six. Fans showcased their enthusiasm by casting more than 750,000 votes.

Because this next round features not only names but also logos and branding treatments, only fans attending the next four Utah Hockey Club home games at Delta Center, starting tonight, will be able to participate.

Utah Hockey Club's sellout streak is holding strong, and 15,000 fans are anticipated to attend each of the following games:

- Friday, Jan. 31 vs. Columbus
- Sunday, Feb. 2 vs. St. Louis
- Tuesday, Feb. 4 vs. Philadelphia

SEG staff will be positioned around the arena before and during the games to help interested fans take the survey and cast their vote for the name and logo they like best. As with past surveys, an SEG representative clarified that this new iteration will utilize Qualtrics to ensure fairness, accuracy, and unbiased results through best practice, survey-research methodology, which includes randomization, progressive discrete choice analysis, encrypted data collection and storage. Backend analysis will also include best practice statistical methods to ensure data integrity.

So, what names made the shortlist for this round?

- **Utah Hockey Club**
- **Utah Mammoth**
- **Utah Outlaws**

Utah Hockey Club and Utah Mammoth were names included in the latest round of top six names.

As fans will see, one name is not on the list: Yeti, which was also one of the top six names included in the most recent survey round. An SEG executive shared that it explored every avenue to make Yeti work but that YETI Coolers, LLC was ultimately unwilling to agree to a co-existence agreement. SEG has confirmed it is no longer pursuing Yeti as a potential name for the team.

The commitment SEG has to involve the fans and community in the naming process is unique in the history of professional sports. SEG said they are on track to announce the permanent team name before the start of the 2025-26 NHL season.

# Yeti Out, Utah Hockey Club Name Down To 3 Final Options

**kslsports.com**/nhl/utah-mammoth/utah-hockey-club-name-update/536954

Cole Bagley                                                              January 29, 2025



*SALT LAKE CITY* – In response to recent trademark issues regarding their naming process, the Utah Hockey Club name is down to three final options. Following an inability to come to terms with Yeti Coolers, Utah has moved on from Yeti or Yetis as a possible name and will instead give fans the opportunity to decide between Utah Mammoth, Utah Hockey Club or Utah Wasatch at upcoming home games.

## What does the next stage of the Utah Hockey Club name process look like?

Over the next four Utah Hockey Club home games, fans in attendance will have an opportunity to vote on three names and logos.

- Utah Mammoth
- Utah Hockey Club
- Utah Wasatch

iPad stations will be placed throughout the arena for fans to get an exclusive look at the potential names, logos and merchandise while submitting their votes.

In order to protect the imagery and new potential branding, fans will only be able to vote at Delta Center during these next four home games and will not be permitted to record or take any photos of the survey.

Once the data is collected, the Utah Hockey Club will analyze the results and determine whether or not they will have another round of voting.

Regardless, the Utah Hockey Club is on track to have all of their new branding completed by next season and will announce the new name at some point during the upcoming offseason.

## Why won't Utah Hockey Club name feature Yeti?

As arguably the most popular name since the franchise's inception, the Utah Hockey Club worked vigorously with Yeti Coolers to come to an agreement. Yeti ultimately decided they did not want to enter in a coexistence agreement with the Utah Hockey Club.

"You'll of course notice the absence of Yeti which has been popular amongst many fans and has been one of the leaders," Smith Entertainment Group executive, Mike Maughan said.

"There's nothing that came from the trademark office over the last week or so that was surprising to us in anyway...We have engaged with Yeti Coolers extensively. The NHL has also helped engage with us with them. At the end of the day, they have a trademark that allows them to print Yeti or Yeti's on clothing...Without a coexistence agreement, we would not be able to print that."

While the team has officially moved on from Yeti, Wasatch will serve as a replacement to appease fans that would prefer a mythical snow creature option as part of the logo.

The new potential Utah Hockey Club logo also features a similar mythical snow creature while Mammoth has its own.

"We've replaced the name Yeti with Wasatch. It still allows us to honor the mythical snow creature idea from that with a distinctly Utah appeal," Maughan added.

## Fans will ultimately determine the Utah Hockey Club name

Ultimately, the NHL's newest franchise is going to heavily on their fanbase to determine the team's new name.

While some have warned them of the risks of such an endeavor, SEG is embracing the challenge.

"Hockey is a community asset," Maughan said. "They [Ryan and Ashley Smith] wanted to do something that's never been done in the history of professional sports, which is invite fans to be part of this incredibly iterative and exciting process to help pick a name."

"We have such faith in the fanbase here and the people of Utah."

# Utah Hockey Club narrows choice of permanent name to three – NBC Los Angeles

**nbclosangeles.com**/news/sports/nhl/utah-hockey-club-permanent-name-three-finalists/3618696

John Coon | The Associated Press                                  January 30, 2025

The quest for the Stanley Cup begins on Friday, October 4. Here's a look at key dates from the 2024-25 NHL schedule.

The Utah Hockey Club has chosen three finalists for the permanent team name it will adopt beginning with the 2025-26 NHL season.

The franchise will use a final round of fan voting to decide among the Utah Mammoth, Utah Hockey Club and Utah Wasatch. Team officials backed away from including Yeti as a finalist after being unable to work out a co-existence agreement with Yeti Coolers to use the name in branding and merchandising.

"They have a unique trademark that allows them to prevent the use of the word Yeti or Yetis," Smith Entertainment Group executive Mike Maughan said. "They made a determination for the sake of their brand that they didn't want to enter into a coexistence."

The U.S. Patent and Trademark Office earlier this month refused a request by the club, citing a "likelihood of confusion" with other notable brands using the name, such as Yeti Coolers. An email sent Wednesday by The Associated Press to Yeti Coolers LLC seeking comment was not immediately returned.





Fans in attendance at the next four home games, starting Wednesday night against Pittsburgh, will vote at designated iPad stations at the Delta Center to help decide the team's name and logo. It will unveil a first look at designs for the logo, jerseys and branding associated with each choice.

Only fans in attendance will be allowed to vote at the Penguins game, against Columbus on Friday, St. Louis on Sunday and Philadelphia on Tuesday. The permanent team name and logo will be unveiled ahead of Utah's 2025-26 regular-season opener.

Wasatch filled the finalist spot originally intended for Yeti. Wasatch is a reference to the Wasatch Mountains, which run north to south along the east side of the Salt Lake Valley.

"We wanted to honor this idea people had for a mythical snow creature like the Yeti and bring a very Utah-centric approach to it," Maughan said. "Because we have the Wasatch Mountains, because we have the Wasatch Front, we have so many different iterations or ways we can do it. We wanted to honor the sentiment of one of those top names of the last iteration (of fan voting) while also including a Utah-centric version of it."

Copyright The Associated Press

Case 2:25-cv-00639-DBB-CMR    Document 38-5    Filed 10/30/25    PageID.2393    Page 14 of 30

  

# What name will the Utah Hockey Club use? 3 mascots under consideration by the team



By **Josh Yohe**
Jan. 29, 2025 | Updated Jan. 30, 2025

 Share     350     Save

SALT LAKE CITY, Utah — And then there were three.

But how did we get here?

The naming of Utah's hockey franchise — currently known as Utah Hockey Club — has become a dramatic, lengthy process because of copyright issues in seemingly every direction.



☰  **The Athletic**  |  🏒 **NHL**    Teams    Scores & Schedule    •••    🏒  🏒  🏒  •••

Utah's next four home games, starting with Utah Hockey Club's home game Wednesday against the Pittsburgh Penguins.

ADVERTISEMENT



**Curiosity fuels confidence.**
Drive investments forv

DISCOVER HOW

Here's some background on the three choices:

## Utah Hockey Club

This is what the team is currently called. One stroll through Salt Lake City makes it pretty clear that the merchandise for this brand is selling quite well. It would be an unusual move to retain this team name and logo, though it's not totally unprecedented. We saw this with Washington's NFL team in the years after it ditched its old name and before it was named the Commanders.



## Which name do you like the best?

| NAME | PERCENT OF VOTE |
| --- | --- |
| Utah Mammoth | 56 percent |
| Utah Hockey Club | 25 percent |



Source: Survey of *The Athletic* readers

> **GO DEEPER**
> Wasatch out, Outlaws back in the mix as Utah looks for permanent nickname

---

## Utah Mammoth

This has long been one of the favorites to become the team name, and it has survived fan votes and copyright issues.



The mammoth, an extinct animal that lived in Utah during the Ice Age, pays homage to the wildlife that plays a role in Utah culture.

Six names were initially considered when the franchise, formerly the Arizona Coyotes, relocated to Salt Lake City last summer: Blizzard, Hockey Club, Mammoth, Outlaws, Venom and Yeti.

Case 2:25-cv-00639-DBB-CMR    Document 38-5    Filed 10/30/25    PageID.2396    Page 17 of 30



## Utah Wasatch

This is the newcomer to the group.

Yeti was a very popular choice among fans, and many people expected it to become the Utah nickname.

However, the franchise and the NHL, after much conversation, have decided to ditch the possibility of the name Yeti because of a copyright snag with Yeti coolers.

The newly proposed "Wasatch" nickname pivots to a local tie that still conjures images of Yeti, which are known as mountain creatures. The Wasatch Range is a mountain range that runs from the Utah-Idaho border south into central Utah. The U.S. Forest Service says Wasatch is a Ute Indian word meaning "low place in high mountains."

"It still allows us to honor the mythical snow creature (Yeti) with a Utah appeal," Smith Entertainment Group executive Mike Maughan said. "We wanted to honor the idea that people have for a mythical snow creature. We wanted to honor the sentiment of one of those names while also including a Utah-centric version."

While the logos associated with these three team names, which will also be voted on by fans during the next four games, will not be made available to the wider public, the team's black and blue color scheme figures to stay intact.



Many people believed that Yeti was the likely name for this franchise, but a Plan B was clearly necessary after Smith Entertainment Group decided a legal battle simply wasn't worth it.

"All of the merchandise, the clothing, the pucks and the mini-sticks … it's a little hard to launch a brand if you don't have those things ready to go," Maughan said. "It put those things on hold. So we decided to move on from the name 'Yeti.'"

# Required reading

- [Utah Hockey Club strikes out on Yeti moniker, puts 3 names up to fan vote](#)
- [Utah HC strikes out on initial trademark applications for all team name finalists, including Yeti](#)
- [Utah's NHL future looks bright after 'frustrating' years in Arizona: 'No excuses anymore'](#)
- [Inside Utah Hockey Club's unprecedented five-month scramble to NHL opening night](#)
- [What is the Utah Hockey Club and how did the NHL get to Salt Lake City?](#)

*(Photo: Ethan Miller / Getty Images)*

By **Josh Yohe**
Senior Writer, Penguins

Tagged To:  NHL ,  Utah Mammoth

## YOUR NEXT READ

  | NHL    Teams    Scores & Schedule    •••      



OCT 23, 2025

## Connections: Sports Edition

Find the hidden link between sports terms

Play today's puzzle ›

---

**What did you think of this story?**



MEH



SOLID



AWESOME



**Josh Yohe** is a senior writer for The Athletic covering the Pittsburgh Penguins. Josh joined The Athletic in 2017 after covering the Penguins for a decade, first for the Pittsburgh Tribune-Review and then for DKPittsburghSports.com. Follow Josh on Twitter **@JoshYohe_PGH**

| National | | US | Canada | Share |
|---|---|---|---|---|
| Boxing | Memorabilia & Collectibles | Arizona | Calgary | Buy a Gift |
| Bundesliga | | Atlanta | Edmonton | |
| Champions League | Men's College Basketball | Baltimore | Montreal | HQ |
| Championship | | Bay Area | Ottawa | About Us |
| College Football | Mixed Martial Arts | Boston | Toronto | Careers |
| College Sports | MLB | Buffalo | Vancouver | Code of Conduct |
| Copa America | MLS | Carolina | Winnipeg | Editorial Guidelines |
| Copa del Rey | Motorsports | Chicago | | Business Inquiries |
| Cricket | NASCAR | Cincinnati | Partners | Press Inquiries |
| Culture | NBA | Cleveland | Collectibles by eBay | |
| Cycling | NFL | Columbus | Odds by BetMGM | Support |
| Europa League | NHL | Dallas | Streaming by Fubo | FAQ |
| | NWSL | | | Forgot Password? |



# Utah Hockey Club swaps Wasatch for Outlaws in fan vote on name

**E**SPN **espn.com**/nhl/story/_/id/43630287/utah-hockey-club-swaps-wasatch-outlaws-fan-vote-name

Greg Wyshynski            January 30, 2025



The Utah Hockey Club has removed "Utah Wasatch" from consideration for a new team name, replacing it with "Utah Outlaws" in fan voting.

On Wednesday, the first-year NHL team announced it would no longer move forward with "Yeti" or "Yetis" as its official nickname due to what the U.S. Patent and Trademark Office called the "likelihood of confusion" for consumers to other companies and brands that use the name. Utah HC unsuccessfully tried to broker a "coexistence agreement" with Yeti Coolers LLC to use the name.

The team instead asked fans to vote on three different name options: Utah Hockey Club, Utah Mammoth and Utah Wasatch.

While Mammoth made the final four in the initial fan vote last year, Wasatch was a new option that referenced a local mountain range and would allow the team to use a "mythical snow hill creature in the form of a Yeti" as its mascot, according to Mike Maughan of Smith Entertainment Group, who added that mascot will also be used if the team keeps Utah Hockey Club as its name.

Wednesday night's game against the Pittsburgh Penguins was the first of four home games where fans would vote on the three options using tablets stationed around Delta Center. The early returns from that vote helped convince the team to drop Wasatch in favor of Outlaws, seeing little support for the former.

"We listened to your feedback and dug into all the Qualtrics data from last night's survey," the team said in a statement Thursday. "For the team name, it's clear that Outlaws should be in the mix instead of Wasatch, so we're swapping it out."

The survey will continue at the arena Friday, Sunday and Tuesday.

Outlaws was among the initial 20 names presented to fans in a survey last year and was among six finalists after the vote was completed.

Maughan said the team is confident that whatever name wins the fan vote should clear the patent and trademark process.

"We have an incredible team, and we are very confident we have a clear path to each of those names," Maughan said. "We have strategies to approach each of them and feel that we're on very solid ground as we continue forward."

Utah Hockey Club is in its first season playing in Salt Lake City. The Arizona Coyotes' franchise was sold to Utah Jazz owners Smith Entertainment Group in April 2024. SEG acquired the franchise, its players and its hockey operations department in the sale, although the team is considered a new franchise rather than an extension of the Coyotes' legacy.

# Utah Hockey Club to hold in-arena fan vote for permanent name

**E** espn.com/nhl/story/_/id/43615454/utah-hockey-club-hold-arena-fan-vote-pick-permanent-name-yeti-rejected-patent-office

Greg Wyshynski                                                            January 29, 2025



[Utah Hockey Club](#) will not be moving forward with "Yeti" or "Yetis" as its team nickname and will hold an in-arena fan vote to pick a new one.

The team expects to announce a permanent name and identity before the 2025-26 NHL season. The new fan vote comes after the [U.S. Patent and Trademark Office rejected names and logos](#) that Utah Hockey Club had submitted for approval, in particular "Utah Yetis," which was widely assumed to be the franchise's eventual nickname.

Fans attending Utah's next four home games will have the opportunity to vote for three options using tablets stationed around Delta Center. The team estimates that could be upward of 15,000 fans per game.

The name options are:

• **Utah Hockey Club**. The team's current name was meant as a placeholder for its inaugural season in Salt Lake City, after Smith Entertainment Group purchased the Arizona Coyotes franchise. "It has always been our intention to let our season one identity as Utah Hockey Club, the team's performance and the amazing response from our fans hold the conversation through our inaugural season," said Chris Armstrong, the team's president of hockey operations.

• **Utah Mammoth**. This nickname was one of six finalists from a fan vote held last year, along with Utah Blizzard, Utah Hockey Club, Utah Outlaws, Utah Venom and Utah Yeti. Team owner Ryan Smith later revealed on ESPN's "The Pat McAfee Show" that Mammoth had made the final four options.

• **Utah Wasatch**. This is an entirely new option for Utah's team name, as it wasn't included in the initial 20 names presented to fans in a survey. It references Utah's Wasatch mountain range, known for its many ski resorts. But the team acknowledges that it's basically a replacement for Utah Yeti. The name will allow the team to use a "mythical snow creature in the form of a Yeti" as its mascot, according to Mike Maughan of Smith Entertainment Group.

The fans will vote on these three names and two logos: One for the Utah Mammoth and one that would be used for either the Utah Hockey Club or the Utah Wasatch that features the Yeti-like creature, which Maughan said is known as the "mountain defender" logo internally.

This might not be the last fan vote, according to Maughan, who said there could be another round after this one. But he reiterated that whatever the fans decide in these votes will be the name of the Utah team beginning next season.

Maughan said the team submitted all 20 names on its initial survey to the U.S. Patent and Trademark Office. But the biggest refusal was for "Yeti" or "Yetis." It was widely expected, even among Utah players, that "Yeti" or "Yetis" would eventually win out as the team name.

The USPTO rejected a trademark application from the team for "Utah Yetis" because of the "likelihood of confusion" for consumers to other companies and brands that use the name. Utah Hockey Club was seeking to use "Utah Yetis" on a variety of clothing items. The USPTO said a database search turned up "a number of third-party marks registered for use in connection with the same or similar goods and/or services as those of both applicant and registrant in this case."

Among those parties was Yeti Coolers LLC, which makes drinkware, coolers and clothing.

"We engaged deeply with Yeti Cooler Company and worked with them over a process to see if there was some coexistence agreement that we could engage with them on," said Maughan. "They have a unique and strong trademark on anything published Yeti or Yetis. We did not have a coexistence agreement with Yeti and therefore have decided to move on from that name."

Maughan said the team anticipated trademark hurdles for "Yeti" and other names -- including Utah Hockey Club, which also was rejected but faces less of a barrier to future approval -- and thus anticipated the need to pivot. He said the team is confident the three names in the fan vote should clear the USPTO process.

"We have an incredible team, and we are very confident we have a clear path to each of those names," he said. "We have strategies to approach each of them and feel that we're on very solid ground as we continue forward."

Fan voting on the new name will begin during Tuesday night's game against the visiting Pittsburgh Penguins.

Utah Hockey Club is in its first season playing in Salt Lake City. The Arizona Coyotes franchise was sold to Utah Jazz owners Smith Entertainment Group in April 2024. SEG acquired the franchise, its players and its hockey operations department in the sale, although the team is considered a new franchise rather than an extension of the Coyotes' legacy.

# Utah fans to vote on three potential names for NHL team

**sportsnet.ca**/nhl/article/utah-fans-to-vote-on-three-potential-names-for-nhl-team

Elliotte Friedman                                                                                                    January 29, 2025



Utah Hockey Club celebrates the win against the Calgary Flames at the end of the third period during an NHL hockey game, Wednesday, Oct. 30, 2024, in Salt Lake City. (Melissa Majchrzak/AP)

We are down to three.

Starting tonight, Utah's NHL fans can vote on three potential names — and two logos — for their new team: Utah Hockey Club, Utah Mammoth and a new entry, Utah Wasatch, representing the mountain range to the north and east of Salt Lake City.

Out is "Yeti," not a huge surprise since the United States Patent and Trademark Office rejected that suggestion due to the "likelihood of confusion."

"We engaged with the Yeti Cooler Company," Smith Entertainment Group executive Mike Maughan said Wednesday. "They have a unique and strong trademark on 'Yeti' and 'Yetis' on clothing or other licensed gear... We were not able to come to a coexistence agreement."

The USPTO also rejected Mammoth and Hockey Club, which is weird because the latter is so similar to many Major League Soccer team names. But Maughan said while issues in those two cases were expected, "None of them are insurmountable."

"There are always issues, unless (you pick) a brand new name."

The voting will be done by fans who attend Utah's next four home games, beginning tonight (Pittsburgh) through Feb. 4 (Philadelphia). Stations will be set up around Delta Center to select a name and logo, not yet publicly revealed for copyright protection. Asked if he was worried someone would take a photo and leak details, Maughan pointed to Utah Jazz redesigns that stayed private while going through a similar process, adding, "We have faith in the community… to do this in a respectful way."

There are only two logos instead of three because "Hockey Club" and "Wasatch" would have the same outcome: a mythical snow creature, "fierce and appropriate for an NHL team," Maughan said.

He reiterated that the winning choices will not be announced during this season. It has been rumoured that the reveal could come when Utah makes its 2025 first-round draft pick. Maughan — with a smile — refused to make any such commitment.

Whatever the case, it is important to Utah owners Ryan and Ashley Smith that fans select the name and logo. "Whether this is the final part of the process or there is to be one more (vote), is to be determined," Maughan said.

The "Hockey Club" idea is growing on me, although I might be in the minority (podcast listeners were displeased with my take on this one). But we'll see how the Utahns feel. Their team, their vote.

© 2025 Rogers Media. All rights reserved.