# Exhibit  7

# Utah Hockey Club Officially Debuts New Name, Team Logo

si.com/nhl/utah-hockey-club-officially-debuts-new-name-team-logo

Brigid Kennedy                                                           May 7, 2025



The wait is over, hockey fans.

Utah Hockey Club players on Apr 3, 2025. / Rob Gray-Imagn Images

After 13 months of brainstorming and planning, the identity-less Utah Hockey Club has officially landed on its new name: the Utah Mammoth.

"When it came to naming the team, we did something unprecedented—going through four rounds of community voting, including getting feedback not only on potential names but also on potential logos," team owners Ryan and Ashley Smith said in a statement on Wednesday. "The community chose the Utah Mammoth brand, and it stands as a symbol of who we are, where we came from, and the unstoppable force we're building together."

> A new Ice Age dawns. Introducing Utah Mammoth. #TusksUp pic.twitter.com/B2yuoflDRt
>
> — Utah Mammoth (@utahhockeyclub) May 7, 2025

The UHC had its inaugural season in 2024-25, after the Arizona Coyotes were purchased by the Smith Entertainment Group and relocated to Salt Lake City.

The "Mammoth" name was the clear fan favorite in voting, for which "Utah Hockey Club" and "Utah Outlaws" were also finalists. Per NHL.com, the selection is "deliberately singular, in an all-for-one spirit," and pays homage to an animal that lived in Utah roughly 10,000 years ago. Relatedly, the team's new rallying cry is "Tusks Up," though the colors will remain the same as last year: Rock Black, Mountain Blue, and Salt White. A full breakdown of design elements is available at tusksup.com.

> It's official: The Utah Hockey Club is now the Utah Mammoth.
> pic.twitter.com/La1QbwSmfL
>
> — Ryan Miller (@millerjryan) May 7, 2025

Fans can purchase Mammoth jerseys starting later this offseason, though a limited selection of first-round merchandise (hats, T-shirts, etc.) will be available at the team's store at Delta Center starting at 2 p.m. ET. Online availability will begin next week.

The official name announcement comes after the club seemed to have inadvertently leaked the new moniker last week. Indeed, eagle-eyed fans noticed the team had updated its YouTube handle to @UtahMammoth ahead of the big reveal, suggesting that was the direction that won out in the end.

In its first season on the ice, the now-ex Utah Hockey Club notched 89 points across 38 wins.

# Utah Mammoth charges in as NHL team name

∧ **axios.com**/local/salt-lake-city/2025/05/07/utah-mammoth-nhl-team-name-reveal

Kim Bojórquez                                                                    May 7, 2025



Courtesy: Smith Entertainment Group

Tusks up, hockey fans — Smith Entertainment Group (SEG) announced "Utah Mammoth" as
the state's official NHL team name on Wednesday.

**State of play:** The announcement comes more than a year after SEG asked local fans to vote
on the team's permanent name. More than 850,000 votes were collected over four rounds.

- Voters chose between three finalists: Utah Hockey Club (its temporary name), Utah
  Mammoth and Utah Outlaws.

**What they're saying:** "When it came to naming the team, we did something unprecedented
– going through four rounds of community voting, including getting feedback not only on
potential names but also on potential logos," team owners Ryan and Ashley Smith said in a
joint statement.

- "[Utah Mammoth] stands as a symbol of who we are, where we came from, and the
  unstoppable force we're building together," they said.

**Zoom in:** The team's logo features a ready-to-charge mammoth with snow-capped
mountain peaks—a reference to the Wasatch Mountain Range. Its tusk is shaped like a "U."

- The team's color palette is "rock black," "salt white" and "mountain blue," representing
  nights in the mountains, snow and the Bonneville Salt Flats, winter sports recreation and

clear skies, per a news release.

**Flashback:** The Ice Age giants roamed what is now Utah over 10,000 years ago, Carrie Levitt-Bussian, the paleontology collections manager at the Natural History Museum of Utah, recently told Axios.

- Their fossils have been found across Utah, including Bear Lake, Park City and Orem.
- The furry beasts weighed 22,000 pounds and stood over 14 feet tall.
- Similar to how players use their hockey sticks, mammoths used their tusks to move things and intimidate rivals, Levitt-Bussian noted.

**Yes, but:** The new name is not much of a surprise after fans last week pointed out that the team's YouTube account handle changed to "UtahMammoth" before being deactivated.



Courtesy: Smith Entertainment Group

**Catch up quick:** In February, Axios Salt Lake City asked readers in a survey to choose their favorite name and mammoths won with about 43% of the vote.

- It represents "the massive size you would want the team to be," one survey taker told us.

**What's next:** Fans can begin purchasing first-run merchandise with the new team and logos starting at noon Wednesday at the team store in the Delta Center.

- Those interested in buying a home jersey can fill out a form.
- Hold on to your Utah Hockey Club merchandise. It could become more valuable.

**Go deeper:** From Ice Age to ice rink: Mammoth would be a nod to Utah's past



COLLEGE SPORTS    PRO SPORTS    HIGH SCHOOL    PODCASTS    KSL SPORTS ZONE    LIVE STREAMING

Utah Mammoth        HOME    FORUM    NEWS    WATCH    LISTEN    SCHEDULE    STANDINGS    STATS

# Utah Hockey Club To Become Utah Mammoth As Team Announces New Name

May 7, 2025 , 7:58 AM | Updated: 8:23 am                                    Comments 💬



Following their inaugural season, Utah's NHL team will become the Utah Mammoth (Photo courtesy of Utah Mammoth).

(Photo courtesy of Utah Mammoth)

**COLE BAGLEY**                                                          Share
Utah Mammoth Insider

*SALT LAKE CITY* – An ancient beast has been resurrected from the ice age as the Utah Hockey Club made a colossal announcement on Wednesday morning, revealing their new official name as the Utah Mammoth.

> All of the new Utah Mammoth logos □#TusksUp
> pic.twitter.com/XETeG6Qm1g
>
> — Cole Bagley (@BagleyKSLsports) May 7, 2025

# Utah Mammoth

Following a year long process, several rounds of fan voting and more than 850,000 total votes, the NHL's newest franchise finally settled on Utah Mammoth as their new name and the clear favorite amongst fans.

> A new Ice Age dawns. Introducing Utah Mammoth. #TusksUp
> pic.twitter.com/B2yuofIDRt
>
> — Utah Mammoth (@utahhockeyclub) May 7, 2025

"We couldn't be more excited to launch the official name and marks for Utah's NHL hockey team. When it came to naming the team, we did something unprecedented – going through four rounds of community voting, including getting feedback not only on potential names but also on potential logos," Utah Mammoth owners, Ryan and Ashley Smith said.

"From day one, we committed that this team would be built with and for the people of Utah, and we are excited to celebrate today's launch with the entire state."

Maintaining their original color scheme of salt white, rock black and mountain blue, the organization made several adjustments to the original logo that fans voted on back in late January to form their new primary crest.

Found within the new primary Mammoth logo are nods to the state of Utah including the Wasatch Mountain Range and snow-capped peaks that form the beast's crown; the shape of Utah, subtly embedded in the mountain silhouette; and the curved tusk to form a bold "U."

An "M" can also be found within the Utah outline as a nod to the team's name.

The secondary logo includes the word "UTAH" with the Mammoth tusk embedded into the "U," as well as a bold tusked "U."

The third logo or "Utah Badge" is more of a classic emblem inspired by the UTAH stairstep design from the franchise's inaugural season sweaters.

The official slogan of the Utah Mammoth will be #TusksUp.

In the coming months, an in-arena Mammoth mascot will be revealed.

Utah Mammoth jerseys and apparel

As the organization immediately shifts their branding towards Utah Mammoth, the team's sweaters will retain the same striping design while receiving updated Mammoth marks.

> The 2025-26 Utah Mammoth sweaters.#TusksUp pic.twitter.com/ITjwHVmHDV
>
> — Cole Bagley (@BagleyKSLsports) May 7, 2025

The home jersey will remain rock black and feature the new Mountain Mammoth primary logo on the chest with the fresh Utah Badge on the shoulders.

The away jersey will also remain salt white, featuring the inaugural season UTAH stairstep design with an updated typeface across the front and the Mountain Mammoth primary logo on each shoulder.

"The idea of representing Utah when we are away from the state, on the road, playing against other teams across the league; It's a point of pride to have Utah adorned across our chest and our new primary mark featured in our home arena with our home marks," The club said.

Player numbers will be styled in the "Mammoth Sans font" and "Est. 2024" will be stitched inside the collar of both sweaters to recognize the club's inception.

Beginning this afternoon at 12 P.M. MT, fans will be able to purchase a limited selection of first-run Utah Mammoth merchandise, including t-shirts, hats, and hoodies, exclusively at the Team Store inside Delta Center.

Fans can also express their interest in being among the first to purchase a Utah Mammoth home jersey by filling out this form.

Additionally, items will be available for purchase online at NHLShop.com on May 14.

History of Mammoth's in Utah

More than 10,000 years ago, Colombian Mammoth's roamed the landscapes of Utah.

Fossils of the prehistoric beasts have been found throughout the state in areas such as Bear Lake, Fillmore, Orem, Park City, Lake Powell, and most notably Huntington Canyon, where a complete mammoth skeleton was discovered in 1988.



'Mammoth' Discovery Made At Secret Utah Location

History of Utah Mammoth naming process

After the original fan vote in 2024, the Utah Hockey Club coordinated an in-person fan vote during a stretch of home games at Delta Center in late January of 2025.

"Hockey is a community asset," Smith Entertainment Group executive, Mike Maughan said in January of 2025. "They [Ryan and Ashley Smith] wanted to do something that's

never been done in the history of professional sports, which is invite fans to be part of this incredibly iterative and exciting process to help pick a name."

"We have such faith in the fanbase here and the people of Utah."

> " Can confirm these are the official logos that have been presented to @utahhockeyclub fans as part of their team name vote.
>
> Now that you've seen them, which one would you vote for? pic.twitter.com/TRVb5w1xxq
>
> — Frank Seravalli (@frank_seravalli) February 3, 2025

While Utah Hockey Club, Utah Mammoth and Utah Wasatch were the original three finalists, Wasatch was quickly replaced by Outlaws.

Fans could then vote for their favorite over the course of three games to make their voices heard which ultimately determined the outcome of the new name.

"The community chose the Utah Mammoth brand, and it stands as a symbol of who we are, where we came from, and the unstoppable force we're building together," Ryan and Ashley Smith said.

**RELATED STORIES**



SEG Begins Multi-Year Delta Center Renovations To Better Accommodate Utah Hockey Club, Jazz



Yeti Out, Utah Hockey Club Name Down To 3 Final Options



Utah Outlaws Back On Table For Utah Hockey Club, Wasatch Out

YouTube channel prematurely leaked Utah Mammoth name

Before the club was fully prepared to announce the name, a slight hiccup transpired in late April as the team's official YouTube channel handle was temporarily listed as @UtahMammoth.

> Utah Hockey Club's official YouTube page now shows UtahMammoth 🫣 pic.twitter.com/pi4CU5tDCb
>
> — Cole Bagley (@BagleyKSLsports) April 30, 2025

Shortly after the leak, the page was then removed before returning with the @UtahHockeyClub handle.

> Someone apparently jumped the gun on the @UtahMammoth rebrand on YouTube. They've now taken the entire channel offline. 😅😬 #UtahMammoth #UtahHC #NHLinUtah #NHL pic.twitter.com/Fc8fYfnKYt
>
> — Jake Hatch (Yawk) Utah Hockey Club Aficionado (@JacobCHatch) April 30, 2025

*Related: Utah Mammoth? Utah Hockey Club YouTube Page Gives Possible Hint On New Name*

Next For The Utah Mammoth

Following the conclusion of the Utah Mammoth's inaugural season, the next notable event will be the NHL Draft on June 27 and 28.

After recently drawing the fourth overall draft pick in the 2025 NHL draft, each of Utah's upcoming draft selections will be dressed in the new Utah Mammoth home sweater.

*Full story: Utah Hockey Club Draws No. 4 Overall Pick In 2025 NHL Draft Lottery*

Cole Bagley is the Utah Hockey Club insider for KSL Sports. **Keep up with him on X here**. You can hear Cole break down the team on KSL Sports Zone and KSL 5 TV.

## Take us with you, wherever you go.

**Download the new & improved KSL Sports app from Utah's sports leader. You can stream live radio, video and stay up to date on all of your favorite teams.**

Follow @BagleyKSLsports



## COMMENTS (0) ⌄



# Utah NHL team picks Mammoth as permanent name: How we got here, what jerseys looks like



By Chris Johnston
May 7, 2025 | Updated May 8, 2025

Share    580    Save

Utah Hockey Club is morphing into the Utah Mammoth.

That's what the NHL franchise will permanently be known as, the organization announced Wednesday, following a 13-month process that included four rounds of fan voting and more than 850,000 ballots cast.

In revealing the new identity on Wednesday, Smith Entertainment Group hailed the choice of a powerful animal that claimed Utah as its home more than 10,000 years ago.

"From Day 1, we committed that this team would be built with and for the people of Utah, and we are excited to celebrate today's launch with the entire state," said Ryan and Ashley Smith, owners of the club. "The community chose the Utah Mammoth brand, and it stands as a symbol of who we are, where we came from and the unstoppable force we're building together."

The team played its inaugural season as Utah Hockey Club, or Utah HC. That was selected as a temporary name in April 2024 after Ryan and Ashley Smith purchased and relocated the Arizona Coyotes on extremely short notice.

The colors from Year 1 in Utah remain unchanged in the new jerseys designed for the Mammoth: rock black, salt white and mountain blue.

The black home sweaters feature a primary logo with multiple small nods to the region, including Wasatch Mountain Range and snow-capped peaks that form the beast's crown; the shape of Utah, which is subtly embedded in the mountain silhouette; and the curved tusk to form a "U."

The white away jerseys feature a UTAH stairstep design from the franchise's inaugural season — a choice made because the team wanted to keep the state they're representing front and center when playing in visiting buildings, according to the team.



Home & Away Uniforms

The Utah Mammoth jerseys will keep the team's current color scheme. Courtesy of Utah Hockey Club / the Utah Mammoth.

Mammoth fossils have been found throughout Utah. The now-extinct mammals stood over 14 feet tall, weighed up to 22,000 pounds and used their curved tusks to dig through snow, fend off predators and thrive in Utah's glacial terrain.

Those qualities should also lend themselves well to a mascot when the organization is ready to unveil

one.

## How did we get here?

The path to selecting the permanent identity of the team was an exhaustive one and included some complications because of trademark and intellectual property restrictions.

An initial list of 20 possible names was narrowed by fan vote last June to what the team announced as six finalists: Utah Blizzard, Utah Hockey Club (Utah HC), Utah Mammoth, Utah Outlaws, Utah Venom and Utah Yeti.

Following a subsequent round of fan voting, there appeared to be some momentum building around Yeti. However, the NHL team had to move on from that possibility because no deal could be reached with the Yeti cooler company to secure the rights to use it.

"Nothing came from the trademark office that was surprising in any way," Smith Entertainment Group executive Mike Maughan said in a news conference in late January. "We have engaged with Yeti coolers. The NHL has helped engage with them. At the end of the day, they have a trademark that allows them to print Yeti on clothing and other merchandise."

At that point, three possibilities for the name remained: Utah Mammoth, Utah Wasatch and Utah Hockey Club.

Fans attending four home games at Delta Center were given the opportunity to choose between those final three options and also multiple different logos at iPads stationed throughout the arena.

From there, Mammoth was identified as the clear choice, the organization said.

Of particular note is that Kroenke Sports & Entertainment, which owns the National Lacrosse League's Colorado Mammoth (plus the NHL's Colorado Avalanche and others), was very supportive of Utah adopting the name as well, according to the organization.

## The new gear

A limited selection of first-run Mammoth merchandise will go on sale at the team store inside Delta Center on Wednesday, with more items being made available for online purchase starting next week.

It won't be until closer to the start of the 2025-26 NHL season that fans can buy jerseys.

However, after winning the second draft lottery on Monday night and jumping up 10 spots to the No. 4 pick, the team expects to adorn draft picks in black Mammoth jerseys after making those selections at next month's draft in Los Angeles.

The phrase "Est. 2024" will be stitched inside the collar of both the home and away jerseys — a tribute to the NHL's arrival in Utah.

*(Photos courtesy of Utah Hockey Club / the Utah Mammoth)*

 By **Chris Johnston**
Senior Writer, NHL

Tagged To: <u>NHL</u>, <u>Sports Business</u>, <u>Utah Mammoth</u>

nytimes.com/athletic/6339788/2025/05/07/utah-mammoth-team-name-nhl/

141.0.7390.123

Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)

10/24/2025 9:08:17 AM

# Utah Hockey Club unveils name more than a year after move from Arizona

🌐 **usatoday.com**/story/sports/nhl/coyotes/2025/05/07/utah-hockey-club-unveils-name-mammoth-arizona-coyotes-clayton-keller/83495856007

Jeremy Cluff



COYOTES

Utah Hockey Club

## Arizona Coyotes fade further as Utah NHL team unveils a 'big' name announcement

The Utah Hockey Club finally has a name more than a year after the team's move from Arizona, and hockey fans in the Valley are taking one more shot on the chin.

The NHL franchise unveiled its new name and permanent identity on Wednesday, further distancing itself from its former home in Arizona.

The franchise formerly known as the Arizona Coyotes will now be known as the Utah Mammoth.

"More than 10,000 years ago, herds of mammoth claimed Utah as their home and, ever since, the mammoth has embodied strength, momentum, and an earth-shaking presence – qualities that are brought to life by the passion of Utah's hockey fans and that mirror the franchise's bold emergence into the NHL," the team said in a release announcing the name.

"In a process driven by the community, the Utah Mammoth name was chosen by fans during a 13-month process involving four rounds of fan voting and more than 850,000 votes."

## 'It stands as a symbol of who we are'

The NHL approved the Coyotes' move to Utah on April 18, 2024, and the team was known as the Utah Hockey Club for its first season in Salt Lake City.

The team had 38 wins, 31 losses, and 13 overtime losses last season. It finished with 89 points, sixth place out of eight teams in the Central Division and 11th of 16 teams in the Western Conference.

"We couldn't be more excited to launch the official name and marks for Utah's NHL hockey team," Ryan and Ashley Smith, owners of the Utah Mammoth, said in a release.

"When it came to naming the team, we did something unprecedented – going through four rounds of community voting, including getting feedback not only on potential names but also on potential logos. We love the passion of the people of Utah and the way they showed up for the team during its inaugural season and the energy they brought to voting on its permanent identity."

## Utah Mammoth branding unveiled on social media

The Utah NHL franchise showcased its branding on a series of social media posts Wednesday, and the Clayton Keller jersey examples serve as another gut punch for Arizona hockey fans.