# Exhibit 8

# Utah's NHL Franchise Officially Named the Utah Mammoth

**nhl.com**/utah/news/utah-s-nhl-franchise-officially-named-the-utah-mammoth-release-5-7-25

Utah Mammoth PR                                                                                              May 7, 2025

Team introduces permanent brand identity including colors, logos, and jersey designs



By Utah Mammoth PR
@UtahMammoth_PR
May 07, 2025

Today, Smith Entertainment Group (SEG) revealed the new name and permanent identity of Utah's NHL franchise: the **Utah Mammoth.** More than 10,000 years ago, herds of mammoth claimed Utah as their home and, ever since, the mammoth has embodied strength, momentum, and an earth-shaking presence – qualities that are brought to life by the passion of Utah's hockey fans and that mirror the franchise's bold emergence into the NHL. In a process driven by the community, the Utah Mammoth name was chosen by fans during a 13-month process involving four rounds of fan voting and more than 850,000 votes.

10/15/25, 10:16 AM
Utah's NHL Franchise Officially Named the Utah Mammoth | Utah Mammoth
Case 2:25-cv-00639-DBB-CMR    Document 38-9    Filed 10/30/25    PageID.2435    Page 3 of 10



A new Ice Age dawns, introducing Utah Mammoth

"We couldn't be more excited to launch the official name and marks for Utah's NHL hockey team. When it came to naming the team, we did something unprecedented – going through four rounds of community voting, including getting feedback not only on potential names but also on potential logos. We love the passion of the people of Utah and the way they showed up for the team during its inaugural season and the energy they brought to voting on its permanent identity," said Ryan and Ashley Smith, owners of the Utah Mammoth. "From day one, we committed that this team would be built with and for the people of Utah, and we are excited to celebrate today's launch with the entire state. The community chose the Utah Mammoth, and it stands as a symbol of who we are, where we came from, and the unstoppable force we're building together."

Mammoth fossils have been found throughout Utah in Bear Lake, Fillmore, Orem, Park City, Lake Powell, and most notably Huntington Canyon, where a complete mammoth skeleton was discovered in 1988. These massive, resilient creatures stood over 14 feet tall, weighed up to 22,000 pounds, and used their curved tusks to dig through snow, fend off predators, and thrive in Utah's glacial terrain. Evidence suggests mammoths charged in herds at speeds exceeding 25 miles per hour, comparable to the speeds reached by the fastest skaters in the NHL.

As part of today's announcement, SEG introduced a full suite of brand elements including the primary logo for the franchise – the Mountain Mammoth – along with secondary marks and the Utah Badge:

- The Mountain Mammoth logo captures the fierce power of the mammoth mid-charge, tusks up, and ready to attack. Within the mark are nods to the state including the Wasatch Mountain Range and snow-capped peaks that form the beast's crown; the shape of Utah, which is subtly embedded in the mountain silhouette; and the curved tusk to form a bold "U."
- The secondary marks underscore the team's identity and unwavering pride in the state and include the word "UTAH" with the Mammoth tusk embedded into the "U," as well as the tusked "U" standing alone as a bold lettermark.
- The Utah Badge is a classic emblem inspired by the UTAH stairstep design from the franchise's inaugural season – paying homage to the history of hockey in the state and showcasing the club's commitment to continuing to grow the game.



Accompanying the visual identity is a unique custom-designed typeface, Mammoth Sans, which features a 10-degree forward slant that mirrors Utah's mountainous terrain and reflects the team's relentless pursuit of progress. Details like the angled crossbars on the "A" and "H" serve as another visual link to the team's inaugural lettering system and the steepness of Utah's highest peaks.

The organization's inaugural season color palette will remain at the center of the team's permanent identity. The colors consist of Rock Black, representing the darkness of night in the mountains; Salt White, illustrating both the snow on Utah's peaks and the famous salt flats; and Mountain Blue, a representation of Utah's rich winter sports history and its clear skies for more than 230 days a year.

The team's uniforms will retain the same striping design fans have come to love, now updated with Mammoth marks. The home jersey remains Rock Black, anchored by the Mountain Mammoth primary logo on the chest and Utah Badge on the shoulders. The away jersey continues in Salt White, featuring the inaugural season UTAH stairstep design with an updated typeface across the front and the Mountain Mammoth primary logo on each shoulder. Player numbers will be styled in the Mammoth Sans font, and "Est. 2024" will be stitched inside the collar of both jerseys – a tribute to the NHL's arrival in Utah.

The team's permanent brand identity was developed in collaboration with renowned design firm Doubleday & Cartwright.

Beginning today at 12 P.M. MT, fans can purchase a limited selection of first-run Utah Mammoth merchandise, including t-shirts, hats, and hoodies, exclusively at the Team Store inside Delta Center. Fans can also express their interest in being among the first to purchase a Utah Mammoth home jersey by filling out this form. Starting next week on May 14, items will be available for purchase online at www.NHLShop.com.

In the coming weeks, the Utah Mammoth will be announcing details surrounding a series of merchandise drops and community events happening across the state this summer, with the first taking place May 17 at the ice rinks at the SLC Sports Complex in Salt Lake City.



It replaces Utah Hockey Club, a temporary name for its inaugural 2024-25 season after Smith Entertainment Group purchased and relocated the former Arizona Coyotes franchise to Salt Lake City.

"When it came to naming the team, we did something unprecedented -- going through four rounds of community voting, including getting feedback not only on potential names but also on potential logos," Utah owners Ryan and Ashley Smith said in a statement. "The community chose the Utah Mammoth brand, and it stands as a symbol of who we are, where we came from, and the unstoppable force we're building together."

Utah began selling a limited selection of first-run Utah Mammoth merchandise -- including T-shirts, hats and hoodies -- at the team store inside Delta Center on Wednesday. A news conference featuring NHL commissioner Gary Bettman was also scheduled at the arena.



A yearlong search and multiple rounds of fan voting have ended with the Utah Mammoth being chosen as the new identity for the NHL franchise. Courtesy of Utah Mammoth

Mammoth jerseys will be available for purchase later this offseason. They will be seen at the NHL draft in June, as Utah selections will wear the new sweaters. Utah won the second draft lottery drawing Monday night to receive the fourth overall pick.

Utah will introduce a Mammoth-inspired mascot at home games next season, which will be revealed in the coming months.

The name, which inadvertently leaked on the team's official YouTube channel last week, was inspired by herds of mammoths having claimed what would become Utah as their home more than 10,000 years ago. Fossils have been found throughout the state, and a complete mammoth skeleton was discovered in Huntington Canyon in 1988.

"Evidence suggests mammoths charged in herds at speeds exceeding 25 miles per hour, comparable to the speeds reached by the fastest skaters in the NHL," the team said in its release.

According to the team, Utah chose a singular "Mammoth" rather than "Mammoths" because "it symbolizes one team, all-in and all of Utah."

The new team logo -- the head of a mammoth with a curved tusk -- features several Easter eggs for fans.

The snow-capped Wasatch Mountain Range makes up the top of the mammoth's head. The silhouette of Utah and a negative space "M" are hidden on the left side of the logo. The curved tusk is meant to evoke the letter "U" for Utah. "Tusks Up" is the team-endorsed rallying cry for Mammoth fans.

Utah will wear its new Mammoth logo on home jerseys and the state's name on away jerseys, joining the Carolina Hurricanes as the only teams currently wearing a logo on one jersey and a wordmark on the other. According to Utah, the road jerseys continue messaging from the team's inaugural season "to put a prominent focus on representing Utah when we're away from the state."

The Mammoth will wear patches with the state of Utah and a hockey stick on the shoulders of their home jerseys and a patch with the Mammoth logo on the shoulder of their away jerseys.

The rebranding ends a process that began over a year ago.



EDITOR'S PICKS

**Mammoth gaffe? Utah mum on name after leak**
Greg Wyshynski

**Free agency and draft plans for Oilers, Panthers, every other eliminated team**
Ryan Clark and Kristen Shilton

The team was known as Utah Hockey Club in 2024-25 after having little time to decide on a permanent nickname and logo. Design firm Doubleday & Cartwright developed the team's color scheme -- Rock Black, Salt White and Mountain Blue -- while targeting the franchise's second season for an official nickname.

SEG released a Qualtrics poll in May 2024 featuring 20 potential team names. That produced six finalists in June for another fan vote: Blizzard, Utah HC, Mammoth, Outlaws, Venom and Yeti.

During Utah's inaugural season, "Yeti" was widely considered to be the team's eventual name, even by its players. But Utah announced in January that it would not be moving forward with "Yeti" or "Yetis" as a nickname after the U.S. Patent and Trademark Office rejected a trademark application for "Utah Yetis" because of the "likelihood of confusion" for consumers to other companies and brands that use the name. Among those parties was Yeti Coolers LLC, which makes drinkware, coolers and clothing.

With Yeti and Yetis out, the team announced in January that Utah Hockey Club, Utah Mammoth and Utah Wasatch would be the finalists in a fan vote at Delta Center. Fans voted with iPads located at stations around the arena that featured the names, logos and potential branding for each option.

While Wasatch was never a part of previous fan votes, the team included it as a new option. It referenced a local mountain range



and would have allowed the team to use a "mythical snow hill creature in the form of a Yeti" as its mascot. But when the team saw early vote returns, Utah Wasatch was quickly swapped out for Utah Outlaws.



Here Are The 25+ Coolest Gifts For This Year

Trending Gadgets | Sponsored

Learn More

While the vote totals weren't released, the team said Mammoth was "the clear favorite" in the final round of voting.

Utah said the names in the final voting group were all clear of any trademark issues. There's also no issue with the neighboring Colorado Mammoth of the National Lacrosse League. According to the team, Utah has been in regular dialogue with Kroenke Sports and Entertainment, which owns the lacrosse franchise, and has received support for the new Utah team name.

As for "Utah Hockey Club," the team said that name and branding will "always be a part of our history" and could be honored in a nostalgic way in the years to come.

You May Like                                                                 Sponsored





espn.com/nhl/story/_/id/45036623/utah-picks-mammoth-mascot-end-yearlong-search
141.0.7390.66
10/15/2025 10:19:02 AM