# Exhibit  9

Track Order     Help     My Account



Jerseys  Hats  Men  More  Women  Kids  T-Shirts  More  Sweatshirts  Collectibles  Home & Office



## TRENDING COLLECTIONS





## NAME & NUMBER

Suit up like a pro

## LIGHT LAYERS

Perfect for any season





**POLOS**

**COLLECTIBLES**

# Utah Mammoth Jerseys, Mammoth Gear & Apparel | Utah Mammoth Team Shop

The Utah Mammoth Team Shop is your trusted source for officially licensed Utah Mammoth gear that lets fans show their pride all year long. Built on the excitement of a

## Customer Service

Contact Us          Help

Track Order        Size Chart

Contact Us          Help

                         Track My
Return Policy     Order

## Worry Free Shopping

        Safe              Shipping
Shopping          Rates

        Return Policy

## Information

My Account        About Us

Privacy Policy  |  Your Privacy Choices  |  Accessibility  |  Terms of Use  |
Modern Slavery and Child Labor Statement  |  Interest-Based Advertising  |  Product Concerns

© Fanatics, LLC., 2025. All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, LLC.

      



Starter

Todd Snyder

WEAR by Erin Andrews

WinCraft

**Custom Shop** ^

Custom

**Price Range** ^

less than $10

$10 to $20

$20 to $40

$40 to $60

over $60

**Players** ^

Clayton Keller

Logan Cooley

JJ Peterka

Nick Schmaltz

Lawson Crouse

Dylan Guenther

Ian Cole

Nate Schmidt

Olli Maatta

Brandon Tanev

View all players

### Jerseys                                                      VIEW ALL



$174.99

Men's Utah Mammoth Clayton Keller Fanatics Black Home Breakaway...

♥ Most Popular in Jerseys

⬥ FREE Jersey Assurance

$249.99

Men's Utah Mammoth Fanatics Black Home Premium Custom...

♥ Most Popular in Men Jerseys

$174.99

Men's Utah Mammoth Logan Cooley Fanatics Black Home Breakaway...

♥ Most Popular in Men Jerseys

🚚 Express Delivery*
*On Select Sizes

⬥ FREE Jersey Assurance

$229.99

Men's Utah Mammoth Clayton Keller Fanatics Black Home Premium...

🚚 Express Delivery

⬥ FREE Jersey Assurance

$179.

Men's
Premi

Utah



### On Sale                                                      VIEW ALL

$52.49 - $69.99 with code
$69.99

Men's Utah Mammoth Fanatics Black Primary Logo Legacy Fleece...

♥ Most Popular in Men Sweatshirts

$149.99 with code
$199.99

Men's Utah Hockey Club Mitchell & Ness Black Retro Anorak...

$93.74 - $124.99 with code
$124.00

Men's Utah Hockey Club Mitchell & Ness Black Heritage Lace-...

$56.24 - $74.99 with code
$74.99

Men's Utah Mammoth Fanatics Heather Gray Primary Logo Legacy...

♥ Most Popular in Hoodies & Sweatshirts

$86.

Wome
Mamm
White

♥ Mos
Wome

Visit the Official NHL Shop for the best selection of officially licensed Utah Mammoth gear online! Our lineup offers authentic Bruins merchandise such as official Utah Mammoth jerseys in home, away and alternate styles as well as Utah Mammoth Authentic Pro and Breakaway jerseys. Every fan can find Utah Mammoth clothing that is as stylish as it is comfortable. Utah Mammoth t-shirts, hats, sweatshirts and much more can be found at the official online store of the NHL. Stay warm throughout the season at every game with Utah Mammoth beanies, hoodies and jackets. Browse the best brands of Utah Mammoth gear, including Fanatics, adidas, Reebok, and more. Look no further for official Utah Mammoth merch, collectibles, apparel and more at the Official NHL Shop!

**Featured Utah Mammoth Players**

Clayton Keller

**Utah Mammoth Collections**

Utah Mammoth Breakaway Jerseys  |  Utah Mammoth Knit Hats  |  Utah Mammoth Hoodies

---

**Customer Service**          **Worry Free Shopping**          **Information**          Stay updated on sales, new items and more.

Contact Us                    Promo Terms and Exclusions       My Account

SIGN UP & SAVE 10%

Help

Size Chart

Track Order

Safe Shopping

Shipping

90-Day Returns

About Us

Affiliate Program

Military Discount

First Responder Discount

**Follow Us**

Privacy Policy | Your Privacy Choices | Accessibility | Terms & Conditions | Modern Slavery and Child Labor Statement |

Shopping Internationally? Visit shop.international.nhl.com | Product Concerns

© Fanatics, LLC. 2025. All Rights Reserved. NHL and the NHL Shield are registered trademarks of the National Hockey League.  NHL and NHL team marks are the property of the NHL and its teams.  © NHL 2025.  All Rights Reserved.

shop.nhl.com/utah-mammoth/t-3891458094+z-904672-1005627369?ab=%7bwt-static_graphic%7d%7bpt-home%7d%7bal-teamlinks%7d%7bct-Utah-Mammoth%7d

141.0.7390.123

Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)

10/24/2025 9:16:12 AM

10/23/25, 2:23 PM · Lids: Utah Mammoth Gear, Utah Mammoth Merchandise, Jerseys, Utah Mammoth Hats, Utah Mammoth Apparel | Lids

Case 2:25-cv-00639-DBB-CMR   Document 38-9   Filed 10/30/25   PageID.2453   | Page 11 of 44



**TEAMS** ⌄

Auctions   Gift Cards   Track Order   Help   My Account

 Utah Mammoth

What can we help you find?

📍 STORE LOCATOR   *Lids ACCESS PASS*

Men  Women  Other  Kids  Jerseys  T-Shirts  Other  Sweatshirts  Hats  Collectibles  More  Sale  🔍

🚚 FREE SHIPPING ON U.S. ORDERS OVER $29 Use code **LIDS29**   Terms

NHL / Utah Mammoth Merchandise

| �filters Filters | Top Sellers ⌄ |

624 ITEMS                                      ◄ 1 2 3 4 5 ►

Hats   Jerseys   Sweatshirts   T-Shirts   Sale Items



Most Popular

$44.99

Utah Mammoth New
Era Team Primary
59FIFTY Fitted Hat ...

🚚 Ships Free

↘ Almost Gone



$34.99

Utah Mammoth New
Era Team Primary
9FIFTY Snapback...

🚚 Ships Free



Most Popular

$44.99

Utah Mammoth New
Era Team Secondary
59FIFTY Fitted Hat ...

🚚 Ships Free



Most Popular



Most Popular



Most Popular

$34.99

Utah Mammoth New Era Two-Tone 9FIFTY Snapback Hat - Lig...

🚚 Ships Free

$174.99

Clayton Keller Utah Mammoth Fanatics Home Breakaway...

🚚 Ships Free

$34.99

Utah Mammoth '47 Two-Tone Hitch Adjustable Hat -...

🚚 Ships Free



Most Popular



Most Popular



Most Popular

$29.99

Utah Mammoth New Era 9TWENTY Adjustable Hat -...

🚚 Ships Free

$27.99

Utah Mammoth Fanatics Fundamentals...

$174.99

Logan Cooley Utah Mammoth Fanatics Home Breakaway...

🚚 Express Delivery*
*On Select Sizes

🚚 Ships Free



$31.99

Utah Mammoth '47 Trucker Adjustable Hat - Black

🚚 Ships Free



Most Popular



$179.99

Utah Mammoth Fanatics Home Premium Jersey -...

🚚 Ships Free



$29.99

Utah Mammoth Fanatics Primary Logo Adjustable Ha...

🚚 Ships Free
↘ Almost Gone







 

  







**$30.99** ~~$69.99~~ ⓘ
**Clearance**

Utah Mammoth
Fanatics Draft Logo
Pullover Hoodie -...

🚚 Ships Free

$69.99

Utah Mammoth
Starter Retro Graphic
Fleece Pullover...

🚚 Ships Free

$179.99

Utah Mammoth
Fanatics Home
Premium Jersey -...

🚚 Ships Free









$34.99

Utah Mammoth
Champion Jersey
Long Sleeve T-Shirt...

🚚 Ships Free

$34.99

Utah Mammoth New
Era Team Wordmark
9FIFTY Snapback...

🚚 Ships Free

$99.99

Utah Mammoth
Fanatics Prime Time
Fleece Hoodie -...

🚚 Ships Free









 

$249.99

$174.99

JJ Peterka Utah
Mammoth Fanatics
Home Breakaway...

🚚 Ships Free

$424.99

Utah Mammoth
Fanatics Home
Premium Custom...

🚚 Ships Free

Utah Mammoth
Fanatics Home
Authentic Pro Jerse...

🚚 Ships Free



Most Popular

 

**$74.99**

Utah Mammoth
Fanatics Legacy
Hoodie - Black

🚚 Ships Free



Most Popular



**$41.99**

Utah Mammoth New
Era State Shape 1st
Season 59FIFTY...

🚚 Ships Free



**$33.99**

Utah Mammoth
Fanatics Authentic
Pro Rink Cuffed Kni...

🚚 Ships Free



Most Popular

 

**$29.99**

Utah Mammoth New
Era 9FORTY
Adjustable Hat -...

🚚 Ships Free



Most Popular

**$29.99**

Utah Mammoth
Champion Jersey T-
Shirt - Black

🚚 Ships Free



Most Popular

 

**$124.99 - $129.99**

Utah Mammoth
Starter Primary Logo
Full-Snap Satin...

🚚 Ships Free





**Most Popular**

**Most Popular**

**$84.99**

**$199.99**

**$24.99**

Clayton Keller Utah
Mammoth Youth
Home Replica Playe...

Utah Hockey Club
Mitchell & Ness Retro
Anorak Half-Zip...

Utah Mammoth
WinCraft Laser Cut
Metal License Plate...

🚚 Ships Free

🚚 Ships Free







**Most Popular**

**Most Popular**

**$74.99**

**$35.99**

**$19.99**

Utah Mammoth
Fanatics Women's
Icing Long Sleeve...

Utah Mammoth
Fanatics Authentic
Pro Rink Roper A-...

Utah Hockey Club
Inglasco Inaugural
Game Official Gam...

🚚 Ships Free

🚚 Ships Free

↘ **Almost Gone**







**Most Popular**

**Most Popular**

**$29.99**

**$29.99**

**$69.99**

Utah Mammoth '47
Clean Up Adjustable
Hat - White

Utah Mammoth
Fanatics Alternate
Logo Adjustable Ha...

Utah Mammoth
Fanatics Primary
Logo Legacy Fleec...

🚚 Ships Free

🚚 Ships Free

🚚 Ships Free

Case 2:25-cv-00639-DBB-CMR   Document 38-9   Filed 10/30/25   PageID.2458   Page 16 of 44





**Most Popular**



**$31.99**

Utah Mammoth '47 Trucker Snapback Hat - Camo

🚚 Ships Free

**$74.99**

Utah Mammoth Fanatics Primary Logo Legacy Fleec...

🚚 Ships Free

**$25.99**

Utah Mammoth Fanatics Fundamentals Arch...



**Most Popular**

 

**$229.99**

Clayton Keller Utah Mammoth Fanatics Home Premium...

🚚 Express Delivery

🚚 Ships Free



**$34.99**

Utah Mammoth '47 Bering Cuffed Knit Hat with Pom - Ligh...

🚚 Ships Free



**Most Popular**

**$64.99**

Utah Mammoth Outerstuff Youth Face Off Full-Zip...

🚚 Ships Free



**$19.99**

Utah Mammoth WinCraft Three-Piece Fan Pack



**Most Popular**

**$39.99**

Utah Mammoth 22" Neon Round Wall Sign

🚚 Ships Free



**$63.99** ~~$89.99~~ ⓘ

**Clearance**

Utah Mammoth Youth Home Premier Jersey - Black

Case 2:25-cv-00639-DBB-CMR   Document 38-9   Filed 10/30/25   PageID.2459   Page 17 of 44



$74.99

Utah Mammoth Fanatics Authentic Pro Rink...

🚚 Ships Free



 **Most Popular**

**$25.99** ~~$69.99~~ ⓘ
**Clearance**

Utah Mammoth Fanatics Wordmark Logo Fleece Pullov...



 ⚫ ⚪

$229.99

Logan Cooley Utah Mammoth Fanatics Home Premium...

🚚 **Express Delivery**

🚚 **Ships Free**



**Most Popular**

$44.99

Utah Hockey Club Fanatics Goal Crease Legacy Long Sleev...

🚚 Ships Free



**Most Popular**

$24.99

Utah Hockey Club Fanatics Authentic 1:43 Scale Die-Cast...

↘ **Almost Gone**



$124.99

Utah Hockey Club Mitchell & Ness Heritage Lace-Up...

🚚 Ships Free



**Most Popular**

  ⚫ ⚪



$39.99



   ⚪ ⚪ ⚫

**$74.99**

Utah Mammoth Fanatics Women's Primary Logo Lega...

JJ Peterka Utah Mammoth Fanatics Authentic Stack...

🚚 Ships Free

**$69.99**

Utah Mammoth Starter Retro Graphic Fleece Pullover...

🚚 Ships Free

🚚 Ships Free







**$84.99**

Logan Cooley Utah Mammoth Youth Home Replica Playe...

🚚 Ships Free

**$84.99**

Utah Mammoth Fanatics Inside Line Pullover Hoodie -...

🚚 Ships Free

**$74.99**

Utah Mammoth Fanatics Net Minder Legacy Hoodie -...

🚚 Ships Free



Most Popular



**$34.99**

Utah Mammoth Fanatics Primary Logo Legacy T-Shir...

🚚 Ships Free



**$69.99**

Utah Mammoth Fanatics Defender Fleece Pullover...

🚚 Ships Free



Most Popular

**$35.99**

Utah Mammoth Fanatics Authentic Pro Rink Team Cod...

🚚 Ships Free



Most Popular



Most Popular



$13.99

Utah Mammoth WinCraft Primary 11'' x 17'' Multi-Use...

↘ Almost Gone

$49.99

Utah Mammoth Champion Eco Powerblend...

🚚 Ships Free



$34.99

Utah Mammoth Fanatics Legacy T-Shirt - Black

🚚 Ships Free



Most Popular

$9.99

NHL Utah Inglasco Autograph Model Hockey Puck

↘ Almost Gone



$51.99 $74.99 ⓘ
Clearance

Utah Mammoth Youth Replica Jersey - Black

🚚 Ships Free



Most Popular

$78.99 $154.99 ⓘ
Clearance

Clayton Keller Utah Mammoth Fanatics Women's Women's...

🚚 Ships Free



$29.99

Utah Mammoth Fanatics Fundamental Adapt...

🚚 Ships Free



$499.99

Utah Mammoth Fanatics Home Authentic Pro...

🚚 Ships Free
↘ Almost Gone



$79.99

Clayton Keller Utah Mammoth Fanatics Authentic Stack...

🚚 Ships Free







Most Popular

**$44.99**

NHL Utah Team Alt Scarf

🚚 Ships Free

**$35.99**

Utah Mammoth Fanatics Authentic Pro Road Team Co...

🚚 Ships Free

**$34.99**

Utah Mammoth Fanatics Male Legacy T-Shirt - Black

🚚 Ships Free

◀ | 1 | 2 | 3 | 4 | 5 | ▶

Hats | Jerseys | Sweatshirts | T-Shirts | Sale Items

## Utah Mammoth Apparel & Gear, Utah Mammoth Hats, Jerseys & More

When game day rolls around, you can always be spotted representing the Utah Mammoth like the tried-and-true fan that you are. Pick up the best Utah Mammoth fan gear on the market when you shop Utah Mammoth apparel and merchandise from Lids! Dedicated fans can find Utah Mammoth jerseys, t-shirts, hoodies, jackets and more to build up their team wardrobe. Lids also offers the most extensive selection of Utah Mammoth hats, including adjustable

Customer Service | Worry Free Shopping | Information | About Lids

Contact Us

Promo Terms and Exclusions

Shop With Confidence

My Account

About Us

Company Info

Career Opportunities

Help

Track Order

Size Chart

Safe Shopping

Affiliate Program

Loyalty Program

Store Locator

Returns

Zip

Custom Embroidery

Promo Terms and Exclusions

Contact Us

Track My Order

Help

90 Day Returns

Store Locator

Zip

Career Opportunities

Custom Embroidery

Privacy Policy | Your Privacy Choices | Accessibility | Terms of Use | Interest-Based Advertising |
Modern Slavery and Child Labor Statement | Product Concerns

© Lids Inc. and Fanatics, LLC. 2025. All Rights Reserved. No portion of this site may be reproduced or duplicated
without the express permission of Lids and Fanatics.



10/23/25, 3:03 PM
Case 2:25-cv-00639-DBB-CMR
Utah Mammoth Gear, Utah Mammoth Jerseys, Store Pro Shop Apparel | JCPenney Sports Fan Shop
Document 38-9
Filed 10/30/25
PageID.2465
Page 23 of 44



What can we help you find?

 JCPenney Stores



Holiday Shop | Trending Now | Home & Lifestyle | Women | Men | Juniors | Baby & Kids | Toys | Shoes & Accessories | Jewelry | Beauty & Salon | Inspiration | Sale

**SportsFanShop**
A **Fanatics** Experience

All Departments | College | NFL | More | MLB | NBA | NHL | More | NASCAR | Soccer | More Sports

NHL / Utah Mammoth

 Filters

Top Sellers

**431 ITEMS**

◀ 1 2 3 4 5 ▶

Men | Women | Kids | Baby | Big & Tall



 

Most Popular

**$174.95**

Men's Fanatics Clayton Keller Black Utah Mammoth Home Breakaway Player Jersey





Most Popular

**$69.95**

Men's Starter Black Utah Mammoth Retro Graphic Fleece Pullover Hoodie



Most Popular

**$34.95**

Men's Champion Blue Utah Mammoth Jersey Long Sleeve T-Shirt





Most Popular

**$174.95**



Most Popular

**$84.95**

Youth Clayton Keller Black Utah Mammoth Home Replica Player Jersey



**$74.95**

Women's Fanatics Black Utah Mammoth Icing Long Sleeve Lace Up Sweatshirt

Men's Fanatics Logan
Cooley Black Utah
Mammoth Home Breakaway
Player Jersey

⌁ **Almost Gone**



Most Popular

**$29.95**

Men's Champion Black Utah
Mammoth Jersey T-Shirt



**$174.95**

Men's Fanatics JJ Peterka
Black Utah Mammoth Home
Breakaway Player Jersey



Most Popular

**$29.95**

Men's New Era Black Utah
Mammoth 9TWENTY
Adjustable Hat



Most Popular

**$99.95**

Men's Fanatics Black Utah
Mammoth Prime Time
Fleece Hoodie



Most Popular

**$34.95**

Men's '47 White/Black Utah
Mammoth Two-Tone Hitch
Adjustable Hat



Most Popular

**$44.95**

Men's New Era Black Utah
Mammoth Team Primary
59FIFTY Fitted Hat

⌁ **Almost Gone**



Most Popular

 ⚪

**$74.95**

Women's Fanatics Black
Utah Mammoth Primary
Logo Legacy Fleece
Pullover Hoodie



**$24.95**

WinCraft Utah Mammoth
Laser Cut Metal License
Plate Frame



**$84.95**

Youth Logan Cooley Black
Utah Mammoth Home
Replica Player Jersey







 

 

**$31.95**

Men's '47 Black Utah Mammoth Trucker Adjustable Hat

**$74.95**

Men's Fanatics Black Utah Mammoth Legacy Hoodie

**$69.95**

Men's Fanatics Steel Utah Mammoth Draft Logo Pullover Hoodie







Most Popular

Most Popular

**$19.95**

WinCraft Utah Mammoth Three-Piece Fan Pack



**$229.95**

Men's Fanatics Clayton Keller Black Utah Mammoth Home Premium Player Jersey

**$11.95**

WinCraft Utah Mammoth 12" x 30" Premium Pennant







Most Popular

Most Popular

Most Popular

**$69.95**

Men's Fanatics Black Utah Mammoth Primary Logo Legacy Fleece Sweatshirt

**$84.95**

Youth Clayton Keller Black Utah Mammoth Alternate Replica Player Jersey

**$199.95**

Men's Mitchell & Ness Black Utah Hockey Club Retro Anorak Half-Zip Jacket

Case 2:25-cv-00639-DBB-CMR    Document 38-9    Filed 10/30/25    PageID.2468    Page 26 of 44





Most Popular



Most Popular

**$34.95**

Men's New Era Black Utah Mammoth Team Primary 9FIFTY Snapback Hat

**$154.95**

Women's Fanatics Clayton Keller Black Utah Mammoth Women's Breakaway Jersey

**$69.95**

Women's Starter White Utah Mammoth Arch Stripe Fleece Sweatshirt



Most Popular

 

**$124.95 - $129.95**

Men's Starter Black Utah Mammoth Primary Logo Full-Snap Satin Varsity Jacket



Most Popular

**$34.95**

Men's New Era Light Blue Utah Mammoth Two-Tone 9FIFTY Snapback Hat



Most Popular

**$27.95**

Men's Fanatics Black/Light Blue Utah Mammoth Fundamentals Shelter Cuffed Knit Hat



Most Popular



Most Popular



Most Popular

**$13.95**

WinCraft Utah Mammoth Primary 11" x 17" Multi-Use Decal Sheet

 **Almost Gone**

**$64.95**

Youth Outerstuff Black Utah Mammoth Face Off Full-Zip Hoodie

**$44.95**

Men's New Era Black Utah Mammoth Team Secondary 59FIFTY Fitted Hat



**Most Popular**

**$49.95**

Men's Champion Blue Utah Mammoth Eco Powerblend Sweatshirt



**$29.95**

Men's Fanatics Black/Charcoal Utah Mammoth Primary Logo Adjustable Hat

 **Almost Gone**



**$89.95**

Youth Black Utah Mammoth Home Premier Jersey





**$229.95**

Men's Fanatics Logan Cooley Black Utah Mammoth Home Premium Player Jersey



**$124.95**

Men's Mitchell & Ness Black Utah Hockey Club Heritage Lace-Up Pullover Sweatshirt



**$79.95**

Men's Fanatics Clayton Keller Black Utah Mammoth Authentic Stack Name & Number Hoodie





**$74.95**

Youth Black Utah Mammoth Replica Jersey



**Most Popular**

**$44.95**

Men's Fanatics Black Utah Hockey Club Goal Crease Legacy Long Sleeve T-Shirt



**Most Popular**

 

**$124.95**

Women's Fanatics White Utah Mammoth Away Women's Breakaway Jersey

Case 2:25-cv-00639-DBB-CMR Document 38-9 Filed 10/30/25 PageID.2470 Page 28 of 44



**Most Popular**





**Most Popular**

**$39.95**

Utah Mammoth 22" Neon Round Wall Sign



**$34.95**

Men's Fanatics Black Utah Mammoth Legacy T-Shirt

**$39.95**

Women's Fanatics Heather Charcoal Utah Mammoth Primary Logo Legacy Long Sleeve T-Shirt





**Most Popular**



**$39.95**

Men's Fanatics JJ Peterka Black Utah Mammoth Authentic Stack Name & Number T-Shirt

**$39.95**

Highland Mint Utah Mammoth Silver Mint Coin

**$39.95**

Utah Mammoth 28" x 16" Happy Halloween Turf Door Mat







**$69.95**

Women's G-III 4Her by Carl Banks White Utah Mammoth Goal Zone Long Sleeve Lace-Up Hoodie T-Shirt

**$143.95**

Utah Mammoth Five-Piece Hockey Puck Podium Set

**$74.95**

Men's Fanatics Black Utah Mammoth Authentic Pro Rink Performance Shorts


  

**$69.95**

Men's Starter Heather Gray Utah Mammoth Retro Graphic Fleece Pullover Hoodie



**$69.95**

Men's Starter Black Utah Mammoth Team Grit Graphic Fleece Pullover Sweatshirt



Most Popular

**$24.95**

Utah Mammoth Ribbon Hockey Puck


 

**$79.95**

Men's G-III Sports by Carl Banks Black Utah Mammoth Adaptive Classic Team Arc Fleece Hoodie



Most Popular

**$79.95**

Women's Fanatics Black Utah Mammoth Back Check Boxy Hoodie



Most Popular

**$74.95**

Men's Fanatics Heather Gray Utah Mammoth Primary Logo Legacy Fleece Pullover Hoodie



Most Popular

**$39.95**

Men's Fanatics Clayton Keller Black Utah Mammoth Authentic Stack Name & Number T-Shirt



**$69.95**

Women's Fanatics Black Utah Mammoth Oversized Seize V-Neck Pullover Hoodie


 

**$124.95**

Women's Fanatics Black Utah Mammoth Home Women's Breakaway Jersey

 Almost Gone

Case 2:25-cv-00639-DBB-CMR  Document 38-9  Filed 10/30/25  PageID.2472  Page 30 of 44



**Most Popular**

$94.95

Men's Champion Heather Gray Utah Mammoth Reverse Weave Sweatshirt



$84.95

Men's Fanatics Black Utah Mammoth Inside Line Pullover Hoodie



$34.95

Men's Fanatics Black Utah Mammoth Legacy T-Shirt



$42.95

The Northwest Group Utah Mammoth 16" x 25" Two-Piece Fan Towel Set



$69.95

Men's Fanatics Black Utah Mammoth Defender Fleece Pullover Hoodie



**Most Popular**

$39.95

Men's Fanatics Heather Gray Utah Mammoth Primary Logo Legacy Long Sleeve T-Shirt



**Most Popular**

$39.95

Utah Mammoth Two-Piece 16oz. Retro Wave Pint Glass Set



$21.95

Youth Outerstuff Black Utah Mammoth Jacquard Cuffed Knit Hat with Pom



**Most Popular**

$44.95

Infant & Newborn Outerstuff Black Utah Mammoth Stay Napping Fleece Bunting Full-Zip Hooded Sleeper

Case 2:25-cv-00639-DBB-CMR   Document 38-9   Filed 10/30/25   PageID.2473   Page 31 of 44







**Most Popular**

**Most Popular**

 

**$99.95**

Men's Starter White/Black Utah Hockey Club Defense Fleece Crewneck Pullover Sweatshirt

**$34.95**

Men's Fanatics Heather Gray Utah Mammoth Primary Logo Legacy T-Shirt

**$19.95**

Infant Outerstuff No Color Utah Mammoth Hockey Jersey Bodysuit

◁   [1]   2   3   4   5   ▷

   

Men    Women    Kids    Baby    Big & Tall

**My Account**

Track My Order

Pay Bill & Manage Account

My JCP.com Account

Apply for JCP Credit Card

Credit Card Benefits

JCPenney Rewards

**Stores & Services**

Find A Store

Curbside Pickup

Weekly Ad

JCP Salon

Portraits

Optical

Kids Zone

In-Home Custom Window

**Customer Service**

Contact Us

Return Policy

Shipping Information

Synchrony Pay Later

Recalls

Gift Cards

Rebates

Servicio Al Cliente

**About Us**

Business to Business

Careers

Company Info

Newsroom

Corporate Responsibility

JCPenney Giving

Shop By Brand

Site Map








📱 **Download Our App**

**Privacy Notice**

**Privacy Rights**

**Cookies**

**Do Not Sell or Share My Personal Information**

**CA Supply Chain Act**

**CA Privacy Rights**

Terms & Conditions        Ad Choices ▷

© 2025 Penney IP LLC

   

**FREE SHIPPING ON ORDERS OVER $100!**

← **Utah Mammoth**



### Utah Mammoth Black with Grey Wool Logo Fanatics Roper Snapback Hat

**$39.99**



### Utah Mammoth Fanatics Black Authentic Pro



SORT      FILTER

Case 2:25-cv-00639-DBB-CMR    Document 39-9    Filed 10/30/25    PageID.2477    Page 35 of 44

$39.99



## Utah Mammoth Black and White Trucker Rope Fanatics Snapback Hat

$39.99



## Utah Mammoth Black and Grey Wool Primary Logo Fanatics Snapback Hat

$39.99







## Utah Mammoth Black Vintage Stickler Fanatics Sweatshirt

**$69.99**



## Utah Mammoth Grey Authentic Pro Rink Fanatics Hoodie



$69.99



Utah Mammoth Black Prime Time Fanatics
Fleece Hoodie

$99.99



Utah Mammoth Black Primary Embroidered
Fanatics T-Shirt

$39.99







## Utah Mammoth Black Wordmark Long Sleeve Fanatics T-Shirt

### $39.99



## Utah Mammoth Black Hold The Line Legacy Fanatics T-Shirt

### $39.99





## Utah Mammoth Black JJ Peterka Name & Number Fanatics T-Shirt

### $39.99



## Utah Mammoth Black Clayton Keller Caricature Players Fanatics T-Shirt

### $39.99





## Utah Mammoth Black Primary Logo Cuffed Knit Beanie Hat

**$39.99**



## Utah Mammoth Black Property of Utah Cuffed Knit Beanie Hat

**$39.99**



## Utah Mammoth Black and Blue Pro Rink Cuffed Knit Beanie Hat

**$39.99**





## Utah Mammoth Black and Blue Fundamental Spirit Cuffed Knit Beanie Hat

**$39.99**



## Utah Mammoth Dylan Guenther Black Fanatics Home Breakaway Player Jersey

**$174.99**





Utah Mammoth Clayton Keller White Fanatics
Away Premium Player Jersey

## $229.99



Utah Mammoth Logan Cooley White Fanatics
Away Premium Player Jersey

## $229.99



Utah Mammoth White Away Blank Fanatics
Premium Jersey

## $179.99





Utah Mammoth Logan Cooley Black Fanatics Home Premium Player Jersey



Utah Mammoth Nick Schmaltz Black Fanatics Home Premium Player Jersey

**$229.99**

## Utah Mammoth Fan Gear | Shop Jerseys, Hats, Sports Apparel, & More

Ready to show your support for the Utah Mammoth? Check out our NHL team store for the widest selection of apparel and collectibles. Shop NHL jerseys, hockey gear,

and more of Utah Mammoth at the best price here at Pro Image Sports and showcase your support for the team.

## SIGN UP FOR OUR NEWSLETTER

Pro Image Sports News Letter



Enter your e-mail address   **Subscribe**

**INFORMATION** ⌄

**ORDER INFORMATION** ⌄

@ 2025 Pro Image Sports. All rights reserved.

