# **Exhibit   10**

*(USB drive will be hand delivered containing this video clip)*