# Exhibit 12

utahmammoth



utahmammoth

Follow          Message

**Utah Mammoth**
Utah has spoken. A new Ice Age dawns. 🗣️⛰️
Utah Mammoth and 1 more

Followed by **daltongroen**, **bennyrose26** + 8 more

| 1,639 posts | 232K followers | 221 following |







     


utahmammoth





     

Case 2:25-cv-00639-DBB-CMR   Document 38-12   Filed 10/30/25   PageID.2494   Page 5 of 16













Utah Mammoth · Playlist
Updated today
View full playlist

Utah Mammoth · Playlist
Updated 3 days ago
View full playlist

Utah Mammoth · Playlist
Updated yesterday
View full playlist

## Break the Ice  ▶ Play all





**Break the Ice | JJ Peterka**
Utah Mammoth
7.6K views • 2 weeks ago
CC

**Break the Ice | Maveric Lamoureux**
Utah Mammoth
1.8K views • 5 months ago

**Break the Ice | Michael Kesselring at Northeastern...**
Utah Mammoth
2.2K views • 7 months ago

## Fresh Ice  ▶ Play all





**Fresh Ice: Episode Six - Jerseys Arrive**
Utah Mammoth
16K views • 8 months ago

**Fresh Ice: Episode Five - Inaugural Game**
Utah Mammoth
5.6K views • 10 months ago

**Fresh Ice: Episode Four - Storm Is Coming**
Utah Mammoth
3.9K views • 11 months ago

## Beyond the Barn  ▶ Play all





**Beyond the Barn | Development Camp 2025**
Utah Mammoth
2.5K views • 2 months ago

**Beyond the Barn | Mikhail Sergachev and Family Visit...**
Utah Mammoth
3.8K views • 7 months ago

**Beyond the Barn: Nick Bjugstad and Family Sleigh...**
Utah Mammoth
26K views • 9 months ago

## Crib Tours    ▶ Play all




**House Tour: Lawson and Claire Crouse**
Utah Mammoth
4.2K views • 8 months ago

**Crib Tour: Dylan Guenther and Jack McBain** 🏠
Utah Mammoth
13K views • 10 months ago

## Community  ▶ Play all


1:01
**Utah Hockey Club's Holiday Hospital Visit**
Utah Mammoth
642 views • 10 months ago


0:31
**Utah Hockey Club: Learn To Play**
Utah Mammoth
818 views • 10 months ago


3:31
**Nick Bjugstad and Chris Armstrong | 12.04 Hospital…**
Utah Mammoth
248 views • 10 months ago

## Shorts


**Gunner is as clutch as they come** 🔥
6.5K views


**V gets the game hat!**
15K views


**Can't get enough of this duo!** 😍
5.6K views

## Created playlists


5 videos
**Game Highlights**
Updated yesterday
View full playlist


13 videos
**2025-26 Media Availability**
Updated 3 days ago
View full playlist


7 videos
**Tusk Talk**
Updated today
View full playlist

## Past live streams


23:41


4:06:36


53:21

Utah Mammoth Practice and…   Utah Mammoth Media…   Utah Mammoth Official…

Utah Mammoth: Practice and Training Facility Opening...
4.8K views • Streamed 1 month ago

Utah Mammoth: Media Availability
3.6K views • Streamed 1 month ago

Utah Mammoth: Official Launch Event
5.7K views • Streamed 5 months ago

Google Chrome
141.0.7390.123
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
10/23/2025 3:18:14 PM