# Exhibit 13

*(USB drive will be hand delivered containing this video clip)*