# Exhibit 14



# OUR FUTURE



# STARTS HERE

## LOOKING TO DITCH YOUR SKATES?

### PLAY STREET HOCKEY

Explore street hockey opportunities, from clinics and programs to local events!

**LEARN MORE**



## READY TO HOP ON THE ICE?

### PLAY ICE HOCKEY

Discover how to play ice hockey, find local rinks, and join exciting events in your area!

**LEARN MORE**



**FRESH OFF THE ICE**

# LATEST
# HAPPENINGS



**FALL STREET HOCKEY 3V3 TOURNAMENT**

## REGISTER NOW FOR THE FALL 3V3 HOCKEY TOURNEY!

Come play in a fun and competitive 3v3 street hockey tournament on Saturday, November 1st, 2025 at R. Kenneth Baldwin Country Park in West Haven, UT!

## LOOKING TO DITCH YOUR SKATES?

# PLAY STREET HOCKEY

Street hockey is a super fun and easy way for kids to get into hockey! All you need is a stick, a ball, and some friends to play. It's a great way for them to stay active, learn teamwork, and have a blast!



**01 STREET HOCKEY 101**

Kids can easily learn street hockey basics—it's a fun way to build skills! Get them a stick and let them join a local game for some excitement!

LEARN MORE 



**02 STREET HOCKEY CLINICS**

Our specialized clinics focus on specific skills like shooting, defense, or teamwork in a fun, supportive environment that builds confidence and capability.

EXPLORE CLINICS 



**03 ATTEND OUR PROGRAMS**

Street hockey events are available in many communities. Explore what is happening in your area!

SEE WHATS HAPPENING 

# READY TO HOP ON THE ICE?

# PLAY ICE HOCKEY

Ice hockey is an exhilarating sport that keeps kids active, focused, and engaged. Whether they're new to skating or already racing down the rink, hockey helps them build confidence, coordination, and strong team bonds. With the right gear and great coaching, they'll be set to enjoy every shift on the ice.



**01 LEARN TO PLAY**

Learning ice hockey begins with mastering the fundamentals of skating, stick handling, and understanding the game's basic rules.

LEARN MORE 



**02 COMMUNITY RINKS**

It's an exciting time for Hockey in Utah, with Community Rinks all over the state!



**03 ATTEND OUR PROGRAMS**

Register for an Ice Hockey event today!

LEARN MORE »

COMMUNITY RINKS »

SEE WHATS HAPPENING »

**THE COACH'S CORNER**

# FAQ'S

**01**
WHAT EQUIPMENT DOES MY CHILD NEED TO START PLAYING STREET HOCKEY VS ICE HOCKEY? ⊕

**02**
AT WHAT AGE CAN MY KID JOIN THE UTAH MAMMOTH YOUTH PROGRAMS? ⊕

**03**
HOW DO SCHOOL PARTNERSHIPS WORK, AND WHAT DOES OUR SCHOOL NEED TO PROVIDE TO HOST A STREET HOCKEY PROGRAM? ⊕

**04**
MORE QUESTIONS? SEE OUR FAQS PAGE HERE

---

## DROP THE PUCK AND REACH OUT!

If you have any questions, please don't hesitate to ask us anytime, we're here to help!

GET IN TOUCH »

## SIGN UP FOR OUR NEWSLETTER

Sign up for our newsletter to stay updated!

[Enter your email]    Submit

By subscribing you agree to with our Privacy Policy and provide consent to receive updates from our company.

### EMAIL

### OFFICE
10450 South State Street, Suite 2300A, Sandy, UT, 84070

## FOLLOW US ON OUR SOCIAL CHANNELS

FACEBOOK    INSTAGRAM    YOUTUBE    X

---

Home | 3v3 Tournnament | Contact | Intermission Form
       UAHA Tournament Schedule | FAQS | Recognition Form

© 2025 Utah Mammoth. All rights reserved.    Privacy Policy | Terms of Service | Cookies Settings

utahmammothyouth.com/?_gl=1*bprcl7*_ga*MTYxOTE1Mjl2NS4xNzUyNjk0Njg5*_ga_0MX7TPDN1Z*czE3NTkzNDExODgkbzEwJGcxJHQxNzU5MzQxMjkyJGo1OSRsMCRoMA
141.0.7390.66
10/15/2025 1:24:00 PM





# LEARN TO PLAY

Our progressive Learn to Play program combines skating fundamentals with hockey-specific skills, creating a supportive environment where children build confidence on the ice while having fun.

**LEARN TO PLAY** 

## MARK YOUR CALENDAR
## FIND YOUR LOCAL RINK

**COMMUNITY RINKS** 

# ICE HOCKEY FAQS

**01** WHY IS LEARN TO SKATE REQUIRED PRIOR TO PARTICIPATION IN LEARN TO PLAY? 

**02** HOW DOES THE LEARN TO PLAY WAITLIST WORK? 

**03** WHAT IF MY CHILD IS NOT WITHIN THE LEARN TO PLAY AGE LIMIT? 

**04** WHERE CAN I GET EQUIPMENT? 

## DROP THE PUCK AND REACH OUT!

If you have any questions, please don't hesitate to ask us anytime, we're here to help!

## SIGN UP FOR OUR NEWSLETTER

Sign up for our newsletter to stay updated!

Enter your email

Submit




By subscribing you agree to with our **Privacy Policy** and provide consent to receive updates from our company.

**EMAIL**

**OFFICE**

10450 South State Street, Suite 2300A, Sandy, UT, 84070

**FOLLOW US ON OUR SOCIAL CHANNELS**

 **FACEBOOK**    **INSTAGRAM**

**YOUTUBE**   **X**

| Home | 3v3 Fall Tournnament | Contact | Intermission Form |
| | UAHA Tournament Schedule | FAQS | Recognition Form |

© 2025 Utah Mammoth. All rights reserved.

Privacy Policy   Terms of Service   Cookies Settings




utahmammothyouth.com/ice-hockey/
141.0.7390.123
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
10/23/2025 3:25:03 PM