# Exhibit 15





# STREET HOCKEY

## 3V3 TOURNAMENT
# EVENT DETAILS

Play in the fall street hockey 3v3 tournament, presented by G2G Protein Bar!

Date: November 1st, 2025

Location:

R. Kenneth Baldwin Country Park
2825 W. 3300 S. West Haven, UT 84401

Registration – Opens 9/19/25 – 10/26/25

Early Bird Registration – 9/19/25 – 10/5/25 – $150 per team

Registration Fees – $175 per team. Free Agency – $25 per player.

Each team must have a minimum of 3 players and a maximum of 6. Teams are guaranteed 4 games, and each participant receives a 3v3 t-shirt. Winners will receive tickets to a home game during the 2025/2026 season & Champion's hat.

As a perk of playing in the tournament, you can get 15% off a subscription to Mammoth+ to keep up with the team during the season. If you're already subscribed to Mammoth+ for the 25/26 season – you'll get a 15% discount on your registration for the 3v3 tournament.

Divisions Include:
- Youth: Coed Divisions – Rec & Travel: 10U, 12U, 14U, 16U
- Adult: Coed Division – Competitive & Rec: (17+)

# REGISTER

Click below to register for 3v3 Street Hockey in your area.

Review the rules here.



https://www.utahmammothyouth.com/street-hockey/3v3/
141.0.3537.85
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
10/28/2025 11:10:37 AM



# ICE HOCKEY

# CLINICS

## UTAH MAMMOTH SKILLS CLINICS

Join us on the ice this summer for the Utah Mammoth Skills Clinics — running from June 16 to August 24 at rinks across Utah and Idaho.

Whether you're a young player building your foundation or an adult looking to improve your men's league play, these one-hour clinics will help sharpen your fundamentals and build confidence heading into next season.

## CLINIC DETAILS

**Dates:** June 16 – August 24

**Locations:** Rinks in Salt Lake Valley, Logan, Provo, Idaho Falls & more.

**Cost:** $50 per clinic

**Ages:**

- Youth Clinics: 5–18
- Adult Clinics: 18+

**Variety of clinics will cover:**

- Stick Handling
- Shooting
- Skating
- Battling
- Checking
- Goalie Training

Each session is 1 hour long and led by experienced coaches focused on real skill development.

## Registration Includes:

- One-hour training session
- Utah Mammoth jersey

Spots are limited — sign up now to secure your session!

Questions? Contact kayden.nielsen@teamseg.com



# ICE HOCKEY FAQS

**01 WHAT ARE THE AGE LIMITATIONS?** 

**02 WHAT IS THE COST?** 

**03 WHAT IS THE REQUIRED SKILL LEVEL?** 

**04 WHAT EQUIPMENT IS NEEDED?**

**05 WHAT DOES EACH CLINIC ENTAIL?**

## DROP THE PUCK AND REACH OUT!

If you have any questions, please don't hesitate to ask us anytime.
we're here to help!

**GET IN TOUCH** 

## SIGN UP FOR OUR NEWSLETTER

Sign up for our newsletter to stay updated!

[Enter your email]    **Submit**

By subscribing you agree to with our Privacy Policy and provide consent to receive updates from our company.

## EMAIL

## OFFICE

10450 South State Street, Suite 2300A, Sandy, UT, 84070

## FOLLOW US ON OUR SOCIAL CHANNELS

 FACEBOOK    INSTAGRAM
YOUTUBE   X

| Home | 3v3 Fall Tournnament | Contact | Intermission Form |
| | UAHA Tournament Schedule | FAQS | Recognition Form |

© 2025 Utah Mammoth. All rights reserved.   Privacy Policy   Terms of Service   Cookies Settings