# Exhibit   17





Smith Entertainment Group Privacy Policy    Terms and Conditions    Mammoth PR    Media Guide    Contact Us



NHL, the NHL Shield, the word mark and image of the Stanley Cup and the NHL Conference logos are registered trademarks of the National Hockey League. All NHL logos and marks, including the foregoing, and NHL team logos and marks, as well as all other proprietary materials depicted herein are the property of the NHL and the respective NHL teams and may not be reproduced without the prior written consent of NHL Enterprises, L.P. © National Hockey League. All rights reserved.



NHL.com Terms of Service    NHL.com Privacy Policy    Cookie Policy    Cookie Settings    Copyright Policy    Employment

nhl.com/utah/community/home-ice-hero
141.0.7390.123
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
10/23/2025 4:07:52 PM