# Exhibit 19

# The Utah Mammoth and Their Fantasy Hockey Outlook

hockeyhotstove.com/the-utah-mammoth-and-their-fantasy-hockey-outlook

Jeremy Ridgewell                                                                                               September 29, 2025



By Jeremy Ridgewell / September 29, 2025

The Utah Mammoth are good at providing fantasy teams with one thing, and that's scoring. Every forward in their top six from last season has returned, and there is a good chance that all of them are going to improve on last season's stats. Mammoth GM Bill Armstrong also added a 68-point scorer in JJ Peterka from the Buffalo Sabres.

I think this young Mammoth team will surprise a few people with how talented a group they are, despite their age. Armstrong and his management group have built a team that is suited for the current NHL, which emphasizes speed and skill. However, the Mammoth lacks size in its top six, which limits the team's net front presence. They could benefit from having a bigger player parked in front of the opposition's net, especially on the power play.

The Mammoth are built with a more traditional lineup with two talented scoring lines and a bottom six that has size and plays more physically. It will be up to head coach Andre Tourigny to find the right balance that gives the Mammoth the best chance to win on a consistent basis. Their regular-season production should not be a concern, which is why their players are good for fantasy leagues.

## Utah Mammoth Fantasy Outlook

It will not be a surprise if Clayton Keller leads the Mammoth again with 90-point potential. I can also see players such as Logan Cooley, Dylan Guenther, JJ Peterka, and Nick Schmaltz all registering at least 60 points. Barrett Hayton, who has yet to register 50 points in a season, has a real good opportunity to improve his stats while playing with the other five mentioned above.

Mikhail Sergachev registered 15 goals and 38 assists for 53 points last season. He will once again be the quarterback for the Mammoth's top power play unit, as well as play a ton of minutes every night. Expect Sergachev to also push for 60 points this season, especially if the Mammoth's power play improves upon last season.



Watch Video: https://youtu.be/GWNqEYSdk1w

The Mammoth's goaltending could make or break their season. With Karel Vejmelka as the likely starter, it is unclear how he will respond to playing 60 or more games this season. Even though he's coming off a strong season with a 26-22-8 record in 58 games, his play was inconsistent. He'll need to be better if the Mammoth are to become a legitimate playoff team.

  

| NHL | NBA | MLB | NFL | CFL | Fantasy | NCAAB | Soccer | Formula 1 | Tennis | Golf | MMA | Cycling | NASCAR | NCAAF |

# 2025-26 Fantasy Hockey Preview Utah Mammoth: Booms and Busts

Story by The Hockey News



**Jason Chen**

Sun, Sep 28, 2025 · 2 min read



⊕ Add Yahoo Sports on Google

**Breakout Candidate:** Logan Cooley, C and Dylan Guenther, RW

Both Cooley and Guenther broke out with 60-point seasons, but I think the ceiling is even higher. If I had to pick, I'd pick Guenther over Cooley because I think his PP1 role is more secure. Because Clayton Keller seems to have more chemistry with Barrett Hayton, Cooley's unfortunately regulated to the second line and PP2 duty. If Cooley and Keller can establish better chemistry, their ceilings will be higher. My hot-take prediction is that Guenther scores 40 goals this season, if not coming very close.

ADVERTISEMENT

**Buy Low Candidate:** Barrett Hayton, C

I don't think Hayton gets the respect he deserves. He is not a high-ceiling offensive player – perhaps 60 points at the higher end – but he's in a great spot as the Mammoth's preferred center between Keller and Schmaltz with an underrated two-way game. With a few more minutes and more consistency on offense, I think Hayton can push his numbers to career highs. His seven power-play goals last season was really encouraging.

While C is a deep position in fantasy, Hayton is entering the prime of his career and could rapidly improve his points and shots, and he's emerging as the Mammoth's top option in the dot for face-off wins with a career-high 54.1 percent win rate last season.

ADVERTISEMENT

**Riser:** Jack McBain, C/LW

Offensively, McBain doesn't offer much upside, though he does offer a little more pop than your average bruiser with the occasional shift on the power play. However, there have been many times last season where I needed hits and McBain has usually come through. In banger leagues, McBain should be a popular streaming option as a specialist.

We're a few years away from Tij Iginla making an impact, but he's the prospect to watch on the horizon.

ADVERTISEMENT

**Faller:** JJ Peterka, LW/RW

Peterka averaged 18:11 TOI/GP with the Sabres and it's hard for me to envision him getting the same amount of ice time with Keller ahead of him on the depth chart at left wing. I do have concerns about Peterka's ice time also because he's not very good defensively, and that's always drawn the ire of coaches. With so many offensive weapons, I doubt Andre Tourigny would hesitate to bench him if he has to.

The only way I can see Peterka match last season's 68 points is if Peterka somehow elevates his already-high shooting percentage from last season (15.6%) or if he somehow manages to get the amount of minutes as he did last season with a role on PP1. All four spots on PP1 are spoken for, which means Peterka's likely starting the season on PP2 with Cooley.

All stats courtesy of naturalstattrick.com, moneypuck.com, hockeyviz.com, allthreezones.com, hockey-reference.com, eliteprospects.com unless otherwise noted.

Terms and Privacy Policy     Privacy Dashboard     About Our Ads

# yahoo!sports

NHL

NBA

MLB

NFL

CFL

Fantasy

NCAAB

Soccer

Formula 1

Tennis

Golf

MMA

Cycling

NASCAR

NCAAF

Terms and Privacy Policy     Privacy Dashboard

© 2025 Yahoo. All rights reserved.