# Exhibit 1



The average **NHL** team is worth $2.1 billion, according to data compiled by *Sportico*. The Toronto Maple Leafs rank first at $4.25 billion, while the Columbus Blue Jackets rank last at $1.3 billion. Below are the values of the league's 32 franchises, whose collective worth is $67.1 billion.



| Rank | | Team | Value | % |
|---|---|---|---|---|
| 7 ▼-1 | | Chicago Blackhawks | $2.74 billion | 12% |
| 8 | | Philadelphia Flyers | $2.66 billion | 16% |
| 9 | | Washington Capitals | $2.3 billion | 24% |
| 10 | | Detroit Red Wings | $2.11 billion | 14% |
| 11 ▲+3 | | New Jersey Devils | $2.06 billion | 21% |
| 12 | | Vegas Golden Knights | $2.02 billion | 14% |
| 13 ▲+3 | | Dallas Stars | $1.94 billion | 18% |
| 14 ▲+1 | | New York Islanders | $1.93 billion | 15% |
| 15 ▲+10 | | Carolina Hurricanes | $1.92 billion | 49% |
| 16 ▼-1 | | Tampa Bay Lightning | $1.9 billion | 6% |
| 17 ▲+9 | | Florida Panthers | $1.89 billion | 51% |
| 18 ▼-4 | | Vancouver Canucks | $1.87 billion | 8% |
| 19 ▼-1 | | Calgary Flames | $1.82 billion | 15% |
| 20 ▼-1 | | Colorado Avalanche | $1.81 billion | 15% |
| 21 ▼-4 | | Minnesota Wild | $1.79 billion | 12% |
| 22 ▼-1 | | Seattle Kraken | $1.71 billion | 17% |
| 23 ▼-3 | | Pittsburgh Penguins | $1.7 billion | 16% |
| 24 ▼-5 | | Nashville Predators | $1.6 billion | 21% |
| 25 ▲+2 | | Anaheim Ducks | $1.59 billion | 28% |
| 26 ▼-2 | | St. Louis Blues | $1.53 billion | 18% |
| 27 ▼-5 | | San Jose Sharks | $1.49 billion | 5% |
| 28 | | Utah Mammoth | $1.44 billion | 20% |
| 29 ▲+1 | | Buffalo Sabres | $1.36 billion | 20% |
| 30 ▼-1 | | Ottawa Senators | $1.34 billion | 18% |
| 31 | | Winnipeg Jets | $1.33 billion | 21% |
| 32 | | Columbus Blue Jackets | $1.3 billion | 23% |

To derive the fair market value of the 32 NHL franchises, *Sportico* calculated each team's revenue, relying on publicly available information and financial records—as well as interviews with those knowledgeable of team finances, including seven sports bankers and lawyers who actively work on NHL transactions. In the interest of accuracy, we traded candor for anonymity. This information was vetted with multiple team owners, team financial and operating officers, media relations personnel and former team executives. Below are definitions of some major metrics.



**Total Value:** The sum of the enterprise value of an NHL franchise, combined with the value of team-related businesses and real estate holdings.

**Team Value:** NHL franchise valuation, derived from metrics by which hockey-team transactions occur, including aggregating local and national revenues and factoring in a team-specific multiplier. This represents the fair market value of the team itself, excluding related businesses held by its owners.

**Team-Related Businesses and Real Estate Holdings:** The value of a franchise owner's equity in team-related businesses that are distinct corporate entities, as well as government-assessed real estate related to venues, practice facilities and other properties, including AHL teams.

This category *excludes* value derived from enterprises determined as too attenuated from the hockey team's operations, which fall into three categories: (1) rent from non-hockey, outside-of-arena operations, such as the Oilers' ICE District venture; (2) licensing fees paid by non-hockey third parties to a team's sister company for the use of intellectual property; (3) team owners' investment in businesses unrelated to franchise operations.

For franchises that do not own their arenas, the value of a team's lease—often with advantageous terms negotiated with municipal or state authorities—is captured in the Team Value category.

```
sportico.com/feature/nhl-team-values-ranking-list-1234693065/
141.0.7390.123
Microsoft Windows 10 Enterprise 22H2 (64-bit Build 19045)
10/27/2025 3:41:27 PM
```