Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com

Bruce Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF ITAMAR SIMONSON, PH.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil No. 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero |

ITAMAR SIMONSON, PH.D., declares as follows:

1. The statements made in this declaration are based on my personal knowledge and are known to me to be true and correct. I am over the age of eighteen and fully competent to provide this declaration, which I offer in support of Plaintiffs' Opposition to the Motion for Preliminary Injunction filed by Defendant MAMMOTH HOCKEY, LLC ("Defendant" or "Mammoth Hockey").

2. I hold a Ph.D. in Marketing from the Duke University Fuqua School of Business, a master's degree in Business Administration (MBA) from the UCLA Graduate School of

Management, and a bachelor's degree with majors in Economics and Political Science from The Hebrew University. I have served as an expert in over 200 prior litigations involving various marketing and buyer behavior issues (including consumer surveys), technology marketing, the impact of product features, class actions, trademark-related matters, false advertising, and branding.

3. I was retained by counsel for Plaintiffs Uyte, LLC and SEG Hockey, LLC (hereinafter "Plaintiffs") to design and conduct a consumer survey to estimate the likelihood of "reverse confusion," if any, between the hockey bag products sold by Defendant and Plaintiffs' use of "Utah Mammoth" in connection with its professional hockey team.

4. The results of my survey show that, on a "net" basis, 0% of the survey respondents believed that Defendant's Mammoth Hockey bags were: (a) made or put out by the Utah Mammoth hockey team; (b) authorized or approved by the Utah Mammoth hockey team; or (c) made by a company that had a business affiliation or business connection with the Utah Mammoth hockey team. Therefore, it is my considered opinion that these survey results would clearly support a finding that consumers are not likely to be confused by Plaintiffs' use of "Utah Mammoth."

5. I have attached to this Declaration as **Exhibit 1** an expert report that provides the pertinent details regarding: (a) my expertise in designing consumer surveys; (b) the reverse confusion survey that I conducted in this matter; (c) the results of the survey; and (d) the basis for my considered professional opinion that consumers are unlikely to be confused. I incorporate my expert report in full into this declaration.

6. The only information that I have not included in this filing is **Exhibit G** to my report. **Exhibit G** is a very large file in Microsoft Excel format. This file contains the verbatim

responses and related information for each of the 317 respondents that participated in my survey. My understanding is that contemporaneously with filing this Declaration with the Court, counsel for Plaintiffs have also served a copy of **Exhibit G** on counsel for Defendant.

7. The statements set forth in my expert report are true and correct to the best of my knowledge and the report contains my genuinely held expert opinions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 28th day of October, 2025.

*I. Simonson*
_____
Itamar Simonson, Ph.D.

## CERTIFICATE OF SERVICE

This hereby certifies that on October 30th, 2025, a true and correct copy of the foregoing **DECLARATION OF ITAMAR SIMONSON, PH.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION** was served via the Court's ECF system upon all lead and notice counsel that have appeared in this lawsuit.

*s/     Jacqueline Ervin*
