# Exhibit 1

## EXPERT REPORT OF DR. ITAMAR SIMONSON

### BACKGROUND, QUALIFICATIONS, AND ASSIGNMENT

1.      I served as the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University, from 1993 through 2020.  Since the beginning of 2021, I am the Sebastian S. Kresge Emeritus Professor of Marketing (while continuing to publish and serve as the co-editor of the *Consumer Psychology Review* Journal).  A copy of my curriculum vitae, which includes a complete list of my publications, is attached as **Exhibit A**.

2.      I hold a Ph.D. in Marketing from the Duke University Fuqua School of Business, a master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a bachelor's degree with majors in Economics and Political Science from The Hebrew University.

3.      My field of expertise is consumer behavior, marketing management, the design and analysis of consumer surveys, the role of price, brand, and product features in consumer decision making, research methods, and judgment and decision making.  Most of my research has focused on consumers' purchasing behavior, and the effects of product characteristics (such as brand name, price, and features), the competitive context, and marketing activities (such as promotions and advertising) on buying decisions.

4.      I have published numerous articles in my career, which are listed in my C.V. (*see* **Exhibit A**); they deal with topics such as consumer decision making, the role of brands, likelihood of confusion from the consumer's perspective, consumer decision making in the age of the Internet,[1] survey methods, and many other topics.  Among those are academic articles relating to

---

[1] *See, e.g.,* Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

methodological aspects of likelihood of confusion surveys.  For example, one article examined "The Effect of Survey Method on Likelihood of Confusion Estimates:  Conceptual Analysis and Empirical Test."[2]  Although this article, which tested alternative methods across a dozen different pairs of marks, was not designed to estimate marketplace confusion (*e.g.*, the respondents did not represent any particular universe, and the survey did not include controls), it provided insights into various old and new methods.  I have also co-authored a chapter on "Demand Effects in Likelihood of Confusion Surveys," in the ABA-published book entitled *Trademark and Deceptive Advertising Surveys*.[3]

5.    I have received various awards, including: (a) the 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award; (b) an Honorary Doctorate from the University of Paris – Sorbonne Universities; (c) the award for the Best Article published in the *Journal of Consumer Research* (the major journal on consumer behavior) between 1987 and 1989; (d) the 1997 O'Dell Award, given for the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (e) the 2001 O'Dell award (and a finalist for the O'Dell Award in 1995, 2002, 2004, 2005, 2007, 2008, and 2012); (f) the award for the Best Article published in the *Journal of Public Policy & Marketing* (the main journal on public policy and legal aspects of marketing) between 1993 and 1995; (g) the Ferber Award from the Association for Consumer Research, the largest association of consumer researchers in the world; (h) Elected Fellow of the Association for

---

[2] Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364–39; Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181–99.

[3] Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys," *Trademark and Deceptive Advertising Surveys*, Chapter 11, Shari Diamond and Jerre Swann, Eds., American Bar Association.

Consumer Research; (i) the 2016 American Marketing Association Award for the Exceptional Book that had a significant impact on marketing and related fields; (j) the 2002 American Marketing Association award for the Best Article in the area of services marketing; and (k) the 2016 Association for Consumer Research Conference Best Paper Award.

6.    At Stanford University, I have taught MBA, doctoral, and executive courses. One MBA course I taught for many years is Marketing Management, which covered such topics as brand management and brand equity, buyer behavior, developing marketing strategies, pricing, building brand equity, advertising, sales promotions, and retailing. I have also taught courses dealing with topics such as Marketing of High Technology Products/Services, Business-to-Business Marketing, and Critical-Analytical Thinking. Over the past several years, I have also taught an MBA course regarding "Applied Behavioral Economics," which examines the judgment and decision-making behavior and common errors/tendencies of managers, organizations, and consumers, financial decision making, and risk taking. In addition to teaching MBA courses, I have guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

7.    All of the doctoral courses that I have taught for 35 years have involved educating students regarding proper and improper ways to conduct and evaluate consumer and managerial decision-making studies. For example, in addition to general principles of decision making, the courses examined the various stages involved in a consumer survey, including defining the problem to be investigated, selecting and developing the research approach, collecting and analyzing data, and deriving conclusions. In each class meeting, we carefully investigate the key errors (if any) in the research we discuss, and I teach the doctoral students what key aspects they should focus on when designing and evaluating studies. One doctoral course that I have taught for 25 years has focused on studies of psychological and behavioral aspects of consumer decision

making and judgment and decision making more generally. The emphasis in doctoral courses is often on consumer research, designing surveys, and evaluating published articles and studies.

8.    Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley (1987–1993), I taught an MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision making. I also taught in various executive-education programs.

9.    After completing my MBA studies and before starting my Ph.D. program, I worked for five years in a marketing capacity at a subsidiary of Motorola Inc., serving in the last two years as the product-marketing manager for various communications products. My work included: (a) defining new products and designing marketing plans for new product introductions; (b) customer and competitor surveys and analysis; (c) pricing and advertising; and (d) sales forecasting.

10.    I have conducted, supervised, or evaluated well over 2,000 marketing research studies dealing with various aspects of consumer behavior, covering topics such as branding, pricing, product configurations, marketing strategies, and advertising-related issues. Based on this experience, as well as my education, teaching, participation in consumer-research conferences, and numerous projects with companies and students, I have developed expertise in how to design consumer surveys, how to conduct consumer surveys, problems and pitfalls that are common in consumer surveys, how to analyze the data from consumer surveys, and what the results of consumer surveys can—and cannot—show.

11.    I am currently the Co-Editor of the *Consumer Psychology Review Journal*. In addition, I serve on the editorial boards of various peer-reviewed journals, such as the *Journal of Consumer Psychology*, *International Journal of Research in Marketing*, and the *Journal of the Academy of Marketing Science*. I also frequently review articles for other peer-reviewed journals in marketing, consumer research, psychology, decision making, and economics. Almost all the

4

articles I review include surveys that I carefully examine, often identifying issues that need to be addressed and suggesting to the authors how to conduct new studies. I received (twice) the Outstanding Reviewer Award from the *Journal of Consumer Research*. As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals. In addition, I have worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics, the design of consumer surveys, and the measurement of consumer preferences.

12. I have also served as an expert in well over 200 prior litigations involving various marketing and buyer behavior issues (including consumer surveys), the materiality of product features, class actions pertaining to consumers and businesses, trademark-related matters, advertising, branding, survey methods, and other topics. My surveys and expert opinions have been relied upon by various courts.[4] A list of cases in which I testified as an expert during the past

---

[4] *See, e.g.*, *Malletier v. Dooney & Bourke, Inc.*, 525 F. Supp. 2d 558, 626 n.210 (S.D.N.Y. 2007) (noting that Dr. Simonson "is eminently qualified to analyze survey techniques"); *TCL Commc'n Tech. Holdings, Ltd. v. Telefonaktiebolaget LM Ericsson*, No. 15-cv-2370, 2017 WL 6611635, at *29 (C.D. Cal. Dec. 21, 2017) ("Dr. Simonson is exceptionally well credentialed in survey work."); *VIP Prods., LLC v. Jack Daniel's Props., Inc.,* No. 14-cv-2057, 291 F. Supp. 3d 891, 902 (D. Ariz. 2018) ("Dr. Simonson has served as an expert witness on numerous occasions, providing testimony on issues related to marketing, consumer behavior, trademark-related matters, false advertising, and branding."); *Gucci Am., Inc. v. Guess?, Inc.*, 831 F. Supp. 2d 723, 745 (S.D.N.Y. 2011) (agreeing with Dr. Simonson's survey analysis); *THOIP v. Walt Disney Co.*, 690 F. Supp. 2d 218, 232–42 (S.D.N.Y. 2010) (relying on Dr. Simonson's opinions to exclude opposing expert's survey); *Simon Prop. Grp. L.P. v. mySimon, Inc.*, 104 F. Supp. 2d 1033, 1043–44, 1048, 1050 (S.D. Ind. 2000) (repeatedly citing Dr. Simonson's expert report as support for excluding opposing expert's survey); *Sazerac Co. v. Fetzer Vineyards, Inc.*, 265 F. Supp. 3d 1013, 1016 (N.D. Cal. 2017) (relying on Dr. Simonson's survey in stating that "Fetzer's expert's analysis using a modified Eveready survey was far superior to the two room survey employed by Sazerac's expert"); *Kargo Glob., Inc. v. Advance Mag. Publishers, Inc.*, No. 06 Cv. 550(JFK), 2007 WL 2258688, at *9–10, 15–16 (S.D.N.Y. Aug. 6, 2007) (embracing Dr. Simonson's report as stating "unassailable commonsense" and denying motion to exclude his testimony); *Schechner. v. Whirlpool Corp.*, No. 2:16-cv-12409, 2018 U.S. Dist. LEXIS 221847, at *27 (E.D. Mich. Oct. 30, 2018) ("Simonson's credentials are impressive, and his qualifications related to consumer research cannot be reasonably challenged."); *Gutierrez v. Wells Fargo Bank, N.A.*, 730 F. Supp. 2d 1080,

four years is included with this report as **Exhibit B**. I am being compensated at the rate of $950 an hour. My compensation is not dependent in any way on the outcome of this litigation.

13.    I was asked by counsel for Plaintiffs Uyte, LLC and SEG Hockey, LLC (hereinafter "Plaintiffs") to conduct a reliable survey to estimate the likelihood of "reverse confusion," if any, between the hockey bag products sold by Mammoth Hockey, LLC ("Defendant" or "Mammoth Hockey") and Plaintiffs' use of "Utah Mammoth." Documents that I considered in forming my opinions are listed in **Exhibit C**.

<u>SUMMARY OF CONCLUSIONS</u>

14.    317 respondents participated in the survey that I designed—158 respondents in the "Test" group and 159 respondents in the "Control" group. On a "net" basis, the results of my survey show that **0%** of the survey respondents believed that the Mammoth Hockey bags were: (a) made or put out by the Utah Mammoth hockey team; (b) authorized or approved by the Utah Mammoth hockey team; or (c) made by a company that had a business affiliation or business connection with the Utah Mammoth hockey team. Therefore, it is my considered opinion that these survey results would clearly support a finding that consumers are not likely to be confused by Plaintiffs' use of "Utah Mammoth."

15.    The survey I designed employed the "gold standard," known as the "Eveready" method.[5] This survey format has been used and accepted by courts numerous

---

1114 (N.D. Cal. Aug. 10, 2010) ("This remarkably candid opinion was echoed throughout Expert Simonson's *direct* testimony[.]"); *People of the State of California v. Macy's Inc.*, 2021 Cal. Super. LEXIS 41297, *14–15 (Cal. Super. Jul. 13, 2021) ("The Court finds that the survey performed by Dr. Simonson was exemplary and a model of how litigation surveys should be conducted. The Court, accordingly, affords the survey's results and conclusions based thereon a high degree of credibility and weight.").

[5] *See* J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* § 32:174 (5th ed. 2025) ("In cases involving strong marks, the Eveready test should be considered the gold standard for fundamental cognitive and marketing reasons.").

times in cases where the two marks at issue are typically not encountered at or about the same time. The survey followed the accepted survey standards, such as following the "double-blind" methodology (i.e., the respondents and survey panel company were unaware of the purpose of the survey and the identity of its sponsor).

16.     Consistent with basic standards, the 317 respondents were randomly assigned to either the "Test" group or the "Control" group. The Test group was shown the homepage and the "About Us" page displayed on the website accessible at <mammoth-hockey.com>. The Control group was shown the same web pages with one difference: "Mammoth" was replaced with "Mastodon." Both groups were asked the same series of questions.

17.     The survey findings show unambiguously that there is no likelihood of reverse confusion between the Utah Mammoth hockey team and Mammoth Hockey.

<div align="center">INTRODUCTION</div>

18.     As Professor McCarthy points out, "[i]n a traditional case claiming 'forward' confusion, not 'reverse' confusion, the proper universe to survey is the potential buyers of the *junior user's* goods or services. However, in a 'reverse confusion' case, it is appropriate to survey the *senior user's* customer base."[6]

19.     The survey that I conducted was designed to estimate the likelihood of reverse confusion between the hockey bag products sold by Mammoth Hockey and Plaintiffs' use of "Utah Mammoth." Considering that Mammoth Hockey sells its hockey bags through its website and consumers are typically highly unlikely to encounter both parties' marks at or around the same time on the same site, the proper survey universe consists of prospective purchasers of Mammoth Hockey bags.

---

[6] *See* McCarthy, *supra* note 5, § 32:159.

<div align="center">7</div>

20.    Likelihood of confusion survey methods can be divided into two primary types. One type involves surveys in which respondents are shown a webpage or a product that displays the senior user's mark (in a reverse confusion case) and are asked to identify the company that offers (or makes/puts out) the displayed products.  As discussed in my articles, the most common method in this category is referred to as the Eveready format,[7] named after a case in which the issue involved source confusion between Ever-Ready lamps and Eveready batteries.  Professor McCarthy describes the sequence of questions as follows: [8]

"1.    [Screening question to eliminate persons in the bulb or lamp industries.]

2.    Who do you think puts out the lamp shown here? (A picture of defendant's EVER-READY lamp with its mark is shown).

3.    What makes you think so?

4.    Please name any other products put out by the same concern which puts out the lamp shown here."

In many applications, the Eveready format also includes questions as to whether the company that puts out the presented mark has a "business connection or affiliation with" or "received permission from" another company.

21.    As indicated, the Eveready survey format is the standard approach when the two products at issue are not encountered together, or one after the other in the great majority of real-world situations.[9]  Considering that Mammoth Hockey sells its hockey bags through its website

---

[7] *Union Carbide Corp. v. Ever-Ready, Inc.*, 531 F.2d 366, 188 U.S.P.Q. 623 (7th Cir. 1976).

[8]  McCarthy, *supra* note 5, § 32:174.

[9] The mere fact that two services/products are mentioned or sold on the Internet (in addition to millions of other products) is irrelevant to the selection of survey methodology, unless the two products are often seen together in the same online stores or marketplaces. *See, e.g.*, Jerre Swann,

and consumers are unlikely to encounter both parties' marks at or around the same time on that site, the current survey employed the standard Eveready methodology. That is, respondents were shown two webpages taken from the Mammoth Hockey website and were asked the standard Eveready questions.

22.    A survey designed to estimate likelihood of confusion must include a proper "control."[10]  A control is designed to estimate the degree of "bias," "noise" or "error" in the survey. For example, some respondents may mention a company's name merely because it offers a particular generic feature.  As an aside, a control in a likelihood of confusion survey can only *lower* (or keep unchanged) the obtained "net" (i.e., final) confusion estimate—it can never raise the observed (net) confusion rate.  The reason is quite simple—because the confusion estimate in the Control group is *subtracted* from the confusion number measured in the Test group, the control can only lower the *net* (i.e., Test minus Control) estimate.

23.    The survey followed the accepted standards regarding the manner in which questions are asked, and response options are rotated.  The survey was administered via the Internet during October 2025.  Survey participants were members of the Veridata survey panel or the Dynata Internet survey panel.[11]  All survey respondents as well as the online research firm were "blind" to the purpose of the survey and the identity of its sponsor.  More details regarding

---

"Likelihood of Confusion Surveys" *Trademark & Deceptive Advertising Surveys* (2d ed.) 73.  As Mr. Swann observed, "[a]s for the internet itself, many sites (e.g., Amazon) are cluttered, as are the results of many queries on search engines (e.g., Google), which can result in literally millions of listings.  On the internet, therefore, compliance with guiding principles as to competitive proximity must be stringently applied in replicating marketplace reality as to whether marks are likely sufficiently to exist for a comparison in cognitive workspace. The mere fact that a senior user's and a junior user's marks both appear somewhere on the internet is, by itself, basely insufficient to justify use of the Squirt format."

[10] *See, e.g.*, S. Diamond, *Reference Guide on Survey Research*, in *Reference Manual on Scientific Evidence* 221, 398–401 (Federal Judicial Center ed., 2011).

[11] *See* Veridata Insights, https://www.veridatainsights.com (last visited Oct. 28, 2025); Dynata, https://www.dynata.com (last visited Oct. 28, 2025).

respondent screening, the questions that were asked, the survey procedure, and the results are

presented next. A complete copy of the questionnaire (before programming) is included in **Exhibit**

**D**. The stimuli shown to respondents and the screenshots (as seen by respondents) of the Test and

Control groups of the entire questionnaire are presented in **Exhibit E**.

<div align="center">METHODOLOGY</div>

<div align="center">Survey Universe and Screening Criteria</div>

24.    The key respondent screening criteria/questions were the following (see also

**Exhibit D** and **Exhibit E**); the programming instructions presented below appear in capital letters:

(QUESTION 15)
*{PROGRAMMING NOTE: IF RESPONDENT DOES NOT CLICK ON THE WORD "HERE", TERMINATE. CLICKING ON THE WORD "HERE" WILL ADVANCE THE RESPONDENT TO THE NEXT QUESTION.}*

Please click **here** if you are <u>not</u> a robot.

(QUESTION 20)
*{PROGRAMMING NOTE: MATCH STATE BACK TO PANEL DATA; IF DOES NOT MATCH, TERMINATE. IN TOTAL 18% NORTHEAST, 22% MIDWEST, 37% SOUTH, AND 23% WEST. INSERT DROP DOWN LIST OF 50 STATES AND 'WASHINGTON DC' IN ALPHABETIC ORDER. INCLUDE OPTION FOR 'OTHER'. TERMINATE IF RESPONDENT CHOOSES 'OTHER'.}*
In which state do you live? [INSERT DROP DOWN LIST] *(Select <u>one</u> response)*

(QUESTION 30)
*{PROGRAMMING NOTE: MATCH GENDER BACK TO PANEL DATA; IF IT DOES NOT MATCH,    TERMINATE.    USE    CLICK    BALANCING.}*
What is your gender? *(Select <u>one</u> response)*

1: Male
2: Female
3: Other

(QUESTION 40)
*{PROGRAMMING NOTE: MATCH AGE BACK TO PANEL DATA; IF IT DOES NOT MATCH, TERMINATE.    USE    CLICK    BALANCING.}*
Into which of the following categories does your age fall? *(Select <u>one</u> response)*

1: Under 18 [TERMINATE]
2: 18-44

<div align="center">10</div>

3: 45+

(QUESTION 50)
*{PROGRAMMING NOTE:  RANDOMIZE ANSWER CHOICES 1-5. ALLOW 50% MAX COMPLETES ON SMARTPHONE.}*
Which of the following devices are you using right now to take this survey? *(Select <u>one</u> response)*

1: Desktop computer → [SKIP TO Q.60]
2: Laptop computer → [SKIP TO Q.60]
3: Tablet (such as an iPad, Android tablet, etc.) → [SKIP TO Q.60]
4: Cell phone (not a smartphone) → [ASK Q.55]
5: Smartphone → [SKIP TO Q.60]
6: Other mobile device → [ASK Q.55]

(QUESTION 55)
This survey may or may not be compatible with cell phones, smartphones or other mobile devices, so please use your tablet, or desktop, or laptop computer to complete this survey.  To complete this survey, please re-try your invitation link using your tablet, or desktop or laptop computer. *{TERMINATE INTERVIEW.}*

(QUESTION 60)
*{PROGRAMMING NOTE:  RANDOMIZE ANSWER CHOICES 1-4. IF PUNCH 4 "ICE HOCKEY" <u>NOT</u> SELECTED, TERMINATE.}*
In which, if any, of the following sports are you or is a member of your household actively participating as a player? *(Select all that apply)*[12]

1: Football
2: Soccer
3: Basketball
4: Ice hockey → [CONTINUE]
5: Don't know/unsure [Single response]
6: None of these [Single response]

(QUESTION 65)
*{PROGRAMMING NOTE: RANDOMIZE ANSWER CHOICES 1-5. IF PUNCH 1 "A PREMIUM DURABLE HOCKEY BAG" <u>NOT</u> SELECTED, TERMINATE. IF <u>ALL</u> PUNCHES 1-5 SELECTED, TERMINATE.}*

Which, if any, of the following products or experiences do you expect to purchase within the <u>next 12 months</u>? *(Select all that apply)*[13]

---

[12] This screening question was important in light of the premium design and relatively high price of the Mammoth Hockey bags; thus, hockey players are most likely to consider such a premium bag for themselves or as a gift to a family member.

[13] *See, e.g.,* Mammoth Hockey, https://www.mammoth-hockey.com/collections/hockey-bags;

1: A premium, durable hockey bag to store and transport hockey equipment that costs at least $100
→ [CONTINUE]
2: A ticket to a college or professional playoff football game that costs more than $150 per ticket
3: A ticket to a college or professional playoff football game that costs less than  $100 per ticket
4: A subscription to an all-sports streaming service (e.g., ESPN+, NFL Sunday Ticket, or similar)
that costs between $100 to $300 per year
5: Soccer equipment such as cleats, shin guards, and a ball that costs approximately $100 total
6: Don't know/unsure [Single response]
7: None of these [Single response]

(QUESTION 70)
*{PROGRAMMING NOTE:   RANDOMIZE ANSWER CHOICES 1-4. IF PUNCH 1 "A
MANUFACTURER'S ONLINE STORE" NOT SELECTED, TERMINATE.}*
Which, if any, of the following types of retail establishments do you anticipate visiting for the
purpose of purchasing a premium, durable hockey bag within the next 12 months? *(Select all that
apply)*

1: A manufacturer's online store → [CONTINUE]
2: A "brick and mortar" sporting goods store or specialty shop
3: A local hockey team or team store
4: A second hand or resale marketplace
5: Don't know/unsure [Single response]
6: None of these [Single response]

(QUESTION 75)
*{PROGRAMMING NOTE: RANDOMIZE RESPONSES 1-4;  IF RESPONSE 5 ('NONE OF THE
ABOVE') SELECTED, CONTINUE.  IF ONLY RESPONSE 2 SELECTED, CONTINUE.   IF
RESPONSE 1, 3, OR 4 SELECTED, TERMINATE.}*
Do you, or does any member of your household work for any of the following types of companies?
*(Select all that apply)*

1: A public relations or advertising agency → [TERMINATE]
2: A company that manufactures soccer equipment, gear or related products
3: A company that manufactures hockey equipment, gear or related products → [TERMINATE]
4: A marketing or market research firm → [TERMINATE]
5: None of the above [Single response]

(QUESTION 80)
*{PROGRAMMING NOTE: FLIP ORDER PER RESPONDENT, AS IS AND REVERSE. ANCHOR
"DON'T KNOW / UNSURE". MUST SELECT PUNCH 4 "SOMEWHAT LIKELY" TO
CONTINUE, OTHERWISE TERMINATE.}*

---

(last visited Oct. 28, 2025); *see also* Declaration of Eric Olson (ECF No. 30), ¶¶ 25–35 (discussing
history and development of Mammoth hockey bags).

This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. *(Select one response)*

1: Not at all likely
2: Not likely
3: Neither unlikely nor likely
4: Somewhat likely → [CONTINUE]
5: Very likely
6: Don't know/unsure

(QUESTION 90)
*{PROGRAMMING NOTE: "I UNDERSTAND AND AGREE TO THE ABOVE INSTRUCTIONS" MUST BE SELECTED TO QUALIFY AND CONTINUE.  OTHERWISE, TERMINATE.}*
You have qualified to take this survey.  Before continuing, please carefully read these instructions: *(Select one response)*

- Please take the survey in one session without interruption.

- Please maximize your browser and keep it maximized for the survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear eye glasses or contact lenses when viewing an electronic device, please wear them for the survey.

1: I understand and agree to the above instructions
2: No, I do not understand and agree to the above instructions *{PROGRAMMER, TERMINATE INTERVIEW AND COUNT AS QUALIFYING TERMINATE.}*

<u>Main Questionnaire</u>

25.     Respondents who qualified to participate in the survey were randomly assigned to either the Test group or the Control group.  Both groups were asked the same questions that followed the Eveready survey format (described above), and the only difference between the two questionnaire versions pertained to the brand name, with "Mastodon" (Control) replacing "Mammoth" (Test).  The stimuli shown to respondents consisted of the homepage and "About Us" webpage of the of the <mammoth-hockey.com> website.

26.    The following webpages were shown to the Test group (*see* **Exhibit E**, pp. 18–20[14]):

*[Remainder of Page Intentionally Left Blank]*

---

[14] Images of the stimuli for both the Test group and the Control group can also be found in the "Stimuli Full Pages" Section of **Exhibit F**, pp. 59–63).





The following webpages were shown to the Control group (*see* **Exhibit E**, pp. 40–42), but the term "Mammoth" was replaced with "Mastodon," as annotated in blue:[15]

---

[15] Anywhere in the text of the Control group stimuli where the term "Mammoth" appeared, it was replaced with "Mastodon" as well.





27.    At the beginning of the main part of the questionnaire, respondents were given the following instructions (*see* **Exhibit D**, pp. 4–7, **Exhibit E**, pp. 15–36 (Test), **Exhibit E**, pp. 37–58 (Control)):

(QUESTION 200)
PLEASE READ CAREFULLY

First, for each question, if you don't know or don't have an answer, please don't guess, just check the "Don't Know" box or indicate that you "don't know" or "don't have an answer" by typing in the words "don't know" and it will go on to the next question.  Also, you should complete this

survey without stopping in the middle, and please make sure not to consult any other websites, materials, or people and not to open another browser while working on this survey.

(QUESTION 210)
Today we are interviewing people about hockey.  Suppose that you are visiting the website of a company or organization.  You will next be shown some of the webpages that are part of the company's website.

Please review the information on the following page/pages as you would normally do when looking for hockey equipment.  Later, you will be asked questions.

You may need to scroll down to see each entire page.
When you are finished reviewing each page, please click on "NEXT" at the bottom of the screen to continue.

Next, respondents were asked the standard Eveready survey questions:

(QUESTION 220)
Please look at the webpage shown below.

You may need to scroll down to see the entire page.

It may take a few seconds before you can continue to the next page.

Please click "NEXT" when you are ready to continue.

*{PROGRAMMER: ½ THE RESPONDENTS IN EACH CELL WILL ANSWER Q.230A AND ½ WILL ANSWER Q.230B. IF "NO" SELECTED AT Q.230A/B ALLOW RESPONDENT TO VIEW THE WEBPAGES AGAIN. IF RESPONDENT SELECTS "NO" AT Q.230A/B A SECOND TIME, TERMINATE.}*

(QUESTION 230A)
Were you able to clearly view the information on the webpages you just reviewed? *(Select one response)*

1: Yes— *Programmer, continue*
2: No— *Programmer, terminate interview and count as qualifying terminate after 2nd viewing.*

(QUESTION 230B)
Were you able to clearly view the information on the webpages you just reviewed? *(Select one response)*

2: No—*Programmer, terminate interview and count as qualifying terminate after 2nd viewing.*
1: Yes— *Programmer, continue*

*{PROGRAMMING NOTE: FOR QUESTIONS Q.240-Q.277 INSERT A BLUE UNDERLINED LINK UNDER THE QUESTION TEXT THAT SAYS " IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK". ENABLE THE ZOOM FEATURE.}*

(QUESTION 240)
Which company makes the bags shown on the webpage you just reviewed?  *(Please type your answer below.  Please be as specific as you can.)*

| |
|---|

Don't know/unsure    (    )→ (SKIP TO Q.250)

(QUESTION 245)
What makes you say that (INSERT COMPANY MENTIONED IN Q.240) makes the bags shown on the webpage you just viewed?  *(Please type your answer below.  Please be as specific as you can.)*

| |
|---|

Don't know/unsure    (    ) → (SKIP TO Q.250)

(QUESTION 247)
*{PROGRAMMING NOTE: Q.247 CAN BE LEFT BLANK.}*
Any other reason?  *(Please type your answer below.  Please be as specific as you can.)*

| |
|---|

(QUESTION 250)
*{PROGRAMMING NOTE:  ROTATE PUNCHES 1-2.}*
Does or doesn't the company that makes the bags shown on the webpage you just viewed offer any other products, services, or host sporting events? *(Select one response)*

 1: Yes, it does  → [ASK Q.255]
 2: No, it does not  → [SKIP TO Q.260]
 3: Don't know/unsure → [SKIP TO Q.260]

(QUESTION 255)
*{PROGRAMMER: ALLOW UP TO FOUR RESPONSES. RECORD ONLY ONE RESPONSE AT A TIME.}*
What other products, services, or hosted sporting events does the company that makes the bags shown on the webpage you just viewed offer? *(Please type each product/service/sporting event on a separate line below and again be as specific as you can.)*

Product/Service/Event
#1_____

Product/Service/Event
#2_____

Product/Service/Event
#3_____

Product/Service/Event
#4_____

Don't know/unsure   (    )

(QUESTION 257)
*{PROGRAMMER: Q.257 IS ASKED REGARDLESS OF WHAT IS ANSWERED IN Q.255. ALLOW UP TO FOUR RESPONSES. RECORD ONLY ONE RESPONSE AT A TIME.}*
Any other products, services, or hosted sporting events? *(Please type <u>each product/service/sporting event</u> on a separate line below and again be as specific as you can.)*

Product/Service/Event
#5_____

Product/Service/Event
#6_____

Product/Service/Event
#7_____

Product/Service/Event
#8_____

Don't know/unsure   (    )

(QUESTION 260)
*{PROGRAMMING NOTE: ROTATE ANSWER CHOICES 1 & 2.}*
Does or doesn't the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection with any other company or organization? *(Select <u>one</u> response)*

1: Yes, it <u>does</u> have a business affiliation or connection with another company or organization → [ASK Q.265]
2: No, it <u>does not</u> have a business affiliation or connection with any other company or organization → [SKIP TO Q.270]
3: Don't know/unsure → [SKIP TO Q.270]

(QUESTION 265)
With which other company or organization does the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection? *(Please type your answer below. Please be as specific as you can.)*

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

Don't know/unsure    (    )→ (SKIP TO Q.270)


(QUESTION 266)
What makes you say that (INSERT COMPANY MENTIONED IN Q.265) has a business affiliation or connection with the company that makes the bags shown on the webpage you just viewed? *(Please type your answer below.  Please be as specific as you can.)*

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

Don't know/unsure    (    ) → (SKIP TO Q.270)


(QUESTION 267)
*{PROGRAMMING NOTE: Q.267 CAN BE LEFT BLANK.}*
Any other reason?  *(Please type your answer below.  Please be as specific as you can.)*

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```


(QUESTION 270)
*{PROGRAMMING NOTE: ROTATE ANSWER CHOICES 1 & 2.}*
Did or didn't the company that makes the bags shown on the webpage you just viewed receive permission or approval to do so from another company or organization? *(Select <u>one</u> response)*

1: Yes, it <u>did</u> receive permission or approval from another company or organization → [ASK Q.275]
2: No, it <u>did not</u> receive permission or approval from another company or organization → [SKIP TO Q.280]
3: Don't know/unsure → [SKIP TO Q.280]

(QUESTION 275)
Which other company or organization gave permission or approval to the company that makes the bags shown on the webpage you just viewed?  *(Please type your answer below.  Please be as specific as you can.)*

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```


Don't know/unsure    (    )→ (SKIP TO Q.280)


(QUESTION 276)
What makes you say that (INSERT COMPANY MENTIONED IN Q.275) gave permission or approval to the company or organization that offers the bags shown on the webpage you just viewed?  *(Please type your answer below.  Please be as specific as you can.)*

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

Don't know/unsure    (    ) → (SKIP TO Q.280)

(QUESTION 277)
*{PROGRAMMING NOTE: Q.277 CAN BE LEFT BLANK.}*
Any other reason?  *(Please type your answer below.  Please be as specific as you can.)*

| |
|---|

## SUMMARY OF KEY FINDINGS

28.    As indicated, the reverse confusion survey consisted of both closed-ended (multiple choice) questions and open-ended (free response) questions.  The tables summarizing the results of the closed-ended questions are presented in **Exhibit F**.  The complete data set, which includes the answers of each respondent to all questions (closed-ended and open-ended) are presented in **Exhibit G**.

29.    As shown in **Exhibit F** (Tables 1–5), all respondents who participated in the survey met the screening criteria outlined above (*see also* **Exhibit D**, pp. 1–3).  For example, all participants indicated that they expected to purchase a premium, durable hockey bag to store and transport hockey equipment that costs at least $100.  *See* **Exhibit F**, p. 8.  The majority of the respondents were males, and the majority were between 18 and 44 years old.  *Id.* at p. 6.

30.    Based on the survey data, we can identify all respondents, in both the Test and Control groups, who provided answers that may indicate confusion.  In this reverse confusion matter, confusion refers to the possibility that exposure to the hockey bags of Mammoth Hockey leads consumers to mistakenly believe that they are offered by or are related in some manner to the NHL team, Utah Mammoth.  Accordingly, any respondent in the Test group who answered any of the Eveready questions with answers such "NHL," "Utah Hockey," or "Utah Mammoth" were

23

coded as confused.    Likewise, any respondent in the Control group who answered any of the Eveready questions with answers such as "NHL" or "Mastodon Utah" were coded as confused.

31.    A total of 317 respondents participated in the survey during October 2025.  There were 159 respondents in the Test group and 158 in the Control group.  *See* **Exhibit F**, Table 1.  Out of the 159 respondents in the Test group, and using the coding criteria set forth in paragraph 29, a total of approximately 10 respondents (or 6.3%) provided responses indicating that they were potentially "confused" into believing that the Mammoth Hockey bags were: (a) made or put out by the Utah Mammoth hockey team; (b) authorized or approved by the Utah Mammoth hockey team; or (c) made by a company that had a business affiliation or business connection with the Utah Mammoth hockey team.    The pertinent answers of those Test group respondents coded as confused are set forth below in **Table 1**.[16]

| Table 1—Test Cell Respondents' Answers to Eveready Questions Demonstrating Potential Confusion | |
|---|---|
| **Respondent ID** | **Pertinent Answer** |
| 6 | NHL |
| 19 | NHL |
| 2344 | Utah Mammoth |
| 2859 | Utah Mammoth. Well, Mammoth Hockey is currently involved in a trademark lawsuit with the Utah Mammoth NHL team |
| 3743 | Utah hockey |
| 3930 | NHL |
| 3806 | NHL |
| 4491 | Utah Mammoth |
| 4563 | Utah Mammoth |

---

[16] The complete dataset containing the Test group responses is set forth in **Exhibit G**.

| 4977 | NHL |
|------|-----|

It is my understanding that this minimal degree of confusion at 6.3% falls below the level that courts typically regard as sufficient to support a finding of likely confusion.[17]

32.     But even this minimal degree of confusion of 6.3 does not reflect the "net" confusion because, as explained earlier, it is necessary to subtract the percentage of confused respondents from the Control group to arrive at a "net" figure.

33.     Accordingly, out of 158 respondents in the Control group, and using the coding criteria set forth above in paragraph 29, a total of approximately 11 respondents (or 6.9%) provided responses indicating that they were potentially confused into believing that the Mastodon Hockey bags were: (a) made or put out by the Utah Mammoth hockey team; (b) authorized or approved by the Utah Mammoth hockey team; or (c) made by a company that had a business affiliation or business connection with the Utah Mammoth hockey team.  The pertinent answers of those Control group respondents coded as confused are set forth below in **Table 2**.[18]

*[Remainder of Page Intentionally Left Blank]*

---

[17]  My understanding is that courts generally treat confusion rates below 10% as evidence "that confusion is not likely."  *See, e.g.*, *World Champ Tech., LLC v. Peloton Interactive, Inc.*, No. 24-2266, 2025 U.S. App. LEXIS 18545, at *5 (9th Cir. July 25, 2025) (citing J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* § 32:189 (5th ed. 2025)).

[18]  The complete dataset containing the Control group responses is set forth in **Exhibit G**.

| Table 2—Control Cell Respondents' Answers to Eveready Questions Demonstrating Potential Confusion ||
| Respondent ID | Pertinent Answer |
| --- | --- |
| 1609 | NHL |
| 1659 | NHL |
| 1817 | NHL |
| 3743 | NHL |
| 4460 | Mastodon Utah |
| 4704 | Mastodon Utah |
| 5006 | NHL |
| 4755 | NHL |
| 5099 | NHL |
| 5528 | NHL |
| 5607 | NHL |

34.     When comparing the Test and Control groups, the observed confusion rate in the Test group (6.3%) was offset by the confusion observed in the Control group (6.9%), resulting in a net difference of approximately 0%.

<u>CONCLUSION</u>

35.     As these results indicate, the number of respondents providing answers that might indicate confusion was about the same in the Test and Control groups. Given that the net likelihood of confusion estimate is calculated by subtracting the Control estimate from the Test estimate, these results lead to the conclusion that there is no likelihood of reverse confusion between the Mammoth Hockey and the Utah Mammoth NHL team.

October 28, 2025

I. Simonson

_____

Dr. Itamar Simonson

26

# Exhibit  A

**Itamar Simonson**

**ADDRESSES**                                                                      June 2025

CA Home Office:                                                    (University) Office:
 1561 Newlands Ave.                                    Graduate School of Business
 Burlingame, CA 94010                                       Stanford University
WA home address: 5416 Kirkwood Pl. N.                    itamars@stanford.edu
Seattle, WA 98103
 Cell: (650) 387-7677
 itamar.simonson@gmail.com


**EDUCATION**

Ph.D.                          Duke University, Fuqua School of Business
                               Major: Marketing;  May 1987


M.B.A.                         UCLA,  Graduate School of Management
                               Major: Marketing;  March 1978

B.A.                           Hebrew University, Jerusalem, Israel
                               Major: Economics, Political Science;  August 1976

**ACADEMIC POSITIONS**

July 1987 - June 1993          University of California, Berkeley
                                 Haas School of Business
                                 Assistant Professor

July 1993 – Aug. 1996          Stanford Graduate School of Business
                                 Associate Professor of Marketing

Sept. 1996 – Aug. 1999         Stanford Graduate School of Business
                               Professor of Marketing

Sept. 1999 –   Dec. 2020       Stanford Graduate School of Business
                               Sebastian S. Kresge Professor of Marketing

Jan. 2021 – Present            Stanford Graduate School of Business
                               Sebastian S. Kresge Emeritus Professor of Marketing

1994 – 2000                    Stanford Graduate School of Business
                                 Marketing Group Head

2000, 2004, 2012               Visiting Professor of Marketing: MIT; NYU; Columbia

**AWARDS**

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.

- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).

- The 2001 O'Dell Award.

- Honorary Doctorate: University of Paris II – Sorbonne Universities.

- The American Marketing Association Best Book in Marketing Award.

- Elected Fellow of the Association for Consumer Research.

- The 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award.

- Finalist for the O'Dell Award: 1995; 2002; 2004; 2005; 2007; 2008; 2012.

- Best Article in the *Journal of Public Policy & Marketing* during the period 1993-1995.

- The 2016 Association for Consumer Research Conference Best Paper Award.

- The 2002 American Marketing Association Award for the Best Article on Services Marketing.

- The Association for Consumer Research 1990 "Ferber Award."

- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).

- Runner-up for the 2005 *Journal of Consumer Research* Best Article Award.

- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."

- Runner-up for the 1993 *California Management Review* Best Article Award.

- National Science Foundation Grant (for 1996-8).

- Outstanding Reviewer Award, *Journal of Consumer Research*, 2005, 2009.

- Honorable Mention for the Sloan Executive Program Teaching Award.


**TEACHING EXPERIENCE**

Stanford University:

       Marketing Management  (for MBAs and the Sloan Executive Program)

       Marketing to Businesses (for MBAs);  Technology Marketing  (for MBAs)

       Critical Analytical Thinking (for MBAs)

       Research Methods for Studying Consumer Behavior  (a Ph.D. Course)

       Applied Behavioral Economics  (at the MBA and Ph.D. levels)

       Buyer Behavior (a Ph.D. course)

University Of California, Berkeley:

       MBA, Ph.D. and Executive Education Classes on Marketing Management and Consumer Behavior.

**BUSINESS EXPERIENCE**

October 1978-August 1983    Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, customer surveys, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting.  Conducted studies of consumers and markets for various communications products.  Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from a wide range of industries such as technology, communications, services, and manufacturing sectors.
Expert witness assignments: surveys, trademarks, branding, impact of product features, antitrust surveys, deceptive advertising, consumer behavior, marketing management, retailing, class actions, assessment of demand drivers, and other marketing and decision making issues.

**PUBLICATIONS**

Ioannis Evangelidis, Sudeep Bhatia, Jonathan Levav, and Itamar Simonson (2024), "50 Years of Research on Context Effects: Historical Overview and Directions for Future Research," *Journal of Consumer Research, 51, 1, 19–28*.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2023), "The Upscaling Effect," *Journal of Consumer Research*, Vol. 50, 492-509.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2022), "A Reexamination of the Impact of Decision Conflict on Choice Deferral," *Management Science*, Forthcoming.

Itamar Simonson (2022), "Experimentation, Serendipity, and Strategy in Research Discovery," *Review of Marketing Research.*

David Gal and Itamar Simonson (2021), "Predicting Consumers' Choices in the Age of the Internet, AI, and Almost Perfect Tracking: Some Things Change, the Key Challenges Do Not," *Consumer Psychology Review*, 4 (1), 135-152.

Franklin Shaddy, Ayelet Fishbach, and Itamar Simonson (2021), "Tradeoffs in Choice," *Annual Review in Psychology*, 72, 181-206.

Itamar Simonson (2020), "The Real Time Cognitive Value of Eating Kale, Helping, and Doing Something Special: Concurrent Experience Evaluation" (CEE), Its Drivers and Moderators, and Research Directions," *Journal of Consumer Psychology*, 30, 688-711.

Haiyang Yang, Ziv Carmon, and Itamar Simonson (2020), "Preference for Practical versus Theoretical Knowledge: Conceptualization and Consumer Behavior Predictions," *Review of Marketing Research*, Vol. 17, Dawn Iaccabucci Editor.

Louise Twito, Salomon Israel, Itamar Simonson, and Ariel Knafo-Noam (2019), "The Motivational Aspect of Children's Delayed Gratification: Values and Decision Making in Middle Childhood," *Frontiers in Psychology*.

Itamar Simonson (2018), "Understanding Consumer Choices Involving Environmental and Utilitarian Attributes: The Role of Dimensional Comparability and Compromisibility," *Journal of Environmental Analysis & Ecology Studies*, Vol. 3.

Itamar Simonson and Ran Kivetz (2018), "Bringing (Contingent) Loss Aversion Down to Earth – A Comment," *Journal of Consumer Psychology*, *Journal of Consumer Psychology*, 28, 517-522.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2018), "The Asymmetric Impact of Context Effects on Advantaged versus Disadvantaged Options," *Journal of Marketing Research*, 55, 239-253.

Itamar Simonson, Aner Sela, and Sanjay Sood (2017), "Preference-Construction Habits: The Case of Extremeness Aversion," *Journal of the Association for Consumer Research*, 2, 3, 322-332.

Itamar Simonson (2016), "Imperfect Progress: An Objective, Quality Assessment of the Role of User Reviews in Consumer Decision Making," *Journal of Consumer Research*, 42, 840-845.

Itamar Simonson (2016), "The Construction of the Consumer Decision Making Field by Jim Bettman – The Case of Preference Construction," in *Legends in Consumer Behavior*, I. Simonson, editor.

Leilei Gao and Itamar Simonson (2016), "The positive effect of assortment size on purchase likelihood: The moderating influence of decision order," *Journal of Consumer Psychology*, 26, 542-549.

Itamar Simonson (2015), "Mission (Largely) Accomplished:  What's Next for Consumer BDT-JDM Researchers?" *Journal of Marketing Behavior*, 1, 9-35.

Itamar Simonson (2015), "The BDT Effect and Future:  A Reply to John Lynch and Norbert Schwarz" *Journal of Marketing Behavior*, 1, 59-73.

Itamar Simonson (2014), "Vices and Virtues of Misguided Replications:  The Case of Asymmetric Dominance," *Journal of Marketing Research*; 51 (4), 514-9.

Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

Itamar Simonson and Emanuel Rosen (2014), "What Marketers Misunderstand About Online Reviews," *Harvard Business Review*, January, 23-25.

(*HBR Blog*:  "Three Long-Held Concepts Every Marketer Should Rethink," January 22, 2014)

Leilei Gao, YanLiu Huang, and Itamar Simonson (2014), "The Influence of Initial Possession Level on Consumers' Adoption of A Collection Goal: A Tipping Point Effect," *Journal of Marketing,* 78, 143-156.

Aner Sela, Itamar Simonson, and Ran Kivetz (2013), "Beating the Market: The Allure of Unintended Value," *Journal of Marketing Research*, Vol. L (December), 691-705.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Comparison Selection: An Approach to the Study of Consumer Judgment and Choice," *Journal of Consumer Psychology*, 23(1), 137-149.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Directions for Judgment and Decision Making Research Based on Comparison Selection: Reply to Arkes, Johnson, and Kardes," *Journal of Consumer Psychology*, 23(1), 161-3.

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," Ch. 11 in *Trademark and False Advertising Surveys*, Edited by Shari Diamond and Jerre Swann, American Bar Association.

Thomas Kramer, Michal Maimaran, and Itamar Simonson (2012), "Asymmetric Option Effects on Ease of Choice Criticism and Defense," *OBHDP*, 117, 179-91.

Michal Maimaran and Itamar Simonson (2011), "Multiple Routes to Self Versus Other-Expression in Consumer Choice," *Journal of Marketing Research*, August, 755-66.

Itamar Simonson and Aner Sela (2011), "On the Heritability of Consumer Decision Making: An Exploratory Approach for Studying Genetic Effects on Judgment and Choice," *Journal of Consumer Research*, 37, 951-66.

Stephen Nowlis, Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 40 (4), 725-737.

Chezy Ofir, Itamar Simonson, and Song-Oh Yoon (2009), "The Robustness of the Effects of Consumers' Participation in Market Research: The Case of Service Quality Evaluations," *Journal of Marketing*, 73 (November), 105-14.

Aimee Drolet, Mary Frances Luce, and Itamar Simonson (2009), "When Does Choice Reveal Preference? Moderators of Heuristic vs. Goal Based Choice," *Journal of Consumer Research*, 36 (1).

Itamar Simonson (2008), "Regarding Inherent Preferences," *Journal of Consumer Psychology*, 18, 191-196.

Itamar Simonson (2008), "Will I Like a 'Medium' Pillow? Another Look at Constructed and Inherent Preferences," *Journal of Consumer Psychology*, 18, 155-169.

Song-Oh Yoon and Itamar Simonson (2008), "The Context of Construction as a Determinant of the Strength and Stability of Consumer Preferences," *Journal of Consumer Research*, 35, September, 324-336.

Itamar Simonson (2007), "Decision Making," *Encyclopedia of Social Psychology*; Sage.

Jonah Berger, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions, Choice, and Experience," *Marketing Science*, 26, July-August, 460-72.

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson (2007), "Preference Fluency in Choice," *Journal of Marketing Research*, XLIV, 347-356.

Chezy Ofir and Itamar Simonson (2007), "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience," *Journal of Marketing Research*, February, 164-174.

Ray Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2007), "Racial Preferences in Dating," *Review of Economic Studies*, 75, 1, 117-132.

Raymond Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2006), "Gender Differences in Mate Selection: Evidence from a Speed Dating Experiment," *Quarterly Journal of Economics*, 121 (2), 673-697.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," *Journal of Marketing*, 69 (January), 32-45.

Itamar Simonson (2005), "In Defense of Consciousness: The Role of Conscious and Unconscious Inputs in Consumer Choice," *Journal of Consumer Psychology*,15(3), 211-217.

Donnel Briley, Michael Morris, and Itamar Simonson (2005), "Cultural Chameleons: Biculturals, Conformity Motives, and Decision Making," *Journal of Consumer Psychology*, 15 (4), 351-362.

Uptal Dholakia and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24, 206-17.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," *Organizational Behavior and Human Decision Processes*, 95 (November), 156-74.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," *Journal of Consumer Research*, 31 (December), 681-90.

Ran Kivetz and Itamar Simonson (2003) "The Idiosyncratic Fit Heuristic: The Role of Effort Advantage in Consumer Response to Loyalty Programs," *Journal of Marketing Research*, 40 (November), 454-67.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing? Value Assessment and Decision Dynamics in Online Auctions," *Journal of Consumer Psychology*, 13(1&2), 113–123.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," *Journal of Marketing Research*, 40 (May), 146-60.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," *Journal of Consumer Research*, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge: Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," *Journal of Marketing Research*, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38 (May), 170-82.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, and Stephen Nowlis (2001), "Consumer Research: In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," *Journal of Consumer Research*, 27 (September), 157-178.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," *Marketing Letters*, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9(1), 1-17.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," *Journal of Marketing Research*, 37(4), 427-48.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making:  Unconventional Consumer Choices Based on Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," *Journal of Retailing*, 75(3), 347-70.

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes:  Highlighting Versus Balancing" *Journal of Marketing Research*, 36 (February), 29-44.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," *Marketing Letters*, 10(2),107-112.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," *Journal of Consumer Psychology*, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.

Joel Huber, …, and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect: Maximizing Experienced Utility," *Marketing Letters*, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

Itamar Simonson, "Shoppers' Easily Influenced Choices," *NY Times*, 11/6/1994.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," *Trademark Reporter*, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice," *Marketing Science*, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," *California Management Review*, 35 (4), 68-84.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local
   Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing
   Science*, 12 (4), 357-377.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant
   Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-
   306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reasons-Based Choice," *Cognition*,
   49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," *Management
   Science*, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase
   Decisions," *Journal of Consumer Research*, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to
   Decision Errors", *Organizational Behavior and Human Decision Processes*, 51 (3), 416-446.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and
   Extremeness Aversion," *Journal of Marketing Research*, 29 (August), 281-295.

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques
   for Reducing Commitment to Losing Courses of Action," *Journal of Applied Psychology*, 77
   (4), 419-426.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display
   Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-
   138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer
   Preferences," *Journal of Marketing Research*, 29 (November), 430-440.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference
   for Happy Endings," *Journal of Behavioral Decision Making*, 4(4), 273-282.

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their
   Tastes", *Marketing Letters*, 2, 1, 5-14.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking
   Behavior," *Journal of Marketing Research*, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise
   Effects," *Journal of Consumer Research*, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand
   Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14,
   566-78.

## ARTICLES UNDER REVIEW/REVISION

Franklin Shaddy, Ayelet Fishbach, and Itamar Simonson, "Why Invoking the Self Attenuates
   Variety Seeking, the Compromise Effect, and Balancing." (Revised for resubmission)

Wendy Liu and Itamar Simonson, "Shortlisting – Not Overwhelmed But Biased." (Revised for resubmission)

Aner Sela and Itamar Simonson, "The Feeling of Preference: Preference Expression in the Absence of Preferences." (Revised for resubmission)

Jen Park and Itamar Simonson, "Rejection and Closure: Why Options that Survive Rejection Are More Attractive."

**Doctoral Dissertations Chaired:**

Ravi Dhar (Chaired Professor, Yale U.)
Aimee Drolet (Chaired Professor, UCLA)
Stephen Nowlis (Chaired Professor, Washington U., St. Louis)
Ziv Carmon (Chaired Professor, INSEAD)
Ran Kivetz (Chaired Professor, Columbia U.)
Donnel Briley (Professor, U.O. Sydney)
Thomas Kramer (Professor, U.O. California, Riverside)
Wendy Liu (Professor, U.O. California, San Diego)
Sanjay Sood (Professor, UCLA)
Song-Oh Yoon (Professor, Korea University)
Michal Maimaran (Clinical Professor, Kellogg School)
Leilei Gao (Professor, Chinese University, Hong Kong)
Wendy De La Rosa (Assistant Professor, Wharton School, U.O. Penn.)
Aner Sela (Professor, U. O. Florida)
Jonah Berger (Associate Professor, Wharton School, U.O. Penn.)
Jen Park (Assistant Professor, University of British Columbia)

**EDITORIAL ACTIVITIES**

Co-Editor of *Consumer Psychology Review*

Editorial Boards: *Journal of Marketing Research, Journal of Consumer Psychology, Journal of Consumer Research, International Journal of Research in Marketing, Journal of Marketing in Emerging Economies, Marketing Letters*, *Journal of Academy of Marketing Science*, *Review of Marketing Research*.

Reviewer for *Marketing Science, Journal of Behavioral Decision Making, Science, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, California Management Review, Journal of Economic Psychology*, *European Journal of Social Psychology, Journal of Judgment and Decision Making, Medical Decision Making,* and National Science Foundation.

**PROFESSIONAL AFFILIATIONS**

Association for Consumer Research
Judgment and Decision Making Society

# Exhibit  B

<u>EXHIBIT</u>

<u>Cases in which Dr. Itamar Simonson Testified as an Expert at Trial or by Deposition in the Past Four Years</u>

1.  <u>Nike, Inc.</u> v. StockX LLC (SDNY; 22-cv-983-VEC) (Deposition).

2.  <u>Promotion In Motion</u> v. Haribo America (Dist. of NJ; 19-cv-14183-MCA-LDW) (Deposition).

3.  MGFB Properties, Inc. et al. v. <u>Viacom, Inc. et al.</u> (Nor. Dist. FL; 5:19-00257) (Deposition).

4.  <u>American Eagle Outfitters</u> v. Walmart (W.D. of PA; 2:20-cv-00412) (Deposition).

5.  <u>Fujifilm North America Corp.</u> v. Polaroid, IP (SDNY; 1:17-cv-08796) (Deposition).

6.  Nicholas Ulser et al. v. <u>Vital Farms, Inc.</u> (W.D. TX; A-21-447) (Summary Judgment).

7.  In the Matter of Certain Portable Battery Jump Starters (ITC; Inv. # 337-TA-1360) (Trial).

8.  <u>Warner Bros. Entertainment</u> v. Random Tuesday, Inc. (Cent. Dist. CA; 2:20-cv-02416) (Deposition).

9.  <u>Delta Air Lines, Inc.</u> v. Marriott International (Nor. Dist. of GA; 1:20-01125) (Trial).

10. Stitch, Ltd. v. <u>TikTok, Inc.</u> (SD-CA; 3:21-cv-00626)) (Trial).

11. <u>Margarita Delgado, et al.</u> v. Ocwen Loan Servicing et al. (East. Dist. of NY; 1:13-cv-04427) (Deposition).

12. Thrive Natural Care v. <u>Thrive Causemetics</u> (Cent. Dist. of CA; 2:20-cv-9091-PA-AS) (Deposition).

13. <u>Zesty Paws LLC</u> v Nutramax Laboratories, Inc. et al. (S.D. NY; 1:23-cv-10849) (Deposition).

14. GOLO v. <u>Amazon.Com. et al.</u> (Dist. Of Delaware; 23-1200-MN) (Deposition).

15. SEVEN Networks v. <u>Motorola Mobility</u> (Nor. Dist. of TX, Dallas Div.; 3:21-cv-1036) (Deposition).

16. <u>Burnett, Camp, et al.</u> v. Conseco Life Insurance (So. Dist. of Indiana;  1:18-cv-00200-JPH-DML) (Deposition).

17. In the Matter of <u>H&R Block et al.</u> (Before the FTC; Docket No. 9427) (Deposition).

18. In Re. Distribution of Cable Royalty Funds (Testified at trial on behalf of the <u>Public Television Claimants</u> Before the Cable Royalty Judges; Washington, D.C.).

19. <u>New Chapter, Inc.</u> v. Advanced Nutrition, Inc. (EDNY; 22-cv-37-34) (Deposition)

20. Tribe of Two, LLC. v. <u>Tod's SpA and Deva Inc.</u> (SDNY; 1:23 – 03255) (Deposition).

21. G+ Communications, LLC v. <u>Samsung Electronics Co.</u> (ED-TX; 2-22-cv-78) (Deposition).

22. <u>Apple Inc.</u> v. Masimo Corp. (US Dist. Of Delaware; 22-1377-MN) (Trial).

23. Headwater Research LLC v. <u>Samsung Electronics Co. et al.</u> (E.D. TX; 2:23-cv-00103) (Deposition).

24. A&E Television Networks v. <u>Big Fish Entertainment et al.</u> (S.D.NY; 1:22-CV-07411) (Deposition).

25. <u>Strategic Partners, Inc.</u> v. Figs, Inc. (CD-CA; 2:19-cv-02286) (Trial).

26. Re. Apple iPhone Antitrust litigation (Nor. Dist. CA, Oakland Div.; 4:11-cv-06714-YG) (Depositions).

27. <u>Monster Energy Company</u> v. BeastUp LLC (East. Dist. of CA; 17cv1605 KJM-JDP) (Trial).

28. The People of the State of California v. <u>HRB Tax Group et al.</u> (Superior Court, County of LA; 19STCV15742) (Deposition).

29. <u>Apple Inc.</u> v. The USPTO (E.D. of VA; 1-22-cv-1231-MSN) (Deposition).

30. Jackpocket, Inc. v. <u>LottoMatrix NY LLC et al.</u> (SDNY; 22-cv-05772) (Deposition).

31. Sharon Crowder et al. v. <u>The Shade Store</u> (N.D. CA; 5-23-cv-02331) (Deposition).

32. <u>Veterinary Hospital Managers Association, Inc.</u>, v. Eastern States Veterinary Association, Inc. (USPTO, Ser. No. 88/850,803) (Deposition)

33. The Scotts Company v. <u>The Procter & Gamble Company</u> (S.D. Ohio; 2:24-cv-04199) (PI Hearing).

34. Grato Holdings, Inc. and Energique, Inc. v. <u>JB7, LLC</u> (N.D. of Iowa) (Trial).

35. <u>Dennis Gromov et al.</u> v. Belkin International, Inc. (N.D. IL; 1:22-cv-06918), and <u>Lenore Miley et al. v.</u> Belkin International, Inc. (Sup. Court for CA, County of LA; 20STCV00033).

36.    United States, et al. v. <u>Google, LLC</u> (E.D. Virginia; 23-cv-00108) (Deposition); The State of Texas et al. v. <u>Google, LLC</u> (E.D. Texas; 4:20-cv-00957) (Deposition).

37.    Federal Trade Commission v. <u>Meta Platforms</u> (US Dist. Of Columbia; 20-cv-03590) (Deposition).

38.    <u>Apollo Health and Beauty Care</u> v. Sol de Janeiro IP, Inc. (S.D.N.Y; 22-cv-07719) (Deposition).

39.    I-META Holdings, Inc., v. <u>Meta Platforms, Inc.</u>, (Eighth Judicial District Court, Clark County, Nevada; A-23-877867-B (PI Hearing)).

40.    <u>Philips North America et al.</u> v. SoClean, Inc. (W.D. of PA; 22-mc-152, MDL 321) (Deposition).

41.    Lana Zinger et al. v. <u>BAI Brands</u> (S.D.N.Y.; 24-cv-3993) (Deposition).

# Exhibit  C

<u>Materials Considered</u>

In addition to the materials, information, data, and references set forth in my expert report, I also considered the following pleadings and exhibits filed in this matter:

- Complaint (Dkt. 1)

- Plaintiff's Motion for Preliminary Injunction and Memorandum in Support (Dkt. 29)

- Declaration of Erik Olson in Support of Defendant's Motion for Preliminary Injunction and Exhibits thereto (Dkt. 30)

- Declaration of Gerald W. Griffin in Support of Defendant's Motion for Preliminary Injunction and Exhibits thereto (Dkt. 31)

# Exhibit  D

**#103-25079 HOCKEY ONLINE SURVEY**

**SPECS**

<div style="border:1px solid black; display:inline-block; padding:4px;">**APPROVED 9.26.25**</div>

Two cells N=310:
Cell 1 – Test n=155 (MAMMOTH)
Cell 2 – Control n=155 (MASTODON)

NATIONWIDE: IN TOTAL 18% NORTHEAST, 22% MIDWEST, 37% SOUTH, AND 23% WEST – Click balancing
GENDER – Males & Females – Click balancing
AGE WITHIN GENDER– 18-44, 45+ –Click balancing

MUST MATCH STATE Q.20, GENDER Q.30 & AGE Q.40 TO PANEL DATA IN REAL TIME.  IF ANY OF THE 3 RESPONSES DO **NOT** MATCH THE PANEL DATA, THE PERSON WILL BE COUNTED AS A TERMINATE ON THE PORTAL REPORT FOR THE FIRST QUESTION THEY DO NOT MATCH WITH.

50% MAX COMPLETES ON SMARTPHONES

**#103-25079 HOCKEY ONLINE SURVEY**
**SCREENER**

**(QUESTION 10)**
This survey is about different items that consumers may purchase.  Please take a few moments to complete our questions. We are sure you will find it interesting. If you usually wear eyeglasses or contacts while using an electronic device, please put them on/in now.

**(QUESTION 15)**
*{PROGRAMMING NOTE: IF RESPONDENT DOES NOT CLICK ON THE WORD "HERE", TERMINATE.  CLICKING ON THE WORD "HERE" WILL ADVANCE THE RESPONDENT TO THE NEXT QUESTION.}*

Please click **here** if you are <u>not</u> a robot.

**(QUESTION 20)**
*{PROGRAMMING NOTE:  MATCH STATE BACK TO PANEL DATA; IF DOES NOT MATCH, TERMINATE. IN TOTAL 18% NORTHEAST, 22% MIDWEST, 37% SOUTH, AND 23% WEST. INSERT DROP DOWN LIST OF 50 STATES AND 'WASHINGTON DC' IN ALPHABETIC ORDER.  INCLUDE OPTION FOR 'OTHER'. TERMINATE IF RESPONDENT CHOOSES 'OTHER'.}*
In which state do you live?  [INSERT DROP DOWN LIST]  *(Select <u>one</u> response)*

**(QUESTION 30)**
*{PROGRAMMING NOTE: MATCH GENDER BACK TO PANEL DATA; IF IT DOES NOT MATCH, TERMINATE. USE CLICK BALANCING.}*
What is your gender? *(Select <u>one</u> response)*

1: Male
2: Female
3: Other

**(QUESTION 40)**
*{PROGRAMMING NOTE:  MATCH AGE BACK TO PANEL DATA; IF IT DOES NOT MATCH, TERMINATE. USE CLICK BALANCING.}*
Into which of the following categories does your age fall?  *(Select <u>one</u> response)*

1: Under 18 **[TERMINATE]**
2: 18-44
3: 45+

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

1

**(QUESTION 50)**
*{PROGRAMMING NOTE:  RANDOMIZE ANSWER CHOICES 1-5. ALLOW 50% MAX COMPLETES ON SMARTPHONE.}*
Which of the following devices are you using right now to take this survey?  *(Select <u>one</u> response)*

1: Desktop computer → **[SKIP TO Q.60]**
2: Laptop computer → **[SKIP TO Q.60]**
3: Tablet (such as an iPad, Android tablet, etc.) → **[SKIP TO Q.60]**
4: Cell phone (not a smartphone) → **[ASK Q.55]**
5: Smartphone
6: Other mobile device → **[ASK Q.55]**


**(QUESTION 55)**

This survey may or may not be compatible with cell phones, smartphones or other mobile devices, so please use your tablet, or desktop, or laptop computer to complete this survey.  To complete this survey, please re-try your invitation link using your tablet, or desktop or laptop computer.  *{TERMINATE INTERVIEW.}*


**(QUESTION 60)**
*{PROGRAMMING NOTE:  RANDOMIZE ANSWER CHOICES 1-4. IF PUNCH 4 "ICE HOCKEY" <u>NOT</u> SELECTED, TERMINATE.}*
In which, if any, of the following sports are you or is a member of your household actively participating as a player? *(Select all that apply)*

1: Football
2: Soccer
3: Basketball
4: Ice hockey → **[CONTINUE]**
5: Don't know/unsure [Single response]
6: None of these [Single response]


**(QUESTION 65)**
*{PROGRAMMING NOTE: RANDOMIZE ANSWER CHOICES 1-5. IF PUNCH 1 "A PREMIUM DURABLE HOCKEY BAG" <u>NOT</u> SELECTED, TERMINATE.  IF <u>ALL</u> PUNCHES 1-5 SELECTED, TERMINATE.}*
Which, if any, of the following products or experiences do you expect to purchase within the <u>next 12 months</u>? *(Select all that apply)*

1: A premium, durable hockey bag to store and transport hockey equipment that costs at least $100 → **[CONTINUE]**
2: A ticket to a college or professional playoff football game that costs more than $150 per ticket
3: A ticket to a college or professional playoff football game that costs less than  $100 per ticket
4: A subscription to an all-sports streaming service (e.g., ESPN+, NFL Sunday Ticket, or similar) that costs between $100 to $300 per year
5: Soccer equipment such as cleats, shin guards, and a ball that costs approximately $100 total
6: Don't know/unsure [Single response]
7: None of these [Single response]


**(QUESTION 70)**
*{PROGRAMMING NOTE:  RANDOMIZE ANSWER CHOICES 1-4. IF PUNCH 1 "A MANUFACTURER'S ONLINE STORE" <u>NOT</u> SELECTED, TERMINATE.}*
Which, if any, of the following types of retail establishments do you anticipate visiting for the purpose of purchasing <u>a premium, durable hockey bag</u> within the <u>next 12 months</u>? *(Select all that apply)*

1: A manufacturer's online store → **[CONTINUE]**
2: A "brick and mortar" sporting goods store or specialty shop
3: A local hockey team or team store
4: A second hand or resale marketplace
5: Don't know/unsure [Single response]
6: None of these [Single response]

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

**(QUESTION 75)**
*{PROGRAMMING NOTE: RANDOMIZE RESPONSES 1-4;  IF RESPONSE 5 ('NONE OF THE ABOVE') SELECTED, CONTINUE.  IF ONLY RESPONSE 2 SELECTED, CONTINUE.  IF RESPONSE 1, 3, OR 4 SELECTED, TERMINATE.}*
Do you, or does any member of your household work for any of the following types of companies?  *(Select all that apply)*

1: A public relations or advertising agency ➔ **[TERMINATE]**
2: A company that manufactures soccer equipment, gear or related products
3: A company that manufactures hockey equipment, gear or related products ➔ **[TERMINATE]**
4: A marketing or market research firm ➔ **[TERMINATE]**
5: None of the above [Single response]


**(QUESTION 80)**
*{PROGRAMMING NOTE: FLIP ORDER PER RESPONDENT, AS IS AND REVERSE. ANCHOR "DON'T KNOW / UNSURE". MUST SELECT PUNCH 4 "SOMEWHAT LIKELY" TO CONTINUE, OTHERWISE TERMINATE.}*
This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. *(Select one response)*

1: Not at all likely
2: Not likely
3: Neither unlikely nor likely
4: Somewhat likely ➔ **[CONTINUE]**
5: Very likely
6: Don't know/unsure

**(QUESTION 90)**
*{PROGRAMMING NOTE: "I UNDERSTAND AND AGREE TO THE ABOVE INSTRUCTIONS" MUST BE SELECTED TO QUALIFY AND CONTINUE.  OTHERWISE, TERMINATE.}*
You have qualified to take this survey.  Before continuing, please carefully read these instructions:  *(Select one response)*

- Please take the survey in one session without interruption.

- Please maximize your browser and keep it maximized for the survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear eye glasses or contact lenses when viewing an electronic device, please wear them for the survey.

1: I understand and agree to the above instructions
2: No, I do not understand and agree to the above instructions *{PROGRAMMER, TERMINATE INTERVIEW AND COUNT AS QUALIFYING TERMINATE.}*

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

**#103-25079 HOCKEY ONLINE SURVEY**
**MAIN QUESTIONNAIRE**

**(QUESTION 200)**
**PLEASE READ CAREFULLY**

First, for each question, if you don't know or don't have an answer, please don't guess, just check the "Don't Know" box or indicate that you "don't know" or "don't have an answer" by typing the words "don't know" and it will go on to the next question.  Also, you should complete this survey without stopping in the middle, and please make sure <u>not</u> to consult any other websites, materials, or people and <u>not</u> to open another browser while working on this survey.

**(QUESTION 210)**
Today we are interviewing people about hockey.  Suppose that you are visiting the website of a company or organization.  You will next be shown some of the webpages that are part of the company's website.

Please review the information on the following page/pages as you would normally do when looking for hockey equipment.  Later, you will be asked questions.

You may need to scroll down to see each entire page.
When you are finished reviewing each page, please click on "NEXT" at the bottom of the screen to continue.

*{PROGRAMMING NOTE: SHOW HOMEPAGE AND THEN ABOUT US STIMULI FOR A MINIMUM OF 15 SECONDS EACH FOR TEST AND CONTROL CELLS. ENABLE THE ZOOM FEATURE.}*
*TEST CELL 1: IMAGE LABELED TEST HOMPAGE*
*TEST CELL 1: IMAGE LABELED TEST ABOUT US*

*CONTROL CELL 2: IMAGE LABELED CONTROL HOMEPAGE*
*CONTROL CELL 2: IMAGE LABELED CONTROL ABOUT US*

**(QUESTION 220)**
Please look at the webpage shown below.

You may need to scroll down to see the entire page.

It may take a few seconds before you can continue to the next page.

Please click "NEXT" when you are ready to continue.

*{PROGRAMMER: ½ THE RESPONDENTS IN EACH CELL WILL ANSWER Q.230A AND ½ WILL ANSWER Q.230B. IF "NO" SELECTED AT Q.230A/B ALLOW RESPONDENT TO VIEW THE WEBPAGES AGAIN. IF RESPONDENT SELECTS "NO" AT Q.230A/B A SECOND TIME, TERMINATE.}*

**(QUESTION 230A)**
Were you able to clearly view the information on the webpages you just reviewed? *(Select <u>one</u> response)*

1: Yes— ***Programmer, continue***
2: No— ***Programmer, terminate interview and count as qualifying terminate after 2nd viewing.***

**(QUESTION 230B)**
Were you able to clearly view the information on the webpages you just reviewed? *(Select <u>one</u> response)*

2: No—***Programmer, terminate interview and count as qualifying terminate after 2nd viewing.***
1: Yes— ***Programmer, continue***

*{PROGRAMMING NOTE: FOR QUESTIONS Q.240-Q.277 INSERT A BLUE UNDERLINED LINK UNDER THE QUESTION TEXT THAT SAYS " IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK". ENABLE THE ZOOM FEATURE.}*

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

4

**(QUESTION 240)**
Which company makes the bags shown on the webpage you just reviewed? *(Please type your answer below.  Please be as specific as you can.)*

[ ]

Don't know/unsure   (   ) → **(SKIP TO Q.250)**


**(QUESTION 245)**
What makes you say that (INSERT COMPANY MENTIONED IN Q.240) makes the bags shown on the webpage you just viewed? *(Please type your answer below.  Please be as specific as you can.)*

[ ]

Don't know/unsure   (   ) → **(SKIP TO Q.250)**


**(QUESTION 247)**
*{PROGRAMMING NOTE: Q.247 CAN BE LEFT BLANK.}*
Any other reason? *(Please type your answer below.  Please be as specific as you can.)*

[ ]


**(QUESTION 250)**
*{PROGRAMMING NOTE:  ROTATE PUNCHES 1-2.}*
Does or doesn't the company that makes the bags shown on the webpage you just viewed offer any other products, services, or host sporting events? *(Select one response)*

1: Yes, it does  → **[ASK Q.255]**
2: No, it does not  → **[SKIP TO Q.260]**
3: Don't know/unsure → **[SKIP TO Q.260]**


**(QUESTION 255)**
*{PROGRAMMER: ALLOW UP TO FOUR RESPONSES. RECORD ONLY ONE RESPONSE AT A TIME.}*
What other products, services, or hosted sporting events does the company that makes the bags shown on the webpage you just viewed offer? *(Please type each product/service/sporting event on a separate line below and again be as specific as you can.)*

Product/Service/Event #1_____

Product/Service/Event #2_____

Product/Service/Event #3_____

Product/Service/Event #4_____

Don't know/unsure   (   )

5

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

**(QUESTION 257)**
*{PROGRAMMER: Q.257 IS ASKED REGARDLESS OF WHAT IS ANSWERED IN Q.255. ALLOW UP TO FOUR RESPONSES. RECORD ONLY ONE RESPONSE AT A TIME.}*
Any other products, services, or hosted sporting events? *(Please type each product/service/sporting event on a separate line below and again be as specific as you can.)*

Product/Service/Event #5_____

Product/Service/Event #6_____

Product/Service/Event #7_____

Product/Service/Event #8_____

Don't know/unsure   (   )


**(QUESTION 260)**
*{PROGRAMMING NOTE: ROTATE ANSWER CHOICES 1 & 2.}*
Does or doesn't the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection with any other company or organization? *(Select one response)*

1: Yes, it <u>does</u> have a business affiliation or connection with another company or organization → **[ASK Q.265]**
2: No, it <u>does not</u> have a business affiliation or connection with any other company or organization → **[SKIP TO Q.270]**
3: Don't know/unsure → **[SKIP TO Q.270]**


**(QUESTION 265)**
With which other company or organization does the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection? *(Please type your answer below. Please be as specific as you can.)*

Don't know/unsure   (   )→ **(SKIP TO Q.270)**


**(QUESTION 266)**
What makes you say that (INSERT COMPANY MENTIONED IN Q.265) has a business affiliation or connection with the company that makes the bags shown on the webpage you just viewed? *(Please type your answer below. Please be as specific as you can.)*

Don't know/unsure   (   ) → **(SKIP TO Q.270)**


**(QUESTION 267)**
*{PROGRAMMING NOTE: Q.267 CAN BE LEFT BLANK.}*
Any other reason? *(Please type your answer below. Please be as specific as you can.)*

6

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

**(QUESTION 270)**
*{PROGRAMMING NOTE: ROTATE ANSWER CHOICES 1 & 2.}*
Did or didn't the company that makes the bags shown on the webpage you just viewed receive permission or approval to do so from another company or organization? *(Select one response)*

1: Yes, it <u>did</u> receive permission or approval from another company or organization → **[ASK Q.275]**
2: No, it <u>did not</u> receive permission or approval from another company or organization → **[SKIP TO Q.280]**
3: Don't know/unsure → **[SKIP TO Q.280]**


**(QUESTION 275)**
Which other company or organization gave permission or approval to the company that makes the bags shown on the webpage you just viewed? *(Please type your answer below.  Please be as specific as you can.)*

```
[                                                                            ]
```

Don't know/unsure    (    )→ **(SKIP TO Q.280)**


**(QUESTION 276)**
What makes you say that (INSERT COMPANY MENTIONED IN Q.275) gave permission or approval to the company or organization that offers the bags shown on the webpage you just viewed? *(Please type your answer below.  Please be as specific as you can.)*

```
[                                                                            ]
```

Don't know/unsure    (    ) → **(SKIP TO Q.280)**


**(QUESTION 277)**
*{PROGRAMMING NOTE: Q.277 CAN BE LEFT BLANK.}*
Any other reason? *(Please type your answer below.  Please be as specific as you can.)*

```
[                                                                            ]
```


**(QUESTION 280)**
These are all of our questions.  Thank you for completing this survey.

©Target Research Group 2025
Privileged & Highly Confidential – Attorney Work Product

# Exhibit  E

25079 Hockey Online Survey
Screen Shots

Screener



This survey is about different items that consumers may purchase. Please take a few moments to complete our questions. We are sure you will find it interesting. If you usually wear eyeglasses or contacts while using an electronic device, please put them on/in now.

NEXT



In which state do you live?

(Select one response)

What is your gender?

(Select <u>one</u> response)

○ Male

○ Female

○ Other

NEXT

Into which of the following categories does your age fall?

**(Select <u>one</u> response)**

○ Under 18
○ 18-44
○ 45+

NEXT

Which of the following devices are you using right now to take this survey?

(Select <u>one</u> response)

○ Desktop computer
○ Laptop computer
○ Cell phone (not a smartphone)
○ Tablet (such as an iPad, Android tablet, etc.)
○ Smartphone
○ Other mobile device

NEXT

In which, if any, of the following sports are you or is a member of your household actively participating as a player?

(Select all that apply)

- [ ] Basketball
- [ ] Ice hockey
- [ ] Football
- [ ] Soccer
- ( ) Don't know/unsure
- ( ) None of these

[ NEXT ]

Which, if any, of the following products or experiences do you expect to purchase within the <u>next 12 months</u>?

**(Select all that apply)**

- ☐ A premium, durable hockey bag to store and transport hockey equipment that costs at least $100
- ☐ A ticket to a college or professional playoff football game that costs more than $150 per ticket
- ☐ A subscription to an all-sports streaming service (e.g., ESPN+, NFL Sunday Ticket, or similar) that costs between $100 to $300 per year
- ☐ A ticket to a college or professional playoff football game that costs less than $100 per ticket
- ☐ Soccer equipment such as cleats, shin guards, and a ball that costs approximately $100 total
- ○ Don't know/unsure
- ○ None of these

[ NEXT ]

Which, if any, of the following types of retail establishments do you anticipate visiting for the purpose of purchasing <u>a premium, durable hockey bag</u> within the <u>next 12 months</u>?

<div align="center">(Select all that apply)</div>

- [ ] A local hockey team or team store
- [ ] A second hand or resale marketplace
- [ ] A manufacturer's online store
- [ ] A "brick and mortar" sporting goods store or specialty shop
- ( ) Don't know/unsure
- ( ) None of these

<div align="center">

[ NEXT ]

</div>

Do you, or does any member of your household work for any of the following types of companies?

(Select all that apply)

- ☐ A company that manufactures hockey equipment, gear or related products
- ☐ A marketing or market research firm
- ☐ A public relations or advertising agency
- ☐ A company that manufactures soccer equipment, gear or related products
- ○ None of the above

NEXT

This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below.

(Select one response)

○ Very likely
○ Somewhat likely
○ Neither unlikely nor likely
○ Not likely
○ Not at all likely
○ Don't know/unsure

NEXT

You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- Please maximize your browser and keep it maximized for the survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear eye glasses or contact lenses when viewing an electronic device, please wear them for the survey.

**(Select <u>one</u> response)**

○ I understand and agree to the above instructions
○ No, I do <u>not</u> understand and agree to the above instructions

NEXT

Main Questionnaire
Test Cell - Mammoth

PLEASE READ CAREFULLY

First, for each question, if you don't know or don't have an answer, please don't guess, just check the "Don't Know" box or indicate that you "don't know" or "don't have an answer" by typing in the words "don't know" and it will go on to the next question. Also, you should complete this survey without stopping in the middle, and please make sure not to consult any other websites, materials, or people and not to open another browser while working on this survey.

| NEXT |

Today we are interviewing people about hockey. Suppose that you are visiting the website of a company or organization. You will next be shown some of the webpages that are part of the company's website.

Please review the information on the following page/pages as you would normally do when looking for hockey equipment.
Later, you will be asked questions.

You may need to scroll down to see each entire page.
When you are finished reviewing each page, please click on "NEXT" at the bottom of the screen to continue.

NEXT

Please look at the webpage shown below.

You may need to scroll down to see the entire page.

It may take a few seconds before you can continue to the next page.

Please click "NEXT" when you are ready to continue.



**THE GEAR**



Wheeled Player Bag
$ 275.00



Duralite Player Bag
$ 249.00



Duralite Goalie Bag
$ 249.00



Player Bag - Large
$ 199.00



Player Bag - Medium
$ 189.00

**ECOPAK FABRIC**

The EcoPak material in our Duralite bags is the world's only durable and waterproof fabric made from 100% recycled polyester fiber and film. Each yard upcycles about 20 plastic water bottles into ballistic sailcloth fabric.

EcoPak fabric lasts longer, absorbs 80% less moisture, and has better UV resistance and color retention than traditional laminated nylon. EcoPak performs in the harshest conditions.

DURALITE BAGS



Stay in the loop

Enter your email



Warranty    Privacy    Refunds    Terms of Service

© 2023 Mammoth Hockey    This store is PCI Compliant

NEXT



Home    Shop    About Us    Contact Us

# ABOUT US

I love hockey. I started playing as a wee mite but stopped playing in organized leagues and only played shinny for a good decade or so. Back in 2010, I started playing again in a couple of beer leagues so I had to go out and buy equipment. The one piece of gear that ended up blowing out inside a year was my hockey bag. The seams tore and the fabric ripped in a couple spots, so I decided to go out and get a really nice bag that would last a long time to replace it.

After looking around for the perfect bag, it seemed like nobody was putting much effort into equipment bags. There were a lot of bags made from cheap materials. These bags looked like afterthoughts of large companies focused on their flagship sticks or skates.

I pitched the idea of creating a top-shelf hockey bag to my friend Lars, an industrial designer with experience designing hard and soft goods for dozens of companies in the outdoor industry.

In 2014 our flagship bag, the Mammoth IPA, was born. After successfully launching the IPA Bag on Kickstarter (video below) we have continually updated the design of our bags by incorporating new materials and updating the style (new red logo!) These days there are more and more hockey bag brands following our lead, but we are confident Mammoth bags are still the highest quality hockey bags on the planet.

Thank you so much for supporting Mammoth Hockey.

Cheers!

Erik and Lars

 



**Stay in the loop**

Enter your email



Were you able to clearly view the information on the webpages you just reviewed?

(Select <u>one</u> response)

○ Yes

○ No

NEXT

Which company makes the bags shown on the webpage you just reviewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

**(Please type your answer below. Please be as specific as you can.)**

○ Don't know/unsure

**NEXT**

What makes you say that **INSERT RESPONSE HERE** makes the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

    NEXT

Does or doesn't the company that makes the bags shown on the webpage you just viewed offer any other products, services, or host sporting events?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Select <u>one</u> response)

○ No, it <u>does not</u>

○ Yes, it <u>does</u>

○ Don't know/unsure

| NEXT |

What other products, services, or hosted sporting events does the company that makes the bags shown on the webpage you just viewed offer?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type <u>each product/service/sporting event</u> on a separate line below and again be as specific as you can.)

Product/Service/Event #1

Product/Service/Event #2

Product/Service/Event #3

Product/Service/Event #4

○ Don't know/unsure

[ NEXT ]

Any other products, services, or hosted sporting events?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type <u>each product/service/sporting event</u> on a separate line below and again be as specific as you can.)

Product/Service/Event #5 [_____]
Product/Service/Event #6 [_____]
Product/Service/Event #7 [_____]
Product/Service/Event #8 [_____]

○ Don't know/unsure

[ NEXT ]

Does or doesn't the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection with any other company or organization?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

| (Select <u>one</u> response) |
|---|
| ○ No, it <u>does not</u> have a business affiliation or connection with any other company or organization |
| ○ Yes, it <u>does</u> have a business affiliation or connection with another company or organization |
| ○ Don't know/unsure |

NEXT

With which other company or organization does the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

Don't know/unsure

NEXT

What makes you say that **INSERT RESPONSE HERE** has a business affiliation or connection with the company that makes the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

NEXT

Did or didn't the company that makes the bags shown on the webpage you just viewed receive permission or approval to do so from another company or organization?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Select <u>one</u> response)

○ No, it <u>did not</u> receive permission or approval from another company or organization

○ Yes, it <u>did</u> receive permission or approval from another company or organization

○ Don't know/unsure

| NEXT |

Which other company or organization gave permission or approval to the company that makes the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

What makes you say that **INSERT RESPONSE HERE** gave permission or approval to the company or organization that offers the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

**NEXT**

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

NEXT

These are all of our questions. Thank you for completing this survey.

NEXT

Main Questionnaire
Control Cell - Mastodon

**PLEASE READ CAREFULLY**

First, for each question, if you don't know or don't have an answer, please don't guess, just check the "Don't Know" box or indicate that you "don't know" or "don't have an answer" by typing in the words "don't know" and it will go on to the next question. Also, you should complete this survey without stopping in the middle, and please make sure <u>not</u> to consult any other websites, materials, or people and <u>not</u> to open another browser while working on this survey.

| NEXT |

Today we are interviewing people about hockey. Suppose that you are visiting the website of a company or organization. You will next be shown some of the webpages that are part of the company's website.

Please review the information on the following page/pages as you would normally do when looking for hockey equipment.
Later, you will be asked questions.

You may need to scroll down to see each entire page.
When you are finished reviewing each page, please click on "NEXT" at the bottom of the screen to continue.

NEXT

Please look at the webpage shown below.

You may need to scroll down to see the entire page.

It may take a few seconds before you can continue to the next page.

Please click "NEXT" when you are ready to continue.



THE GEAR







Wheeled Player Bag
$ 275.00

Duralite Player Bag
$ 249.00

Duralite Goalie Bag
$ 249.00

Player Bag - Large
$ 199.00

Player Bag - Medium
$ 189.00

ECOPAK FABRIC



The EcoPak material in our Duralite bags is the world's only durable and waterproof fabric made from 100% recycled polyester fibre and film. Each yard upcycles about 20 plastic water bottles into ballistic sailcloth fabric.

EcoPak fabric lasts longer, absorbs 90% less moisture, and has better UV resistance and color retention than traditional laminated nylon. EcoPak performs in the harshest conditions.

DURALITE BAGS

Stay in the loop

Enter your email



Warranty　Privacy　Refunds　Terms of Service

NEXT

FREE USA SHIPPING ON ORDERS OVER $100



Home    Shop    About Us    Contact Us

## ABOUT US

I love hockey. I started playing as a wee mite but stopped playing in organized leagues and only played shinny for a good decade or so. Back in 2010, I started playing again in a couple of beer leagues so I had to go out and buy equipment. The one piece of gear that ended up blowing out inside a year was my hockey bag. The seams tore and the fabric ripped in a couple spots, so I decided to go out and get a really nice bag that would last a long time to replace it.

After looking around for the perfect bag, it seemed like nobody was putting much effort into equipment bags. There were a lot of bags made from cheap materials. These bags looked like afterthoughts of large companies focused on their flagship sticks or skates.

I pitched the idea of creating a top-shelf hockey bag to my friend Lars, an industrial designer with experience designing hard and soft goods for dozens of companies in the outdoor industry.

In 2014 our flagship bag, the Mastodon IPA, was born. After successfully launching the IPA Bag on Kickstarter (video below) we have continually updated the design of our bags by incorporating new materials and updating the style (new red logo!) These days there are more and more hockey bag brands following our lead, but we are confident Mastodon bags are still the highest quality hockey bags on the planet.

Thank you so much for supporting Mastodon Hockey.

Cheers!

Erik and Lars

 



Stay in the loop

Enter your email

 

Warranty    Privacy    Refunds    Terms of Service

© 2025, Mastodon Hockey        This store is PCI Compliant

Were you able to clearly view the information on the webpages you just reviewed?

(Select <u>one</u> response)

○ Yes

○ No

NEXT

Which company makes the bags shown on the webpage you just reviewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

What makes you say that **INSERT RESPONSE HERE** makes the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

NEXT

Does or doesn't the company that makes the bags shown on the webpage you just viewed offer any other products, services, or host sporting events?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Select <u>one</u> response)

○ No, it <u>does not</u>

○ Yes, it <u>does</u>

○ Don't know/unsure

[ NEXT ]

What other products, services, or hosted sporting events does the company that makes the bags shown on the webpage you just viewed offer?

_"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"_

(Please type each product/service/sporting event on a separate line below and again be as specific as you can.)

Product/Service/Event #1 [                    ]

Product/Service/Event #2 [                    ]

Product/Service/Event #3 [                    ]

Product/Service/Event #4 [                    ]

○ Don't know/unsure

[ NEXT ]

Any other products, services, or hosted sporting events?

_"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"_

(Please type <u>each product/service/sporting event</u> on a separate line below and again be as specific as you can.)

Product/Service/Event #5

Product/Service/Event #6

Product/Service/Event #7

Product/Service/Event #8

○ Don't know/unsure

NEXT

Does or doesn't the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection with any other company or organization?
_"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"_

(Select <u>one</u> response)

O  No, it <u>does not</u> have a business affiliation or connection with any other company or organization
O  Yes, it <u>does</u> have a business affiliation or connection with another company or organization
O  Don't know/unsure

NEXT

With which other company or organization does the company that makes the bags shown on the webpage you just viewed have a business affiliation or connection?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

**(Please type your answer below. Please be as specific as you can.)**

○ Don't know/unsure

NEXT

What makes you say that **INSERT RESPONSE HERE** has a business affiliation or connection with the company that makes the bags shown on the webpage you just viewed?

_"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"_

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

NEXT

Did or didn't the company that makes the bags shown on the webpage you just viewed receive permission or approval to do so from another company or organization?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Select <u>one</u> response)

○ No, it <u>did not</u> receive permission or approval from another company or organization

○ Yes, it <u>did</u> receive permission or approval from another company or organization

○ Don't know/unsure

| NEXT |

Which other company or organization gave permission or approval to the company that makes the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

NEXT

What makes you say that **INSERT RESPONSE HERE** gave permission or approval to the company or organization that offers the bags shown on the webpage you just viewed?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

○ Don't know/unsure

**NEXT**

Any other reason?

*"IF YOU WANT TO SEE THE WEBPAGES YOU JUST VIEWED AGAIN, CLICK ON THIS LINK"*

(Please type your answer below. Please be as specific as you can.)

NEXT

These are all of our questions. Thank you for completing this survey.

NEXT

Stimuli Full Pages

Test Homepage









Test About Us

## ABOUT US

I love hockey. I started playing as a wee mite but stopped playing in organized leagues and only played shinny for a good decade or so. Back in 2010, I started playing again in a couple of beer leagues so I had to go out and buy equipment. The one piece of gear that ended up blowing out inside a year was my hockey bag. The seams tore and the fabric ripped in a couple spots, so I decided to go out and get a really nice bag that would last a long time to replace it.

After looking around for the perfect bag, it seemed like nobody was putting much effort into equipment bags. There were a lot of bags made from cheap materials. These bags looked like afterthoughts of large companies focused on their flagship sticks or skates.

I pitched the idea of creating a top-shelf hockey bag to my friend Lars, an industrial designer with experience designing hard and soft goods for dozens of companies in the outdoor industry.

In 2014 our flagship bag, the Mammoth IPA, was born. After successfully launching the IPA Bag on Kickstarter (video below) we have continually updated the design of our bags by incorporating new materials and updating the style (new red logo!) These days there are more and more hockey bag brands following our lead, but we are confident Mammoth bags are still the highest quality hockey bags on the planet.

Thank you so much for supporting Mammoth Hockey.

Cheers!

Erik and Lars

 



**Stay in the loop**

Enter your email



Warranty    Privacy    Refunds    Terms of Service

© 2025 Mammoth Hockey    This store is PCI Compliant









Control About Us



FREE USA SHIPPING ON ORDERS OVER $100

MASTODON HOCKEY

Home    Shop    About Us    Contact Us

# ABOUT US

I love hockey. I started playing as a wee mite but stopped playing in organized leagues and only played shinny for a good decade or so. Back in 2010, I started playing again in a couple of beer leagues so I had to go out and buy equipment. The one piece of gear that ended up blowing out inside a year was my hockey bag. The seams tore and the fabric ripped in a couple spots, so I decided to go out and get a really nice bag that would last a long time to replace it.

After looking around for the perfect bag, it seemed like nobody was putting much effort into equipment bags. There were a lot of bags made from cheap materials. These bags looked like afterthoughts of large companies focused on their flagship sticks or skates.

I pitched the idea of creating a top-shelf hockey bag to my friend Lars, an industrial designer with experience designing hard and soft goods for dozens of companies in the outdoor industry.

In 2014 our flagship bag, the Mastodon IPA, was born. After successfully launching the IPA Bag on Kickstarter (video below) we have continually updated the design of our bags by incorporating new materials and updating the style (new red logo!) These days there are more and more hockey bag brands following our lead, but we are confident Mastodon bags are still the highest quality hockey bags on the planet.

Thank you so much for supporting Mastodon Hockey.

Cheers!

Erik and Lars

 



Stay in the loop

Enter your email



Warranty    Privacy    Refunds    Terms of Service

© 2025 Mastodon Hockey    This store is PCI Compliant

# Exhibit  F

TARGET RESEARCH GROUP INC.
HOCKEY ONLINE SURVEY (#103-25079)

| Page | Table | Title |
| ---- | ----- | ----- |
| 1 | 1 | Q.20 REGION/STATE |
| 5 | 2 | Q.30/40 GENDER/AGE |
| 6 | 3 | Q.60 IN WHICH, IF ANY, OF THE FOLLOWING SPORTS ARE YOU OR IS A MEMBER OF YOUR HOUSEHOLD ACTIVELY PARTICIPATING AS A PLAYER? |
| 7 | 4 | Q.65 WHICH, IF ANY, OF THE FOLLOWING PRODUCTS OR EXPERIENCES DO YOU EXPECT TO PURCHASE WITHIN THE NEXT 12 MONTHS? |
| 8 | 5 | Q.70 WHICH, IF ANY, OF THE FOLLOWING TYPES OF RETAIL ESTABLISHMENTS DO YOU ANTICIPATE VISITING FOR THE PURPOSE OF PURCHASING A PREMIUM, DURABLE HOCKEY BAG WITHIN THE NEXT 12 MONTHS? |
| 9 | 6 | Q.250 DOES OR DOESN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE YOU JUST VIEWED OFFER ANY OTHER PRODUCTS, SERVICES, OR HOST SPORTING EVENTS? |
| 10 | 7 | Q.260 DOES OR DOESN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE YOU JUST VIEWED HAVE A BUSINESS AFFILIATION OR CONNECTION WITH ANY OTHER COMPANY OR ORGANIZATION? |
| 11 | 8 | Q.270 DID OR DIDN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE YOU JUST VIEWED RECEIVE PERMISSION OR APPROVAL TO DO SO FROM ANOTHER COMPANY OR ORGANIZATION? |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 1

Q.20 REGION/STATE

| | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| NORTHEAST (NET) | 81<br>25.6 | 39<br>24.5 | 42<br>26.6 |
| CONNECTICUT | 8<br>2.5 | 5<br>3.1 | 3<br>1.9 |
| MAINE | 2<br>0.6 | 2<br>1.3 | 0<br>0 |
| MASSACHUSETTS | 8<br>2.5 | 4<br>2.5 | 4<br>2.5 |
| NEW HAMPSHIRE | 2<br>0.6 | 1<br>0.6 | 1<br>0.6 |
| RHODE ISLAND | 1<br>0.3 | 0<br>0 | 1<br>0.6 |
| NEW JERSEY | 10<br>3.2 | 3<br>1.9 | 7<br>4.4 |
| NEW YORK | 31<br>9.8 | 15<br>9.4 | 16<br>10.1 |
| PENNSYLVANIA | 19<br>6.0 | 9<br>5.7 | 10<br>6.3 |
| MIDWEST (NET) | 85<br>26.8 | 48<br>30.2 | 37<br>23.4 |
| ILLINOIS | 16<br>5.0 | 11<br>6.9 | 5<br>3.2 |
| INDIANA | 1<br>0.3 | 1<br>0.6 | 0<br>0 |
| MICHIGAN | 22<br>6.9 | 11<br>6.9 | 11<br>7.0 |
| OHIO | 13<br>4.1 | 9<br>5.7 | 4<br>2.5 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 1

Q.20 REGION/STATE

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| WISCONSIN | 9<br>2.8 | 3<br>1.9 | 6<br>3.8 |
| IOWA | 2<br>0.6 | 1<br>0.6 | 1<br>0.6 |
| KANSAS | 1<br>0.3 | 0<br>0 | 1<br>0.6 |
| MINNESOTA | 12<br>3.8 | 10<br>6.3 | 2<br>1.3 |
| MISSOURI | 9<br>2.8 | 2<br>1.3 | 7<br>4.4 |
| SOUTH (NET) | 88<br>27.8 | 40<br>25.2 | 48<br>30.4 |
| FLORIDA | 28<br>8.8 | 14<br>8.8 | 14<br>8.9 |
| GEORGIA | 10<br>3.2 | 7<br>4.4 | 3<br>1.9 |
| MARYLAND | 3<br>0.9 | 0<br>0 | 3<br>1.9 |
| NORTH CAROLINA | 7<br>2.2 | 5<br>3.1 | 2<br>1.3 |
| SOUTH CAROLINA | 3<br>0.9 | 1<br>0.6 | 2<br>1.3 |
| VIRGINIA | 5<br>1.6 | 1<br>0.6 | 4<br>2.5 |
| WEST VIRGINIA | 1<br>0.3 | 0<br>0 | 1<br>0.6 |
| ALABAMA | 2<br>0.6 | 1<br>0.6 | 1<br>0.6 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 1

Q.20 REGION/STATE

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| KENTUCKY | 3<br>0.9 | 0<br>0 | 3<br>1.9 |
| TENNESSEE | 5<br>1.6 | 1<br>0.6 | 4<br>2.5 |
| ARKANSAS | 2<br>0.6 | 2<br>1.3 | 0<br>0 |
| LOUISIANA | 1<br>0.3 | 0<br>0 | 1<br>0.6 |
| OKLAHOMA | 1<br>0.3 | 1<br>0.6 | 0<br>0 |
| TEXAS | 17<br>5.4 | 7<br>4.4 | 10<br>6.3 |
| WEST (NET) | 63<br>19.9 | 32<br>20.1 | 31<br>19.6 |
| ARIZONA | 4<br>1.3 | 3<br>1.9 | 1<br>0.6 |
| COLORADO | 11<br>3.5 | 4<br>2.5 | 7<br>4.4 |
| IDAHO | 3<br>0.9 | 1<br>0.6 | 2<br>1.3 |
| NEVADA | 4<br>1.3 | 2<br>1.3 | 2<br>1.3 |
| NEW MEXICO | 1<br>0.3 | 1<br>0.6 | 0<br>0 |
| UTAH | 1<br>0.3 | 0<br>0 | 1<br>0.6 |
| WYOMING | 1<br>0.3 | 0<br>0 | 1<br>0.6 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 1

Q.20 REGION/STATE

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| CALIFORNIA | 27<br>8.5 | 15<br>9.4 | 12<br>7.6 |
| ALASKA | 1<br>0.3 | 1<br>0.6 | 0<br>0 |
| HAWAII | 1<br>0.3 | 1<br>0.6 | 0<br>0 |
| OREGON | 3<br>0.9 | 1<br>0.6 | 2<br>1.3 |
| WASHINGTON | 6<br>1.9 | 3<br>1.9 | 3<br>1.9 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 2

Q.30/40 GENDER/AGE

|                          | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|--------------------------|-------|-----------|------------|
| BASE: TOTAL RESPONDENTS  | 317   | 159       | 158        |
| TOTAL                    |       |           |            |
| 18-44                    | 243   | 122       | 121        |
|                          | 76.7  | 76.7      | 76.6       |
| 45+                      | 74    | 37        | 37         |
|                          | 23.3  | 23.3      | 23.4       |
| MALE (NET)               | 219   | 110       | 109        |
|                          | 69.1  | 69.2      | 69.0       |
| 18-44                    | 163   | 82        | 81         |
|                          | 51.4  | 51.6      | 51.3       |
| 45+                      | 56    | 28        | 28         |
|                          | 17.7  | 17.6      | 17.7       |
| FEMALE (NET)             | 98    | 49        | 49         |
|                          | 30.9  | 30.8      | 31.0       |
| 18-44                    | 80    | 40        | 40         |
|                          | 25.2  | 25.2      | 25.3       |
| 45+                      | 18    | 9         | 9          |
|                          | 5.7   | 5.7       | 5.7        |
| OTHER (NET)              | 0     | 0         | 0          |
|                          | 0     | 0         | 0          |
| 18-44                    | 0     | 0         | 0          |
|                          | 0     | 0         | 0          |
| 45+                      | 0     | 0         | 0          |
|                          | 0     | 0         | 0          |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 3

Q.60 IN WHICH, IF ANY, OF THE FOLLOWING SPORTS ARE YOU OR IS A MEMBER OF YOUR HOUSEHOLD
ACTIVELY PARTICIPATING AS A PLAYER?

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| FOOTBALL | 154 | 79 | 75 |
|  | 48.6 | 49.7 | 47.5 |
| SOCCER | 143 | 73 | 70 |
|  | 45.1 | 45.9 | 44.3 |
| BASKETBALL | 170 | 83 | 87 |
|  | 53.6 | 52.2 | 55.1 |
| ICE HOCKEY | 317 | 159 | 158 |
|  | 100.0 | 100.0 | 100.0 |
| DON'T KNOW/UNSURE | 0 | 0 | 0 |
|  | 0 | 0 | 0 |
| NONE OF THESE | 0 | 0 | 0 |
|  | 0 | 0 | 0 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 4

Q.65 WHICH, IF ANY, OF THE FOLLOWING PRODUCTS OR EXPERIENCES DO YOU EXPECT TO PURCHASE
WITHIN THE NEXT 12 MONTHS?

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| A PREMIUM, DURABLE HOCKEY BAG TO STORE AND TRANSPORT HOCKEY EQUIPMENT THAT COSTS AT LEAST $100 | 317<br>100.0 | 159<br>100.0 | 158<br>100.0 |
| A TICKET TO A COLLEGE OR PROFESSIONAL PLAYOFF FOOTBALL GAME THAT COSTS MORE THAN $150 PER TICKET | 123<br>38.8 | 63<br>39.6 | 60<br>38.0 |
| A TICKET TO A COLLEGE OR PROFESSIONAL PLAYOFF FOOTBALL GAME THAT COSTS LESS THAN $100 PER TICKET | 114<br>36.0 | 60<br>37.7 | 54<br>34.2 |
| A SUBSCRIPTION TO AN ALL-SPORTS STREAMING SERVICE (E.G., ESPN+, NFL SUNDAY TICKET, OR SIMILAR) THAT COSTS BETWEEN $100 TO $300 PER YEAR | 202<br>63.7 | 100<br>62.9 | 102<br>64.6 |
| SOCCER EQUIPMENT SUCH AS CLEATS, SHIN GUARDS, AND A BALL THAT COSTS APPROXIMATELY $100 TOTAL | 124<br>39.1 | 63<br>39.6 | 61<br>38.6 |
| DON'T KNOW/UNSURE | 0<br>0 | 0<br>0 | 0<br>0 |
| NONE OF THESE | 0<br>0 | 0<br>0 | 0<br>0 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 5

Q.70 WHICH, IF ANY, OF THE FOLLOWING TYPES OF RETAIL ESTABLISHMENTS DO YOU ANTICIPATE
VISITING FOR THE PURPOSE OF PURCHASING A PREMIUM, DURABLE HOCKEY BAG WITHIN THE NEXT 12 MONTHS?

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| A MANUFACTURER'S ONLINE STORE | 317 | 159 | 158 |
|  | 100.0 | 100.0 | 100.0 |
| A "BRICK AND MORTAR" SPORTING GOODS STORE OR SPECIALTY SHOP | 240 | 118 | 122 |
|  | 75.7 | 74.2 | 77.2 |
| A LOCAL HOCKEY TEAM OR TEAM STORE | 174 | 90 | 84 |
|  | 54.9 | 56.6 | 53.2 |
| A SECOND HAND OR RESALE MARKETPLACE | 103 | 50 | 53 |
|  | 32.5 | 31.4 | 33.5 |
| DON'T KNOW/UNSURE | 0 | 0 | 0 |
|  | 0 | 0 | 0 |
| NONE OF THESE | 0 | 0 | 0 |
|  | 0 | 0 | 0 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 6

Q.250 DOES OR DOESN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE YOU JUST
VIEWED OFFER ANY OTHER PRODUCTS, SERVICES, OR HOST SPORTING EVENTS?

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| YES, IT DOES | 132 | 64 | 68 |
|  | 41.6 | 40.3 | 43.0 |
| NO, IT DOES NOT | 72 | 41 | 31 |
|  | 22.7 | 25.8 | 19.6 |
| DON'T KNOW/UNSURE | 113 | 54 | 59 |
|  | 35.6 | 34.0 | 37.3 |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 7

Q.260 DOES OR DOESN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE YOU JUST
VIEWED HAVE A BUSINESS AFFILIATION OR CONNECTION WITH ANY OTHER COMPANY OR ORGANIZATION?

|                                                    | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|----------------------------------------------------|-------------|----------------|--------------------|
| BASE: TOTAL RESPONDENTS                            | 317         | 159            | 158                |
| YES, IT DOES HAVE A BUSINESS AFFILIATION OR CONNECTION WITH ANOTHER COMPANY OR ORGANIZATION | 87 27.4 | 43 27.0 | 44 27.8 |
| NO, IT DOES NOT HAVE A BUSINESS AFFILIATION OR CONNECTION WITH ANY OTHER COMPANY OR ORGANIZATION | 131 41.3 | 67 42.1 | 64 40.5 |
| DON'T KNOW/UNSURE                                  | 99 31.2     | 49 30.8        | 50 31.6            |

TARGET RESEARCH GROUP, INC.
HOCKEY ONLINE SURVEY (#103-25079)

Table 8

Q.270 DID OR DIDN'T THE COMPANY THAT MAKES THE BAGS SHOWN ON THE WEBPAGE
YOU JUST VIEWED RECEIVE PERMISSION OR APPROVAL TO DO SO FROM ANOTHER COMPANY OR ORGANIZATION?

|  | GRAND TOTAL | TEST (MAMMOTH) | CONTROL (MASTODON) |
|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 317 | 159 | 158 |
| YES, IT DID RECEIVE PERMISSION OR APPROVAL FROM ANOTHER COMPANY OR ORGANIZATION | 88 27.8 | 42 26.4 | 46 29.1 |
| NO, IT DID NOT RECEIVE PERMISSION OR APPROVAL FROM ANOTHER COMPANY OR ORGANIZATION | 107 33.8 | 56 35.2 | 51 32.3 |
| DON'T KNOW/UNSURE | 122 38.5 | 61 38.4 | 61 38.6 |

# Exhibit  G

*(Microsoft Excel Spreadsheet too large to attach file –
Produced electronically to opposing counsel.  Available to
Court upon request)*