# Exhibit A







