# Exhibit B

PLEASE DON'T SCROLL PAST THIS Can we count on you to help chip in?

**Dear Patron:**

The Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on donations to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Tuesday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)

| $5 | $15 |
| $50 | Custom: $ |

☐ I'll generously add $0.62 to cover fees.
☐ Make this monthly

Continue          Remind Me

INTERNET ARCHIVE WaybackMachine

http://www.mammoth-hockey.com/     Go

125 captures
18 Oct 2014 - 12 Jul 2025

SEP **OCT** NOV
◄ **18** ►
2013 **2014** 2015
▼ About this capture



Home    Shop    About Us    Blog    Contact Us

🛒 Cart: 0     🔍 Search



  

THE MAMMOTH IPA          THE OGLETHORPE          THE MAMMOTH CREST T

**Latest news**

**Mammoth IPA Bags Getting Close!**

The Mammoth IPA Bags are humming right along now. The cut and sew shop has completed the patterns, received all hardware, finished up all the logo screen printing and is...

**Quick Links**

Home
Shop
About Us
Blog
Contact Us

**Follow us**

  

Copyright © 2014 Mammoth Hockey | This store is PCI Compliant

---

Document title: Mammoth Hockey Bags
Capture URL: https://web.archive.org/web/20141018030339/http://www.mammoth-hockey.com/
Capture timestamp (UTC): Tue, 11 Nov 2025 17:37:15 GMT

**PLEASE DON'T SCROLL PAST THIS** Can we count on you to help chip in?

**Dear Patron:**

The Wayback Machine is fighting for universal access to quality information. The Internet Archive, which runs this project, relies on donations to help us keep the record straight. We'd be deeply grateful if you'd join the one in a thousand users that support us financially.

We understand that not everyone can donate right now, but if you can afford to contribute this Tuesday, we promise it will be put to good use. Our resources are crucial for knowledge lovers everywhere—so if you find all these bits and bytes useful, **please pitch in.**

Choose an amount (USD)

| $5 | $15 |
| $50 | Custom: $ |

☐ I'll generously add $0.62 to cover fees.
☐ Make this monthly

Continue          Remind Me

http://www.mammoth-hockey.com/    Go

INTERNET ARCHIVE
WaybackMachine

125 captures
18 Oct 2014 - 12 Jul 2025

SEP **OCT** NOV
◄ **18** ►
2013 **2014** 2015
▼ About this capture



Home    Shop    About Us    Blog    Contact Us







### Latest news

**Mammoth IPA Bags Getting Close!**

The Mammoth IPA Bags are humming right along now. The cut and sew shop has completed the patterns, received all hardware, finished up all the logo screen printing and is...

### Quick Links

Home
Shop
About Us
Blog
Contact Us

### Follow us

  

Copyright © 2014 Mammoth Hockey | This store is PCI Compliant

      

Document title: Mammoth Hockey Bags
Capture URL: https://web.archive.org/web/20141018030339/http://www.mammoth-hockey.com/
Capture timestamp (UTC): Tue, 11 Nov 2025 17:37:15 GMT

Page 2 of 2