# Exhibit C



DAVE'S DOUBLE®

MADE FRESH FOR YOU

BACONATOR®

Fresh beef available in the contiguous U.S., Alaska and Canada.

☰ 🔍    NBC 📺 BAY AREA    LOCAL    WEATHER    WE INVESTIGATE    VIDEO    SPORTS    NEWSLETTERS    ⛅ 64° | Watch 24/7 | 👤

TRENDING    Veterans Day events    Government shutdown    Turning Point USA    Belva Davis    San Ramon earthquakes    Veterans Day deals

NHL

# Utah NHL franchise launches fan vote for team name. These are the 20 options

The survey features 20 options for fans to pick from.

By Sanjesh Singh • Published May 8, 2024

Log in or create a free profile to save articles    🔖    f    ✉



DEVELOPING STORY

NBC Universal, Inc.

THIS IS THE TURNING POINT

minority and immigrant communities, women, LGBTQ+

🅵 🅇 📷 NBCBayArea    65°

A Turning Point USA event at UC Berkeley Monday night featured protests outside. Pete Suratos reports.

Coming soon to the NHL, the Utah Outlaws?

Or what about the Utah Black Diamonds?

Ryan Smith, part of the ownership group for the incoming NHL franchise in Utah, posted a survey on social media where fans can vote for the new team name.



Ryan Smith ✔
@RyanQualtrics • Follow

Utah! Our NHL team is here. Help us choose a name. survey.qualtrics.com/jfe/form/SV_0i

X



NBC 📺 BAY AREA NEWS

ON NOW
Live: Today in the Bay @ 5AM ▶

### Trending Stories



**VETERANS**
Veterans Day 2025: List of events in the Bay Area



**VALLEJO**
Convicted felon arrested after stolen gun found in his vehicle, Vallejo PD says



**GOVERNMENT SHUTDOWN**
Senate approves bill to reopen the government, sending it to the House



**SAN JOSE**
Jackpot! $14 million SuperLotto Plus ticket sold in San Jose



**GOVERNMENT SHUTDOWN**
Cancellations continue in Bay Area airports weeks before major holiday travel



**SPONSORED**
Neuropathy is not from Low Vitamin B. Meet the Real Ene...
FootRenew



Mancinis
SLEEPWORLD
TARIFF FREE





Ryan Smith ✔
@RyanQualtrics · Follow

Utah! Our NHL team is here. Help us choose a name. survey.qualtrics.com/jfe/form/SV_0i...

12:53 AM · May 9, 2024

❤ 2.8K    💬 Reply    🔗 Copy link

Read 1.6K replies



The franchise used to be called the Arizona Coyotes.

These are the 20 options fans can pick from:

- Fury
- Mountaineers
- Powder
- Black Diamonds
- Swarm
- Ice
- Yeti
- Venom
- Squall
- Frost
- Blast
- HC
- Freeze
- Canyons
- Hive
- Outlaws
- Mammoth
- Blizzard
- Caribou
- Glaciers

The first round will run until May 22, with fans being able to vote for four options one time only.

### NHL



NHL · 11 HOURS AGO

**Teenage girl with rare cancer gets to practice with New Jersey Devils**



NHL · NOV 4

**Dallas Stars to play NHL Stadium Series game at AT&T Stadium in 2027**

**Weather Forecast**

SAN JOSE, CA

64°   TONIGHT   57°

Partly Cloudy   TOMORROW   70°
0% Precip

PRESENTED BY   Mancini's SLEEPWORLD









**NHL • NOV 4**

**Dallas Stars to play NHL Stadium Series game at AT&T Stadium in 2027**

The next round that will feature a shorter list will be released later in the summer.

For its inaugural season, the team will sport jerseys that display "UTAH."

Once the team name is finalized, the ownership will develop the logo, mascot, colors, and other branding elements to debut in the 2025-26 season.

This article tagged under:

**NHL**




U.S. Privacy



Trump administration demands states 'undo' full SNAP payouts as states warn of 'catastrophic impact'

Discover


