# Exhibit D

NEWS & RESOURCES



# Dorsey & Whitney Guides Utah's NHL Identity with Launch of the Utah Mammoth

May 19, 2025

Matthew S. Bethards , Cathy Dahl , Bruce R. Ewing , Bethann Finley , Brok Humbert , Troy M. Keller , Pam Kleiner , Catherine Parrish Lake , Mark Miller , Ron Moscona , Louise Sherman , Lilian Shi , Fara Sunderji

Dorsey & Whitney LLP served as lead trademark and brand counsel to Smith Entertainment Group (SEG), helping guide the legal strategy behind the newly launched identity of the organization's NHL franchise: the Utah Mammoth. From early planning through official announcement, Dorsey played a key role in shaping and protecting the team's identity, one of the most closely watched branding efforts in recent professional sports history.

Much like the spirit of the team and its fans, the name *Utah Mammoth* reflects a bold, distinctive identity that stands out in the NHL landscape. Dorsey worked alongside SEG leadership to ensure the final brand choice was both fan-driven and legally sound. "A project like this is both challenging and rewarding," said Catherine Parrish Lake, the Dorsey partner who led the effort. "We were fortunate to be part of the journey from start to finish and proud to help bring such a meaningful brand to life for Utah and the NHL."

SEG engaged Dorsey in early 2024 in preparation to welcome Utah's NHL franchise. The Dorsey team, led by Catherine Parrish Lake and Cathy Dahl, moved swiftly to clear and secure trademarks and logos for use during the team's inaugural 2024-2025 season. Simultaneously and over the course of the first season, the Dorsey team worked to evaluate permanent name options and develop a long-term global strategy. Dorsey ultimately cleared multiple choices for an identity across 23 trademark classes in key jurisdictions, including the United States, Canada, the European Union, China, the United Kingdom, Switzerland, and Norway. The firm also advised on filing protocols and secured thousands of domain names and social media handles to protect the brand's digital presence.

In parallel with the legal clearance work, Dorsey advised SEG on fan engagement strategies that supported public input without compromising legal protections. The firm helped to draft the official rules for the public naming contest and to structure surveys and outreach efforts in a way that encouraged participation while maintaining control over trademark viability. This approach allowed SEG to invite community involvement and build excitement around the new identity, all while safeguarding future potential brands from legal and reputational risk.

"Dorsey was an outstanding partner throughout the entire process," said Sam Harkness, general counsel for SEG. "Their team brought a thoughtful, strategic approach to both the legal and brand challenges, helping us navigate every step with care and confidence."

The project brought together attorneys, paralegals, and professional staff across multiple offices and practice areas, reflecting the depth of Dorsey's trademark, sports, and international IP capabilities. In addition to Catherine Parrish Lake and Cathy Dahl, key contributors included Matt Bethards, Jamie Nafziger, Lilian Shi, Bruce Ewing, Fara Sunderji, Troy Keller, Brok Humbert, Louise Sherman, Pamela Kleiner, Jessica Groen, Bethann Finley, Ron Moscona, and Mark Miller.

### RELATED ACHIEVEMENTS

Land O'Lakes Acquires Vermont Creamery

Coolibar sets stage for growth with ownership change

IEEE adds Engineering360 platform to its powerful resources for the global engineering community

Founders sell oil and gas software business to private equity buyer

Liberty Global leads cable consolidation in Puerto Rico

### RELATED INDUSTRIES & PRACTICES

Trademark, Copyright + Advertising

Intellectual Property

**MEDIA RESOURCES**
media@dorsey.com

SEG engaged Dorsey in early 2024 in preparation to welcome Utah's NHL franchise. The Dorsey team, led by Catherine Parrish Lake and Cathy Dahl, moved swiftly to clear and secure trademarks and logos for use during the team's inaugural 2024-2025 season. Simultaneously and over the course of the first season, the Dorsey team worked to evaluate permanent name options and develop a long-term global strategy. Dorsey ultimately cleared multiple choices for an identity across 23 trademark classes in key jurisdictions, including the United States, Canada, the European Union, China, the United Kingdom, Switzerland, and Norway. The firm also advised on filing protocols and secured thousands of domain names and social media handles to protect the brand's digital presence.

In parallel with the legal clearance work, Dorsey advised SEG on fan engagement strategies that supported public input without compromising legal protections. The firm helped to draft the official rules for the public naming contest and to structure surveys and outreach efforts in a way that encouraged participation while maintaining control over trademark viability. This approach allowed SEG to invite community involvement and build excitement around the new identity, all while safeguarding future potential brands from legal and reputational risk.

"Dorsey was an outstanding partner throughout the entire process," said Sam Harkness, general counsel for SEG. "Their team brought a thoughtful, strategic approach to both the legal and brand challenges, helping us navigate every step with care and confidence."

The project brought together attorneys, paralegals, and professional staff across multiple offices and practice areas, reflecting the depth of Dorsey's trademark, sports, and international IP capabilities. In addition to Catherine Parrish Lake and Cathy Dahl, key contributors included Matt Bethards, Jamie Nafziger, Lilian Shi, Bruce Ewing, Fara Sunderji, Troy Keller, Brok Humbert, Louise Sherman, Pamela Kleiner, Jessica Groen, Bethann Finley, Ron Moscona, and Mark Miller.

As the Utah Mammoth prepare to play the 2025-26 season under the new name, Dorsey continues to advise on brand protection and enforcement.



Catherine Lake
Partner



Cathy Dahl
Associate

## featured resources



PRESS RELEASES
**Dorsey & Whitney Names 11 New Partners**
November 11, 2025

PRESS RELEASES
**Dorsey Nationally Recognized in 2026 Edition of Best Law Firms®**
November 11, 2025

BLOGS
**Take a Bite Out of This: Smuckers is Claiming Exclusive Rights to its Version of the Peanut Butter and Jelly Sandwich**
November 04, 2025

中文网站  ATTORNEY ADVERTISING  CONTACT US  SITE MAP  TERMS OF USE  DATA PRIVACY  TRANSPARENCY IN COVERAGE  Follow Us

Anchorage | Beijing | Boise | Chicago | Costa Mesa | Dallas | Denver | Des Moines | Hong Kong | London | Minneapolis | Missoula | New York | Palo Alto | Phoenix | Salt Lake City | Seattle | Shanghai | Toronto | Vancouver | Washington, DC | Wilmington

© 2025 Dorsey & Whitney LLP
DORSEY™ is a registered trademark of Dorsey & Whitney LLP in the United States and United Kingdom as well as other jurisdictions.