# Exhibit E

# Kwon, Janice J.

| | |
|---|---|
| **From:** | Erik Olson <erik@mammoth-hockey.com> |
| **Sent:** | Monday, October 6, 2025 5:00 PM |
| **To:** | Griffin, Gerald; Basrawi, Jodutt M.; Kwon, Janice J.; Trivigno, Leonardo; Spelman, Meredith B. |
| **Subject:** | Fwd: New customer message on October 6, 2025 at 12:46 pm |

Please see below:

Erik Olson
Co-founder // Mammoth Hockey
www.mammoth-hockey.com // 503.789.0826
**Ultra Durable Hockey Bags.**
Instagram // Facebook


---------- Forwarded message ---------
From: **Mammoth Hockey (Shopify)** <mailer@shopify.com>
Date: Mon, Oct 6, 2025 at 12:46 PM
Subject: New customer message on October 6, 2025 at 12:46 pm
To: <erik@mammoth-hockey.com>

> You received a new message from your online store's contact form.
>
> **Country Code:**
> US
>
> **Name:**
> ▇▇▇▇▇▇▇▇
>
> **Email:**
> ▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> **Body:**
> I am hosting my family for Christmas this year and would like to purchase 11 tickets for the Mammoth Hockey game on Sunday December 21st. I can only purchase a max of 10 tickets on-line and would like the seats together. There are 4 children. Can you help me with this?