# Exhibit I

  Search in r/nhl

### r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com    Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇    💬 630    Share

Add your reply

Sort by: Best ▾    🔍 Search Comments

**Scamnam** • 11d ago

Save y'all a click to reading a whole damn article

The company is called The Mammoth hockey company..

https://www.mammoth-hockey.com/?srsltid=AfmBOoqCr7kT1YB30GOHNCHQVCMMufsO_32q-8sWQFbJZl_iaIVj8eJ5

⊖  ⬆ 254 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

   **SadBuilding9234** • 11d ago • Edited 11d ago
   Top 1% Commenter

   If my jock son asked me for a Mammoth hockey bag, and I googled it and bought a Utah Mammoth hockey bag because that came up higher in the search, I'd say that was unfair to the original company.

   Seems like a reasonable complaint to me.

   ⊖  ⬆ 405 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

     **xdrpwneg** • 11d ago

     I think this has more weight than the YETI debacle as well, that one was dumb since one: it's a pretty common word, not super common but it's from mythology and two: they're in two completely different sectors, it was dumb of YETI to completely keep the club from taking the name especially if they partnered up.

---







r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com — Open

Will the Utah have to rebrand again?

↑ 1.2K ↓   💬 630   Share

Add your reply

Sort by: Best   🔍 Search Comments

**MikeMac999** • 11d ago

This will end with a financial settlement

↑ 1.5K ↓   Reply   Award   Share

   **Imreallythatguy** • 11d ago

   Yeah I would bet if anything the hockey bag brand has seen an increase in web traffic and sales just because of the increase in Mammoth/Hockey searches. Probably in their best interest to get a fat settlement and then both keep the brand.

   ↑ 22 ↓   Reply   Award   Share

      **EMTDawg** • 11d ago

      Try typing "mammoth hockey" into Google. They went from the 1st search result (prior to Utah taking the name) to not on the 1st 10 pages of results when I tried it after the lawsuit was 1st announced.

      ↑ 24 ↓   Reply   Award   Share

         **questionfear** • 11d ago

         That depends on your google history I think. I just tried it on incognito and mammoth hockey bags were midway down the first page (along with several news item about the lawsuit that mentioned them)

---

**r/nhl** — Join

**NHL**
The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th…

Show more

🗓 Created Jan 20, 2009
🌐 Public

**312K** Weekly visitors     **7.1K** Weekly contributions

### USER FLAIR
👤 Dear-Business4793

### R/NHL RULES
1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

### MODERATORS
✉ Message Mods

u/Dorkside
u/Xingua92
u/Commandant1
u/dm0nXx
u/cacti_stalactite
u/bjeebus

---

r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com — Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇    💬 630    Share

**r/nhl**    Join

NHL

The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th…

Show more

Created Jan 20, 2009
Public

312K Weekly visitors    7.1K Weekly contributions

**USER FLAIR**

Dear-Business4793

**R/NHL RULES**

1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

Add your reply

Sort by: Best    🔍 Search Comments

**MistaPink** • 10d ago • Edited 9d ago



Lol Mammoth Hockey ain't wrong here. Just google searched Mammoth Hockey Bags and get blasted with Utah Mammoth Hockey bags.

https://imgur.com/a/ALVqLTX

⬆ -1 ⬇    💬 Reply    🏆 Award    Share    ...

**Swtmusc** • 9d ago



I didn't. Pulled up the bag website first choice. And Im a Mammoth fan, so you know what my algorithm is

⬆ 1 ⬇    💬 Reply    🏆 Award    Share    ...

**MistaPink** • 9d ago • Edited 9d ago

First thing I get is google ads for Utah Mammoth Hockey bags with pictures . Second is Mammoth's Website.

https://imgur.com/a/ALVqLTX

⬆ 1 ⬇    💬 Reply    🏆 Award    Share    ...

**MikeMac999** • 11d ago



**MODERATORS**

📧 Message Mods



u/Dorkside
u/Xingua92
u/Commandant1
u/dm0nXx
u/cacti_stalactite
u/bjeebus




 

r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com — Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇   💬 630   Share

Add your reply

Sort by: Best    🔍 Search Comments

**Scamnam** • 11d ago

Save y'all a click to reading a whole damn article

The company is called The Mammoth hockey company..

https://www.mammoth-hockey.com/?srsltid=AfmBOoqCr7kT1YB30GOHNCHQVCMMufsO_32q-8sWQFbJZI_iaIVj8eJ5

254   Reply   Award   Share



**SadBuilding9234** • 11d ago • Edited 11d ago
Top 1% Commenter

If my jock son asked me for a Mammoth hockey bag, and I googled it and bought a Utah Mammoth hockey bag because that came up higher in the search, I'd say that was unfair to the original company.

Seems like a reasonable complaint to me.

405   Reply   Award   Share

**No-Dig-4408** • 11d ago

And so the Utah Eastons were born!

88   Reply   Award   Share

**J1zzL0bb3r** • 11d ago



Document title: Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name : r/nhl
Capture URL: https://www.reddit.com/r/nhl/comments/1olnf90/comment/nmj2z9h/
Capture timestamp (UTC): Wed, 12 Nov 2025 04:29:19 GMT
Page 1 of 12



← 🏒 r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com — Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇   💬 630   🏆   ↗ Share

Add your reply

Sort by: Best ▾    🔍 Search Comments

**il4x** • 11d ago

This gets tossed out in pretty sure. Logo looks nothing like each other. Names share a common party, but are also completely different.

⊖  ⬆ 4 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

> **OkAnything4877** • 10d ago
>
> Nonsense. The existence of the Utah Mammoth Hockey Club basically destroys any future profitability of the hockey bag brand. Their ability to grow and build their brand has been taken away.
>
> No fans of other team are going to want bags that seem to be affiliated with a rival team, fans of the Utah NHL team aren't going to want bags that look like a knockoff version of team merch, and their ability and hope to ever have NHL players use their bags is now gone for the same reasons as above, as well as the "bad blood" formed as a result of this legal case. In addition, search results for the brand, as well as word of mouth are now obscured and convoluted with the hockey club's existence and branding.
>
> This is a slam-dunk case for the hockey bag brand. The Utah Mammoth Hockey Club is going to have to pay up, big time.
>
> ⬆ 0 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**MikeMac999** • 11d ago

---

**r/nhl**    Join

**NHL**
The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th…

Show more

Created Jan 20, 2009
Public

**312K** Weekly visitors    **7.1K** Weekly contributions

**USER FLAIR**
Dear-Business4793

**R/NHL RULES**

| 1 | Illegal Streams/Copyright Material |
| 2 | Bashing/Name Calling |
| 3 | Treat Others The Way You Want To Be Treated! |
| 4 | Inappropriate Comments/Pictures/Videos |
| 5 | No Flooding |
| 6 | Offensive Words/Language |
| 7 | Duplicate Posts |
| 8 | Spamming |
| 9 | NHL Video Games |
| 10 | No Memes and Pictures Without Context |
| 11 | No, Who Should I cheer for Posts |
| 12 | No Editorialized Titles |
| 13 | No Low Effort Posts |
| 14 | No Political/Anthem posts or comments |

**MODERATORS**

✉ Message Mods

u/Dorkside
u/Xingua92
u/Commandant1
u/dm0nXx
u/cacti_stalactite
u/bjeebus



r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com                                      Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇   💬 630    Share



Sort by: Best ▾    🔍 Search Comments



dr00bles1 • 11d ago

I will say, having spent a career in a space where trademark scans are essential, that it is surprising that the Utah Mammoth didn't seem to think this was a possible risk. The other company is also a hockey-related IP and consumer confusion from internet searches is a plausible concern.

⬆ -1 ⬇   Reply   Award   Share   …



Chance_Advantage_774 • 11d ago

It says in the article that they did. Yeti was kiboshed as a possible name after Yeti the cooler/thermos manufacturer raised their concerns. Mammoth Hockey knew about the name during the voting process and didn't object at all. If anything the lawsuit should be more specific to search engine optimization (which is what they're saying the issue is) as opposed to generally "causing confusion"

⬆ 2 ⬇   Reply   Award   Share   …



1PrestigeWorldwide11 • 11d ago

This was filed under the jurisprudence of "too f*ing bad"

⬆ 1 ⬇   Reply   Award   Share   …



MikeMac999 • 11d ago









r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion





sltrib.com — Open

Will the Utah have to rebrand again?


1.2K   630   Share

r/nhl
Join

**NHL**
The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th...

Show more

Created Jan 20, 2009
Public

**312K** Weekly visitors   **7.1K** Weekly contributions

**USER FLAIR**
Dear-Business4793

**R/NHL RULES**
1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

**MODERATORS**
Message Mods

u/Dorkside
u/Xingua92
u/Commandant1
u/dm0nXx
u/cacti_stalactite
u/bjeebus

Add your reply

Sort by: Best   Search Comments

**Scamnam** • 11d ago

Save y'all a click to reading a whole damn article

The company is called The Mammoth hockey company..

https://www.mammoth-hockey.com/?srsltid=AfmBOoqCr7kT1YB30GOHNCHQVCMMufsO_32q-8sWQFbJZl_iaIVj8eJ5

254   Reply   Award   Share



**SadBuilding9234** • 11d ago • Edited 11d ago
Top 1% Commenter

If my jock son asked me for a Mammoth hockey bag, and I googled it and bought a Utah Mammoth hockey bag because that came up higher in the search, I'd say that was unfair to the original company.

Seems like a reasonable complaint to me.

405   Reply   Award   Share

**DanfromCalgary** • 11d ago

Most likely having a sports team with the same name as your bag would immediately increase your sales and the amount you could sell for

1   Reply   Award   Share

R00k85 • 11d ago



r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion



sltrib.com — Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇   💬 630   Share

**r/nhl**

Join

NHL
The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th...

Show more

Created Jan 20, 2009
Public

312K Weekly visitors    7.1K Weekly contributions

**USER FLAIR**
Dear-Business4793

**R/NHL RULES**
1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

**MODERATORS**
Message Mods

u/Dorkside
u/Xingua92
u/Commandant1
u/dm0nXx
u/cacti_stalactite
u/bjeebus

Add your reply

Sort by: Best    🔍 Search Comments

**Scamnam** • 11d ago

Save y'all a click to reading a whole damn article

The company is called The Mammoth hockey company..

https://www.mammoth-hockey.com/?srsltid=AfmBOoqCr7kT1YB30GOHNCHQVCMMufsO_32q-8sWQFbJZl_iaIVj8eJ5

⬆ 254 ⬇   💬 Reply   🏆 Award   Share   ...

**paltryboot** • 9d ago

This mammoth hockey company is missing the mark.. you could get some sweet advertising for free maybe get a couple players signed on deals and you might have a company people have heard of..

⬆ 1 ⬇   💬 Reply   🏆 Award   Share   ...

⊕ 75 more replies

**MikeMac999** • 11d ago

This will end with a financial settlement

⬆ 1.5K ⬇   💬 Reply   🏆 Award   Share

**wulfboi93** • 11d ago

- Home
- Popular
- Answers BETA
- Explore
- All
- Start a community

GAMES ON REDDIT

Hot and Cold NEW
Guess the secret …
2.8M monthly players

- Farm Merge Valley
- Jump Cat
- Ninigrams
- Discover More Ga…

CUSTOM FEEDS
- Create Custom Feed

COMMUNITIES
- Manage Communities

RESOURCES
- About Reddit
- Advertise
- Developer Platform
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press
- Communities
- Best of Reddit
- Reddit Rules
- Privacy Policy
- User Agreement
- Accessibility

r/nhl • 11d ago
fudgykevtheeternal

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion

sltrib.com  Open

Will the Utah have to rebrand again?

⬆ 1.2K ⬇   💬 630   Share

Add your reply

Sort by: Best ▾    Search Comments

**speed150mph** • 11d ago

It's ridiculous to me on a couple levels. One being the obvious that almost nobody is going to confuse a hockey bag manufacturer with a hockey team. Like "oh I wanted to go to Sportchek but ended up at Delta Center instead".

What's even more hilarious to me is the fact that a company that makes hockey equipment is complaining about being associated with an NHL franchise.

3   Reply   Award   Share

**Old_Canuck** • 11d ago

You would think that would be to their advantage, no matter how the two are related. 🤷

Im sure it would expand their clientele alot.

1   Reply   Award   Share

**MikeMac999** • 11d ago

This will end with a financial settlement

1.5K   Reply   Award   Share

**wulfboi93** • 11d ago

i am predicting the unprecedented sum of "an undisclosed amount"

672   Reply   Award   Share

r/nhl  Join

NHL
The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th…
Show more

Created Jan 20, 2009
Public

315K Weekly visitors   6.7K Weekly contributions

USER FLAIR
Dear-Business4793

R/NHL RULES
1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

PROMOTED
thrivent
Finances + Generosity



# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

Discussion

**r/nhl** • 11d ago
fudgykevtheeternal

sltrib.com — Open

Will the Utah have to rebrand again?

↑ 1.2K ↓   💬 630   Share

Add your reply

Sort by: Best ∨   🔍 Search Comments

**Scamnam** • 11d ago

Save y'all a click to reading a whole damn article

The company is called The Mammoth hockey company..

https://www.mammoth-hockey.com/?srsltid=AfmBOoqCr7kT1YB30GOHNCHQVCMMufsO_32q-8sWQFbJZl_iaIVj8eJ5

↑ 254 ↓   Reply   Award   Share

> **wif68** • 11d ago
>
> This company that I've never heard of should be super happy for the publicity they should get, not generating immense ill-will by suing a brand that has eclipsed theirs immeasurably.
>
> ↑ 1 ↓   Reply   Award   Share

75 more replies

**MikeMac999** • 11d ago

This will end with a financial settlement

↑ 1.5K ↓   Reply   Award   Share

**wulfboi93** • 11d ago

i am predicting the unprecedented sum of "an undisclosed amount"

↑ 672 ↓   Reply   Award   Share

## r/nhl

**NHL**

The official subreddit of the National Hockey League! News, results, pictures, videos and discussion from around th...

Show more

Created Jan 20, 2009
Public

315K Weekly visitors   6.7K Weekly contributions

**USER FLAIR**
Dear-Business4793

**R/NHL RULES**

1. Illegal Streams/Copyright Material
2. Bashing/Name Calling
3. Treat Others The Way You Want To Be Treated!
4. Inappropriate Comments/Pictures/Videos
5. No Flooding
6. Offensive Words/Language
7. Duplicate Posts
8. Spamming
9. NHL Video Games
10. No Memes and Pictures Without Context
11. No, Who Should I cheer for Posts
12. No Editorialized Titles
13. No Low Effort Posts
14. No Political/Anthem posts or comments

PROMOTED