# Exhibit J

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



puckempire • Follow
Salt Lake City, Utah

puckempire Edited • 14w
The Utah Mammoth have filed a lawsuit against Mammoth Hockey — a hockey bag company that has been around since 2014.

Despite originally supporting the Utah Mammoth name publicly on their Instagram account and even inquiring about a potential collaboration via LinkedIn, according to the filing, Mammoth Hockey has since threatened litigation in "some unknown forum, at some unknown time," as outlined in the lawsuit, which is why the NHL franchise is now taking legal action themselves.

Mammoth Hockey argues that fans of NHL franchises other than the Mammoth will now no longer want to purchase from the company.

"Utah Mammoth & the NHL believe strongly that we have the right to use the name Utah Mammoth under federal & state law, & that our use will not harm the defendant or its business in any way." — the NHL franchise's response.

 zach.bode 11w
Keep it Utah Hockey Club
2 likes   Reply

 0wenfx 14w
So they couldn't do Yeti because of the brand but Mammoth brand is ok because they're sm easier? Nice
5,589 likes   Reply

- More
- Also from Meta





