# Exhibit K

# Utah Mammoth fire back at trademark lawsuit, saying the franchise might never 'recover' if forced to change name

The Oregon company challenging the team's branding didn't object for months, the Utah Mammoth argues — and consumers are not confused by it.



(Bethany Baker | The Salt Lake Tribune) Tusky, the mascot for Utah Mammoth, waves a flag at center ice after the game against the San Jose Sharks at Delta Center in Salt Lake City on Friday, Oct. 17, 2025.

By Kevin Reynolds | Oct. 31, 2025, 7:50 p.m. | Updated: Nov. 3, 2025, 11:54 p.m.

💬 Comment

Utah's NHL franchise says it's spent a "conservative" $7 million to launch its branding — from over $5 million on initial and incoming merchandise to $400,000 in player jerseys and gear; from $250,000 to develop digital graphics for its broadcasts to $100,000 to create its new mascot, Tusky.

And fans from Utah to New York have embraced the Utah Mammoth.

## MOST VIEWED

**1** BYU basketball lands G League player from Knicks' organization in a controversial move

**2** 'Extreme' gerrymander: Utah judge rejects GOP lawmakers' congressional map, picks districts favoring Democrats

**3** 'Every seat counts': Democrats cheer gerrymandering ruling, as Republicans eye appeal

**4** What are Utah and BYU football's potential paths to the Big 12 Championship and College Football Playoff?

**5** A judge picked Utah's new congressional map for the 2026 midterms. See which district you'll be in.



And fans from Utah to N— from tattooing the team—

Immediately dropping "Utah Mammoth" and the mammoth head logo — as an Oregon hockey bag maker is demanding — would destroy the valuable "goodwill" the team has built, Larson said in newly filed court documents, estimating that recognition and reputation is worth "in excess of $100,000,000."

And beyond that, the franchise argues, "It is implausible the team would recover from having to adopt a new identity."

The NHL team filed a lawsuit against Mammoth Hockey LLC, sellers of "high-end hockey bags," in October, asking a judge to determine that the team's branding did not infringe on the company's rights. The company has since asked a Utah federal judge for an injunction ordering the Utah Mammoth to halt using the name and logo.




(U.S. District Court) The branding for Oregon hockey bag maker Mammoth Hockey and Utah's NHL franchise, the Utah Mammoth, as shown in federal documents filed by the team. The team argues its branding includes the word "Utah" — with an outline of the state tucked into the left side of its mammoth head — along with differences in colors and fonts "that create distinctly different impressions."

In its opposition to an injunction, filed Thursday in Utah's U.S. District Court, the hockey club called the lawsuit "misguided" and "inflammatory," and said it would "simply not [be] possible at this point" to start over, citing widespread use of its marks.

The lost $7 million in costs also would be "magnified by the losses its licensees, sponsors and others would suffer," the team's response said.







**Get Top Stories newsletter.** The day's biggest stories every morning, delivered right to your inbox.

Enter a valid email | SIGN UP NOW

"The effort [the Utah Mammoth] and others would have to undertake to comply with an injunction, from recalling goods, erasing all digital uses of Utah Mammoth marks, removing signs at the team's practice facility and at Delta Center, and repainting the team's rinks," it said, "would be extraordinarily burdensome."

Larson said his estimate of the goodwill created by the team's branding was "based on, among other things," a valuation of the team by Sportico, a media company. It valued the team at $1.44 billion as of Oct. 1, 2025, which Larson noted was "a $440,000,000 increase" from the $1 billion purchase price in the spring of 2024.

But the crux of the hockey club's defense rests on what it argues is the dissimilarity between the Utah Mammoth and "Mammoth Hockey LLC" brands.



The Mammoth Hockey company, which sells durable bags ranging from $189 to over $300, said its customers have been confused while trying to buy their bags and instead landing on Utah Mammoth merchandise.







(U.S. District Court) Bags created by Oregon company Mammoth Hockey and Utah's NHL franchise, the Utah Mammoth, as shown in federal documents filed by the team. The team notes it does not use the word "mammoth" alone on its bags, so they are "less similar to Defendant's bags than other 'Mammoth' bags on the market."

But the NHL team said it's skeptical of that argument. A market study that used "gold standard" methodology, surveying probable consumers of the products, showed that 0.7 percent of respondents were confused, it said in court documents, a "percentage so low it is compelling evidence confusion is unlikely."

The geographic delineation, using the term "Utah," and other factors also separate the two logos, the team said.

The Utah Mammoth also fired back on the company's assertions that team leaders "hid their intentions" to use the name and logo.

In contrast, the team argues the Oregon company purposefully delayed bringing its claims until the start of the NHL season, to maximize exposure. It also claims the bag company originally had no problems with the NHL team's name, as it was being considered publicly and fans voted on a name.



"In June 2025, [the company] first voiced its purported objection. It then delayed nearly two more months after this suit was initiated to file this motion [for an injunction], knowing the NHL season was imminent," the team's attorney's wrote. The bag company's "prolonged delay in seeking urgent relief is inconsistent with its claims of irreparable harm."

The team argues that the company and its owner, Erik Olson, initially expressed being in favor of its new name, in a June 2024 Facebook post and more recently in an April 2025 message.

"It would be cool to talk about a possible collaboration," Olson wrote to



The team expressed being in favor of that partnership both at the time and more recently in an April 2025 message.

Olson also requested to create branded team bags for the team, according to court documents. "For example, it could be a good marketing story for the Utah team to tell if we produced the team bags."

Team president Chris Armstrong told his assistant, Rachel Moffitt, to respond to Olson that the franchise "will definitely keep this partnership in mind," court documents said.

Other companies voiced concerns during the team's naming process, Armstrong noted, which led the Utah Mammoth to nix several options, including the Yeti, the presumptive frontrunner.



But Mammoth Hockey LLC never objected, he said.



(U.S. District Court for Utah) Branding for various Mammoth sports teams, as shown in federal court documents filed by the Utah Mammoth in litigation over its name and logo. Clockwise from top left: A Moon Mammoth shirt, part of a temporary rebrand of the Erie SeaWolves, an affiliate of the Detroit Tigers baseball team, created by comedian John Oliver; a Westside Woolly Mammoths hat for an independent minor league baseball team in Michigan; an Amherst Mammoths shirt for the Massachusetts college; a hat for the Mammoth Hockey Club for youth in Illinois.

And with other "Mammoths" using the name and mammoth images in sports and on bags across the country, he said, "we believed then and believe now that there is ample room in the marketplace for all of these users of 'mammoth' trademarks to coexist, without causing any harm to



And with other NHL, sports and on bags across believe now that there is ample room in the marketplace for all of these anyone's business.

## Help The Tribune report the stories others can't—or won't.

For over 150 years, The Salt Lake Tribune has been Utah's independent news source. Our reporters work tirelessly to uncover the stories that matter most to Utahns, from unraveling the complexities of court rulings to allowing tax payers to see where and how their hard earned dollars are being spent. **This critical work wouldn't be possible without people like you—individuals who understand the importance of local, independent journalism.** As a nonprofit newsroom, every subscription and every donation fuels our mission, supporting the in-depth reporting that shines a light on the is sues shaping Utah today.

You can help power this work.

$15    $25    $35    DONATE TODAY

## Around the Web


**Neuropathy is Not From Low Vitamin B. Meet The Real Enemy of Neuropathy**
FootRenew


**Top Trichologist: Most Women Ignore The Real Cause of Their Hair Thinning**
HaloGrow

**If You're Over 65, Try This Instead of Gutter Cleaning (It's Genius)**
LeafFilter Partner


**Parasitologist: One Teaspoon Kills All Parasites in Your Body!**
Holistic MD Journal


**Gilligan's Island Star is Almost 107 and He's Still around**
thebusinessleads


**Seniors Are Loving This $99 Hearing Aid Sweeping The Country**
Oricle Hearing

Case 2:25-cv-00639-DBB-CMR    Document 408-2    Filed 11/13/25    PageID.3040    Page 8 of 11



**If You Have More Than $1,000 in Your Checking Account, Make These 6 Moves**
The Penny Hoarder



**Shocking Photos Taken Seconds Before The Disaster**
Buzzday



**Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask**
Super Saving Online

## Comments

By joining the conversation you are accepting our community rules and terms. You are also agreeing to the public display of your profile and your conversation history. **A subscription to The Salt Lake Tribune is required to create new comments or interact with existing ones.** To join the conversation, please subscribe at sltrib.com/support or login if you already have a subscription.

**Comments and moderation:**
While disagreements among users are to be expected, the following are not allowed:

-Personal attacks on other users or employees of The Salt Lake Tribune
-Obscenities, vulgarities and profanity
-Hate speech, including racism, sexism, homophobia, transphobia and/or religious bigotry.
-Blatant "trolling" or multiple accounts
-Misinformation

Please email feedback and any questions to comments@sltrib.com.

⚠ Comments are closed on this story. Comments automatically turn off three days after the story's publication.

**All Comments 18**         Sort by  Newest ▾

**Spicy McHaggis** 1 week ago
Maybe Ryan Smith will have to cut back his payment to byu players by 1%.

👍 Respect 1    💬 Reply    ⊰ Share                    🚩 Report

**William Sherratt** 1 week ago
I Agree, using the name Mammoth is very detrimental to the original mammoth. Have you ever seen one?

That's what caused them to disappear.

The first time I heard that name I was in first grade discussing world geologic history. It was taught just after the T-Rex discussion, and prior to the Saber-toothed tiger talk.

Historic words are not outside normal conversation, and to limit their use is stupid and narcissistic. You can't "OWN" them.



Document title: Utah Mammoth defends name and logo against claims from Oregon hockey bag maker
Capture URL: https://www.sltrib.com/sports/utah-hockey-club/2025/10/31/utah-mammoth-defends-name-logo/
Capture timestamp (UTC): Wed, 12 Nov 2025 04:21:43 GMT                                                      Page 7 of 10

[Ad: Older Americans filed Medicare... Americas Health — Apply Now]

The Salt Lake Tribune

SUBSCRIBE    LOG IN

historic words are not outside normal conversation, and to limit their use is stupid and narcissistic. You can't "OWN" them.

👍 Respect 1    ↩ Reply    ⌞ Share    🚩 Report

**Boss Hogg** 1 week ago

> The team argues that the company and its owner, Erik Olson, initially expressed being in favor of its new name, in a June 2024 Facebook post and more recently in an April 2025 message.
>
> "It would be cool to talk about a possible collaboration," Olson wrote to the team, according to court documents. "For example, it could be a good marketing story for the Utah team to tell if we produced the team bags."

Sounds to me like this all could have been avoided if the team had simply had this company make their bags.

Oops.

👍 Respect 3    ↩ Reply    ⌞ Share    🚩 Report

**noosa beach** 1 week ago

The job of a good marketing and legal team is to identify and preemptively handle these things before sinking millions into branding and launch. I'm sure they'll settle with the Oregon company, but this didn't have to happen.

👍 Respect 4    ↩ Reply    ⌞ Share    🚩 Report

**I'm a 100 proof** 1 week ago

Should've gone with OUTLAWS, but nooo we missed that one!

👍 Respect 5    ↩ Reply    ⌞ Share    🚩 Report

> **Boss Hogg** 1 week ago
> ↪ In reply to **I'm a 100 proof**
> Outlaws was my first choice, Yeti my second choice.,
>
> 👍 Respect 2    ↩ Reply    ⌞ Share    🚩 Report

**Pinworm** 2 weeks ago

Forfeit the Mammoth name. Ryan Smith botched this, big time. Go back to Utah Hockey Club - still a good name!

👍 Respect 5    ↩ Reply    ⌞ Share    🚩 Report

**Holden Green** 2 weeks ago

Are SLC taxpayers on the hook for billionaire tech bro's legal fees?

👍 Respect 7    ↩ Reply    ⌞ Share    🚩 Report

**Tyler Stone** 2 weeks ago

Never recover? Just think of all the new merch you'll get to sell.

👍 Respect 6    ↩ Reply    ⌞ Share    🚩 Report

**Lincoln Terns** 2 weeks ago

The Utah hockey team needs to eat this, they did not do their due diligence or research. Rushed, bad business and marketing that they should not be let off for. The owner should



Older Americans on Medicare could get $3600 Senior Card for groceries, bills and more. Apply Now Americas Health Free to check

☰ 🔍    The Salt Lake Tribune    SUBSCRIBE  LOG IN

names, but business and marketing that they should never ever do. The culture should take it off the bottom line, not the salaries of those who did not make the mistake. At the end of the day, it was a leadership failure.

👍 Respect 8   💬 Reply   🔗 Share                                            🚩 Report

**user_FrYw** 2 weeks ago (Edited)
No worries brother Smith, I see a special session of the Fraudislature to cover your loss.

Billionaire boy

👍 Respect 6   💬 Reply   🔗 Share                                            🚩 Report

**Ratm435** 2 weeks ago
Should have named it The Golden Eagles.

👍 Respect 6   💬 Reply   🔗 Share                                            🚩 Report

**aqueduct** 2 weeks ago (Edited)
Just because one spends a ton of money on someone else's intellectual property shouldn't give them ownership but that's how billionaire class works.

There was a pre-existing Amazon bookstore in South Minneapolis that sued Amazon.com in Washington state over trademark infringement. So having tons of money to spend and forcing the owners of the Minneapolis bookstore to admit they were gay on the stand the Minneapolis bookstore was cornered into a small settlement giving them both rights to the name Amazon but not amazon.com. They went out of business in 2012.

So money has a real impact in these things, possession maybe 9/10ths of the law, but money is 99/100ths of the law.

👍 Respect 5   💬 Reply   🔗 Share                                            🚩 Report

**Ron Brown** 2 weeks ago
Solution; Utah Mammoth need to make nice with this small company that had the name originally. Support them and they will support you and everyone is happy. Oh, that's too basic...

👍 Respect 8   💬 Reply   🔗 Share                                            🚩 Report

**Nofraud** 2 weeks ago
First world problems are so very distressing for the billionaire class.

Let's give him some more public money to assuage his hurt feels.

👍 Respect 11   💬 Reply   🔗 Share                                           🚩 Report

**Ron Wood** 2 weeks ago
Somebody didn't do their homework but we're giving this joker $1 billion?

👍 Respect 12   💬 Reply   🔗 Share                                           🚩 Report

**Parker Young** 2 weeks ago
plutocrat lies. The whole team was made from basically nothing.

The idea it is soo attached now is laughable at best. Just more waste making it obvious our society has real problems.

👍 Respect 6   💬 Reply   🔗 Share                                            🚩 Report









