| | |
|---|---|
| R. Jeremy Adamson (12818)<br>Catherine M. Maness (16885)<br>BUCHALTER<br>A Professional Corporation<br>60 E. South Temple, Suite 1200<br>Salt Lake City, Utah 84111<br>(801) 401-8625<br>jadamson@buchalter.com<br>cmaness@buchalter.com<br><br>*Attorneys for Mammoth Hockey, LLC* | Gerald W. Griffin (*admitted pro hac vice*)<br>Leonardo Trivigno (*admitted pro hac vice*)<br>Meredith B. Spelman (*admitted pro hac vice*)<br>Jodutt Basrawi (*admitted pro hac vice*)<br>Janice J. Kwon (*admitted pro hac vice*)<br>CARTER LEDYARD & MILBURN LLP<br>28 Liberty Street<br>New York, New York 10005<br>212-238-8610<br>griffin@clm.com<br>trivigno@clm.com<br>spelman@clm.com<br>basrawi@clm.com<br>kwon@clm.com |

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MAMMOTH HOCKEY, LLC<br><br>Defendant. | **DEFENDANT MAMMOTH HOCKEY, LLC'S NOTICE OF APPEAL**<br><br>Case No.: 2:25-cv-00639-DB<br><br>Judge David Barlow |

Please take notice that MAMMOTH HOCKEY, LLC hereby appeals to the United States Court of Appeals for the Tenth Circuit from the United States District Court, District of Utah's Order Denying Mammoth Hockey, LLC's Motion for Preliminary Injunction entered in this action on December 23, 2025. ECF 50.

4919-1507-8277.v1

Date: December 31, 2025

|  |  |
|---|---|
|  | */s/* Gerald. W. Griffin |
| R. Jeremy Adamson (12818) | Gerald W. Griffin (*admitted pro hac vice*) |
| Catherine M. Maness (16885) | Leonardo Trivigno (*admitted pro hac vice*) |
| BUCHALTER | Meredith B. Spelman (*admitted pro hac vice*) |
| A Professional Corporation | Jodutt Basrawi (*admitted pro hac vice*) |
| 60 E. South Temple, Suite 1200 | Janice J. Kwon (*admitted pro hac vice*) |
| Salt Lake City, Utah 84111 | CARTER LEDYARD & MILBURN LLP |
| (801) 401-8625 | 28 Liberty Street, 41st Floor |
| jadamson@buchalter.com | New York, New York 10005 |
| cmaness@buchalter.com | 212-238-8610 |
|  | griffin@clm.com |
|  | trivigno@clm.com |
|  | spelman@clm.com |
|  | basrawi@clm.com |
|  | kwon@clm.com |

*Attorneys for Defendant Mammoth Hockey, LLC*