Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Fax: (801) 933-7373
myer.michele@dorsey.com

Bruce R. Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia Romero |

Plaintiffs Uyte, LLC ("Uyte") and SEG Hockey, LLC ("SEG") (collectively, "Plaintiffs") and Mammoth Hockey, LLC ("Defendant") hereby stipulate and move this Court to amend the Scheduling Order (ECF 44) to extend the parties' deadline to complete fact discovery from July 1, 2026 to July 31, 2026. The parties jointly request this brief extension of time so that they can complete party depositions and third-party discovery that have been timely served or noticed pursuant to the Scheduling Order. While the parties have worked diligently to complete fact discovery by the current deadline, an extension of time is necessary because of the schedules of the witnesses and third parties in June.

4925-6517-5475\1

All other dates in the Scheduling Order shall remain in effect, and no deadlines set forth in the Scheduling Order that have already expired will be extended hereby.  As set forth above, good cause exists for this extension.  Accordingly, the parties respectfully request the Court grant this Stipulated Motion and enter the proposed order filed contemporaneously herewith.

Respectfully submitted this 9th day of June 2026.

DORSEY & WHITNEY LLP

By: /s/ *Michele M. Myer*
    Michele M. Myer
    111 S. Main Street, Suite 2100
    Salt Lake City, UT 84111
    (801) 933-7360
    myer.michele@dorsey.com

    Bruce R. Ewing
    1301 Avenue of the Americas, Floor 13
    New York, NY 10019
    (212) 415-9200
    ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

CARTER LEDYARD & MILBURN LLP

By: /s/ *Gerald W. Griffin*
    Gerald W. Griffin
    Leonardo Trivigno
    Meredith Spelman
    Janice J. Kwon
    28 Liberty Street, 41st Floor
    New York, New York 10005
    212-238-8610
    griffin@clm.com
    trivigno@clm.com
    spelman@clm.com
    kwon@clm.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that on this 9th day of June, 2026, a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE** was served via the Court's ECF system upon all lead and notice counsel that have appeared in this lawsuit.

<u>*s/ Jacqueline Ervin*</u>