**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MAMMOTH HOCKEY, LLC, <br><br> Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** <br><br> Case No.: 2:25-cv-00639-DBB-CMR <br><br> Judge David Barlow <br><br> Magistrate Judge Cecilia Romero |

The Court, having considered the Parties' Stipulated Motion to Extend Discovery Deadline, finds that good cause exists to extend the parties' time to complete fact discovery in this matter.  And being otherwise fully advised herein, now, therefore,

HEREBY ORDERS ADJUDGES AND DECREES, that the Parties' Stipulated Motion to Extend Discovery Deadline is GRANTED.  The current deadline for fact discovery to close is stricken from the calendar and the following due date is set going forward.

- July 31, 2026: Deadline for fact discovery to close.

All other dates in the Scheduling Order Scheduling Order (ECF 44) shall remain in effect, and no deadlines set forth in the Scheduling Order that have already expired are hereby extended.

4899-1496-3123\1

IT IS SO ORDERED.

DATED this _____ day of June, 2026.

BY THE COURT

_____