## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>     Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Stipulated Motion to Extend Discovery Deadline (Motion) (ECF 60), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the current deadline for fact discovery is extended to July 31, 2026.

All other dates in the Scheduling Order (ECF 44) shall remain in effect.

DATED this 10 June 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah