R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

*Attorneys for Mammoth Hockey, LLC*

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith B. Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
New York, New York 10005
(212) 732-3200
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DESIGNATION OF EXPERT WITNESSES**<br><br>Case No.: 2:25-cv-00639-DB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero |

Pursuant to the Scheduling Order (ECF 44) and DUCivR 26-1(a)(2), Defendant Mammoth Hockey, LLC, hereby notifies the Court and the parties that the following individuals have been identified as expert witnesses. Their opinions will be presented at the trial in this matter.

1. **David T. Neal, Ph.D.**
   Catalyst Behavioral Sciences LLC
   615 Vilabella Ave.
   Coral Gables, FL 33146

   Dr. Neal will present expert testimony regarding likelihood of confusion.

4909-3065-2858.v1

2. **Clayton Giles**
Axia Advisors, LLC
1266 E Main Street, Suite 700R
Stamford, CT 06902

Mr. Giles will present expert testimony regarding financial damages.

Dated: July 1, 2026

|  |  |
|---|---|
|  | /s/ Gerald W. Griffin |
| R. Jeremy Adamson (12818) | Gerald W. Griffin (*admitted pro hac vice*) |
| Catherine M. Maness (16885) | Leonardo Trivigno (*admitted pro hac vice*) |
| BUCHALTER | Meredith B. Spelman (*admitted pro hac vice*) |
| A Professional Corporation | Janice J. Kwon (*admitted pro hac vice*) |
| 60 E. South Temple, Suite 1200 | CARTER LEDYARD & MILBURN LLP |
| Salt Lake City, Utah 84111 | 28 Liberty Street, 41st Floor |
| Tel: (801) 401-8625 | New York, New York 10005 |
| jadamson@buchalter.com | Tel: (212) 732-3200 |
| cmaness@buchalter.com | griffin@clm.com |
|  | trivigno@clm.com |
|  | spelman@clm.com |
|  | kwon@clm.com |

4909-3065-2858.v1