Michele M. Myer (13815)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 1000
Salt Lake City, UT  84111
Telephone: (801) 933-7360
myer.michele@dorsey.com

Bruce Ewing (Admitted *Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212)415-9200
ewing.bruce@dorsey.com

*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendants. | **PLAINTIFFS' DUCivR 26-1(a)(2) EXPERT DESIGNATIONS**<br><br>Case No. 2:25-cv-00639-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 26-1(a)(2) and the Scheduling Order of October 31, 2025 (D.I. 44), Plaintiffs UYTE, LLC and SEG HOCKEY, LLC (collectively, "Plaintiffs") hereby provide the following expert witness designations:

4929-6516-0122\1

| Expert Name | Expertise/Subject Matter of Testimony |
|---|---|
| **Dr. Itamar Simonson**<br>Cornerstone Research<br>5416 Kirkwood Pl. N., Seattle, WA, 98103 | Dr. Simonson is a Professor Emeritus at the Stanford Business School and testifying survey expert.<br>His expertise includes, but is not limited to, leading marketing and decision-making behavior, primarily in the areas of buy decision-making, marketing research, consumer behavior, choice, surveys, and customer research issues in various industries. Dr. Simonson will provide survey evidence and expert testimony on matters related to trademark infringement. |
| **Brian Sowers**<br>Applied Marketing Science<br>78 Blanchard Rd., Suite 203, Burlingame, MA, 01803. | Mr. Sowers is a principal and testifying survey expert. His expertise includes, but is not limited to, consumer opinions and behaviors as determinant of liability and damages, measuring brand equity and increasing customer satisfaction and retention, and other topics relevant to trademark infringement. Mr. Sowers will provide survey evidence and expert testimony on matters related to trademark infringement. |

DATED this 1st day of July, 2026.

**DORSEY & WHITNEY LLP**

 */s/ Michele M. Myer*
Michele M. Myer
Myer.michele@dorsey.com
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111-2176
(801)933-7360

Bruce Ewing
Ewing.bruce@dorsey.com
DORSEY & WHITNEY LLP
1301 Avenue of the Americas, Floor 13
New York, NY 10019
(212)415-9200

*Attorneys for Plaintiffs UYTE, LLC and SEG Hockey, LLC*

4929-6516-0122\1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of July, 2026, a true and correct copy of the foregoing

**PLAINTIFFS' DUCivR 26-1(a)(2) EXPERT DESIGNATIONS** was served electronically

upon all counsel of record via the Court's CM/ECF filing system.


   */s/    Jacqueline Ervin*

4929-6516-0122\1