Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com
*Attorneys for Plaintiffs*

Bruce R. Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF BRUCE R. EWING IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero<br><br>**(REDACTED VERSION)** |

BRUCE R. EWING, declares as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am admitted *pro hac vice* in the United States District Court for the District of Utah in the above-captioned matter. I am a partner at the law firm of Dorsey & Whitney LLP, with offices located at 51 West 52nd Street, New York, NY 10019. I am counsel of record for Plaintiffs Uyte, LLC and SEG Hockey, LLC in this action. I submit this Declaration in support of Plaintiffs' Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Amended Privilege Log, produced on July 10, 2026. (The log recites a date of May 29, 2026, but that is the date of the original version of the log, not the current version supplied on July 10.)

3. Attached hereto as Exhibit 2 are true and correct copies of [redacted], numbered as MAM015215-15255, [redacted]. Portions of pages MAM015223, MAM015226 and MAM015228 have been redacted by Defendant on grounds of privilege.

4. Attached hereto as Exhibit 3 are true and correct copies of [redacted], numbered as MAM015257-15269, that did not include an attorney. Portions of pages MAM015258 and MAM015265 have been redacted by Defendant on grounds of privilege.

5. Attached hereto as Exhibit 4 are true and correct copies of almost entirely redacted text messages between [redacted], which were initially produced as MAM014344-45 and MAM014337, but were later clawed back by Defendant.

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the deposition transcript of Erik Olson, describing [redacted].

7. Attached hereto as Exhibit 6 are true and correct copies of December 2025 emails between [redacted], specifically pages MAM003601, MAM003632-34, MAM003686, and MAM015002-04, which have been produced with redactions by Defendant.

8. The emails identified in Exhibit 6 contain [redacted]

9. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the deposition transcript of Lars Huschke, [redacted].

10. According to Defendant's Amended Privilege Log, [redacted]

11. Plaintiffs' counsel sent a letter to Defendant's counsel dated June 26, 2026 disputing Defendant's privilege claims as to the withheld documents.

12. The parties have met and conferred through a telephone conference and written correspondence regarding their disagreement concerning Defendant's privilege claims, but the parties have reached an impasse. The final discussion between counsel concerning these issues occurred on July 13, 2026. As noted, no resolution was reached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of July, 2026 in New York, New York

*/s/ Bruce R. Ewing*
BRUCE R. EWING

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2026, a true and correct copy of the foregoing **DECLARATION OF BRUCE R. EWING IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Jacqueline Ervin*