# EXHIBIT 1

(FILED UNDER SEAL)