# EXHIBIT 2

(FILED UNDER SEAL)