# EXHIBIT 3

(Filed Under Seal)