# EXHIBIT 4

(Filed Under Seal)