# EXHIBIT 5

(Filed Under Seal)