# EXHIBIT 7

(Filed Under Seal)