Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com

Bruce R. Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **ORDER GRANTING MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero |

Before the Court is the Motion of Plaintiffs Uyte, LLC and SEG Hockey, LLC ("Plaintiffs") to compel Defendant Mammoth Hockey, LLC ("Defendant") to produce certain documents withheld from production based on assertions of privilege (the "Motion"). The Court is of the opinion that the Motion is meritorious, and it should be, and is hereby, GRANTED. Defendant has failed to meet its burden of establishing that any privilege shields the withheld communications.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege is GRANTED.

IT IS FURTHER ORDERED that Defendant shall produce the following documents without redaction within fourteen (14) days of the date of this Order:

1. The Google chats identified at MAM015223, MAM015226, MAM015228, MAM015258, and MAM015265;

2. The text messages initially produced as MAM014344-45 and MAM014337; and

3. The emails at MAM003601, MAM003632-34, MAM003686, and MAM015002-04.

********* END OF ORDER *********