R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
Allison Guerra (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
New York, New York 10005
212-238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

*Attorneys for Mammoth Hockey, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **STIPULATED MOTION FOR BRIEFING SCHEDULE AND WORD LIMITS ON MOTIONS TO COMPEL**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia Romero |

WHEREAS, on July 15, 2026, Plaintiffs Uyte, LLC and SEG Hockey, LLC (collectively, "Plaintiffs") filed their Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege (Dkt. 66) ("Plaintiffs' Motion to Compel");

WHEREAS Defendant Mammoth Hockey, LLC ("Defendant") intends to file a motion to compel Plaintiffs to produce improperly withheld documents for which the parties met and conferred ("Defendant's Motion to Compel");

WHEREAS Defendant and Plaintiffs (collectively, "Parties") seek a consolidated briefing schedule to efficiently address discovery disputes regarding documents withheld on the basis of privilege;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Parties, subject to the Court's approval, that the following briefing schedule apply, each filing subject to DUCivR 7-1 and the word limitations set forth in DUCivR 7-1(a)(4)(D):

1. Defendant's opposition to Plaintiffs' Motion to Compel and Defendant's Motion to Compel are due on or before July 31, 2026.

2. Plaintiffs' opposition to Defendant's Motion to Compel and Plaintiffs' reply in support of Plaintiffs' Motion to Compel are due on or before August 12, 2026.

3. Defendant's reply in support of Defendant's Motion to Compel is due on or before August 19, 2026.

The parties jointly request this briefing schedule to promote the orderly and efficient resolution of their respective motions to compel. Accordingly, the parties respectfully request that the Court grant this stipulated motion and enter the proposed order filed contemporaneously herewith.

Respectfully submitted this 28th day of July 2026.

CARTER LEDYARD & MILBURN LLP

By: /s/ *Gerald W. Griffin*

Gerald W. Griffin
Leonardo Trivigno
Meredith Spelman
Janice J. Kwon
Allison Guerra
28 Liberty Street, 41st Floor
New York, New York 10005
212-238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

*Attorneys for Defendant*

DORSEY & WHITNEY LLP

By: /s/ *Michele M. Myer*

Michele M. Myer
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
(801) 933-7360
myer.michele@dorsey.com

Bruce R. Ewing
1301 Avenue of the Americas, Floor 13
New York, NY 10019
(212) 415-9200
ewing.bruce@dorsey.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This hereby certifies that on July 28, 2026, a true and correct copy of the foregoing was served via the Court's ECF system upon all lead and notice counsel that have appeared in this lawsuit.

*/s/ Gerald W. Griffin*