**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE AND WORD LIMITS ON MOTIONS TO COMPEL**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Briefing Schedule and Word Limits on Motions to Compel (Motion) (ECF 72), the court hereby GRANTS the Motion and finds that good cause exists to enter the stipulated consolidated briefing schedule and word limits under DUCivR 7-1(a)(4)(D) for Plaintiffs Uyte, LLC and SEG Hockey, LLC's (collectively, Plaintiffs) Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege (ECF 66) (Plaintiffs' Motion to Compel) and Defendant Mammoth Hockey, LLC's forthcoming Motion to Compel Plaintiffs to Produce Improperly Withheld Documents (Defendant's Motion to Compel). The following briefing schedule shall apply, each filing subject to DUCivR 7-1 and the word limitations set forth in DUCivR 7-1(a)(4)(D):

1. Defendant's opposition to Plaintiffs' Motion to Compel and Defendant's Motion to Compel are due on or before July 31, 2026.

2. Plaintiffs' opposition to Defendant's Motion to Compel and Plaintiffs' reply in support of Plaintiffs' Motion to Compel are due on or before August 12, 2026.

3. Defendant's reply in support of Defendant's Motion to Compel is due on or before August 19, 2026.

IT IS SO ORDERED.

DATED this 29 July 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah