R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
Allison Guerra (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
(212) 238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

*Attorneys for Mammoth Hockey, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**<br><br>Case No.: 2:25-cv-00639-DB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

I, Gerald W. Giffin, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called upon to do so, I can truthfully and completely testify regarding this Declaration.

2. I am a member of the New York Bar and am admitted in this case *pro hac vice* representing Defendant Mammoth Hockey, LLC ("Mammoth Hockey"). I am a Partner in the law firm of Carter Ledyard & Milburn LLP. This Declaration is made in support of Mammoth Hockey's Opposition to Plaintiffs' Motion to Compel the Production of Documents.

3. Plaintiffs Uyte, LLC and SEG Hockey, LLC served their First Set of Interrogatories on November 17, 2025, which included Interrogatory No. 6:

> 6. Describe in detail all communications between Defendant and Mike Lundin concerning Plaintiffs or the UTAH MAMMOTH Marks.

4. Mammoth Hockey served its response on December 17, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July, 2026, in New York, New York

*/s/ Gerald W. Griffin*
GERALD W. GRIFFIN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2026, a true and correct copy of the foregoing **DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Gerald W. Griffin*