R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

*Attorneys for Mammoth Hockey, LLC*

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
Allison Guerra (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
(212) 238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE**<br>[REDACTED VERSION]<br><br>Case No.: 2:25-cv-00639-DB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

I, Gerald W. Giffin, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called upon to do so, I can truthfully and completely testify regarding this Declaration.

2. I am a member of the New York Bar and am admitted in this case *pro hac vice* representing Defendant Mammoth Hockey, LLC ("Mammoth Hockey"). I am a Partner in the law firm of Carter Ledyard & Milburn LLP. This Declaration is made in support of Mammoth

Hockey's Motion to Compel Production of Documents Improperly Withheld on the Basis of Common Interest and Relevance ("Motion").

3. In this matter, Plaintiffs produced 90,418 pages of documents on a rolling basis between October 30, 2025 and July 27, 2026, approximately 15,776 of those pages were produced in June and July 2026. Plaintiffs assert privilege for over 1,300 documents.

4. Plaintiffs served their first privilege log on February 16, 2026, and a supplemental log on April 23, 2025, neither of which identified affiliations or email addresses of individuals appearing in the log.

5. The parties have met and conferred through a video conference and written correspondence regarding their disagreement concerning the issues raised in the Motion, but the parties have not been able to reach a resolution. The final discussion between counsel concerning these issues occurred on July 22, 2026, after which Plaintiffs' counsel refused to produce attachments to the [redacted] (defined below) and the documents they withhold on the basis of common interest.

6. Attached hereto as **Exhibit A** is a summary of entries relating to documents Plaintiffs have withheld on the basis of relevance, as well as communications [redacted] including summaries relating to entries by [redacted] These entries were identified in Plaintiffs' Amended Privilege Log, produced on July 23, 2026. Defendant seeks to compel these documents on the basis that the documents are improperly withheld on the basis of common interest or relevance.

7. Attached hereto as **Exhibit B** is a true and correct copy of a [redacted]

8. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit E of the [redacted]

9. Attached hereto as **Exhibit D** is a true and correct copy of an email communication from Plaintiffs' counsel to Defendant's counsel, dated July 23, 2026.

10. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Amended Privilege Log, produced on July 23, 2026, which was amended to identify party affiliation by email address for the first time.

11. Attached hereto as **Exhibit F** is a true and correct copy of Defendant's letter to Plaintiffs identifying deficiencies in Plaintiffs' production, dated July 3, 2026.

12. Attached hereto as **Exhibit G** is a true and correct copy of an email communication from Plaintiffs' counsel to Defendant's counsel, dated July 16, 2026.

13. Attached hereto as **Exhibit H** is a true and correct copy of a purported [redacted]

14. Attached hereto as **Exhibit I** is a true and correct copy of a press release, dated March 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July 2026, in New York, New York

*/s/ Gerald W. Griffin*
GERALD W. GRIFFIN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2026, a true and correct copy of the foregoing **DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Gerald W. Griffin*