# Exhibit A

## [Redacted Version]

Category 1(a): [redacted] Communications and Documents

| PrivID | [redacted] |
|---|---|
| PRIV0131 | |
| PRIV0132 | |
| PRIV0140 | |
| PRIV0141 | |
| PRIV0150 | |
| PRIV0151 | |
| PRIV0153 | |
| PRIV0160 | |
| PRIV0161 | |
| PRIV0162 | |
| PRIV0163 | |
| PRIV0212 | |
| PRIV0214 | |
| PRIV0216 | |
| PRIV0217 | |
| PRIV0218 | |
| PRIV0219 | |
| PRIV0233 | |
| PRIV0234 | |
| PRIV0235 | |
| PRIV0236 | |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0243 | [redacted] |
| PRIV0244 | |
| PRIV0246 | |
| PRIV0281 | |
| PRIV0282 | |
| PRIV0284 | |
| PRIV0285 | |
| PRIV0286 | |
| PRIV0299 | |
| PRIV0300 | |
| PRIV0301 | |
| PRIV0302 | |
| PRIV0303 | |
| PRIV0306 | |
| PRIV0319 | |
| PRIV0320 | |
| PRIV0321 | |
| PRIV0322 | |
| PRIV0323 | |
| PRIV0324 | |
| PRIV0325 | |

Category 1(a): [redacted] Communications and Documents

| |
|---|
| PRIV0326 |
| PRIV0327 |
| PRIV0328 |
| PRIV0329 |
| PRIV0330 |
| PRIV0331 |
| PRIV0332 |
| PRIV0366 |
| PRIV0369 |
| PRIV0370 |
| PRIV0371 |
| PRIV0373 |
| PRIV0374 |
| PRIV0375 |
| PRIV0376 |
| PRIV0378 |
| PRIV0381 |
| PRIV0385 |
| PRIV0386 |

[redacted]

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0387 | [redacted] |
| PRIV0388 | |
| PRIV0389 | |
| PRIV0394 | |
| PRIV0396 | |
| PRIV0400 | |
| PRIV0402 | |
| PRIV0403 | |
| PRIV0404 | |
| PRIV0408 | |
| PRIV0409 | |
| PRIV0410 | |
| PRIV0412 | |
| PRIV0413 | |
| PRIV0414 | |
| PRIV0415 | |
| PRIV0416 | |
| PRIV0440 | |
| PRIV0441 | |
| PRIV0442 | |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0443 | [redacted] |
| PRIV0444 | [redacted] |
| PRIV0445 | [redacted] |
| PRIV0446 | [redacted] |
| PRIV0447 | [redacted] |
| PRIV0449 | [redacted] |
| PRIV0450 | [redacted] |
| PRIV0453 | [redacted] |
| PRIV0458 | [redacted] |
| PRIV0459 | [redacted] |
| PRIV0461 | [redacted] |
| PRIV0462 | [redacted] |
| PRIV0463 | [redacted] |
| PRIV0479 | [redacted] |
| PRIV0480 | [redacted] |
| PRIV0481 | [redacted] |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0482 | [redacted] |
| PRIV0483 | |
| PRIV0523 | |
| PRIV0538 | |
| PRIV0539 | |
| PRIV0542 | |
| PRIV0543 | |
| PRIV0550 | |
| PRIV0551 | |
| PRIV0559 | |
| PRIV0560 | |
| PRIV0562 | |
| PRIV0565 | |
| PRIV0578 | |
| PRIV0656 | |
| PRIV0657 | |
| PRIV0658 | |
| PRIV0659 | |
| PRIV0663 | |
| PRIV0664 | |
| PRIV0665 | |
| PRIV0703 | |
| PRIV0706 | |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0729 | [redacted] |
| PRIV0730 | |
| PRIV0740 | |
| PRIV0741 | |
| PRIV0742 | |
| PRIV0744 | |
| PRIV0745 | |
| PRIV0746 | |
| PRIV0747 | |
| PRIV0748 | |
| PRIV0749 | |
| PRIV0775 | |
| PRIV0777 | |
| PRIV0778 | |
| PRIV0782 | |
| PRIV0783 | |
| PRIV0784 | |
| PRIV0785 | |
| PRIV0792 | |
| PRIV0794 | |
| PRIV0795 | |
| PRIV0800 | |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0811 | [redacted] |
| PRIV0812 | [redacted] |
| PRIV0813 | [redacted] |
| PRIV0814 | [redacted] |
| PRIV0823 | [redacted] |
| PRIV0824 | [redacted] |
| PRIV0825 | [redacted] |
| PRIV0826 | [redacted] |
| PRIV0827 | [redacted] |
| PRIV0841 | [redacted] |
| PRIV0846 | [redacted] |
| PRIV0847 | [redacted] |
| PRIV0873 | [redacted] |
| PRIV0874 | [redacted] |
| PRIV0875 | [redacted] |
| PRIV0876 | [redacted] |
| PRIV0882 | [redacted] |
| PRIV0884 | [redacted] |
| PRIV0885 | [redacted] |
| PRIV0886 | [redacted] |
| PRIV0887 | [redacted] |
| PRIV0890 | [redacted] |
| PRIV0897 | [redacted] |
| PRIV0898 | [redacted] |
| PRIV0899 | [redacted] |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV0900 | [redacted] |
| PRIV0901 | |
| PRIV0902 | |
| PRIV0919 | |
| PRIV0921 | |
| PRIV0926 | |
| PRIV0928 | |
| PRIV0929 | |
| PRIV0930 | |
| PRIV0954 | |
| PRIV0975 | |
| PRIV0978 | |
| PRIV0979 | |
| PRIV0980 | |
| PRIV0981 | |
| PRIV0982 | |
| PRIV0989 | |
| PRIV1007 | |
| PRIV1008 | |
| PRIV1009 | |
| PRIV1014 | |
| PRIV1020 | |
| PRIV1024 | |
| PRIV1026 | |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| PRIV1034 | [redacted] |
| PRIV1035 | [redacted] |
| PRIV1036 | [redacted] |
| PRIV1037 | [redacted] |

Category 1(a): [redacted] Communications and Documents

| | |
|---|---|
| SEGH00060359 | [redacted] |
| SEGH00062356 | [redacted] |
| SEGH00062376 | [redacted] |
| SEGH00062675 | [redacted] |
| SEGH00062680 | [redacted] |
| SEGH00063044 | [redacted] |
| SEGH00063084 | [redacted] |
| SEGH00063088 | [redacted] |
| SEGH00063279 | [redacted] |
| SEGH00063285 | [redacted] |
| SEGH00063698 | [redacted] |
| SEGH00063701 | [redacted] |
| SEGH00063704 | [redacted] |
| SEGH00063802 | [redacted] |
| SEGH00063874 | [redacted] |
| SEGH00064202 | [redacted] |

| | |
|---|---|
| SEGH00065516 | [redacted] |
| SEGH00066616 | [redacted] |
| SEGH00066851 | [redacted] |
| SEGH00067204 | [redacted] |
| SEGH00067211 | [redacted] |
| SEGH00067218 | [redacted] |
| SEGH00069345 | [redacted] |
| SEGH00069349 | [redacted] |
| SEGH00069534 | [redacted] |
| SEGH00069754 | [redacted] |

Category 1(b) [redacted] Communications and Documents

| Priv ID | [redacted] |
|---|---|
| PRIV0002 | |
| PRIV0005 | |
| PRIV0016 | |
| PRIV0021 | |
| PRIV0029 | |
| PRIV0030 | |
| PRIV0032 | |
| PRIV0033 | |
| PRIV0034 | |
| PRIV0045 | |
| PRIV0046 | |
| PRIV0047 | |
| PRIV0052 | |
| PRIV0054 | |
| PRIV0057 | |
| PRIV0058 | |
| PRIV0059 | |
| PRIV0061 | |
| PRIV0068 | |
| PRIV0071 | |
| PRIV0072 | |
| PRIV0074 | |
| PRIV0075 | |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| PRIV0076 | [redacted] |
| PRIV0077 | |
| PRIV0078 | |
| PRIV0079 | |
| PRIV0085 | |
| PRIV0086 | |
| PRIV0098 | |
| PRIV0101 | |
| PRIV0111 | |
| PRIV0114 | |
| PRIV0120 | |
| PRIV0123 | |
| PRIV0124 | |
| PRIV0126 | |
| PRIV0127 | |
| PRIV0128 | |
| PRIV0137 | |
| PRIV0144 | |
| PRIV0155 | |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| PRIV0171 | [redacted] |
| PRIV0172 | [redacted] |
| PRIV0177 | [redacted] |
| PRIV0178 | [redacted] |
| PRIV0188 | [redacted] |
| PRIV0189 | [redacted] |
| PRIV0190 | [redacted] |
| PRIV0191 | [redacted] |
| PRIV0192 | [redacted] |
| PRIV0193 | [redacted] |
| PRIV0194 | [redacted] |
| PRIV0195 | [redacted] |
| PRIV0196 | [redacted] |
| PRIV0197 | [redacted] |
| PRIV0198 | [redacted] |
| PRIV0199 | [redacted] |
| PRIV0200 | [redacted] |
| PRIV0202 | [redacted] |
| PRIV0203 | [redacted] |
| PRIV0204 | [redacted] |
| PRIV0205 | [redacted] |
| PRIV0206 | [redacted] |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| PRIV0207 | [redacted] |
| PRIV0239 | |
| PRIV0247 | |
| PRIV0248 | |
| PRIV0250 | |
| PRIV0251 | |
| PRIV0260 | |
| PRIV0261 | |
| PRIV0262 | |
| PRIV0263 | |
| PRIV0264 | |
| PRIV0309 | |
| PRIV0310 | |
| PRIV0311 | |
| PRIV0313 | |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| PRIV0314 | [redacted] |
| PRIV0315 | |
| PRIV0667 | |
| PRIV0669 | |
| PRIV0670 | |
| PRIV0677 | |
| PRIV0679 | |
| PRIV0681 | |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| PRIV0682 | [redacted] |
| PRIV0683 | [redacted] |
| PRIV0689 | [redacted] |
| PRIV0690 | [redacted] |
| PRIV0735 | [redacted] |
| PRIV0743 | [redacted] |
| SEGH00061941 | [redacted] |
| SEGH00069253 | [redacted] |
| SEGH00066882 | [redacted] |
| SEGH00063013 | [redacted] |
| SEGH00069107 | [redacted] |
| SEGH00069319 | [redacted] |

Category 1(b) [redacted] Communications and Documents

| | |
|---|---|
| SEGH00069324 | [redacted] |
| SEGH00069329 | [redacted] |
| SEGH00063141 | [redacted] |
| SEGH00061997 | [redacted] |
| SEGH00069149 | [redacted] |
| SEGH00069712 | [redacted] |
| SEGH00069719 | [redacted] |
| SEGH00069726 | [redacted] |
| SEGH00069732 | [redacted] |
| SEGH00069652 | [redacted] |
| SEGH00069660 | [redacted] |
| SEGH00069668 | [redacted] |
| SEGH00069674 | [redacted] |
| SEGH00069679 | [redacted] |
| SEGH00069684 | [redacted] |
| SEGH00069691 | [redacted] |
| SEGH00069618 | [redacted] |
| SEGH00069627 | [redacted] |
| SEGH00069636 | [redacted] |
| SEGH00069644 | [redacted] |
| SEGH00069743 | [redacted] |
| SEGH00069738 | [redacted] |

Category 1(b): [redacted] Communications and Documents [redacted]

| Priv ID | [redacted] |
|---|---|
| PRIV0260 | [redacted] |
| PRIV0261 | [redacted] |
| PRIV0262 | [redacted] |
| PRIV0667 | [redacted] |
| PRIV0669 | [redacted] |
| PRIV0670 | [redacted] |
| PRIV0677 | [redacted] |
| PRIV0679 | [redacted] |
| PRIV0681 | [redacted] |

Category 1(b): [redacted] Communications and Documents [redacted]

| | |
|---|---|
| PRIV0682 | [redacted] |
| PRIV0683 | |
| PRIV0689 | |
| PRIV0690 | |
| PRIV0735 | |
| PRIV0743 | |
| SEGH00061997 | |
| SEGH00069149 | |
| SEGH00069732 | |

**Category 1(b): [redacted] Communications and Documents [redacted]**

| Priv ID | [redacted] |
|---|---|
| PRIV0002 | [redacted] |
| PRIV0005 | [redacted] |
| PRIV0016 | [redacted] |
| PRIV0021 | [redacted] |
| PRIV0029 | [redacted] |
| PRIV0030 | [redacted] |
| PRIV0032 | [redacted] |
| PRIV0033 | [redacted] |
| PRIV0034 | [redacted] |
| PRIV0045 | [redacted] |
| PRIV0046 | [redacted] |
| PRIV0047 | [redacted] |
| PRIV0052 | [redacted] |
| PRIV0054 | [redacted] |
| PRIV0057 | [redacted] |
| PRIV0058 | [redacted] |
| PRIV0059 | [redacted] |
| PRIV0061 | [redacted] |
| PRIV0068 | [redacted] |
| PRIV0071 | [redacted] |

**Category 1(b): [redacted] Communications and Documents [redacted]**

| | |
|---|---|
| PRIV0072 | [redacted] |
| PRIV0074 | |
| PRIV0075 | |
| PRIV0076 | |
| PRIV0077 | |
| PRIV0078 | |
| PRIV0079 | |
| PRIV0085 | |
| PRIV0086 | |
| PRIV0098 | |
| PRIV0101 | |
| PRIV0111 | |
| PRIV0114 | |
| PRIV0120 | |

**Category 1(b): [redacted] Communications and Documents [redacted]**

| | |
|---|---|
| PRIV0123 | [redacted] |
| PRIV0124 | [redacted] |
| PRIV0126 | [redacted] |
| PRIV0127 | [redacted] |
| PRIV0128 | [redacted] |
| PRIV0137 | [redacted] |
| PRIV0144 | [redacted] |
| PRIV0155 | [redacted] |
| PRIV0171 | [redacted] |
| PRIV0172 | [redacted] |
| PRIV0177 | [redacted] |
| PRIV0178 | [redacted] |
| PRIV0188 | [redacted] |
| PRIV0189 | [redacted] |
| PRIV0190 | [redacted] |
| PRIV0191 | [redacted] |
| PRIV0192 | [redacted] |
| PRIV0193 | [redacted] |
| PRIV0194 | [redacted] |

Category 1(b): [redacted] Communications and Documents [redacted]

[redacted]

| | |
|---|---|
| PRIV0195 | |
| PRIV0196 | |
| PRIV0197 | |
| PRIV0198 | |
| PRIV0199 | |
| PRIV0200 | |
| PRIV0202 | |
| PRIV0203 | |
| PRIV0204 | |
| PRIV0205 | |
| PRIV0206 | |
| PRIV0207 | |
| PRIV0239 | |
| PRIV0247 | |
| PRIV0248 | |
| PRIV0250 | |

Category 1(b): [redacted] Communications and Documents [redacted]

| | |
|---|---|
| PRIV0251 | [redacted] |
| PRIV0260 | [redacted] |
| PRIV0261 | [redacted] |
| PRIV0262 | [redacted] |
| PRIV0263 | [redacted] |
| PRIV0264 | [redacted] |
| PRIV0309 | [redacted] |
| PRIV0310 | [redacted] |
| PRIV0311 | [redacted] |
| PRIV0313 | [redacted] |

**Category 1(b): [redacted] Communications and Documents [redacted]**

| | |
|---|---|
| PRIV0314 | [redacted] |
| PRIV0315 | |
| PRIV0667 | |
| PRIV0669 | |
| PRIV0670 | |
| PRIV0677 | |
| PRIV0679 | |

**Category 1(b): [redacted] Communications and Documents [redacted]**

| | |
|---|---|
| PRIV0681 | [redacted] |
| PRIV0682 | |
| PRIV0683 | |
| PRIV0689 | |
| PRIV0690 | |
| PRIV0735 | |
| PRIV0743 | |
| SEGH000 61941 | |
| SEGH000 69253 | |

Category 1(b): [redacted] Communications and Documents [redacted]

| | |
|---|---|
| SEGH000 66882 | [redacted] |
| SEGH000 63141 | |
| SEGH000 61997 | |
| SEGH000 69149 | |
| SEGH000 69732 | |

Category 1(b): [redacted] Communications and Documents [redacted]

| Priv ID |
|---|
| SEGH00069149 |
| SEGH00069712 |
| SEGH00069719 |
| SEGH00069726 |
| SEGH00069732 |
| SEGH00069652 |
| SEGH00069660 |
| SEGH00069668 |
| SEGH00069674 |
| SEGH00069679 |
| SEGH00069684 |
| SEGH00069691 |
| SEGH00069618 |
| SEGH00069627 |

[redacted]

Category 1(b): [redacted] Communications and Documents [redacted]

| | |
|---|---|
| SEGH00069636 | [redacted] |
| SEGH00069644 | [redacted] |
| SEGH00069743 | [redacted] |
| SEGH00069738 | [redacted] |

Category 2: [redacted] Exhibits

| Priv ID | |
| --- | --- |
| N/A | [redacted] |
| N/A | |
| N/A | |
| N/A | |
| N/A | |
| N/A | |