# Exhibit B

## [Filed Under Seal]