# Exhibit C

[Filed Under Seal]