# Exhibit D

## [Filed Under Seal]