# Exhibit E

## [Filed Under Seal]