# Exhibit F

## [Filed Under Seal]