# Exhibit G

[Filed Under Seal]