# Exhibit H

## [Filed Under Seal]