**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is the motion of Defendant Mammoth Hockey, LLC ("Defendant") to compel Plaintiffs Uyte, LLC and SEG Hockey, LLC ("Plaintiffs") to produce certain documents withheld from production based on assertions of privilege and relevance ("Motion"). The Court is of the opinion that the Motion is meritorious, and it should be, and is hereby, GRANTED. Plaintiffs have failed to meet their burden of establishing that any privilege shields the withheld communications or that they may withhold relevant documents.

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall produce the documents listed in Exhibit A, appended to the Declaration of Gerald W. Griffin in Support of Defendant's Motion, dated July 31, 2026, without redaction, within fourteen (14) days of the date of this Order.

DATED this ____ day of July, 2026.

______________________________
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah