R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

*Attorneys for Mammoth Hockey, LLC*

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
Allison Guerra (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
(212) 238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

UYTE, LLC and SEG HOCKEY, LLC,

Plaintiffs,

v.

MAMMOTH HOCKEY, LLC,

Defendant.

**MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE AND PARTS OF THE DECLARATION OF GERALD W. GRIFFIN, DATED JULY 31, 2026**

Case No.: 2:25-cv-00639-DB-CMR

Judge David Barlow

Chief Magistrate Judge Cecilia M. Romero

Pursuant to DUCivR 5-3(b)(2)(C)(i), Defendant Mammoth Hockey, LLC ("Mammoth Hockey") hereby moves the Court for leave to file under seal parts of Mammoth Hockey's Motion to Compel Production of Documents ("Motion") and portions of the Declaration of Gerald W. Griffin ("Declaration"), dated July 31, 2026, and exhibits annexed thereto.

DUCivR 5-3(a) provides that "[o]n motion of a party and a showing of good cause, a judge may order that a Document be sealed." Good cause exists to seal the Motion and Declaration under DUCivR 5-3(b)(2)(C)(i) because they include documents and information designated by Plaintiffs Uyte, LLC and SEG Hockey, LLC as "confidential" or "attorneys' eyes only" under the Court's standard protective order. Thus, to honor the designations, Defendant seeks to seal and redact certain exhibits and portions of the Motion and Declaration discussing those documents, to the extent they contain confidential or attorneys' eyes only information. Redacted copies of the Motion, the Declaration, and the exhibits have been filed and will remain publicly available.

DATED this July 31st, 2026.

*/s/ Gerald W. Griffin*

Gerald W. Griffin (*admitted pro hac vice*)
Leonardo Trivigno (*admitted pro hac vice*)
Meredith Spelman (*admitted pro hac vice*)
Janice J. Kwon (*admitted pro hac vice*)
Allison Guerra (*admitted pro hac vice*)
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
(212) 238-8610
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com
guerra@clm.com

R. Jeremy Adamson (12818)
Catherine M. Maness (16885)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
(801) 401-8625
jadamson@buchalter.com
cmaness@buchalter.com

*Attorneys for Mammoth Hockey, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2026, a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE AND PARTS OF THE DECLARATION OF GERALD W. GRIFFIN, DATED JULY 31, 2026** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Gerald W. Griffin*