**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF COMMON INTEREST AND RELEVANCE AND PARTS OF THE DECLARATION OF GERALD W. GRIFFIN, DATED JULY 31, 2026**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is the Motion of Defendant Mammoth Hockey, LLC ("Defendant") for Leave to File Under Seal Parts of Defendant's Motion to Compel Production of Documents Improperly Withheld on the Basis of Common Interest and Relevance and Parts of the Declaration of Gerald W. Griffin, dated July 31, 2026 ("Motion to Seal"). The Court hereby ORDERS:

1. That Defendant's Motion to Seal is GRANTED.
2. The designated portions of Defendant's Motion to Compel are SEALED.

DATED this ____ day of July, 2026.

____________________________________
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah