Michele M. Myer (13815)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 933-7360
myer.michele@dorsey.com

Bruce Ewing (Admitted *Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212)415-9200
Ewing.bruce@dorsey.com

*Attorneys for Plaintiff*

---

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE**<br><br>Case No. 2:25-cv-00639-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 5-3 Plaintiffs UYTE, LLC and SEG HOCKEY, LLC (collectively, "Plaintiffs") hereby move the Court for leave to file under seal parts of Plaintiff's Reply in Support of Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege ("Reply"). Specifically, Plaintiffs request to seal portions of the Reply that quote or otherwise reference information that Defendant has designated "confidential" under the Court's standing protective order.

DUCivR 5-3(a) provides that "[o]n motion of a party and a showing of good cause, a judge may order that a Document be sealed." In this matter, good cause exists to seal the designated portions of the Reply because it references documents produced by Defendant Mammoth Hockey, LLC that were designated as "confidential" by Defendant under the Court's standing protective order. To honor those designations, Plaintiffs seek to seal certain portions of the Reply discussing those documents, to the extent the discussions contain confidential information. The redactions are consistent with those in Plaintiffs' Motion to Compel and the sealed exhibits attached thereto. A redacted copy of the Reply will be filed and will remain publicly available.

DATED this 12th day of August, 2026.

**DORSEY & WHITNEY LLP**

*/s/ Michele M. Myer*

Michele M. Myer
myer.michele@dorsey.com
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111-2176
(801)933-7360

Bruce Ewing
ewing.bruce@dorsey.com
DORSEY & WHITNEY LLP
1301 Avenue of the Americas, Floor 13
New York, NY 10019
(212)415-9200

*Attorneys for Plaintiffs UYTE, LLC and SEG Hockey, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2026, a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE** was served electronically upon all counsel of record via the Court's CM/ECF filing system.

*/s/ Jacqueline Ervin*