Michele M. Myer (13815)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 933-7360
myer.michele@dorsey.com

Bruce Ewing (Admitted *Pro Hac Vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212)415-9200
ewing.bruce@dorsey.com

*Attorneys for Plaintiff*

---

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL PARTS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF PRIVILEGE**<br><br>Case No. 2:25-cv-00639-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Based on the Motion for Leave to File Under Seal Parts of Plaintiffs' Reply in Support of Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege, the Court hereby ORDERS:

1. Plaintiffs' Motion for Leave to File Under Seal is GRANTED.

2. The designated portions of Plaintiffs' Reply in Support of Motion to Compel Defendant to Produce Documents Improperly Withheld on the Basis of Privilege are SEALED.

DATED this ___ day of August, 2026.

*********END OF ORDER********