Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com
*Attorneys for Plaintiffs*

Bruce R. Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF SAMUEL HARKNESS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero<br><br>**REDACTED VERSION** |

SAMUEL HARKNESS, declares as follows:

1. I am General Counsel for Plaintiff SEG Hockey, LLC ("SEGH"), which is the parent of Plaintiff Uyte, LLC ("Uyte," and together with SEG, "Plaintiffs"). I submit this Declaration in opposition to the Motion to Compel Production of Documents filed by Defendant Mammoth Hockey, LLC ("Defendant"). Dkt. 78, 80. I am fully familiar with the facts set forth below and, if called as a witness, I could and would testify competently under oath to the following.

2. On April 18, 2024, the National Hockey League (the "League") Board of Governors approved the establishment of a new professional hockey team for Utah that would be owned and operated by SEGH. Promptly thereafter, SEGH began the development of the new

team's trademarks, names, logos, colors, branding and other intellectual property (the "Branding"). [redacted] SEGH and NHL Enterprises, L.P. ("Enterprise," and together with the League, "NHL") executed [redacted] a License Agreement, pursuant to which SEGH joined the League [redacted] My understanding is that [redacted] and the License have been filed with the Court as Exhibits B and C to the Griffin Declaration, Dkt. 78-3, 4, 80-3, 4.

3. Pursuant to the License, Enterprise acts as the exclusive licensee of SEGH and SEGH's agent with regard to the registration of the Branding, defense of the Branding and enforcement of rights in the Branding.

4. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



4908-1175-7767\1

[redacted]

12. As it can take months to clear trademarks, and SEGH did not want to rush the process of choosing a permanent brand and mark, SEGH, [redacted] decided to take a two-step approach to the Branding. First, a set of trademarks would be adopted for the inaugural season [redacted] Second, [redacted]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 17TH day of August, 2026

Samuel Harkness