Michele M. Myer (#13815)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (212) 415-9200
Fax: (801) 933-7373
myer.michele@dorsey.com
*Attorneys for Plaintiffs*

Bruce R. Ewing (admitted *pro hac vice*)
**DORSEY & WHITNEY LLP**
1301 Avenue of the Americas, Floor 13
New York, NY 10019
Telephone: (212) 415-9200
Fax: (801) 933-7373
ewing.bruce@dorsey.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **DECLARATION OF MICHAEL MAUGHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia Romero<br><br>**REDACTED VERSION** |

MICHAEL MAUGHAN, declares as follows:

1. I am an Executive with Plaintiff SEG Hockey, LLC ("SEGH"), which is the parent of Plaintiff Uyte, LLC ("Uyte," and together with SEG, "Plaintiffs"). I submit this Declaration in opposition to the Motion to Compel Production of Documents filed by Defendant Mammoth Hockey, LLC ("Defendant"). Dkt. 78, 80. I am fully familiar with the facts set forth below and, if called as a witness, I could and would testify competently under oath to the following.

[redacted] I understand that Defendant is seeking to obtain emails [redacted] I also understand that there is a second group of

emails Defendant is seeking to obtain that consist of [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

6. [redacted] In the first half of 2024, Smith Entertainment Group acquired the rights to operate a National Hockey League ("NHL") team in Salt Lake City, and SEGH was established to own and operate the team. While I was not directly involved in the negotiations that resulted in this acquisition, I was responsible for certain aspects of the transaction and the creation of the team now known as the UTAH MAMMOTH, including negotiations with state and municipal government officials on real estate and other matters and, as is most important for present purposes, the process through which the team name was selected.

[redacted] That name-selection process began in 2024, [redacted]

[redacted]

8. My responsibilities at SEGH with respect to the name selection process are reflected in my public statements concerning that process, in which I was consistently identified as speaking for Smith Entertainment Group, not Qualtrics. News articles reflecting my position with and responsibilities at Smith Entertainment Group include the following: https://www.ksl.com/article/sports/nhl/smith-entertainment-group-releases-bracket-to-name-utah-nhl-team/51007127; https://www.nhl.com/news/utah-hockey-club-to-have-fans-vote-on-permanent-nickname-final-three-choices; https://sports.ksl.com/nhl/utah-mammoth/firm-extends-utah-mammoth-name-related-to-utah-hockey-club/542400.

[redacted]

**2024 Email Communications Involving [redacted]**

[redacted] From the time Smith Entertainment and SEGH began the process of acquiring the right to establish the NHL team now known as the UTAH MAMMOTH, Mr. Smith wanted fans of professional hockey in Utah to have the final say over what the team name would be. In order to solicit fan input into the selection of that name, Smith Entertainment and SEGH engaged Qualtrics to conduct a series of public surveys in 2024 and 2025. [redacted]

[redacted]

[redacted] In April 2024, Mr. Smith invited fans to suggest names for the team through a link to a survey conducted using the Qualtrics platform. More than 10,000 name suggestions were received. Additional surveys programmed [redacted] through the Qualtrics platform were conducted in May 2024 (of twenty potential names) and June 2024 (of six potential names). [redacted] During the process of putting those surveys together, [redacted]

[redacted] Attached as Exhibit 1 is a true and correct copy of [redacted]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 12 day of August, 2026

Michael Maughan

# Exhibit 1

(Filed Under Seal)