**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UYTE, LLC and SEG HOCKEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HOCKEY, LLC,<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S [97] MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Case No.: 2:25-cv-00639-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the Court is the Motion of Defendant Mammoth Hockey, LLC (Defendant) for Leave to File Under Seal (Motion) (ECF 97) regarding portions of Defendant's Reply (ECF 96, 98) in support of its Motion to Compel (ECF 78) and accompanying Declaration of Gerald W. Griffin dated August 19, 2026 (Declaration). The designated portions of Defendant's Reply and Declaration are SEALED.

DATED this 27 August 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah